# UNITED STATES DISTRICT COURT
## District of Connecticut

JAKUB MADEJ
*Plaintiff*

v.

YAKE UNIVERSITY ET AL.
*Defendant*

Case No. 3:20cv133 (JCH)

## NOTICE OF PRO SE APPEARANCE

To: The clerk of court and all parties of record, I am representing myself in the matter above.

January 30, 2020
*Date*

*Filer's signature*

Jakub Madej
*Printed name*

535 Fifth Ave, 16th Floor
*Address*

New York, NY 10017
*City, State, Zip Code*

(646) 776-0066
*Telephone number*

## CERTIFICATE OF SERVICE

I hereby certify that on _____, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

List here:

*Filer's signature*

Rev. 8/11/15