UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JAKUB MADEJ, Plaintiff   3:20cv133(JCH)

V.

YALE UNIVERSITY ET AL., Defendant

Case No.
[Put case number here]

## CONSENT TO ELECTRONIC NOTICE
## BY SELF-REPRESENTED LITIGANT

A. [Complete the first line for electronic notification from the court]

I, Jakub Madej _____ hereby consent to the court
(name of self-represented litigant)
using my email address, as listed below, for the purpose of sending me notification of orders and notices issued by the court.

B. [Complete the second line for electronic service from opposing counsel; DO NOT COMPLETE THIS LINE IF YOU WANT OPPOSING COUNSEL TO SEND PAPERS BY REGULAR MAIL]

I, Jakub Madej _____ hereby consent to opposing
(name of self-represented litigant)
counsel using my email address, as listed below, for the purpose of sending me papers filed with the court.

In the event I change my email provider or discontinue my email service, I will notify the court immediately of the address change so my court records may be updated.

Jakub Madej
Name of Self-represented Litigant

535 Fifth Ave, 16th Floor
Street Address

New York, NY 10017
City, State, Zip Code

(646) 776-0066
Telephone

j.madej@lawsheet.com
Email Address

January 30, 2020
Date

Signature