Jakub Madej
j.madej@lawsheet.com
535 Fifth Avenue, 16th Floor
New York, NY 10017
Telephone: (203) 928-8486, (646) 776-0066
Fax: (860) 760-6436

3:20cv133(JCH)

January 30, 2020

**BY HAND**
United States District Court
District of Connecticut
141 Church Street
New Haven, CT 06510

      RE:    **Jakub Madej v. Yale University et al.** (case number to be assigned)

Honorable Judge,

    I respectfully ask your Honor to grant permission to bring electronic devices to this Court's building.

    I am representing myself in the above-captioned case.

    Thank you for your consideration.

Respectfully submitted,

Jakub Madej

cc: --