# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **all Defendants**
was received by me on *(date)* **01/31/2020**.

JAN 31 2020 PM 1:34
FILED-USDC-CT-NEW HAVEN

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **Caroline Hendel** , who is
designated by law to accept service of process on behalf of *(name of organization)*
**Yale University & all other Defendants** on *(date)* **1/31/2020** ; or

☐ I returned the summons unexecuted because _____
_____ ; or

☐ Other *(specify)* _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ 0.00

I declare under penalty of perjury that this information is true.

Date: **1/31/2020**

*(signature)*
Servers signature

**JAKUB MADEJ**
Printed name and title

535 Fifth Ave, 36th Floor
New York, NY 10017
Servers address

J.MADEJ@LAWSHEET.COM

Additional information regarding attempted service, etc:

Served at Office of General Counsel, Yale University, 2 Whitney Ave, New Haven CT 06511