UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**JAKUB MADEJ**

    **Plaintiff,**

v.

**YALE UNIVERSITY, MARVIN CHUN,
MARK SCHENKER, PETER SALOVEY,
JESSIE ROYCE HILL**

    **Defendants.**

CIVIL ACTION No. 3:20-cv-00133-JCH

FEBRUARY \_\_\_\_ , 2020

### [PROPOSED] ORDER TO SHOW CAUSE
### FOR PRELIMINARY INJUNCTION

Defendants are hereby ORDERED to SHOW CAUSE in Courtroom One, 141 Church Street in New Haven on _____, 2020 at \_\_\_\_\_ am/pm, as to why Plaintiff ought not to be granted Preliminary Injunction he requested from this Court pursuant to Rule 65 of the Federal Rules of Civil Procedure.

Defendants are also ORDERED to deliver opposing papers, if any, to the Plaintiff in a timely manner before the hearing. Electronic services the parties have ordinarily used is sufficient.

Plaintiff Jakub Madej has submitted the following in support of the motion: Plaintiff's affidavit, supporting affidavits and declarations, a memorandum of law, a proposed order to show cause, a proposed injunction order, and numbered exhibits with a table of contents.

Plaintiff has requested that Defendants immediately (1) allow him access to Yale College campus and all Yale University facilities, including libraries and reading rooms, (2) permit him to

fully participate in all University activities, including enrollment in courses and student employment, and (3) grant him all other privileges he enjoyed as a student before dismissal.

SO ORDERED.

Dated at New Haven, Connecticut this _____ day of February 2020.

_____
Hon. Janet C. Hall
United States District Judge

2