**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

_____

**JAKUB MADEJ**

     **Plaintiff,**

**v.**

**YALE UNIVERSITY, MARVIN CHUN,**
**MARK SCHENKER, PETER SALOVEY,**
**JESSIE ROYCE HILL**

     **Defendants.**

_____

**CIVIL ACTION no. 3:20-cv-00133-JAH**

**FEBRUARY 18, 2020**

### AFFIDAVIT OF EDWARD A. SNYDER IN SUPPORT OF
### JAKUB MADEJ'S MOTION FOR PRELIMINARY INJUNCTION

1. My name is Edward A. Snyder. I reside at 340 Livingston Street in New Haven, Connecticut.

2. I am the William S. Beinecke Professor of Economics and Management at Yale School of Management. From July 1, 2011 to June 30, 2020, I served as Dean of the School.

3. During my academic career, I also have been employed at University of Michigan, University of Virginia, and University of Chicago. At each, I have been a tenured professor and have held senior administrative positions that entailed overall responsibility for student affairs, including potential dismissals. I also served on the Board of Trustees for eight ten years at my undergraduate alma mater, Colby College.

4. In my faculty role, I have hired research assistants and was fortunate to hire Mr. Jakub Madej, then a first-year student in Yale College, three years ago. He has provided able assistance on several projects. Last fall Jakub contributed significantly to the development of a new course, Economic Analysis of High-Tech Industries, that I am currently teaching. During this time period, Jakub has been diligent, responsible, creative, and positive. He is obviously very smart and industrious. I have learned a lot from him. In addition, I have enjoyed getting to know him and learn about his background and interests.

1

5. After Yale University's winter break, on January 17, 2020 I met with Mr. Madej in to resume our work. He explained that he has just returned from Canada to attempt to resolve some visa issues that I did not understand. Within a couple of days, he explained that he had been withdrawn from Yale College. At one point he became visibly upset and distraught.

6. I took it upon myself to send this email on January 19th at 6:00 p.m. to Yale College Dean, Marvin Chun:

> Dear Marvin,
> I write regarding Jakub Madej, a YC senior.
> I do not want to intrude on whatever process might be underway concerning his status. I am not privy to any information about anything he did to jeopardize his status.
> I do want to put in a strongly positive word for him as a student and research assistant. I've had the benefit of Jakub's assistance over the last three years. He is indefatigable, curious, extremely smart, and, very patient in listening to me. I am very fond of him and admire his live mind and courageous approach to life.
>
> I admit to being alarmed when he told me that he was taking steps to remain in the US. Again, without offering any comment on the merits, I hope that you will have the opportunity to consider the case.
>
> Very best, Ted Snyder

7. Dean Chun responded at that evening at 7:37 p.m. as follows:

> Dear Ted,
> Nice to hear from you, and I can pass this along to the relevant folks.
> Best, Marvin
> Sent from iPhone

8. Subsequently, Jakub shared with me the communications he received from Senior Associate Dean Mark Schenker, Chair of the Committee on Honors and Academic Standing during the period January 9. 2020 to January 20, 2020. I asked him several questions about Mr. Schenker and the Committee. I then searched for further information about the Committee, i.e., how it reaches decisions concerning dismissals, the names of its members, and its meeting schedule. I could not find any such information.

9. On February 11, I received an email on February 11, 2020 from the "Student Employment Office" indicating that Mr. Madej was on the University payroll but would leave the University's payroll on February 29, 2020:

> **From:** Student Employment Office <student.employment@yale.edu>
> **Sent:** Tuesday, February 11, 2020 2:12 PM
> **To:** jakub.madej@yale.edu <jakub.madej@bulldogs.yale.edu>

2

> **Cc:** robert.shiller@yale.edu <robert.shiller@bulldogs.yale.edu>; Snyder, Ted (SOM Faculty) <tsnyder@yale.edu>
> **Subject:** Student Employment Position
>
> Dear Jakub,
>
> Our records indicate that you are no longer an active student and as such, your student employment position will end on Saturday, February 29, 2020.
>
> Regards,
>
> Student Employment

10. I understood this email to mean that Mr. Madej could submit his hours for work through February 29, 2020 and be paid for his work. Jakub explained to me, however, that this was not the case. While Yale would allow him to submit time records for his work, his immigration status would be jeopardized if he received payment for his work. To my knowledge, Jakub has not submitted any timesheets after he re-entered the United States on a visitor visa, explaining that employment is not permissible under his visa conditions. Jakub has, nevertheless, continued to help me in the course.

11. As I indicated to Dean Chun, I have no insight about the merits of the decision by Yale College to withdraw Mr. Jakub in the middle of his senior year. I would like to express, however, the following general observations about Yale University: First, compared to the other three universities where I have worked, Yale is substantially more bureaucratic and opaque. During my time as Dean, I often found it difficult to understand the various processes at work. Second and related, while all academic institutions make mistakes, my general view is that Yale is more prone to process mistakes than the other three universities where I have worked.

*Edward A. Snyder*
Edward A. Snyder

State of TEXAS    County of DALLAS

Subscribed and sworn before me on February 20, 2020 by Edward A. Snyder.



3

Notarized online using audio-video communication