UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **JAKUB MADEJ** | CIVIL ACTION No. 3:20-cv-00133-JCH |
| **Plaintiff,** | |
| v. | |
| **YALE UNIVERSITY, MARVIN CHUN, MARK SCHENKER, PETER SALOVEY, JESSIE ROYCE HILL** | FEBRUARY 23, 2020 |
| **Defendants.** | |

## MOTION TO SEAL DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Plaintiff Jakub Madej respectfully requests a permission from this Court to file under seal a declaration in support of Plaintiff's motion for preliminary injunction. Plaintiff filed this motion with the Court February 23, 2020.

Declarant, a non-party to this case, maintains an ongoing relationship with both the Plaintiff and the Defendants. Plaintiff wishes to seal this declaration to protect the Declarant's privacy interests and confidential information. Revealing Declarant's identity could harm not only the Declarant but also Declarant's relationship with other individuals in the Yale community.

Plaintiff has efiled (via CM/ECF) an unredacted version of said declaration as a sealed document.

Granting this motion will not adversely impact the right of public access, nor will it hinder the public interest in understanding the judicial process or this particular action.

Plaintiff has notified Patrick M. Noonan, Defendants' Counsel, of this request. In the interest of time, Plaintiff has sent an unsealed but password-encrypted version of this declaration to the Counsel via email.

Plaintiff attaches a proposed order granting the present motion.

Respectfully submitted,

/s/ Jakub Madej

Plaintiff
535 Fifth Avenue, 16th Floor
New York, NY 10017
Email: j.madej@lawsheet.com
Telephone: (646) 776-0066
Fax: (203) 902-0070