UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **JAKUB MADEJ**<br><br>    **Plaintiff,**<br><br>v.<br><br>**YALE UNIVERSITY, MARVIN CHUN, MARK SCHENKER, PETER SALOVEY, JESSIE ROYCE HILL**<br><br>    **Defendants.** | CIVIL ACTION No. 3:20-cv-00133-JCH<br><br><br><br>FEBRUARY ____ , 2020 |

**[PROPOSED] ORDER ON MOTION TO SEAL**

On February 23, 2020, Plaintiff Jakub Madej has submitted a Motion to Seal Declaration in Support of Plaintiff's Motion for Preliminary Injunction. Upon consideration, Plaintiff has demonstrated good cause and his Motion will be GRANTED.

SO ORDERED.

Dated at New Haven, Connecticut this ____ day of February 2020.

_____
Hon. Janet C. Hall
United States District Judge