FEB 26 2020 AM 11:14
FILED-USDC-CT-NEW HAVEN



