UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | :  | |
|---|---|---|
| JAKUB MADEJ | : | |
| | : | CIVIL ACTION NO. |
| PLAINTIFF | : | 3:20-cv-00133-JCH |
| | : | |
| v. | : | |
| | : | |
| YALE UNIVERSITY, MARVIN CHUN, | : | |
| MARK SCHENKER, PETER SALOVEY AND | : | |
| JESSIE ROYCE HILL | : | |
| | : | |
| DEFENDANTS | : | |
| | : | MARCH 5, 2020 |

**JOINT MOTION FOR CONTINUANCE OF
PRELIMINARY INJUNCTION HEARING**

The parties hereby jointly move for a continuance of the preliminary injunction hearing currently scheduled for March 17, 2020. Defense counsel is filing this motion at the request of the plaintiff, because the plaintiff is boarding a plane to return home to Poland today, March 5, 2020, and does not have time to file the motion itself. In response to one of defense counsel's several inquiries as to when the plaintiff would be filing a memorandum of law in support of his motion for preliminary injunction, the plaintiff, on February 28, 2020, indicated that, for family reasons, he would prefer to reschedule the hearing until after March 25. Defense counsel responded that night that he had no objection to rescheduling the hearing. The plaintiff thereafter committed to filing a motion on several dates, including March 2, 3, and 4. In light of the plaintiff's inability to file the motion on any of those dates, defense counsel offered to file the motion on the plaintiff's behalf.

In support of this motion, the plaintiff represents that he has already purchased round trip plane tickets to travel home to Poland and return to New Haven on March 25.  In light of the plaintiff's travel plans, the parties respectfully request that the hearing on the plaintiff's motion for preliminary injunction (if the Court determines one is required)[1] be rescheduled to either March 26 or March 31, 2020.

        THE DEFENDANTS,

        YALE UNIVERSITY, MARVIN CHUN,
        MARK SCHENKER, PETER SALOVEY AND
        JESSIE ROYCE HILL

By:_____/s/_____
        PATRICK M. NOONAN – CT00189
        DONAHUE, DURHAM & NOONAN, P.C.
        Concept Park
        741 Boston Post Road, Suite 306
        Guilford, CT  06437
        Telephone:  (203) 458-9168
        Fax:  (203) 458-4424
        Email:  pnoonan@ddnctlaw.com

---

[1] For reasons that will be articulated in the defendants' opposition to the plaintiff's Motion for Preliminary Injunction, the defendants believe that the Court should deny the plaintiff's Motion for Preliminary Injunction without an evidentiary hearing.

2

## **CERTIFICATION**

      I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

                                                  /s/
                                 Patrick M. Noonan