UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| JAKUB MADEJ | : |  |
|  | : | CIVIL ACTION NO. |
| PLAINTIFF | : | 3:20-cv-00133-JCH |
|  | : |  |
| v. | : |  |
|  | : |  |
| YALE UNIVERSITY, MARVIN CHUN, | : |  |
| MARK SCHENKER, PETER SALOVEY AND | : |  |
| JESSIE ROYCE HILL | : |  |
|  | : |  |
| DEFENDANTS | : |  |
|  | : | MARCH 5, 2020 |

## MOTION TO SEAL

Pursuant to Local Rule 5(e)(4)(b), the defendants hereby move to file under seal their Brief in Opposition to Plaintiff's Application for Temporary Restraining Order and the supporting affidavit.

The brief and affidavit contain information protected from disclosure by HIPAA. Specifically, the documents contain information regarding the plaintiff's medical treatment and prescriptions.  Yale University strives to protect the confidentiality of all of its students, including the plaintiff.  To that end, the defendants request to file their brief and supporting affidavit under seal.

WHEREFORE, the defendant respectfully requests that the motion to seal be granted.

THE DEFENDANTS,

YALE UNIVERSITY, MARVIN CHUN,
MARK SCHENKER, PETER SALOVEY AND
JESSIE ROYCE HILL


By:_____/s/_____
     PATRICK M. NOONAN – CT00189
     DONAHUE, DURHAM & NOONAN, P.C.
     Concept Park
     741 Boston Post Road, Suite 306
     Guilford, CT  06437
     Telephone:  (203) 458-9168
     Fax:  (203) 458-4424
     Email:  pnoonan@ddnctlaw.com


## **CERTIFICATION**

     I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.


                              _____/s/_____
                                     Patrick M. Noonan