# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

---

**JAKUB MADEJ**

    **Plaintiff,**

**v.**

**YALE UNIVERSITY, MARK SCHENKER
JESSIE ROYCE HILL, MARVIN CHUN,
PETER SALOVEY**

    **Defendants.**

---

**CIVIL ACTION No.  3:20-cv-00133-JCH**

**JURY TRIAL DEMANDED**

**MARCH 17, 2020**

## JAKUB'S MOTION FOR EXPEDITED DISCOVERY

Plaintiff Jakub Madej (*YA-koob MA-dey*) moves the Honorable Court for expedited discovery in anticipation of the evidentiary hearing on Jakub's *Emergency Motion for Preliminary Injunction* filed with the Court on February 23, 2020. This hearing is presently scheduled for March 26, 2020 at 9:30 am in New Haven.

Defendants have, intentionally and/or negligently, prevented Jakub from conducting any informal discovery, both before and after Jakub commenced this action on January 30, 2020. Defendants continue to prevent Jakub from conducting any meaningful unilateral discovery, as (i) Jakub must remain away from Yale College campus under *Yale College Programs of Study*, the "Yale College Constitution"; and (ii) Defendants effectively control all information that, if revealed, would clearly and unambiguously show serious questions going to the merits.

Accordingly, Jakub seeks narrow and reasonable expedited discovery to establish a likelihood of irreparable injury if the injunction is not granted; to clearly articulate sufficiently serious questions going to the merits; and to demonstrate the likelihood of success on the merits.

Jakub seeks the expedited discovery to severely undermine Defendants' allegations expressed in their March 5, 2020 *Brief*; March 9, 2020 *Brief*; and during the March 5, 2020 telephonic status conference. Jakub also seeks to gather facts Defendants possess but continue to conceal that would substantially undermine the validity of arguments Defendants may offer to show cause at the March 26, 2020 hearing.

Specifically, Jakub seeks to depose the following seven (7) individuals by March 24, 2020:

1) Mark Schenker, *Chair of Yale College's Committee on Honors and Academic Standing ("Committee", "CHAS")*

2) Sarah Insley, *Secretary of Committee on Honors and Academic Standing*

3) Daria Vander Veer, *Member of Committee on Honors and Academic Standing*

4) Dana Angluin, *Member of Committee on Honors and Academic Standing*

5) Keshav Raghavan, *Member of Committee on Honors and Academic Standing*

6) Jessie Royce Hill, *Dean of Benjamin Franklin College, Yale University*

7) Michelle Tracey, *Administrative Assistant to Jessie Royce Hill*

Jakub requests that Defendants release by March 24, 2020:

a) any instructions, guidance, policies, procedures, or similar documents within Yale College about who, on what grounds, and through what process decides to dismiss a student for academic reasons;

2

b)   all written policies and procedures that govern the work of the Committee on Honors and Academic Standing, including (i) how, when, and for what term its members are elected; (ii) what specific types of decisions it makes; (iii) how the Committee determines to grant, or deny, a petition from a student seeking not to be dismissed for academic reasons;

c)   all data, statistical and otherwise, that clearly and unambiguously answer the following questions:

a.   when, where, and how often the Committee met since August 1, 2018 until March 14, 2020;

b.   when and how the Committee members for academic year 2019-20 were selected;

c.   how many petitions for exemption not to be withdrawn for academic reasons were filed with the Committee since August 1, 2010 until January 31, 2020;

d.   how many such petitions were granted;

e.   how many such petitions were denied;

f.   for what reasons and on what grounds the Committee granted the petition of specific three students of Defendants' liking;

g.   for what reasons and on what grounds the Committee denied the petition of specific three students of Defendants' liking.

Jakub further requests that Defendants provide by March 24, 2020 affidavits or declarations[1] of Mark Schenker, Sarah Insley, Dana Angluin, Benjamin Glaser, Jason Shaw, Kirk Wetters, Daria Vander Veer, Helena Lyng-Olsen, and Keshav Raghavan, where he/she admits or denies that, and provides further explanation as to whether:

(i)     the Committee exists in reality;

(ii)    he/she has been a member of the Committee, and if so, how his/her membership in the Committee was decided;

(iii)   he/she is aware of any written rules, policies, and procedures that govern the Committee's work;

(iv)    he/she believes that it would be a fair statement that "the Committee does it work "*via written statements and documents*";

(v)     the Committee met on January 13, 2020, and if so, when and where;

(vi)    he/she was present on Committee's January 13, 2020 meeting;

(vii)   he/she received Jakub's petition in advance of the Committee's January 13, 2020 meeting, and if so, by what means, what day and time did he/she receive it;

---

[1] Jakub respectfully requests that every affidavit and every declaration Defendants proffer at all stages of discovery contain the following language:

> "I declare under penalty of perjury that everything I wrote in this document is true and correct. I understand what the penalty of perjury is. I also understand that perjury is a crime under the laws of the United States.
>
> I am familiar with specific penalties the Honorable Court may impose on me if I am found guilty of perjury. I am aware that perjury is a felony punishable with a prison sentence of up to five years under 18 U.S.C. § 1621."

(viii)   he/she believes that it would be a fair to say he/she (a) read Jakub's petition in advance of the hearing, and (b) spent a reasonable amount of time understanding Jakub's arguments;

(ix)    the Committee discussed Jakub's petition not to be dismissed for academic reasons, and evaluated the nine arguments Jakub outlined in his petition;

(x)    the Committee unanimously voted not to grant Jakub's request to continue his education at Yale College;

(xi)    he/she voted not to grant Jakub's petition.

Jakub is familiar with the standing protective order about discovery that has been filed on the docket (No. 8) on January 30, 2020.

In case Defendants oppose the expedited discovery, Jakub respectfully requests an immediate status conference with the Court. Jakub declares his availability at all times when the courthouse is open for business, also on short notice,

As of the time of filing, Parties have made no progress to informally resolve the causes of action.

Dated: March 17, 2020 in New Haven, Connecticut.

Respectfully submitted,
/s/ Jakub Madej

Jakub Madej
The Plaintiff

535 Fifth Avenue, 16th Floor
New York, NY 10017

5

j.madej@lawsheet.com
Telephone: (203) 928
Fax: (203) 902-0070