ATTACHMENT 3

# Anne-Marie Cicarella

**Subject:** FW: Found student living in Welch Hall basement B02
**Attachments:** 202003171359.pdf; ATT00001.htm

-----Original Message-----
From: Sheppard, Georgetta
Sent: Tuesday, March 17, 2020 3:00 PM
To: Hughes, Jeffrey <jeffrey.hughes@yale.edu>
Subject: Found student living in Welch Hall basement B02

Hi Jeff,

I just left you a message. I found a student living in one to the student club room(Rumpus), his name is Jakub Madej he said that he is the editor and chief of this club. He has permission from his Professor Edward A. Snyder to live here until his hearing next week on Thursday 3/26/20. Also stated that he was kicked out of Franklin College by the Dean for Academic reasons, but it wasn't not fair. I told him that this is not a student living space and I'm the Superintendent of Old Campus and was not informed of anyone moving in this room. He stated that he has been living here since January 17th. Which we wouldn't know because we are not here at night and the only reason I question him today is because all students are gone and shouldn't be using the club rooms during the day. Information attached. Please call me if you've any questions.

Thanks,

Georgetta Sheppard
Superintendent, Old Campus
Yale University Office of Facilities
C: 203.432.0147


-----Original Message-----
From: CustodialService@yale.edu <CustodialService@yale.edu>
Sent: Tuesday, March 17, 2020 1:59 PM
To: Sheppard, Georgetta <georgetta.sheppard@yale.edu>
Subject: Message from "FAC57"

This E-mail was sent from "FAC57" (Aficio MP 301).

Scan Date: 03.17.2020 13:59:02 (-0400)
Queries to: CustodialService@yale.edu

1