UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAKUB MADEJ | : | |
| | : | CIVIL ACTION NO. |
| PLAINTIFF | : | 3:20-cv-00133-JCH |
| | : | |
| v. | : | |
| | : | |
| YALE UNIVERSITY, MARVIN CHUN, | : | |
| MARK SCHENKER, PETER SALOVEY AND | : | |
| JESSIE ROYCE HILL | : | |
| | : | |
| DEFENDANTS | : | |
| | : | MARCH 19, 2020 |

### DECLARATION OF EDWARD A. SNYDER

I, Edward A. Snyder, states that:

1. I am over the age of eighteen years and believe in the obligation of an oath. I make this affidavit based on my personal knowledge and in my capacity as a Professor of Economics at the Yale University School of Management.

2. I have been informed of the following: In response to a direction from the Superintendent of Yale's Old Campus that he vacate a basement room of Welch Hall, Mr. Jakub Madej stated that I had given him permission to live in that room.

3. I did not provide any such permission to Mr. Madej, nor would I have any authority to do so. I am a Professor in the School of Management, a graduate program. I have never had any administrative or academic responsibilities for Yale College.

Dated at West Falmouth, Massachusetts this 19th day of March 2020.

*Edward A. Snyder*

_____
Edward A. Snyder

## **CERTIFICATION**

      I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                                               /s/\
                                                               Patrick M. Noonan