UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **JAKUB MADEJ** | |
| **Plaintiff,** | CIVIL ACTION no. 3:20-cv-00133-JCH |
| v. | |
| **YALE UNIVERSITY, MARVIN CHUN, MARK SCHENKER, PETER SALOVEY, JESSIE ROYCE HILL** | **MARCH 17, 2020** |
| **Defendants.** | |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that Plaintiff Jakub Madej will take the in-person deposition of the following individuals, pursuant to Rules 28 and 30 of the Federal Rules of Civil Procedure:

| | |
|---|---|
| Deponents: | Mark Schenker |
| | Keshav Raghavan |
| | Daria Vander Veer |
| Date: | March 20, 2020 (Friday) |
| Time: | 9:00 am |
| Address: | 1157 Chapel Street, New Haven, CT 06511 |

PLEASE TAKE NOTICE that the deposition may continue from day to day thereafter, Sundays and unforeseeable emergencies excepted, until completed. If warranted by extraordinary reasons and expressly stipulated by both parties[1], deposition may be conducted remotely via conferencing software in the Zoom Virtual Deposition Room:

| | |
|---|---|
| Place: | Zoom Virtual Deposition Room (VDR) |
| Address: | lawsheet.com/vdr |
| Password: | *would be provided to all parties prior to deposition* |

---

[1] Parties must exchange in writing such an express stipulation. This express stipulation must contain the following language:

"I agree to hold this deposition virtually in the Zoom Virtual Deposition Room. I believe extraordinary reasons exist that prevent this deposition from happening in person at the time and day requested".

1

PLEASE TAKE FURTHER NOTICE that Plaintiff reserves the right to present exhibits electronically in real time. Such exhibits would be made available to the witness and counsel in real time. The deposition will be under oath taken before a Certified Shorthand Reporter or other qualified notary.

The deposition will be recorded by audio means and might be videotaped. You are invited to attend and cross-examine. Jakub reserves the right to use the videotape deposition at the time of emergency motion hearings, including his March 26, 2020 hearing, and at future proceedings before the Honorable Court.

PLEASE TAKE NOTICE that Mark Schenker is requested to bring and produce at the time of his deposition:

i) all correspondence and other written communication regarding the Committee's decision to dismiss Jakub for academic reasons;
ii) a list of members that were present at the January 13, 2020 meeting where the Committee decided to dismiss Jakub for academic reasons;

PLEASE TAKE NOTICE that all deponents are requested to bring and produce at the time of their deposition an affidavit or a declaration[2] where they clearly and unambiguously answer the following questions:

(i) the Committee exists in reality;
(ii) he/she has been a member of the Committee, and if so, how his/her membership in the Committee was decided;
(iii) he/she is aware of any written rules, policies, and procedures that govern the Committee's work;
(iv) he/she believes that it would be a fair statement that "the Committee does it work "*via written statements and documents*";
(v) the Committee met on January 13, 2020, and if so, when and where;
(vi) he/she was present on Committee's January 13, 2020 meeting;
(vii) he/she received Jakub's petition in advance of the Committee's January 13, 2020 meeting, and if so, by what means, what day and time did he/she receive it;

---

[2] Jakub respectfully requests that every affidavit and every declaration Defendants proffer at all stages of discovery contain the following language:

> "I declare under penalty of perjury that everything I wrote in this document is true and correct. I understand what the penalty of perjury is. I also understand that perjury is a crime under the laws of the United States.
>
> I am familiar with specific penalties the Honorable Court may impose on me if I am found guilty of perjury. I am aware that perjury is a felony punishable with a prison sentence of up to five years under 18 U.S.C. § 1621."

2

(viii)    he/she believes that it would be a fair to say he/she (a) read Jakub's petition in advance of the hearing, and (b) spent a reasonable amount of time understanding Jakub's arguments;

(ix)    the Committee discussed Jakub's petition not to be dismissed for academic reasons, and evaluated the nine arguments Jakub outlined in his petition;

(x)    the Committee unanimously voted not to grant Jakub's request to continue his education at Yale College;

(xi)    he/she voted not to grant Jakub's petition.

Dated: March 17, 2020 in New Haven, Connecticut.

                                                     Respectfully submitted,

                                                     <u>/s/ Jakub Madej</u>

                                                     The Plaintiff
                                                     535 Fifth Avenue, 16th Floor
                                                     New York, NY 10017
                                                     j.madej@lawsheet.com
                                                     Telephone: (646) 776-0066
                                                     Facsimile: (203) 928-8486
                                                     Fax: (203) 902-0070

## CERTIFICATE OF SERVICE

I hereby certify that, on the above-written date, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Jakub Madej

The Plaintiff
Telephone: (646) 776-0066
