UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAKUB MADEJ | : | |
| | : | CIVIL ACTION NO. |
| PLAINTIFF | : | 3:20-cv-00133-JCH |
| | : | |
| v. | : | |
| | : | |
| YALE UNIVERSITY, MARVIN CHUN, | : | |
| MARK SCHENKER, PETER SALOVEY AND | : | |
| JESSIE ROYCE HILL | : | |
| | : | |
| DEFENDANTS | : | |
| | : | MARCH 26, 2020 |

**MOTION TO SEAL**

Pursuant to Local Rule 5(e)(4)(b), the defendants hereby move to seal the transcript of the March 3, 2020 telephone conference before Judge Hall regarding the plaintiff's Motion for Ex Parte Temporary Restraining Order. The transcript includes information protected from disclosure by the Family Educational Rights and Privacy Act and the Health Insurance Portability and Accountability Act. Specifically, the transcript contains information regarding the plaintiff's academic record and status and his medical treatment and prescriptions. Yale University strives to protect the confidentiality of all of its students, including the plaintiff. To that end, the defendants requested to file under seal their Brief in Opposition to Plaintiff's Application for Temporary Restraining Order and the supporting affidavit.[1] The Court granted that motion.

---

[1] The defendants also moved to file under seal their Brief in Opposition to Emergency Motion for Preliminary Injunction and the supporting exhibits and affidavit, which motion the Court granted.

Since the transcript of the telephone conference discusses information that has already been sealed by the Court, the defendant respectfully requests that the motion to seal the March 3, 2020 transcript be granted.

THE DEFENDANTS,

YALE UNIVERSITY, MARVIN CHUN, MARK SCHENKER, PETER SALOVEY AND JESSIE ROYCE HILL

By:_____/s/_____
PATRICK M. NOONAN – CT00189
DONAHUE, DURHAM & NOONAN, P.C.
Concept Park
741 Boston Post Road, Suite 306
Guilford, CT  06437
Telephone:  (203) 458-9168
Fax:  (203) 458-4424
Email:  pnoonan@ddnctlaw.com

**CERTIFICATION**

I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

_____/s/_____
Patrick M. Noonan