**Madej v. Yale, 20-cv-133**

## NOTICE

The court has issued a Ruling on the Motion for Preliminary Injunction (Doc. No. 19) today.  It has put that Ruling temporarily under seal, so that if any party believes that portions of it should be redacted, because the privacy rights of the individual outweigh the public's interest in accessing the basis for the Ruling and the Ruling itself, he / they can file a pleading advising the court of his / their views before the Ruling is placed on the public docket.  The parties are given until **noon on April 2, 2020** to file any suggested redactions before the Ruling is publicly docketed.