**From:** Jakub Madej <j.madej@lawsheet.com>
**Date:** March 31, 2020 at 2:09:45 PM EDT
**To:** Pat Noonan <PNoonan@ddnctlaw.com>
**Subject: Re: Would you mind sending me that ruling?**

Re settlement: I obviously understood that message. You stated so before this unfavorable ruling, which surely doesn't help my position. I was asking if Yale was willing to make an offer, whatever it finds acceptable.

We have never met or conferred, and you don't seem to disagree. Again, please state on the record if you believe we met and conferred in good faith.

Judge Hall issued her order based on your "report". I offered on multiple occasions to come to Guilford but you rejected all; we then agreed to meet and confer after March 26 hearing, because I insisted, and you agreed, that a meeting should be in person. But in between you switched the bait, a tactic I have certainly fallen pray for.

However, we have not met and conferred, and I intend to proceed with discovery as planned. If you file a motion to quash, I will respond once again reiterating all meet-and-confer facts showing we never met or conferred.

I can agree to stay the depositions in exchange for access to my club's room in Welch.

I will send you a second message about this later, but I will subpoena some non-party witnesses for deposition. You'll receive a notice, as prescribed.

Best,
Jakub


On Tue, Mar 31, 2020, 1:38 PM Pat Noonan <PNoonan@ddnctlaw.com> wrote:

> Hi Jakub,
>
> Here is the ruling. I agree that you are allowed to do discovery in accordance with Judge Hall's discovery order. I was asking whether you agree that you are not pursuing the notices of deposition you have sent, which schedule the witnesses over the next two weeks. There is no need to talk about this issue. If you will not agree to postpone them so that they can be scheduled in accordance with the scheduling order already entered by Judge Hall, I will have to file another motion to quash. I was hoping not to have to trouble Judge Hall further with this matter at this time, given the national and international emergency, which has greatly burdened the judiciary.
>
> As to settlement, there really is no interest on Yale's part in the settlement you have suggested.

Pat

<span style="color:red">Please be advised that I will be intermittently working from home. My cell phone number is in my signature below.</span>

Patrick M. Noonan

Donahue, Durham & Noonan, P.C.

741 Boston Post Road

Guilford, CT 06437

(203)457-5209(direct)

(203)314-4562(cell)

(203)458-9168(office)

**From:** Jakub Madej <j.madej@lawsheet.com>
**Sent:** Tuesday, March 31, 2020 1:26 PM
**To:** Pat Noonan <PNoonan@ddnctlaw.com>
**Subject:** Re: Would you mind sending me that ruling?

Hi Pat,

Congratulations for the success. I hope I learned enough about law in these 2.5 months to convey my arguments more persuasively next time.

I intend to proceed with discovery as scheduled.

No discovery has taken place in this case. We have never met or conferred. My interest in discovery is just as high, if not higher now than before. Especially since I haven't filed the amended complaint yet.

On what grounds would you move to quash depositions? I intend to depose these individuals as I did before; no reason for change. I still stand by the same facts – some evidence would be highly useful in case I decide to apply for preliminary injunction again.

I suggest we speak over phone and talk about this discovery dispute, and discuss this case going forward. In light of this unfavorable ruling, do your clients have something to offer?

I can call you; what time works for you today or tomorrow?

Best,

Jakub

On Tue, Mar 31, 2020, 12:50 PM Pat Noonan <PNoonan@ddnctlaw.com> wrote:

Hi Jakub,

After getting your email I called the court and requested that the ruling be emailed to each of us, and we both just received it. If you still don't have it, let me know and I can send it to you. In light of the ruling, can you agree that we need not engage in depositions at this time? If you do not agree, I will be forced to file another Motion to Quash.

Pat

Please be advised that I will be intermittently working from home. My cell phone number is in my signature below.

Patrick M. Noonan

Donahue, Durham & Noonan, P.C.

741 Boston Post Road

Guilford, CT 06437

(203)457-5209(direct)

(203)314-4562(cell)

(203)458-9168(office)


**From:** Jakub Madej <j.madej@lawsheet.com>
**Sent:** Tuesday, March 31, 2020 12:31 PM
**To:** Pat Noonan <PNoonan@ddnctlaw.com>
**Subject:** Would you mind sending me that ruling?


I cannot access the sealed document, unfortunately. cm/ecf accounts for pro ses don't have that option.


Thanks,

Jakub


65 Dwight St | New Haven, CT 06511 | (646) 776-0066 | j.madej@lawsheet.com