

Jakub Madej <j.madej@lawsheet.com>

---

# 3:20-cv-00133: Notice of Deposition

**Jakub Madej** <j.madej@lawsheet.com>                                           Tue, Mar 17, 2020 at 9:58 PM
To: Pat Noonan <PNoonan@ddnctlaw.com>

Hello Pat,

In anticipation of Judge Hall's decision, I attach the notices of deposition. I expect the depositions to commence <u>on Friday, March 20 at 9:00 am in New Haven</u>.

Should you motion to oppose the expedited discovery, I will request an immediate status conference with Judge Hall.

You know very well I am not a lawyer. I filed my action on January 30, 2020. You had 45 days to understand all possible reasons why I filed this case. You quickly recognized I am candid and forthcoming — often to my detriment, especially in the adversarial world of litigation. You could have resolved this matter swiftly weeks ago, if only you gave some credit to my sincerity and the reasonability of my actions.

But you assumed I am yet another unsatisfied careless student who failed multiple classes he didn't care about; ignored the plain advice of all well-meaning administrators and professors; and ultimately filed a lawsuit to "to complete the seven course credits (...) to graduate in May, 2020". You tried to convince me I improperly served process to delay your response by a month, knowing I know nothing about this. You never looked at the facts, even if you assumed I was neither Montague or Tenreiro-Braschi. But I am not Habib Olapade, either.

As you will read tomorrow, I don't even need legal arguments to counter yours — though I have many — because the facts alone suffice. For your information, I have <u>no</u> stake in any company since your clients started this ordeal; Yale's egregious actions forced me to sell my shares to focus on this action. I donated every penny I made in the liquidation process to charity.

As for the 26(f) conference: we have <u>never</u> met to "discuss the nature and basis of" my claims, or informally discussed why I filed this lawsuit against Yale University in the first place. We have <u>never</u> discussed "any possibilities for achieving a prompt settlement or other resolution of the case". We have <u>not</u> discussed how to solve this dispute informally; we have <u>not</u> discussed "the disclosure and preservation of electronically stored information". You expressed <u>no</u> interest or initiative in <u>any</u> of these; you disregarded my humble attempts to confer and find a resolution. You <u>never</u> expressed any interest in doing *any* of the above. We have <u>never</u> met or conferred for anything.

Pat, I don't enjoy litigating. I don't need Stuart, or other sophisticated litigators, to step in. I already know they are eager to get involved, do everything I cannot possibly understand to swiftly expose this sham to the public, and promptly settle this entire case for way more than I would be satisfied with. But if we don't find a resolution quickly, they will.

Regards,
Jakub

65 Dwight St | New Haven, CT 06511 | (646) 776-0066 | j.madej@lawsheet.com

---

**3 attachments**

- notice-of-deposition-number-one.pdf
  171K
- notice-of-deposition-number-three.pdf
  170K
- notice-of-deposition-number-two.pdf
  170K