


Jakub Madej <j.madej@lawsheet.com>

# Madej v. Yale Univ. - Expedited Discovery, Notices of Deposition

**Jakub Madej** <j.madej@lawsheet.com>   Mon, Mar 30, 2020 at 5:15 PM
To: Pat Noonan <PNoonan@ddnctlaw.com>

Hi Pat,

We have obviously never met or conferred, so the scheduling order is of no guidance to anyone. Judge Hall will certainly agree once she understands how fundamental our discovery dispute is.

<u>If you dispute my obvious and long-standing belief that we never met or conferred, please state so on the record. If you oppose my discovery attempts, call me at (203) 928-8486 -- we will discuss the dispute, and determine if a solution is possible without the Court's intervention.</u>

Since you never attempted to meet and confer in good faith, I proceed with discovery requests that I believe to be reasonable under the circumstances. I attach the deposition notices, with depositions starting this Friday. I confirmed all individuals are in New Haven except for Keshav Raghavan, who is in New Jersey. In his case, we would obviously hold a virtual deposition via Zoom. The court reporter sees no issues with this, so she would swore Keshav in as usual.

I will submit a reply to your brief in opposition shortly in any case. I noticed you offer no legal argument in support, nor any relevant factual argumentation. However, I will request an oral argument on the expedited discovery motion if the Judge is unable to make a ruling on the papers.

I obviously understand why you advance that narrative of myself; to your credit, you are not entire unsuccessful. I spent at least a few days debunking your narrative, only to realize it doesn't matter.

Also, I never intended to withdraw the expedited discovery motion in the first place, as you well know. But I represent myself, and do so for the first time. I make mistakes; this is one. I will explain my actions on the record so that Judge Hall understood what I meant.

Best,
Jakub

65 Dwight St | New Haven, CT 06511 | (646) 776-0066 | j.madej@lawsheet.com

6 attachments

- second-notice-of-deposition-dana-angluin.pdf 128K
- second-notice-of-deposition-kirsta-mclellan.pdf 128K
- second-notice-of-deposition-jessie-royce-hill.pdf 128K
- second-notice-of-deposition-mark-schenker.pdf 128K
- second-notice-of-deposition-keshav-raghavan.pdf 128K
- second-notice-of-deposition-michelle-tracey.pdf 128K