UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAKUB MADEJ | : | |
| | : | CIVIL ACTION NO. |
| PLAINTIFF | : | 3:20-cv-00133-JCH |
| | : | |
| v. | : | |
| | : | |
| YALE UNIVERSITY, MARVIN CHUN, | : | |
| MARK SCHENKER, PETER SALOVEY AND | : | April 6, 2020 |
| JESSIE ROYCE HILL | : | |
| | : | |
| DEFENDANTS | : | |

## **MOTION FOR EXTENSION OF TIME**

The defendants hereby move, pursuant to Local Civil Rule 7(b), for a 21-day extension of time, up to and including April 27, 2020 to file a response to the plaintiff's complaint. This extension is necessary because defense counsel needs the extra time to research the facts and law necessary to frame a proper response to the complaint. Defendants' counsel emailed the plaintiff to determine if he has any objection to this Motion but has not yet heard back from the plaintiff. This is the defendants' first request for an extension of time.

                THE DEFENDANTS, YALE UNIVERSITY,
                MARVIN CHUN, MARK SCHENKER,
                PETER SALOVEY and JESSIE ROYCE HILL

By:  Patrick M. Noonan  (CT00189)
      PATRICK M. NOONAN – CT00189
      DONAHUE, DURHAM & NOONAN, P.C.
      Concept Park
      741 Boston Post Road, Suite 306
      Guilford, CT  06437
      Telephone:  (203) 458-9168
      Fax:  (203) 458-4424
      Email:  pnoonan@ddnctlaw.com

## **CERTIFICATION**

      I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                                     /s/
                                                            Patrick M. Noonan