UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAKUB MADEJ | : | |
| | : | CIVIL ACTION NO. |
| PLAINTIFF | : | 3:20-cv-00133-JCH |
| | : | |
| v. | : | |
| | : | |
| YALE UNIVERSITY, MARVIN CHUN, | : | |
| MARK SCHENKER, PETER SALOVEY AND | : | April 7, 2020 |
| JESSIE ROYCE HILL | : | |
| | : | |
| DEFENDANTS | : | |

## **AMENDED MOTION FOR EXTENSION OF TIME**

The defendants hereby amend their request for a 21-day extension of time, up to and including April 27, 2020, to file a response to the plaintiff's complaint. At the time of filing the initial motion, the plaintiff had not responded to defense counsel's email inquiring as to his position on the motion. The plaintiff emailed defense counsel this morning at 8:18 a.m. to indicate that he will be opposing the defendants' motion for extension of time. In his email, the plaintiff indicates that defense counsel filed its motion for extension of time 45 minutes after emailing him with regard to the motion. The email, attached hereto as Exhibit A, demonstrates that the email was sent at 2:20 p.m., two hours and 43 minutes before defense counsel filed its motion at 5:03 p.m., and not 45 minutes as reflected in plaintiff's email. In any event, defense counsel wanted to alert the Court as soon as he became aware of it that the plaintiff intended to file an objection.

THE DEFENDANTS, YALE UNIVERSITY,
MARVIN CHUN, MARK SCHENKER,
PETER SALOVEY and JESSIE ROYCE
HILL

By: Patrick M. Noonan   (CT00189)
PATRICK M. NOONAN – CT00189
DONAHUE, DURHAM & NOONAN, P.C.
Concept Park
741 Boston Post Road, Suite 306
Guilford, CT  06437
Telephone:  (203) 458-9168
Fax:  (203) 458-4424
Email:  pnoonan@ddnctlaw.com

## **CERTIFICATION**

I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

/s/
Patrick M. Noonan