| | |
|---|---|
| From: | Jakub Madej |
| To: | Debbie Hackett |
| Subject: | Re: Madej v. YU - extension of time |
| Date: | Tuesday, April 7, 2020 8:18:25 AM |

Hi Debbie,

Thanks for the email. I will file a motion opposing this request for extension by no later than Wednesday morning. That'd be 24 hours from now.

I see that Pat filed his motion 45 minutes after you sent me your email, saying that "he has not yet heard back" from me. Obviously, he has not heard back from me within 45 minutes. I checked both my numbers, and he has not called by telephone either. In light of these facts, I would appreciate it if you notify the chambers that I oppose the extension.

I am available at (203) 928-8486 if you need any information from me.

Best,
Jakub

65 Dwight St | New Haven, CT 06511 | (646) 776-0066 | j.madej@lawsheet.com


On Mon, Apr 6, 2020 at 2:20 PM Debbie Hackett <DHackett@ddnctlaw.com> wrote:

> **Mr. Madej:**
>
> **We will be filing for a three-week extension within which to respond to your complaint (through 4/27/20). I am emailing you to see if you have any objection to this extension. Please let me know when you have a moment.**
>
> **Thank you.**
>
> **Debbie**
>
> Debbie Hackett, Paralegal
>
> Donahue, Durham & Noonan, PC
>
> 741 Boston Post Road

Guilford, CT 06437

203-458-9168

203-458-4424 – Fax

dhackett@ddnctlaw.com

This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed.  This communication may contain material protected by the attorney-client privilege or other privileges and statutory protections.  If you are not the intended recipient or the individual responsible for delivering the e-mail to the intended recipient, please be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited.  If you have received this e-mail in error, please immediately notify our office by telephone at 203-458-9168.  Thanks.