**Attachments:**   second-notice-of-deposition-dana-angluin.pdf; second-notice-of-deposition-kirsta-mclellan.pdf; second-notice-of-deposition-jessie-royce-hill.pdf; second-notice-of-deposition-mark-schenker.pdf; second-notice-of-deposition-keshav-raghavan.pdf; second-notice-of-deposition-michelle-tracey.pdf

**From:** Jakub Madej <j.madej@lawsheet.com>
**Sent:** Monday, March 30, 2020 5:15 PM
**To:** Pat Noonan <PNoonan@ddnctlaw.com>
**Subject:** Madej v. Yale Univ. - Expedited Discovery, Notices of Deposition

Hi Pat,

We have obviously never met or conferred, so the scheduling order is of no guidance to anyone. Judge Hall will certainly agree once she understands how fundamental our discovery dispute is.

<u>If you dispute my obvious and long-standing belief that we never met or conferred, please state so on the record. If you oppose my discovery attempts, call me at (203) 928-8486 -- we will discuss the dispute, and determine if a solution is possible without the Court's intervention.</u>

Since you never attempted to meet and confer in good faith, I proceed with discovery requests that I believe to be reasonable under the circumstances. I attach the deposition notices, with depositions starting this Friday. I confirmed all individuals are in New Haven except for Keshav Raghavan, who is in New Jersey. In his case, we would obviously hold a virtual deposition via Zoom. The court reporter sees no issues with this, so she would swore Keshav in as usual.

I will submit a reply to your brief in opposition shortly in any case. I noticed you offer no legal argument in support, nor any relevant factual argumentation. However, I will request an oral argument on the expedited discovery motion if the Judge is unable to make a ruling on the papers.

I obviously understand why you advance that narrative of myself; to your credit, you are not entire unsuccessful. I spent at least a few days debunking your narrative, only to realize it doesn't matter.

Also, I never intended to withdraw the expedited discovery motion in the first place, as you well know. But I represent myself, and do so for the first time. I make mistakes; this is one. I will explain my actions on the record so that Judge Hall understood what I meant.

Best,
Jakub

65 Dwight St | New Haven, CT 06511 | (646) 776-0066 | j.madej@lawsheet.com