# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

_____

**JAKUB MADEJ**

    **Plaintiff,**

v.

**YALE UNIVERSITY, MARK SCHENKER
JESSIE ROYCE HILL, MARVIN CHUN,
PETER SALOVEY**

    **Defendants.**

_____

CIVIL ACTION No. 3:20-cv-00133-JCH

JURY TRIAL DEMANDED

APRIL 12, 2020

## NOTICE TO DEFENSE COUNSEL

As parties engage in discovery, or *not* engage in discovery, Plaintiff wishes to recommend to defense counsel the following videoclip from the Library of Congress:

https://www.youtube.com/watch?v=FpMMRrosJP0

The Honorable Court need not be bothered by this entry. Plaintiff is grateful for Your Honor's service.

Dated: April 12, 2020 in Chicago, Illinois

                                                                          Respectfully submitted,
                                                                          /s/ Jakub Madej

                                                                          Jakub Madej
                                                                          The Plaintiff

                                                                          65 Dwight St
                                                                          New Haven, CT 06511

j.madej@lawsheet.com  
Telephone: (203) 928-8486  
Facsimile: (646) 776-0066  
Fax: (203) 902-0070