UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | : | |
|---|---|---|
| JAKUB MADEJ | : | |
| | : | CIVIL ACTION NO. |
| PLAINTIFF | : | 3:20-cv-00133-JCH |
| | : | |
| v. | : | |
| | : | |
| YALE UNIVERSITY, MARVIN CHUN, | : | |
| MARK SCHENKER, PETER SALOVEY AND | : | April 21, 2020 |
| JESSIE ROYCE HILL | : | |
| | : | |
| DEFENDANTS | : | |
| | : | |

**AFFIDAVIT OF DEBORAH HACKETT**

I, Deborah J. Hackett, being duly sworn, depose and say that:

1. I am over the age of eighteen years and believe in the obligation of an oath.

2. I make this affidavit based on my personal knowledge and in support of defendants' Motion For Order For Relief From Requirements Of Local Rules To Communicate With The Plaintiff In Person Or Via Telephone.

3. I have been employed at Donahue, Durham and Noonan, P.C. for more than 20 years, having begun my employment in August, 1998.

4. During the course of my employment at Donahue, Durham & Noonan, P.C., I have been working exclusively on litigation matters.

5. During that period of time, I have never been accused of any impropriety or act of dishonesty.

6. On April 6, 2020 at approximately 2:20 p.m., I emailed Mr. Madej to inform him that the defendants planned to ask for a three-week extension of time in which to respond

to the complaint. He emailed me back at 6:11 a.m. the following morning, indicating that he intended to oppose the requested extension. That email chain has been filed as Attachment C to defendants' Reply Brief In Support of Motion For Order For Relief From Requirements Of Local Rules To Communicate With The Plaintiff In Person Or Via Telephone.

7. I did not alter the time designation on the emails contained in the email chain attached to Attachment C to the Reply Brief In Support of Motion For Order For Relief From Requirements Of Local Rules To Communicate With The Plaintiff In Person Or Via Telephone. I have never altered any document in that fashion. I selected Attachment C myself. Attorney Noonan did not suggest that I alter the time on the emails, nor has he ever made any such suggestion to me. If he had made such a suggestion to me, I would not have followed it.

Dated this 21st day of April, 2020.

_Deborah J. Hackett_
Deborah J. Hackett

STATE OF CONNECTICUT    )
                        ) ss.
COUNTY OF NEW HAVEN     )

Subscribed and sworn to before me this 21st day of April, 2020.

_____
Commissioner of Superior Court

        **THE DEFENDANTS,**
        **YALE UNIVERSITY, MARVIN CHUN,**
        **MARK SCHENKER, PETER SALOVEY**
        **and JESSIE ROYCE HILL**


By:   Patrick M. Noonan   (CT00189)
       PATRICK M. NOONAN – CT00189
       DONAHUE, DURHAM & NOONAN, P.C.
       Concept Park
       741 Boston Post Road, Suite 306
       Guilford, CT  06437
       Telephone:  (203) 458-9168
       Fax:  (203) 458-4424
       Email:  pnoonan@ddnctlaw.com

## **CERTIFICATION**

     I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

              /s/
              Patrick M. Noonan