April 26, 2020

**JAKUB J. MADEJ**

65 DWIGHT ST, APT A11

NEW HAVEN, CT 06511

203 928 8486 TEL

646 776 0066

203 902 0070 FAX

206 ELM STREET

PO BOX 4000

NEW HAVEN, CT 06511

J.MADEJ@LAWSHEET.COM

<u>**VIA CM/ECF**</u>

Honorable Janet C. Hall,

U.S. District Judge

District of Connecticut

141 Church Street

New Haven, CT 06510

Re: ***Madej v. Yale Univ. et al***, **Case No. 3:20-cv-00133-JCH**

Dear Judge Hall:

I am the plaintiff in this case. Attached is a redacted copy of Exhibit 24, which I previously sought to file under seal. *Dkt 21*.

Defense counsel agrees with all redactions, and indicated no further objections.

I arranged an unredacted copy to be delivered to Chambers within a week (or less) from today.

Thank you for courtesies extended to plaintiff.

Sincerely,

*Jakub Madej*

Jakub Madej

CC: Patrick M. Noonan, Esq. (via CM/ECF)