UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAKUB MADEJ | : | |
| | : | CIVIL ACTION NO. |
| PLAINTIFF | : | 3:20-cv-00133-JCH |
| | : | |
| v. | : | |
| | : | |
| YALE UNIVERSITY, MARVIN CHUN, | : | |
| MARK SCHENKER, PETER SALOVEY AND | : | April 27, 2020 |
| JESSIE ROYCE HILL | : | |
| | : | |
| DEFENDANTS | : | |

## DEFENDANTS' NOTICE OF AGREEMENT WITH PLAINTIFF'S PROPOSED REDACTION OF CHAS PETITION

The defendants hereby give notice that they have no objection to the plaintiff redacting the two phone numbers indicated in the plaintiff's proposed redacted CHAS petition, filed on April 26, 2020. The defendants do not request any further redactions.

**THE DEFENDANTS,
YALE UNIVERSITY, MARVIN CHUN,
MARK SCHENKER, PETER SALOVEY
and JESSIE ROYCE HILL**

By: Patrick M. Noonan   (CT00189)
    PATRICK M. NOONAN – CT00189
    DONAHUE, DURHAM & NOONAN, P.C.
    Concept Park
    741 Boston Post Road, Suite 306
    Guilford, CT  06437
    Telephone:   (203) 458-9168
    Fax:         (203) 458-4424
    Email:       pnoonan@ddnctlaw.com

## **CERTIFICATION**

      I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

                                                                           /s/  
                                                                   Patrick M. Noonan