

| | |
|---|---|
| JAKUB MADEJ | |
| 65 Dwight St, Apt A11 | 535 Fifth Ave, 16th Floor |
| New Haven, CT 06511 | New York, NY 10017 |
| Telephone: (203) 928-8486 | Facsimile: (646) 776-0066 |
| Fax: (203) 902-0076 | Email: j.madej@lawsheet.com |

April 20, 2020

**VIA EMAIL AND FIRST-CLASS MAIL**
Robin Tabora, Clerk of Court
United States District Court
District of Connecticut
141 Church Street
New Haven, CT 06510

United States District Court
District of Connecticut
FILED AT   NEW HAVEN
_April 27th_____ 2020
Robin D. Tabora, Clerk
By_____
Deputy Clerk

RE:   **Request for Waiver of PACER Fees on Account No. 5908807**

Dear Mr. Tabora,

I am a self-represented plaintiff in a civil action *Madej v. Yale Univ et al.* (3:20-cv-00133) in the District of Connecticut. Honorable U.S. District Judge Janet C. Hall is presiding over this matter.

I am requesting an exemption from fees for public access to electronic case records from all district courts until December 2020, inclusive. My request includes fees already charged to my account, as below:

| | |
|---|---|
| Account Number: | 5908807 |
| Account Contact: | Jakub Jonasz Madej |
| Balance Due: | $1,947.40 |
| Due Date: | 10/5/2020 |

I am a non-U.S. citizen or permanent resident, and I am present in the country as a visitor (B1/B2 status). As a result, I cannot be lawfully employed, seek employment, or request an

employment authorization from Department of Homeland Security. I am currently unemployed and have no income. I have no ability to pay the statutory fees.

I use PACER extensively for legal research related to the ongoing action. I also use CM/ECF for electronic filing.

I agree that any data received through this exemption will not be sold for profit, will not be transferred, will not be used for commercial purposes, and will not be redistributed via the Internet.

I declare that all the above information is true and correct. I understand that a false statement may result in termination of my exempt access and an assessment of Electronic Public Access usage fees. If requested, I will provide a financial affidavit and/or additional documents to support my request.

Thank you for your courtesies in this matter.

*Jakub Madej*

Jakub Madej

cc:	--