UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAKUB MADEJ : : : CIVIL ACTION NO. PLAINTIFF : 3:20-cv-00133-JCH : v. : : YALE UNIVERSITY, MARVIN CHUN, : MARK SCHENKER, PETER SALOVEY AND : JESSIE ROYCE HILL : : DEFENDANTS : : MAY 6, 2020 | |

**DEFENDANTS' MOTION TO DISMISS**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, the defendants hereby move to dismiss the plaintiff's complaint in its entirety because it fails to state any claim upon which relief can be granted.  The plaintiff fails to state a claim for fraudulent misrepresentation in Count I because he has not alleged facts sufficient to support any of the four elements of such a claim.  The breach of contract claim in Count II should be dismissed because the plaintiff has failed to allege a specific contractual provision breached by the defendants.  He has also failed to allege any facts supporting the conclusory allegation that the defendants acted arbitrarily, capriciously, or in bad faith.  The negligence claim in Count III should be dismissed because it impermissibly alleges an educational malpractice claim.  Count III should also be dismissed to the extent that it seeks to assert a claim for negligent infliction of emotional distress because the plaintiff has failed to allege facts to support a conclusion that the defendants' conduct created an unreasonable risk of causing the plaintiff emotional distress and that the emotional distress was severe enough that it might result in illness or bodily harm.  The plaintiff has failed to state a claim for tortious interference with contract and business expectancies in Count IV because he has not alleged facts

1

sufficient to support a claim that the defendants engaged in improper conduct that interfered with the plaintiff's employment contract.  The accompanying memorandum of law supports this motion.

                                                THE DEFENDANTS,

                                                YALE UNIVERSITY, MARVIN CHUN, MARK SCHENKER, PETER SALOVEY AND JESSIE ROYCE HILL

By:_____/s/_____
      PATRICK M. NOONAN – CT00189
      COLLEEN NOONAN DAVIS – CT27773
      DONAHUE, DURHAM & NOONAN, P.C.
      Concept Park
      741 Boston Post Road, Suite 306
      Guilford, CT  06437
      Telephone:  (203) 458-9168
      Fax:           (203) 458-4424
      Email:  pnoonan@ddnctlaw.com

## CERTIFICATION

     I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

                                                                  /s/_____
                                                                Patrick M. Noonan