# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

_____

**JAKUB MADEJ**

    **Plaintiff,**

v.

**YALE UNIVERSITY, MARK SCHENKER
JESSIE ROYCE HILL, MARVIN CHUN,
PETER SALOVEY**

    **Defendants.**

_____

CIVIL ACTION No. 3:20-cv-00133-JCH

JURY TRIAL DEMANDED

MAY 6, 2020

## NOTICE OF REQUEST FOR ADMISSION ON NON-PARTY

Plaintiff Jakub Madej notes on the record that he served two requests for admission on non-party Debbie Hackett via email and certified mail on May 6, 2020.

As a non-party, Ms. Hackett is naturally not obliged to answer plaintiff's request under *Fed R Civ P* 36. Nevertheless, answering plaintiff's requests will help all parties involved clear the record.

Plaintiff asked Ms. Hackett whether the document attached (i) is a genuine copy of email conversation entitled "Madej v. YU - extension of time" that she initiated on April 6, 2020, and (ii) correctly states all details of email conversation entitled "Madej v. YU - extension of time" that she initiated on April 6, 2020.

Dated: May 6, 2020 in Las Vegas, Nevada.

                                                Respectfully submitted,
                                                /s/ Jakub Madej

                                                Jakub Madej
                                                65 Dwight St

New Haven, CT 06511
Telephone: (203) 928-8486
Facsimile: (646) 776-0066
Fax: (203) 902-0070
Email: j.madej@lawsheet.com