UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAKUB MADEJ | : |
| | : |
| | : CIVIL ACTION NO. |
| PLAINTIFF | : 3:20-cv-00133-JCH |
| | : |
| v. | : |
| | : |
| YALE UNIVERSITY, MARVIN CHUN, | : |
| MARK SCHENKER, PETER SALOVEY AND | : |
| JESSIE ROYCE HILL | : |
| | : |
| DEFENDANTS | : |
| | : MAY 12, 2020 |

**MOTION TO STAY DISCOVERY PENDING RESOLUTION OF
THE DEFENDANTS' MOTION TO DISMISS**

The defendants hereby move to stay all discovery until after the Court has issued a ruling on the defendants' motion to dismiss the complaint in its entirety. As will be discussed in detail below, it appears that the filing of the defendants' motion to dismiss has caused the plaintiff to unleash a barrage of inappropriate communications and discovery-related pleadings to defense counsel and the defendants themselves. In order to spare the parties and the Court time-consuming and expensive motion practice, the defendants move for a stay of all discovery until the Court has ruled on the pending motion to dismiss. The defendants also move for an order requiring the plaintiff to limit his communications to defense counsel only, to cease his practice of sending the same pleading or discovery request multiple times through a variety of methods of communication, and to cease direct communications from the plaintiff to the defendants.

THE DEFENDANTS,

YALE UNIVERSITY, MARVIN CHUN, MARK SCHENKER, PETER SALOVEY AND JESSIE ROYCE HILL

By: /s/
PATRICK M. NOONAN – CT00189
COLLEEN NOONAN DAVIS – CT27773
DONAHUE, DURHAM & NOONAN, P.C.
Concept Park
741 Boston Post Road, Suite 306
Guilford, CT  06437
Telephone:  (203) 458-9168
Fax:  (203) 458-4424
Email:  pnoonan@ddnctlaw.com

## **CERTIFICATION**

I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

/s/
Patrick M. Noonan