**From:** Jakub Madej <j.madej@lawsheet.com>
**Sent:** Friday, May 8, 2020 2:09 PM
**To:** Pat  Noonan
**Cc:** Colleen Davis; Anne-Marie Cicarella
**Subject:** Madej v Yale Univ -- Second Set of RFA for Yale University
**Attachments:** second-set-request-for-admission-for-yale-university.pdf

Dear Patrick,

I attach my second set of requests for admission for Yale University only. If you have trouble accessing the file, it's available at the link below too.

www.lawsheet.com/second-set-request-for-admission-for-yale-university.pdf

I slightly changed the language of instructions in this set. This is because I purposefully don't use a formbook but craft these instructions myself for this particular suit. I continually improve the language of my requests, and design them to streamline our discovery process.

I cc'd Collen and Anne-Marie to this email, as Anne-Marie requested yesterday. I understand your team is working remotely. I am happy to consider any other requests that I can easily and costlessly accommodate but which make your life easier.

If you wish to confer about this, I am available via phone, as always.

Best,
Jakub

65 Dwight St | New Haven, CT 06511 | (646) 776-0066 | j.madej@lawsheet.com



## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

---

**JAKUB MADEJ**

     **Plaintiff,**

**v.**

**YALE UNIVERSITY, MARK SCHENKER
JESSIE ROYCE HILL, MARVIN CHUN,
PETER SALOVEY**

     **Defendants.**

**CIVIL ACTION No.  3:20-cv-00133-JCH**

**JURY TRIAL DEMANDED**

**MAY 8, 2020**

---

## PLAINTIFF'S SECOND SET OF REQUESTS FOR ADMISSION
## FOR DEFENDANT YALE UNIVERSITY

Plaintiff Jakub Madej requests, pursuant to *Fed R Civ P* 36, that you admit the following matters in writing within 30 days of service, or by June 9, 2020. Every matter is deemed admitted and conclusively established for the purpose of this action if you fail to respond within the allotted time. If you believe you need an extension, and request it at least three days before the due date, I will be sympathetic to a five days' extension.

## DEFINITIONS

- Consult Local Rule 26(a)-(d), if in doubt.

## INSTRUCTIONS

- Sign and serve complete answers via email to jakub.madej@yale.edu, j.madej@lawsheet.com, and by fax to (203) 902-0070. If you are unable to access traditional fax, fax.plus and myfax.com offer inexpensive online fax service. Service by mail to the address below is appreciated but not necessary.

JAKUB MADEJ

415 Boston Post Rd

Ste 3-1102

Milford, CT 06460

- Use this file for your responses. Include the language stated in this document for verification of your answers. Denials must be sworn.

- If you do not admit the matter, you must specifically deny it or state in detail why you cannot truthfully admit or deny it.

- If you deny the matter, you must fairly respond to the substance of the matter.

- If good faith requires you to qualify an answer or deny only a part of a matter, your answer must specify the part admitted and qualify or deny the rest.

- You may only assert lack of knowledge or information as a reason for failing to admit or deny if you made reasonable inquiry and you cannot readily obtain information sufficient to enable you to admit or deny. State with particularity what reasonable inquiry you made into the matter.

- The verification need not be notarized if the signature is hand-written. If you choose to notarize these answers, notarize.com provides online notary services at low cost.

- If any request is objectionable, call counsel/plaintiff in order to attempt to narrow the question or avoid the objectionable portion. Discovery is supposed to proceed with minimal involvement of the court. Please consult Local Rule 37, Federal Rules 26 and 37, and Standing Order Relating to Discovery (Dkt. 9). Plaintiff strives to resolve genuine disputes informally and cooperatively.

- Plaintiff will strive to provide written reminders to you before the thirty days' period to ensure you do not accidentally miss the deadline.

POSSIBLE RESPONSES

✓  Admitted.

✓  Denied. This statement is false because [the reason the statement is false].

2

✓ Admitted but only [qualification].

✓ I lack sufficient knowledge to answer the request because [the reason].

SECOND SET OF REQUESTS FOR ADMISSION
FOR DEFENDANT <u>YALE UNIVERSITY</u>

STATEMENTS TO ADMIT

**REQUEST No. 21:** Yale University website[1] says "Yale University is committed to conducting business ethically and complying with applicable federal and state laws and regulations".

**REQUEST No. 22:** Yale University is committed to conducting business ethically and complying with applicable federal and state laws and regulations.

**REQUEST No. 23:** Document attached and marked as "Exhibit 1" is genuine.

**REQUEST No. 24:** Document attached and marked as "Exhibit 2" is a genuine.

**REQUEST No. 25:** Document attached and marked as "Exhibit 3" is genuine.

**REQUEST No. 26:** Document attached and marked as "Exhibit 4" is genuine.

**REQUEST No. 27:** Document attached and marked as "Exhibit 5" is genuine.

**REQUEST No. 28:** On February 13, 2020, a current trustee of Yale University was a guest speaker in a course, a syllabus of which is attached and marked as Exhibit 5.

**REQUEST No. 29:** Document attached and marked as "Exhibit 6" is genuine.

**REQUEST No. 30:** Document attached and marked as "Exhibit 7" is genuine.

**REQUEST No. 31:** Document attached and marked as "Exhibit 8" is genuine.

**REQUEST No. 32:** Document attached and marked as "Exhibit 9" is genuine.

**REQUEST No. 33:** Document attached and marked as "Exhibit 10" is genuine.

Responses Dated: _____ in New Haven, Connecticut.

---

[1] Link: https://your.yale.edu/work-yale/financial-management/university-auditing-quality-assurance/yale-university-hotline/hotline

VERIFICATION

I, [NAME OF OFFICER], act on behalf of the defendant Yale University in this action. I have read the Second Set of Requests for Admission propounded to Yale University by plaintiff, Jakub Madej, and my Response to the request. I am familiar with the contents of both.

I declare under penalty of perjury that my answers are true and correct. I understand what perjury is. I also understand that perjury is a crime under the laws of the United States. I am aware that perjury is a felony punishable with a prison sentence of up to five years under 18 U.S.C. § 1621.


Executed: [Time] in North Haven, Connecticut.

[Name of Officer]

Hand Signature of Officer


[Name of attorney for defendant]

Attorney for Defendant

Dated: May 8, 2020 in Las Vegas, Nevada.

Respectfully submitted,
/s/ Jakub Madej

Jakub Madej
65 Dwight St
New Haven, CT 06511
Telephone: (203) 928-8486
Facsimile: (646) 776-0066
Fax: (203) 902-0070
Email: j.madej@lawsheet.com

# EXHIBIT 1

# 1106 Preserving Records for Legal Purposes

**Responsible Official:** Vice President and General Counsel
**Responsible Office:** Office of the Vice President and General Counsel
**Effective Date:** August 30, 2011
**Revision Date:** August 30, 2011

## Policy Sections

- 1106.1 Obligation to Report Existing or Anticipated Legal Proceedings
- 1106.2 Obligation to Preserve Legal Records
- 1106.3 Responsibility of the Office of the General Counsel
- 1106.4 Responsibility of Information Technology Services
- 1106.5 Violations of this Policy

## Scope

This policy applies to all University employees, including faculty, staff, part-time employees, and student employees.

## Reason for the Policy

Federal and state law require Yale employees to preserve potentially relevant Yale records once they have reason to believe the records may be needed for a legal proceeding, such as a lawsuit, a government investigation, or a government audit. Failure to meet this obligation could result in civil or criminal penalties against Yale and its employees. The purpose of this policy is to establish requirements that will help Yale and its employees comply with the law.

## Definitions

**Employee:** An Employee is any member of the Yale faculty or staff, including part-time employees and student employees. For the purpose of this Policy,

the term Employee also includes a Yale student or trainee who has created or received a Legal Record in the course of providing a service to Yale or to others as part of his or her education or training (for example, a student serving on a University committee or a medical resident who treats a Yale patient).

**Record:** A Record is any information preserved in a fixed medium, whether on paper, electronically, or otherwise. For example, the term includes e-mail and voicemail messages, calendar entries. photographs, and "metadata" that computers store in relation to a user's electronic documents.

**Legal Record:** A Legal Record is a Record relating to the subject of an existing or anticipated legal proceeding. A Legal Record is covered by this Policy if (i) it is stored in a facility or device owned by Yale; **or** (ii) the Record is in the custody or control of an Employee and the Employee created or received the Record in his or her role as an Employee. If a Legal Record meets the second criterion above, it is covered by this Policy, whether or not it is stored in a Yale facility or on a device owned by Yale.

**Preserve:** To preserve a Legal Record, an Employee must retain it in its original medium and not alter, delete, remove, discard, or destroy, directly or indirectly, any of the information that the Record contains.

# Policy Sections

## 1106.1 Obligation to Report Existing or Anticipated Legal Proceedings

Employees must inform the Office of the General Counsel (OGC) if they have reason to believe that Yale has become or is likely to become a party to a legal proceeding, such as a lawsuit, a government investigation, or a government audit. For example, Employees should report any of the following events:

- formal notice of a lawsuit or discrimination claim;
- an oral statement that a person or entity intends to bring a lawsuit or a claim of discrimination, retaliation, or harassment;
- receipt of a letter from a lawyer stating a legal claim or making a demand for compensation;
- a meeting over an employment or business dispute to which the other party brings a lawyer; or
- a communication from a government agency announcing an investigation or audit (whether the audit is routine or not).

(No Employee should accept service of a summons or a subpoena directed to Yale or a Yale school or program. The person serving the summons or subpoena should be directed to the OGC.)

As discussed below, the OGC will determine whether a given set of circumstances obligates Employees to preserve Legal Records, and it will inform Employees of its decision.

## 1106.2 Obligation to Preserve Legal Records

Once Employees have reason to believe that Yale has become or is likely to become a party to a legal proceeding, they must preserve all Legal Records until instructed otherwise by the OGC. Employees must immediately contact the Office of the General Counsel for instruction on preserving records.

Usually, Employees will first learn of their obligation to preserve specific Legal Records when they receive a notice from the OGC. However, if Employees have reason to believe that Yale has become or is likely to become a party to a legal proceeding, they must inform the OGC and begin preserving Legal Records without waiting for instructions to do so  The obligation to preserve Legal Records also applies to Records created after a legal proceeding has begun, but Employees should avoid creating new Records regarding an existing or anticipated legal proceeding, except in coordination with the OGC. Employees who have been instructed to preserve Legal Records and who are leaving Yale employment must inform the OGC so that other arrangements can be made to preserve the Records in their care.

## 1106.3 Responsibility of the Office of the General Counsel

The OGC will determine whether a given set of circumstances obligates Yale and its Employees to preserve Legal Records. If the OGC determines that such an obligation exists, it will identify affected Employees; notify affected Employees and provide them with specific instructions on how to meet their obligations; notify ITS and provide instructions regarding its responsibilities; and periodically remind affected Employees of their obligation. If the OGC determines that a given set of circumstances does not create an obligation to preserve Legal Records or that an e  isting obligation has ended, it will instruct affected Employees that they may resume their usual recordkeeping practices.

## 1106.4 Responsibility of Information Technology Services

When instructed to do so by the OGC, Information Technology Services (ITS) will preserve electronic Legal Records stored on centrally controlled Yale computer systems; gather and preserve electronic Legal Records stored on devices controlled by Employees; and help Employees preserve electronic Legal Records.

## 1106.5 Violations of this Policy

Alleged violations of this Policy by faculty or staff members may be pursued in accordance with the appropriate disciplinary procedures, as outlined in the Faculty Handbook and the Staff Personnel Policies and Practices Manual, and other applicable materials, and discipline may be imposed, up to and including termination. Staff members who are members of University-recognized bargaining units may be disciplined for violations of this Policy, up to and including termination, in accordance with the relevant disciplinary provisions set forth in the agreements covering their bargaining units. Alleged violations of this Policy by students or trainees may be pursued in accordance with the appropriate disciplinary procedures of their schools or programs, and discipline may be imposed, up to and including withdrawal from the University.

# Special Situations/Exceptions

None.

**Source URL:** https://your.yale.edu/policies-procedures/policies/1106-preserving-records-legal-purposes

# EXHIBIT 2

**Procedure 1010 GD.01**
**Matrix of University-Wide Requirements**
Revision Date: 11/25/19

| Requirement | Activity | Reason for Requirement (WHY) | Reference, Regulation or Policy | How Assigned | Frequency | To Fulfill the Requirement | Requirement Owner |
|---|---|---|---|---|---|---|---|
| Animal Care & Use YARC Facility Training | Handle, care for, or use live vertebrate animals | -Ensure well being of laboratory animals<br>-Ensure ethical and humane care and use of laboratory animals<br>-Protect health and safety of all personnel working with live vertebrate animals<br>-Ensure high quality science and protect the integrity of the research | Federal:<br>-Animal Welfare Act, CFR 9, Subpart C, 2.31, (d) (1) (viii)<br>-The Public Health Service Policy on Humane Care and Use of Laboratory Animals section IV.C. 1.f<br>-8th Edition of the Guide to the Care and Use of Laboratory Animals | TMS Assessment Questionnaire | One-time per facility | Two-part training includes online training and tour of facility(ies). Start here:<br><br>http://assessment-module.yale.edu/rcr-working-animals/yale-animal-resources-center-yarc-facility-training-part-1 | Office of Animal Research Support<br>203-737-1406<br><br>regulatory.services@yale.edu |
| Biosafety | Handle biological materials in the laboratory | Reduce risk of exposure to biological materials and to promote good microbiological work practices. | State:<br>-CTDPH Code 19A-36-A-25<br><br>Federal:<br>-OSHA General Duty Clause<br>-NIH Guidelines for Research With Recombinant and Synthetic Nucleic Acid Molecules | TMS Assessment Questionnaire or assigned by EHS | One-time | Two-part training. Start here:<br><br>http://ehs.yale.edu/trainings/biological-safety-training-part-1 | Environmental Health & Safety<br>203-785-3211<br><br>safetytraining@yale.edu |
| Biosafety Level 3 Training | Work with Risk Group 3 pathogens, or work in Biosafety Level 3 (BSL3) laboratories, or work on protocols utilizing BSL3 work practices | Protect staff, students, faculty and visitors from potentially hazardous biological materials and to promote good microbiological work practices. | Federal:<br>-Department of Health and Human Services (DHHS) 42, Code of Federal Regulations (CFR) 73<br>-Animal and Plant Health Inspection Service (APHIS) 9 CFR 121<br>-APHIS 7 CFR 331 | Assigned by EHS | Annual | Instructor-led training | Environmental Health & Safety<br>203-785-3211<br><br>safetytraining@yale.edu |
| BL3 Laboratory Medical Consult | Work with Risk Group 3 pathogens, or work in Biosafety Level 3 (BSL3) laboratories, or work on protocols utilizing BSL3 work practices | Reduce risk of illness. | Federal:<br>-Department of Health and Human Services (DHHS) 42, Code of Federal Regulations (CFR) 73<br>-Animal and Plant Health Inspection Service (APHIS) 9 CFR 121; APHIS 7 CFR 331 | Assigned by EHS | One-time | Clinic visit | Employee Health<br>203-432-0071<br>fax 203-432-7828<br><br>employeehealth-business@yale.edu |

| Requirement | Activity | Reason for Requirement (WHY) | Reference, Regulation or Policy | How Assigned | Frequency | To Fulfill the Requirement | Requirement Owner |
|---|---|---|---|---|---|---|---|
| Bloodborne Pathogens | Perform custodial or trades work where the individual may come in contact with equipment or materials that may be contaminated with blood or other bodily fluids | Prevent individuals from becoming infected with bloodborne illnesses. | Federal:<br>-OSHA Bloodborne Pathogen Standard 29 CFR 1910.1030<br>-OSHA CFR 1910.1030 (g) (2) (i) | Assigned by EHS | Annual | Supervisor-led training | Environmental Health & Safety<br>203-785-3211<br><br>safetytraining@yale.edu |
| Bloodborne Pathogens | Provide care or have contact with patients in a clinical, research or community setting that may expose an individual to human blood or other potentially infectious materials. | Prevent individuals from becoming infected with bloodborne illnesses. | Federal:<br>-OSHA Bloodborne Pathogen Standard 29 CFR 1910.1030<br>-OSHA CFR 1910.1030 (g) (2) (i) | TMS Assessment Questionnaire or assigned by EHS | Annual | Online training:<br>http://ehs.yale.edu/trainings/bloodborne-pathogen-training-clinical-personnel | Environmental Health & Safety<br>203-785-3211<br><br>safetytraining@yale.edu |
| Bloodborne Pathogens | Provide emergency response or first aid as required by the individual's job description (e.g. Yale Police Department, Athletics Trainers) | Prevent individuals from becoming infected with bloodborne illnesses. | Federal:<br>-OSHA Bloodborne Pathogen Standard 29 CFR 1910.1030<br>-OSHA CFR 1910.1030 (g) (2) (i) | TMS Assessment Questionnaire or assigned by EHS | Annual | Instructor-led training | Environmental Health & Safety<br>203-785-3211<br><br>safetytraining@yale.edu |
| Bloodborne Pathogens | Work, in a laboratory, with human materials (e.g. human blood, tissues, body fluids, primary or continuous human cell lines), bloodborne pathogens, or other potentially infectious materials, or laboratory equipment potentially contaminated with these materials | Prevent individuals from becoming infected with bloodborne illnesses. | Federal:<br>-OSHA Bloodborne Pathogen Standard 29 CFR 1910.1030<br>-OSHA CFR 1910.1030 (g) (2) (i) | TMS Assessment Questionnaire or assigned by EHS | Annual | Online training:<br>http://ehs.yale.edu/trainings/bloodborne-pathogen-training-laboratory-personnel | Environmental Health & Safety<br>203-785-3211<br><br>safetytraining@yale.edu |
| Clinical Research Compliance | Prepare budgets for clinical research services involving human subjects (School of Medicine only) | Ensure adequately documented and uniformly accurate medical bills issued by or through the School of Medicine. | Federal:<br>-False Claims Act [31 U.S.C. §§ 3729–3733]<br>-Anti-Kickback Statute [42 U.S.C. § 1320a-7b(b)]<br>-Physician Self-Referral Law [42 U.S.C. § 1395nn]<br>-Exclusion Statute [42 U.S.C. § 1320a-7]<br>-Civil Monetary Penalties Law [42 U.S.C. § 1320a-7a] | TMS Assessment Questionnaire | One-time | Online training:<br>http://medicine.yale.edu/ycci/comply/ | Clinical Research Billing Quality Assurance, YCCI<br>203-785-5218<br><br>kelly.santamauro@yale.edu |

| Requirement | Activity | Reason for Requirement (WHY) | Reference, Regulation or Policy | How Assigned | Frequency | To Fulfill the Requirement | Requirement Owner |
|---|---|---|---|---|---|---|---|
| Clinical Research Compliance | Provide clinical care services within the context of clinical research studies involving human subjects (School of Medicine only) | Ensure adequately documented and uniformly accurate medical bills issued by or through the School of Medicine. | Federal: -False Claims Act [31 U.S.C. §§ 3729–3733] -Anti-Kickback Statute [42 U.S.C. § 1320a-7b(b)] -Physician Self-Referral Law [42 U.S.C. § 1395nn] -Exclusion Statute [42 U.S.C. § 1320a-7] -Civil Monetary Penalties Law [42 U.S.C. § 1320a-7a] | TMS Assessment Questionnaire | One-time | Online training: http://medicine. yale.edu/ycci/co mply/ | Clinical Research Billing Quality Assurance, YCCI 203-785-5218 kelly.santamauro@yale.edu |
| Confined Space | Conduct work in locations (i.e., tanks, pits, boilers, and utility vaults) that have a limited means of entry and exit | Reduce risk of injury. | Federal: OSHA 29 CFR Part 1910.146 | Assigned by EHS | One-Time | Instructor-led training | Environmental Health & Safety 203-785-3211 safetytraining@yale.edu |
| DOT Regulated Biomedical Waste Packaging | Package biomedical waste into Stericycle box/bag unit for disposal | Ensure safe transport of hazardous materials and avoid injury and environmental impact from incidents involving hazardous materials packages | Federal: 49 CFR 172.704 Department of Transportation training requirements | Assigned by EHS | Every 3 years | Online training: http://ehs.yale.e du/trainings/bio medical-waste-dot-training | Environmental Health & Safety 203-785-3211 safetytraining@yale.edu |
| Driver Awareness Training | Drive a University vehicle or University-leased vehicle | Prevent accidents while driving | University: -Policy 1705, University Fleet Policy | TMS Assessment Questionnaire | One-time | Online training: http://your.yale. edu/sites/default /files/files/Quic k%20Start%20 Registration.pdf | Fleet Management 203-432-2285 yalefleet@yale.edu |
| External Interest Disclosure Form (a.k.a. Conflict of Interest Disclosure Form) | Has responsibility for the design, conduct or reporting of research | Promote objectivity in research and assure that related external financial interests do not compromise the integrity of research. | Federal: -42 CFR Part 50, Subpart F -45 CFR Part 94 -21 CFR Sections 54.1-54.6 -National Science Foundation Conflict of Interest Policy University: -Yale University Policy on Conflict of Interest -Yale University Faculty Handbook, Section XX.E.1 | Automated assignment | Annual and within 30 days of material change(s) | Complete Yale's online disclosure form at: https://ires.yale. edu/WebPortal/ Main.asp?Mode =COIUserSearc h | Conflict of Interest Office 203-785-4780 conflicts@yale.edu |

| Requirement | Activity | Reason for Requirement (WHY) | Reference, Regulation or Policy | How Assigned | Frequency | To Fulfill the Requirement | Requirement Owner |
|---|---|---|---|---|---|---|---|
| External Interest Disclosure Form (a.k.a, Conflict of Interest Disclosure Form) | Hold a faculty position of greater than 50% effort | Identify and address related external interests and ensure that potential conflicts of interest do not bias research, teaching, clinical care, or other University activities. | University: -Yale University Policy on Conflict of Interest -Yale University Faculty Handbook, Section XX.E.1 | Automated assignment or self identification | Annual and within 30 days of material change(s) | Complete Yale's online disclosure form at: https://ires.yale.edu/WebPortal/Main.asp?Mode=COIUserSearch | Conflict of Interest Office 203-785-4780 conflicts@yale.edu |
| External Interest Disclosure Form (a.k.a, Conflict of Interest Disclosure Form) | Hold an administrative position (faculty only) | Identify and address related external interests and ensure that potential conflicts of interest do not bias research, teaching, clinical care, or other University activities. | University: -Yale University Policy on Conflict of Interest -Yale University Faculty Handbook, Section XX.E.1 | Self-Identification | Annual and within 30 days of material change(s) | Complete Yale's online disclosure form at: https://ires.yale.edu/WebPortal/Main.asp?Mode=COIUserSearch | Conflict of Interest Office 203-785-4780 conflicts@yale.edu |
| External Interest Disclosure Form (a.k.a, Conflict of Interest Disclosure Form) | Serve as a member of a research reviewing committee (e.g., IRB, IACUC, IBC, COIC, ESCRO, Radiation Safety) | Identify and address related external interests and ensure that potential conflicts of interest do not bias research, teaching, clinical care, or other University activities. | University: -Yale University Policy on Conflict of Interest -Yale University Faculty Handbook, Section XX.E.1 | Self-Identification | Annual and within 30 days of material change(s) | Complete Yale's online disclosure form at: https://ires.yale.edu/WebPortal/Main.asp?Mode=COIUserSearch | Conflict of Interest Office 203-785-4780 conflicts@yale.edu |
| Good Clinical Practice (GCP) Training | Engaged in conduct of clinical trials | Assure the safety, integrity, and quality of clinical trials | Federal: NIH Notice # NOT-OD-16-148 https://grants.nih.gov/grants/guide/notice-files/NOT-OD-16-148.html | Automated assignment from IRES System | Every 3 years | CITI GCP training, attendance at TransCelerate approved training sessions | Yale Human Research Protection Program 203-785-4688 irb.training@yale.edu |
| Hearing Test | Work around high levels of noise | Detect noise-induced hearing loss. | Federal: OSHA 29 CFR 1910.95 | Assigned by EHS | Annual | Clinic visit to YMG Hearing and Communication Disorders Department | Employee Health 203-432-0071 fax 203-432-7828 employeehealth-business@yale.edu |

| Requirement | Activity | Reason for Requirement (WHY) | Reference, Regulation or Policy | How Assigned | Frequency | To Fulfill the Requirement | Requirement Owner |
|---|---|---|---|---|---|---|---|
| HepB Acknowledgement | Provide care or have contact with patients in a clinical, research or community setting that may expose an individual to human blood or other potentially infectious materials. | -Protect employees -Protect patients -Prevent incidences of Hepatitis B in the community | Federal: -OSHA Bloodborne Pathogen Standard 29 CFR 1910.1030 -OSHA CFR 1910.1030 (g) (2) (ii) | TMS Assessment Questionnaire or assigned by EHS | One-time | Complete HepB Acknowledgment Form https://assessment-module.yale.edu/ehs/ehs-hepb-form | Environmental Health & Safety 203-785-3211 safetytraining@yale.edu |
| HepB Acknowledgement | Work, in a laboratory, with human materials (e.g. human blood, tissues, body fluids, primary or continuous human cell lines), bloodborne pathogens, or other potentially infectious materials, or laboratory equipment potentially contaminated with these materials | Protect employees, prevent incidences of Hep B in the community | Federal: -OSHA Bloodborne Pathogen Standard 29 CFR 1910.1030 -OSHA CFR 1910.1030 (g) (2) (ii) -CDC http://www.cdc.gov/vaccines/acip/recs/ | TMS Assessment Questionnaire or assigned by EHS | One-time | Complete HepB Acknowledgment Form https://assessment-module.yale.edu/ehs/ehs-hepb-form | Environmental Health & Safety 203-785-3211 safetytraining@yale.edu |
| HIPAA Privacy and Security Training | Hold a primary appointment in the following HIPAA Covered departments: School of Medicine (excluding School of Public Health, Animal Resources Center, and basic science departments); School of Nursing; Department of Psychology (clinics only); | Protect the privacy and security (including the confidentiality, integrity and availability) of protected health information and afford patients certain rights with respect to that information. | Federal: -Department of Health and Human Services (DHHS) 45 CFR 164.530(b)(1) and 45CFR164.308(a)(5)(i) -Health Insurance Portability and Accountability Act of 1996 (HIPAA) | Automated assignment to Faculty, staff and students in: School of Medicine (excluding School of Public Health, Animal Resources Center, and basic science departments); Physician Associate Program; School of Nursing;Yale Health; Department of Psychology (clinics only); Benefits Office staff. | One-time | Online training: http://hipaa.yale.edu/hipaa-privacy-and-security-training | HIPAA Privacy 203-432-5919 hipaa@yale.edu |

| Requirement | Activity | Reason for Requirement (WHY) | Reference, Regulation or Policy | How Assigned | Frequency | To Fulfill the Requirement | Requirement Owner |
|---|---|---|---|---|---|---|---|
| HIPAA Privacy and Security Training | Work in a HIPAA Covered department, which include the School of Medicine (excluding School of Public Health, Animal Resources Center, and basic science departments); Physician Associate Program; School of Nursing; Yale Health; Department of Psychology clinics; and Benefits Office. | Protect the privacy and security (including the confidentiality, integrity and availability) of protected health information and afford patients certain rights with respect to that information. | Federal: -Department of Health and Human Services (DHHS) 45 CFR 164.530(b)(1) and 45CFR164.308(a)(5)(i) -Health Insurance Portability and Accountability Act of 1996 (HIPAA) | Automated assignment to Faculty, staff and students in: School of Medicine (excluding School of Public Health, Animal Resources Center, and basic science departments); Physician Associate Program; School of Nursing;Yale Health; Department of Psychology clinics; and Benefits Office. | One-time | Online training: http://hipaa.yale .edu/hipaa-privacy-and-security-training | HIPAA Privacy 203-432-5919 hipaa@yale.edu |
| HIPAA Privacy and Security Training | Hold a  secondary appointment in the following HIPAA Covered departments: School of Medicine (excluding School of Public Health, Animal Resources Center, and basic science departments); School of Nursing; Department of Psychology (clinics only); | Protect the privacy and security (including the confidentiality, integrity and availability) of protected health information and afford patients certain rights with respect to that information. | Federal: -Department of Health and Human Services (DHHS) 45 CFR 164.530(b)(1) and 45CFR164.308(a)(5)(i) -Health Insurance Portability and Accountability Act of 1996 (HIPAA) | TMS Assessment Questionnaire | One-time | Online training: http://hipaa.yale .edu/hipaa-privacy-and-security-training | HIPAA Privacy 203-432-5919 hipaa@yale.edu |

| Requirement | Activity | Reason for Requirement (WHY) | Reference, Regulation or Policy | How Assigned | Frequency | To Fulfill the Requirement | Requirement Owner |
|---|---|---|---|---|---|---|---|
| HIPAA Privacy and Security Training | Provide technical (e.g. ITS) or administratvie support or oversight to a HIPAA covered department that may involve viewing or accessing protected health information (PHI). (HIPAA Covered departments include the School of Medicine (excluding School of Public Health, Animal Resources Center, and basic science departments); Physician Associate Program; School of Nursing; Yale Health; Department of Psychology (clinics only); and Benefits Office.) | Protect the privacy and security (including the confidentiality, integrity and availability) of protected health information and afford patients certain rights with respect to that information. | Federal:<br>-Department of Health and Human Services (DHHS) 45 CFR 164.530(b)(1) and 45CFR164.308(a)(5)(i)<br>-Health Insurance Portability and Accountability Act of 1996 (HIPAA) | TMS Assessment Questionnaire | One-time | Online training:<br><br>http://hipaa.yale.edu/hipaa-privacy-and-security-training | HIPAA Privacy 203-432-5919<br><br>hipaa@yale.edu |
| HIPAA Privacy and Security Training- EHS | Participate, as a minor, visiting undergraduate, or Yale undergraduate, in a clinical or research activity in a HIPAA covered department | Protect the privacy and security (including the confidentiality, integrity and availability) of protected health information and afford patients certain rights with respect to that information. | Federal:<br>-Department of Health and Human Services (DHHS) 45 CFR 164.530(b)(1) and 45CFR164.308(a)(5)(i)<br>-Health Insurance Portability and Accountability Act of 1996 (HIPAA) | Assigned by EHS | One-time | Online training:<br><br>http://hipaa.yale.edu/hipaa-privacy-and-security-training | HIPAA Privacy 203-432-5919<br><br>hipaa@yale.edu |
| Human Research Continuing Education | Continue work on active protocol designing, conducting or analyzing research projects that involve human subjects, human tissue, or review individual medical or personal records for research purposes | Safeguard the welfare of human subjects. | University:<br>http://www.yale.edu/hrpp/documents/HRPPPolicy800Training-OrientationandEducationfinal.pdf | Automated assignment from IRES IRB System | Every 3 years | Web, instructor-led | Yale Human Research Protection Program 203-785-4688<br><br>irb.training@yale.edu |
| Human Subject Protection training | Design, conduct or analyze research projects that involve human subjects or human tissue, or review individual medical or personal records for research purposes | Safeguard the welfare of human subjects. | University:<br>http://www.yale.edu/hrpp/documents/HRPPPolicy800Training-OrientationandEducationfinal.pdf | TMS Assessment Questionnaire or automated assignment from IRES IRB System | One-time | CITI Training, instructor-led, certificate from another university | Yale Human Research Protection Program 203-785-4688<br><br>irb.training@yale.edu |

| Requirement | Activity | Reason for Requirement (WHY) | Reference, Regulation or Policy | How Assigned | Frequency | To Fulfill the Requirement | Requirement Owner |
|---|---|---|---|---|---|---|---|
| Laboratory Chemical Safety | Work in a laboratory where chemicals are present | Reduce risk of exposure to chemicals and to promote good work practices. | Federal:<br>-29 CFR 1910.1450<br>-29 CFR 1910.1200 | TMS assessment questionnaire or assigned by EHS | One-Time | Online training:<br>http://ehs.yale.edu/trainings/Lab-Chemical-Training | Environmental Health & Safety<br>203-785-3211<br><br>safetytraining@yale.edu |
| Laser Safety | Work with lasers | Reduce risk of injury and prevent misuse of lasers. | Federal:<br>-ANSI standard Z136.1<br>-OSHA 1926.102(b)(2)(i) | Assigned by EHS | One-Time | Two-part training. Start here:<br>http://ehs.yale.edu/trainings/laser-safety-training | Environmental Health & Safety<br>203-785-3211<br><br>safetytraining@yale.edu |
| Lockout/Tagout | Maintain or repair equipment with energized systems | Reduce risk of injury. | Federal:<br>OSHA 29 CFR 1910.147 | Assigned by EHS | One-Time | Instructor-led training | Environmental Health & Safety<br>203-785-3211<br><br>safetytraining@yale.edu |
| Measles Immunity | Provide patient care or perform clinical services | -Protect employees<br>-Protect patients<br>-Prevent incidences of Measles in the community | Federal:<br>CDC<br>http://www.cdc.gov/vaccines/acip/recs/ | TMS Assessment Questionnaire | One-Time | Certify immunization or immunity | Employee Health<br>203-432-0071<br>fax 203-432-7828<br><br>employeehealth-business@yale.edu |
| Medical Billing Compliance | Provide patient services, as a faculty member employed by Yale, that are payable to School of Medicine but are billed by a non-YSM entity | Ensure adequately documented and uniformly accurate medical bills issued by or through the School of Medicine. | Federal:<br>-False Claims Act [31 U.S.C. §§ 3729–3733]<br>-Anti-Kickback Statute [42 U.S.C. § 1320a-7b(b)]<br>-Physician Self-Referral Law [42 U.S.C. § 1395nn]<br>-Exclusion Statute [42 U.S.C. § 1320a-7]<br>-Civil Monetary Penalties Law [42 U.S.C. § 1320a-7a]<br><br>University:<br>-Yale Medicine Practice Standards | Manually assigned by Medical Billing Compliance office at time of credentialing. | Annual | Online training:<br>https://transact.med.yale.edu/cms/index.asp | Medical Billing Compliance<br>203-785-3868<br><br>judy.harris@yale.edu |

| Requirement | Activity | Reason for Requirement (WHY) | Reference, Regulation or Policy | How Assigned | Frequency | To Fulfill the Requirement | Requirement Owner |
|---|---|---|---|---|---|---|---|
| Medical Billing Compliance | Provide clinicial services, as a physician or other health care provider, for which the School of Medicine provides billing services (Schools of Medicine and Nursing only) | Ensure adequately documented and uniformly accurate medical bills issued by or through the School of Medicine. | Federal: -False Claims Act [31 U.S.C. §§ 3729–3733] -Anti-Kickback Statute [42 U.S.C. § 1320a-7b(b)] -Physician Self-Referral Law [42 U.S.C. § 1395nn] -Exclusion Statute [42 U.S.C. § 1320a-7] -Civil Monetary Penalties Law [42 U.S.C. § 1320a-7a]  University: -Yale Medicine Practice Standards | TMS Assessment Questionnaire or manually assigned by Medical Billing Compliance office at time of credentialing. | Annual | Online training:  https://transact. med.yale.edu/c ms/index.asp | Medical Billing Compliance 203-785-3868  judy.harris@yale.edu |
| Medical Billing Compliance (Yale Health) | Provide clinical services, as a physician or other health care provider, for which Yale Health provides billing services. | Ensure adequately documented and uniformly accurate medical bills issued by or through Yale Health. | Federal: -False Claims Act [31 U.S.C. §§ 3729–3733] -Anti-Kickback Statute [42 U.S.C. § 1320a-7b(b)] -Physician Self-Referral Law [42 U.S.C. § 1395nn] -Exclusion Statute [42 U.S.C. § 1320a-7] -Civil Monetary Penalties Law [42 U.S.C. § 1320a-7a] | Manually assigned by Yale Health Finance and Billing Operations | Annual | Online training:  https://medicine .yale.edu/ymad min/medicalbilli ng/education | Medical Billing Compliance 203-785-3868  judy.harris@yale.edu |
| Medical Surveillance for Animal Handlers | Enter an animal facility | -Ensure well being of laboratory animals -Protect health and safety of all personnel working with live vertebrate animals | Federal: -8th Edition of the Guide to the Care and Use of Laboratory Animals -CDC/NIH Biosafety in Microbiological and Biomedical Laboratories, 5th Edition | TMS Assessment Questionnaire | One-time | Complete medical questionnaire and submit to Employee Health. Employee health conducts a medical exam if needed. | Office of Animal Research Support 203-737-1406  regulatory.services@yale.e du |
| Medical Surveillance for Animal Handlers | Handle, care for, or use live vertebrate animals | -Ensure well being of laboratory animals -Protect health and safety of all personnel working with live vertebrate animals | Federal: -8th Edition of the Guide to the Care and Use of Laboratory Animals -CDC/NIH Biosafety in Microbiological and Biomedical Laboratories, 5th Edition | TMS Assessment Questionnaire | Every 3 years | Complete medical questionnaire and submit to Employee Health. Employee health conducts a medical exam if needed. | Office of Animal Research Support 203-737-1406  regulatory.services@yale.e du |

| Requirement | Activity | Reason for Requirement (WHY) | Reference, Regulation or Policy | How Assigned | Frequency | To Fulfill the Requirement | Requirement Owner |
|---|---|---|---|---|---|---|---|
| Medical Surveillance for Entering an Animal Housing Room | Provide custodial, trades, or other facilities services in an animal housing room. | -Ensure well being of laboratory animals -Protect health and safety of all personnel working in an area where live vertebrate animals are housed | Federal: -8th Edition of the Guide to the Care and Use of Laboratory Animals -CDC/NIH Biosafety in Microbiological and Biomedical Laboratories, 5th Edition | Assigned by Facilities or Office of Animal Research Suppport | One-time | Complete medical questionnaire and submit to Employee Health. Employee health conducts a medical exam if needed. | Office of Animal Research Support 203-737-1406 regulatory.services@yale.edu |
| Noise and Hearing Conservation | Work around high levels of noise | Prevent noise-induced hearing loss. | Federal: OSHA 29 CFR 1910.95 | Assigned by EHS | Annual | Instructor-led training | Environmental Health & Safety 203-785-3211 safetytraining@yale.edu |
| Non-Laboratory Chemical Safety | Handle chemicals outside of a laboratory, including cleansers, paints, solvents, fertilizers, pesticides, and bleach and other disinfectants | Ensure that workers who may be exposed to chemicals on the job are informed of the hazards associated with these chemicals, labeling and SDS requirements, personal protective equipment selection and use, and safe chemical handling. | Federal: 29 CFR 1910.1200 | TMS Assessment Questionnaire or assigned by EHS | One-Time | Online training: http://ehs.yale.edu/trainings/hazard-communication-training | Environmental Health & Safety 203-785-3211 safetytraining@yale.edu |
| Patent Policy Acknowledgement Agreement | Hired on or after February 27, 2015 | Protect rights of the government and University; ensure disclosure of patentable inventions to the University. | Federal: -Patent rights clauses governing government grants, 37 CFR 401.14(a)(f)(2) -NIH Grants Policy Statement (10/1/2012), Section 8.2.4 "Inventions and Patents" University: -Yale University Patent Policy | Automated assignment at onboarding for all new faculty, M&Ps, C&Ts, Postdocs, Graduate Students, Medical School Students | One-time | Online or paper form | Office of Cooperative Research 203-436-8096 ocr@yale.edu |
| Patent Policy Acknowledgement Agreement | Paid on a federal award | Protect rights of the government and University; ensure disclosure of patentable inventions to the University. | Federal: -Patent rights clauses governing government grants, 37 CFR 401.14(a)(f)(2) -NIH Grants Policy Statement (10/1/2012), Section 8.2.4 "Inventions and Patents" University: -Yale University Patent Policy | Automated assignment for all Yale community members who are paid on a federal award | One-time | Online or paper form | Office of Cooperative Research 203-436-8096 ocr@yale.edu |

| Requirement | Activity | Reason for Requirement (WHY) | Reference, Regulation or Policy | How Assigned | Frequency | To Fulfill the Requirement | Requirement Owner |
|---|---|---|---|---|---|---|---|
| Patent Policy Acknowledgement Agreement | Apply for and receive federal awards supporting research or use federal monies in the conduct of research | Protect rights of the government and University; ensure disclosure of patentable inventions to the University. | Federal: -Patent rights clauses governing government grants, 37 CFR 401.14(a)(f)(2) -NIH Grants Policy Statement (10/1/2012), Section 8.2.4 "Inventions and Patents" University: -Yale University Patent Policy | Manual assignment by OCR upon individual's completion of Acknowledgement | One-time | Online or paper form | Office of Cooperative Research 203-436-8096 ocr@yale.edu |
| Patent Policy Acknowledgement Agreement | Engage in activity that could lead to or has led to patentable intellectual property | Protect rights of the government and University; ensure disclosure of patentable inventions to the University. | Federal: -Patent rights clauses governing government grants, 37 CFR 401.14(a)(f)(2) -NIH Grants Policy Statement (10/1/2012), Section 8.2.4 "Inventions and Patents" University: -Yale University Patent Policy | Manual assignment by OCR upon individual's disclosure of invention to OCR | One-time | Online or paper form | Office of Cooperative Research 203-436-8096 ocr@yale.edu |
| PCI (Payment Card Industry) data security | Store, process or transmit cardholder data | Ensure internal controls are in place to protect cardholder data | University: Yale University Policy 2820 Acceptance of Credit and Debit Card Payments | TMS Assessment Questionnaire | Annual | Online training: https://bmsweb-h.yale.edu/ords/t ms/tms_enrollm ents.offerings?p _crs_id=6484& p_std_id= | Controller's Office 203-432-5524 Controllers.office@yale.ed u |
| PI Orientation to the Yale Biological Safety Manual | Principal Investigators who conduct research with biological materials | Provide an overview of Yale Biosafety program and regulatory requirements. | Federal: NIH Guidelines for Research Involving Recombinant and Synthetic Nuclei  Acid Molecules, November 2013 | Assigned by EHS | One-Time | Online training: http://ehs.yale.e du/trainings/pi-orientation-biosafety-manual | Environmental Health & Safety 203-785-3211 safetytraining@yale.edu |
| Powered Industrial Vehicles | Operate powered industrial vehicles such as forklifts, order-pickers, and motorized pallet jacks | Reduce risk of injury and prevent damage to property. | Federal: OSHA 29 CFR 1910.178 | Assigned by EHS | Every 3 years | Instructor-led training | Environmental Health & Safety 203-785-3211 safetytraining@yale.edu |

| Requirement | Activity | Reason for Requirement (WHY) | Reference, Regulation or Policy | How Assigned | Frequency | To Fulfill the Requirement | Requirement Owner |
|---|---|---|---|---|---|---|---|
| Preventing & Responding to Sexual Misconduct | Employed as Yale faculty, staff, or trainee | Cultivate an environment at Yale that is respectful, inclusive, and free of sexual misconduct through training that outlines and explains Yale's policies and definitions, campus resources, reporting mechanisms, and general strategies for prevention and response | Federal: -Violence Against Women Act (VAWA) Title IV, sec. 40001-40703 of the Violent Crime Control and Law Enforcement Act, H.R. 3355  State: -Connecticut P.A. 14-11 https://www.cga.ct.gov/2014/ACT/pa/pdf/2014PA-00011-R00HB-05029-PA.pdf  University: -Yale Sexual Misconduct Policies | Automated assignment to faculty, staff, trainees, and graduate and professional school students. | Annual | Online training:  https://smr-training.yale.edu/ | University Title IX Coordinator 203-432-6854  TitleIX@yale.edu |
| Preventing & Responding to Sexual Misconduct | Registered as a graduate or professional student | Cultivate an environment at Yale that is respectful, inclusive, and free of sexual misconduct through training that outlines and explains Yale's policies and definitions, campus resources, reporting mechanisms, and general strategies for prevention and response | Federal: -Violence Against Women Act (VAWA) Title IV, sec. 40001-40703 of the Violent Crime Control and Law Enforcement Act, H.R. 3355  State: -Connecticut P.A. 14-11 https://www.cga.ct.gov/2014/ACT/pa/pdf/2014PA-00011-R00HB-05029-PA.pdf  University: -Yale Sexual Misconduct Policies | Automated assignment to faculty, staff, trainees, and graduate and professional school students. | Annual | Online training:  https://smr-training.yale.edu/ | University Title IX Coordinator 203-432-6854  TitleIX@yale.edu |
| Rabies Immunity | Employed as a veterinarian for the University | Reduce risk of contracting rabies. | Federal: CDC http://www.cdc.gov/vaccines/acip/recs/ | TMS Assessment Questionnaire | Every 2 years | Provide documentation of immunization or immunity | Employee Health 203-432-0071 fax 203-432-7828  employeehealth-business@yale.edu |
| Rabies Immunity | Handle, care for, or use feral animals at risk for rabies transmission | Reduce risk of contracting rabies. | Federal: CDC http://www.cdc.gov/vaccines/acip/recs/ | TMS Assessment Questionnaire | Every 2 years | Provide documentation of immunization or immunity | Employee Health 203-432-0071 fax 203-432-7828  employeehealth-business@yale.edu |
| Radiation Safety Awareness | Work in laboratory where other research groups handle radioactive materials | Reduce risk of exposure to individuals, loss of sources, and misuse of sources. | University: Decision by Radiation Safety Committee (meeting dated December 14, 2015) | Assigned by EHS | One-time | Online training:  http://ehs.yale.edu/trainings/radiation-safety-awareness | Environmental Health & Safety 203-785-3211  safetytraining@yale.edu |

| Requirement | Activity | Reason for Requirement (WHY) | Reference, Regulation or Policy | How Assigned | Frequency | To Fulfill the Requirement | Requirement Owner |
|---|---|---|---|---|---|---|---|
| Radiation Safety for Sealed Sources | Procure, secure, use, store, handle and dispose of radioactive sealed sources | Reduce risk of exposure to individuals, loss of sources, and misuse of sources. | Federal: 10 CFR 20.1906 University: -Yale's NRC type A license of broadscope -Corrective action to May, 2015 Na-22 sealed source incident. | Assigned by EHS | One-time | Two-part training. Start here: https://ehs.yale.edu/trainings/sealed-sources | Environmental Health & Safety 203-785-3211 safetytraining@yale.edu |
| Radiation Safety for Unsealed Sources | Work with University radioactive material/sources, or work for a PI who is authorized to use radioactive materials/sources. | Reduce risk of exposure to individuals and environment, and prevent misuse. | Federal: -10 CFR Part 19 -NRC License Commitment | TMS Assessment Questionnaire or assigned by EHS | One-Time | Two-part training. Start here: http://ehs.yale.edu/trainings/radiation-safety-basic-concepts | Environmental Health & Safety 203-785-3211 safetytraining@yale.edu |
| Radiation-Producing Equipment | Work with or near radiation-producing equipment, including irradiators and x-ray equipment | Reduce risk of exposure and injury to individuals | State: CT DEEP Administrative Regulations Sec. 19-25d-(b)(2) | Assigned by EHS | One-Time | Two-part training. Start here: http://ehs.yale.edu/trainings/x-ray-safety | Environmental Health & Safety 203-785-3211 safetytraining@yale.edu |
| Recognition and Prevention of Sexual Harassment | Supervise at least one person including students. Must complete within six months of becoming a supervisor. (Applies to Faculty and Staff) | Recognize, prevent, and resolve sexual harassment situations in the workplace. | State: Section 46a-54 (15) (B) and 45a-54-204 of the Connecticut General Statutes | Automated assignment to individuals designated as supervisors in the HR system | One-Time | Instructor-led or Online training: https://bmsweb.med.yale.edu/tms/tms_enrollments.offerings?p_crs_id=923&p_std_id=# | Office of Institutional Equity and Access 203-432-0849 equalopportunity@yale.edu |
| Recognition and Prevention of Sexual Harassment | Do not supervise anyone (Applies to Faculty and Staff) | Recognize, and prevent sexual harassment situations in the workplace. | State: Act 19-16 the Times Up Act | Automated assignment to individuals designated as faculty or staff in the HR system | Every Ten Years | Attend instructor-led training: or after December 2019 on-line training | Office of Institutional Equity and Access 203-432-0849 equalopportunity@yale.edu |

| Requirement | Activity | Reason for Requirement (WHY) | Reference, Regulation or Policy | How Assigned | Frequency | To Fulfill the Requirement | Requirement Owner |
|---|---|---|---|---|---|---|---|
| Regulatory Training for Animal Care and Use | Handle, care for, or use live vertebrate animals | -Ensure well being of laboratory animals<br>-Ensure ethical and humane care and use of laboratory animals<br>-Protect health and safety of all personnel working with live vertebrate animals<br>-Ensure high quality science and protect the integrity of the research | Federal:<br>-Animal Welfare Act, CFR 9, Subpart C, 2.31, (d) (1) (viii)<br>-The Public Health Service Policy on Humane Care and Use of Laboratory Animals section IV.C. 1.f | TMS Assessment Questionnaire | One-time | Online training:<br>http://assessment-module.yale.edu/rcr-working-animals/rcr-working-animals | Office of Animal Research Support<br>203-737-1406<br><br>regulatory.services@yale.edu |
| Respirator Exam | Perform custodial or trades work that may expose the employee to harmful airborne hazards (e.g. Grounds, Custodial, Glazers, Horticulturalists) | Ensure that respirator use doesn't cause medical harm to the individual | Federal:<br>-OSHA Standard 20 CFR 1910.134 | TMS Assessment Questionnaire or assigned by Employee Health | One-time | Clinic visit or surveillance form | Employee Health<br>203-432-0071<br>fax 203-432-7828<br><br>employeehealth-business@yale.edu |
| Respirator Exam | Provide patient care or clinical services that may expose the employee to harmful airborne infectious agents | Ensure that respirator use doesn't cause medical harm to the individual | Federal:<br>-OSHA Standard 20 CFR 1910.134 | TMS Assessment Questionnaire or assigned by Employee Health | One-time | Clinic visit or surveillance form | Employee Health<br>203-432-0071<br>fax 203-432-7828<br><br>employeehealth-business@yale.edu |
| Respiratory Protection | Perform clinical work that may expose the employee to airborne infectious agents | Reduce risk of inhalation exposure to airborne infectious agents. | Federal:<br>OSHA 29 CFR 1910.134 | TMS Assessment Questionnaire or assigned by EHS | Annual | Instructor-led training | Environmental Health & Safety<br>203-785-3211<br><br>safetytraining@yale.edu |
| Respiratory Protection | Perform non-clinical work that may expose the employee to airborne hazards | Reduce risk of inhalation exposure to airborne hazards. | Federal:<br>OSHA 29 CFR 1910.134 | TMS Assessment Questionnaire or assigned by EHS | Annual | Instructor-led training | Environmental Health & Safety<br>203-785-3211<br><br>safetytraining@yale.edu |
| Rubella Immunity | Provide patient care or perform clinical services | -Protect employees<br>-Protect patients<br>-Prevent incidences of Rubella in the community | Federal:<br>CDC<br>http://www.cdc.gov/vaccines/acip/recs/ | TMS Assessment Questionnaire | One-Time | Certify immunization or immunity | Employee Health<br>203-432-0071<br>fax 203-432-7828<br><br>employeehealth-business@yale.edu |
| Shipping & Export Controls General Awareness | Work in an area or department where research/clinical materials are used, shipped from, ordered or stored | Reduce risk of injury or exposure to individuals and general population, and reduce environmental impact | Federal:<br>49 CFR 172.800 | Automated assignment to principal investigators, researchers, clinicians and administrative personnel. | One-Time | Online training:<br>https://ehs.yale.edu/trainings/shipping-export-controls-general-awareness | Environmental Health & Safety<br>203-785-3211<br><br>safetytraining@yale.edu |

| Requirement | Activity | Reason for Requirement (WHY) | Reference, Regulation or Policy | How Assigned | Frequency | To Fulfill the Requirement | Requirement Owner |
|---|---|---|---|---|---|---|---|
| Shipping Biological Substances, Category B | Ship human or animal materials (including those that may harbor an infectious agent, except Risk Group 4 and Select Agents, which are Category A) or recombinant DNA materials that can infect cells, but not cause disease | Reduce risk of injury or exposure to individuals and general population, and reduce environmental impact | Federal: 49 CFR 172 Subpart H | Assigned by EHS | Every 3 years | Online training: http://ehs.yale.edu/trainings/shipping-biological-substances-category-b | Environmental Health & Safety 203-785-3211 safetytraining@yale.edu |
| Shipping Dry Ice | Ship non-hazardous materials on dry ice | Reduce risk of injury or exposure to individuals and general population, and reduce environmental impact | Federal: 49 CFR 172 Subpart H | Assigned by EHS | Every 3 years | Online training: http://ehs.yale.edu/trainings/shipping-dry-ice | Environmental Health & Safety 203-785-3211 safetytraining@yale.edu |
| Shipping Infectious Substances, Category A | Ship cultures or stocks of human or animal pathogens, or genetically modified organisms meeting the definition of a pathogen. | Reduce risk of injury or exposure to individuals and general population, and reduce environmental impact | Federal: 49 CFR 172 Subpart H | Assigned by EHS | Every 3 years | Online training: http://ehs.yale.edu/trainings/shipping-infectious-substances-category-a | Environmental Health & Safety 203-785-3211 safetytraining@yale.edu |
| Sponsored Projects Administration Training | Listed as PI or co-PI on a research proposal | Ensure that the proposing of sponsored award funds and expenditure of those funds is in accordance with University, sponsor, and regulatory requirements. | University: -Policy 1310, Principal Investigator Eligibility Requirements on Sponsored Projects | Manually assigned by OSP or automated assignment from IRES System | One-time | Online training: http://assessment-module.yale.edu/research-administration/sponsored-projects-administration-training-yale-faculty | Office of Research Administration 203-785-2744 researchadmin@yale.edu |

| Requirement | Activity | Reason for Requirement (WHY) | Reference, Regulation or Policy | How Assigned | Frequency | To Fulfill the Requirement | Requirement Owner |
|---|---|---|---|---|---|---|---|
| Standards of Business Conduct | Employed as Yale faculty or staff | Ensure understanding of the ethical and legal principles that apply when carrying out the work of the University. | University: -Yale Standards of Business Conduct | Automated assignment to all faculty and staff | One-time | Online training: https://bmsweb.med.yale.edu/tms/tms_enrollments.offerings?p_crs_id=2509&p_std_id=# | Office of the General Counsel 203-432-4949 |
| TB Screening | Enter a non human primate facility | Prevent illness in laboratory animals. | University: | Assigned by Office of Animal Research Support | Annual | Provide documentation of test results | Employee Health 203-432-0071 fax 203-432-7828 employeehealth-business@yale.edu |
| TB Screening | Handle, care for, or use non human primates | Prevent illness in laboratory animals. | University: | Assigned by Office of Animal Research Support | Annual | Provide documentation of test results | Employee Health 203-432-0071 fax 203-432-7828 employeehealth-business@yale.edu |
| TB Screening | Provide patient care or perform clinical services | -Protect patients -Prevent incidences of Tuberculosis in the community. | Federal: -OSHA CPL 2.106 -OSHA 29 CFR 1910.1030 | TMS Assessment Questionnaire | One-time | Provide documentation of test results | Employee Health 203-432-0071 fax 203-432-7828 employeehealth-business@yale.edu |
| Tetanus-diphtheria Immunity | Handle, care for, or use live vertebrate animals | Reduce incidences of Tetanus-diphtheria. | Federal: CDC http://www.cdc.gov/vaccines/acip/recs/ | TMS Assessment Questionnaire | Every 10 years | Provide documentation of immunization or immunity | Employee Health 203-432-0071 fax 203-432-7828 employeehealth-business@yale.edu |
| Tuberculosis Awareness | Provide patient care or clinical services | Prevent incidences of Tuberculosis in the community | Federal: -OSHA CPL 2.106 (Tuberculosis) -OSHA 29 CFR 1910.1030 | TMS Assessment Questionnaire or Assigned by EHS | One-time | Online training: http://ehs.yale.edu/trainings/tb-exposure-control | Environmental Health & Safety 203-785-3211 safetytraining@yale.edu |
| Vaccinia Medical Consult | Handle vaccinia virus in a laboratory | Reduce risk of illness. | Federal: CDC http://www.cdc.gov/vaccines/acip/recs/ | TMS Assessment Questionnaire | One-time | Clinic visit | Employee Health 203-432-0071 fax 203-432-7828 employeehealth-business@yale.edu |

| Requirement | Activity | Reason for Requirement (WHY) | Reference, Regulation or Policy | How Assigned | Frequency | To Fulfill the Requirement | Requirement Owner |
|---|---|---|---|---|---|---|---|
| Vaccinia Medical Consult | Handle, care for, or use animals infected with vaccinia | Reduce risk of illness. | Federal: CDC http://www.cdc.gov/vaccines/acip/recs/ | TMS Assessment Questionnaire | One-time | Clinic visit | Employee Health 203-432-0071 fax 203-432-7828 employeehealth-business@yale.edu |
| Varicella Immunity | Provide patient care or perform clinical services | -Protect employees -Protect patients -Prevent incidences of Varicella in the community | Federal: CDC http://www.cdc.gov/vaccines/acip/recs/ | TMS Assessment Questionnaire | One-Time | Certify immunization or immunity | Employee Health 203-432-0071 fax 203-432-7828 employeehealth-business@yale.edu |
| Yale University HIPAA Attestation | Hold a primary appointment in the following HIPAA Covered departments: School of Medicine (excluding School of Public Health, Animal Resources Center, and basic science departments); School of Nursing; or Department of Psychology (clinics only) | Protect the privacy and security of electronic protected health information (ePHI) | Federal: -Health Insurance Portability and Accountability Act of 1996 (HIPAA), Section 164.308(a)(5) | Automated assignment to Faculty, staff and students in: School of Medicine (excluding School of Public Health, Animal Resources Center, and basic science departments); Physician Associate Program; School of Nursing;Yale Health; Department of Psychology (clinics only); Benefits Office staff. | Annual | Complete attestation: https://bmsweb.med.yale.edu/tms/tms_enrollments.offerings?p_crs_id=2448 | ITS Information Security Office information.security@yale.edu |
| Yale University HIPAA Attestation | Work in a HIPAA Covered department, which include(School of Medicine (excluding School of Public Health, Animal Resources Center, and basic science departments); Physician Associate Program; School of Nursing; Yale Health; Department of Psychology clinics; or Benefits Office | Protect the privacy and security of electronic protected health information (ePHI). | Federal: -Health Insurance Portability and Accountability Act of 1996 (HIPAA), Section 164.308(a)(5) | Automated assignment to Faculty, staff and students in: School of Medicine (excluding School of Public Health, Animal Resources Center, and basic science departments); Physician Associate Program; School of Nursing;Yale Health; Department of Psychology clinics; and Benefits Office. | Annual | Complete attestation: https://bmsweb.med.yale.edu/tms/tms_enrollments.offerings?p_crs_id=2448 | ITS Information Security Office information.security@yale.edu |

| Requirement | Activity | Reason for Requirement (WHY) | Reference, Regulation or Policy | How Assigned | Frequency | To Fulfill the Requirement | Requirement Owner |
|---|---|---|---|---|---|---|---|
| Yale University HIPAA Attestation | Hold a secondary appointment in the following HIPAA Covered departments: School of Medicine (excluding School of Public Health, Animal Resources Center, and basic science departments); School of Nursing; or Department of Psychology (clinics only) | Protect the privacy and security of electronic protected health information (ePHI). | Federal: -Health Insurance Portability and Accountability Act of 1996 (HIPAA), Section 164.308(a)(5) | TMS Assessment Questionnaire | Annual | Complete attestation: https://bmsweb.med.yale.edu/tms/tms_enrollments.offerings?p_crs_id=2448 | ITS Information Security Office information.security@yale.edu |
| Yale University HIPAA Attestation | Provide technical (e.g. ITS) or administratvie support or oversight to a HIPAA covered department that may review viewing or accesssing protected health information (PHI). (HIPAA Covered departments include the School of Medicine (excluding School of Public Health, Animal Resources Center, and basic science departments); Physician Associate Program; School of Nursing; Yale Health; Department of Psychology (clinics only); and Benefits Office | Protect the privacy and security of electronic protected health information (ePHI). | Federal: -Health Insurance Portability and Accountability Act of 1996 (HIPAA), Section 164.308(a)(5) | TMS Assessment Questionnaire | Annual | Complete attestation: https://bmsweb.med.yale.edu/tms/tms_enrollments.offerings?p_crs_id=2448 | ITS Information Security Office information.security@yale.edu |

# EXHIBIT 3

# 1105 Retention of University Financial Records

**Responsible Official:** Controller
**Responsible Office:** Finance
**Effective Date:** November 1, 2000
**Revision Date:** November 1, 2000

## Policy Sections

- 1105.1 Administrative Responsibility
- 1105.2 Ownership of Institutional Records
- 1105.3 Retention Periods, Storage and Disposition
- 1105.4 Accessibility of Records
- 1105.5 Safeguarding Records
- 1105.6 Use of Document Imaging
- 1105.7 Records Related to Grants and Contracts

# Scope

This policy provides guidelines for retention of official University financial records, including payroll and related records. It applies to all University departments and offices, all University financial records and all University employees who create, receive or maintain such records in the course of University business.

This policy does not address the retention of student academic records, patient medical records, or any other area of operations outside the University's financial administration. Consult the appropriate University office for further information about those areas.

# Policy Statement

The University Controller is responsible for setting the standards for retention and management of University financial records, in collaboration with major business process owners. Such records must be retained for a period of time

necessary to meet the operational, administrative and legal requirements of the University, and must then be destroyed according to established destruction schedules. The Department of Manuscripts and Archives (referred to hereafter as MSSA), a unit of the University Library, manages the University Archives and Records Program and maintains official retention and disposition schedules. (See Index of the Records Schedules posted on the University Archives and Records Program web site.)

Records retention and disposition schedules apply to records of all formats, including paper records, computer files (e-mail, word-processed documents, spreadsheets, databases, and materials in imaging systems). The University encourages the use of storage methods that eliminate waste, reduce cost and promote efficiency.

Most financial and transactional records are non-archival. However, MSSA may determine that certain categories of financial records are of permanent value to the University, and will arrange for appropriate storage of such records beyond their active period.

Financial records must be retained for a minimum of seven (7) years from the fiscal year of creation, unless the retention schedule specifically states otherwise, as is the case with records related to grants and contracts (see Section 1105.7). It may be necessary to retain certain non-archival records for a period longer than seven (7) years if they are required to support an audit, litigation or other matter.

Those who give final approval to financial transactions must identify, safeguard and retain the official or "record" copies of documents supporting those transactions. Therefore, department administrators who have been delegated approval authority for certain kinds of transactions are responsible for the original records related to those transactions. Duplicate records must be eliminated to the extent possible.

University records must be maintained in a manner that supports operational needs and internal control directives, and must also meet federal, state and regulatory requirements. Document retention standards and systems must ensure that transactions and related authorizations are fully supported in the event of an audit, litigation, or other external action.

Departments must follow guidelines and standards issued by MSSA and the Office of the Controller in support of this policy.

# Reason for the Policy

This policy seeks to:

- promote compliance with federal, state, and other legal requirements for record retention;
- promote the efficient management, sharing, and transfer of information among authorized University staff within prescribed security standards;
- effectively utilize limited office space for active records and utilize low-cost, remote storage space for inactive records;
- dispose of records no longer needed to satisfy legal, regulatory or other requirements:
- ensure that no record is disposed of unless authorized;
- ensure that the means of destruction is appropriate for the type of record under consideration;
- ensure the preservation of records of permanent value; and
- ensure that record retention policies, schedules and procedures are reviewed and modified as necessary to respond to changes in technology or regulations

# Definitions

**Active records**

Records needed to support the current business activity of a department, division, business support center, or institutional business office.

**Business process**

A series of related activities designed to accomplish a specific objective (e.g., collecting and depositing university funds, payment of invoices, etc).

**Distributed authority model**

An operational model pursuant to which authority for the approval of certain transactions and the retention of active, original paper records may be distributed to department business offices, business support centers, or other decentralized units by institutional business process owners.

**Inactive records**

Records for which the active period has passed, and which are being held for the remainder of the specified retention period.

**Permanent (archival) records**

Records that have long-term or permanent value to the University, such as endowment indentures, University Bylaws, deeds, continuing agreements with external parties, and other similar documents.

**Records custodian**

An individual assigned by a records manager to formally retain paper documents pursuant to established standards and systems.

**Records manager**

An individual appointed by the responsible official to oversee the administration of records management systems (both paper and electronic) for an established business process.

**Records retention and disposition schedule**

An internal control document that indicates how records should be handled after the period of their active administrative use.

**Responsible official**

A senior member of management who serves as the owner of institutional and divisional business processes, and, as such, is responsible for ensuring effective implementation of this policy in his/her assigned area of responsibility.

**Retention period**

The minimum required length of time for which a department or central administrative office is responsible for the maintenance of records.

# Policy Sections

## 1105.1 Administrative Responsibility

The Controller, in accordance with Policy 1101 Guiding Principles for Business and Financial Administration, is responsible for developing document retention policies and standards for financial records, and for monitoring compliance with

this policy and overseeing the quality, consistency and effectiveness of the University's financial records management systems. The Controller shall perform such functions in consultation with members of the University's Financial Records Retention Committee, and may convene meetings of the committee as appropriate.

The committee membership will include a representative from each of the following offices: General Counsel, Tax, Grant and Contract Administration (University and Medical School), Human Resource Services, Information and Technology Services, Manuscripts and Archives, Procurement  In addition, the membership will include records managers assigned for each major business process, the manager of Traffic Receiving and Stores, records custodians from business support centers, and representative departmental administrators.

The Controller, in consultation with the Financial Records Retention Committee, shall:

1. review recommended records retention schedules;
2. establish appropriate filing standards for financial records;
3  monitor disposition methods and practices;
4. evaluate cost-effective short- and long-term storage options (including electronic media), and
5. perform other records management oversight functions as required.

For each of the University's major business processes, a **responsible official,** typically a senior member of management, serves as the institutional owner of the business process and monitors the effective implementation of this policy in the related areas of responsibility. Listed below are the responsible officials for major University business processes

| Responsible Official | Business Process |
|---|---|
| Associate Vice President for Administration | • Payroll |

| Responsible Official | Business Process |
|---|---|
| Associate Vice President for Finance | • Gifts to the University<br><br>• Sponsored Agreements<br><br>• Treasury Services<br><br>• Procurement<br><br>• General Accounting (including Capital Project Accounting and Financial Reporting<br><br>• Budget and Planning<br><br>• Financing |
| Chief Operating Officer, School of Medicine | • Medical Services  School of Medicine |
| Chief Investment Officer, Investments Office, and Associate Vice President for Finance | • Investments |
| Director of University Health Service | • Medical Services: University Health Service |
| Associate Vice President for Student Financial and Administrative Services | • Student Financial and Administrative Services |

**Records managers**, who are appointed by each responsible official, directly supervise the development of specific record retention schedules for their respective areas  Working with the Controller, the records manager also supervises the implementation and quality assurance of records management

systems and procedures for paper and electronic records stored in department business offices, divisional and institutional business offices, and business support centers.

The records manager in turn appoints one or more **records custodians** who are responsible for retaining record copies of documents according to established standards and systems. Records custodians may reside in institutional business offices, business support centers or department business offices, depending upon the level of distributed authority granted for specific types of transactions

**Note:** In the event that original or "record" copies of documents are maintained in department business offices, the department administrator or business manager must serve as the records custodian for those documents. The responsible individual must be able to locate paper documents required for quality assurance assessments, audits and other internal and external reviews at the request of the Controller, Tax Director, Director of University Auditing, institutional business process owner or other authorized individuals.

## 1105.2 Ownership of Institutional Records

University financial records are the property of the University and do not belong to those who prepare such records or to their official custodian. No employee has any personal or property right to financial records of the University, including those records that the employee helped develop or compile, and no employee may remove or copy such records for personal use.

## 1105.3 Retention Periods, Storage and Disposition

**Retention Periods**

Financial record schedules are primarily calendar-driven; that is, the retention period begins on the last day of the fiscal year that the records were created.

The retention period for University tax documents generally begins on the filing date for that period  However, the retention period for ta   returns, as well as for records which support tax filings, will not begin until either the due date of the filing or the actual date filed, whichever is later.

**Record Retention Categories**

Records fall into one of the three record retention categories

1. archival records (permanent);
2. non-permanent records requiring retention for legal or audit purposes; and
3. routine administrative records.

The University maintains functional retention and disposition schedules, grouping together records that represent the component activities of processes. Whenever a document or group of documents has a retention schedule that differs from the seven-year norm, it is noted on the schedule. (Refer to <u>Inde_ of the Records Schedules</u> on the University Archives and Records Program web site.)

Active records are those needed to support the current business activity of a department, division, business support center, or institutional business office. Normally, the active period for financial records ends on the last day of the fiscal year following the fiscal year in which the records were created. For instance, a record created on November 20, 1999, ends its active period on June 30, 2001.

## Storage Standards and Locations

At the end of the active period, records must be labeled and stored for the balance of the retention period according to University guidelines and procedures.

The records custodian is responsible for appropriately labeling and arranging for suitable storage of inactive records   The University's dedicated records shelving facilities are the preferred locations for storage of record copies of non-archival financial records that require retention beyond their active lives. Arrangements for storage at these facilities must be made through the MSSA Archives and Records Program  It may be acceptable to store inactive financial records at other official campus facilities, with professional records management service vendors, or in the originating department, if suitable space is available that meets University standards.

Regardless of where inactive records are stored, the originating department is responsible for maintaining files or logs describing the contents of stored records, and for retrieving records upon official request. Consult record retention procedures for detailed guidelines.

## Disposition of Records

At the end of the appropriate retention period, inactive records, including transaction records, inactive agreements and other non-permanent records, shall be destroyed according to the applicable schedule. Departments must obtain authorization for such disposal from MSSA. The disposal process and methods should preserve the confidentiality of documents through the final point of disposition. Records containing personal and confidential information must be shredded or boxed and sent to the recycle center for disposal. MSSA assists departments in arranging for confidential destruction of records. Non-confidential paper records may be put into recyclable containers

If litigation is pending, threatened or anticipated, records bearing on such litigation must not be destroyed except by permission of the University's General Counsel. Similarly, documents under audit must not be destroyed. General Counsel and officials notified of audit requirements will regularly update the Records Retention Committee with information about pending litigation or audits that require special attention. The Controller is responsible for notifying records managers of any changes from the standard record retention period necessitated by audits or litigation

## 1105.4 Accessibility of Records

Financial records must be easily retrievable for examination by authorized departmental and central administrators, auditors and other authorized individuals. Records custodians must follow procedures for labeling and record-keeping to ensure that documents can be retrieved in a timely manner, and are responsible for retrieving records upon request. Use of the MSSA Archives and Records Program and its systems is the preferred method to ensure compliance with this requirement.

Access to electronic records shall be subject to the University's policy governing information access and security (Policy 1601). Records managers, in consultation with ITS professionals, are responsible for ensuring that electronic records are not rendered unusable because of changing technology or deterioration. Records in formats endangered by technology changes must be migrated to other formats in order to maintain accessibility.

## 1105.5 Safeguarding Records

The records custodian is responsible for ensuring that active and inactive financial records are stored in a secure location. The storage location must provide appropriate confidentiality and protection from unauthorized inspection, theft, and physical damage due to a fire, water or natural disaster. The records

custodian must use sound judgment in restricting access to financial records, giving consideration to the degree of confidentiality warranted for such records. Storage through the MSSA Archives and Records Program is deemed to meet these requirements.

Most permanent (archival) records must be transferred to the MSSA Archives and Records Program following their active period for proper care and storage. Permanent records not sent to the MSSA Archives and Records Program must be maintained in a fireproof container, and access must be limited to authorized personnel

## 1105.6 Use of Document Imaging

Document imaging may be the most effective and efficient means for retaining certain types of records  However, any department that is contemplating replacing original financial documentation with images of those records must consult the Controller prior to implementing such a system. General Counsel should review proposals for such systems with the Controller and specify areas of concern  The Controller is responsible for issuing guidance to departments with regard to such implementations.

Departments proposing such systems must be prepared to demonstrate that the following requirements would be met:

1  Electronic records must e  hibit a high degree of legibility and readability;
2. Paper copies or computerized books and records must be transferred to electronic storage media in an accurate and complete manner;
3. Procedures must be developed to index, store, preserve, retrieve, and reproduce all electronically stored books and records;
4. Controls must be developed to ensure the integrity, accuracy, and reliability of the electronic records;
5. Controls must be developed to prevent and detect the unauthorized creation, alteration, addition, deletion, or deterioration of electronically stored books and records; and,
6. An inspection and quality assurance program must be developed which must include regular evaluations of the system and periodic checks of stored books and records

If imaging systems that meet the above requirements are implemented, original paper records only need to be retained through the active period as defined in Section 1105.3.

## 1105.7 Records Related to Grants and Contracts

Records related to grants and contracts must be retained for a period of three (3) years from the date of the submission of the final financial report to the funding agency, unless the terms of the award specifically state otherwise, or if there is a pending audit or litigation matter.

Retention periods for such records vary widely depending upon the sponsoring agency and individual contract terms. For example, when the University accepts a federal grant or contract it enters into a binding agreement that requires it to apply federal disposition schedules to records pertaining to such awards. However, non-federal agencies may apply a different set of standards for record retention and in those cases it is best to refer to the agreement itself for retention requirements  In any case where the sponsoring agency's retention period is longer than that dictated by University policy, the longer period shall apply.

Departments and business support centers are strongly encouraged to consult the offices of Grant and Contract Administration (University and School of Medicine) to determine the appropriate retention period for records related to specific grants or contracts.  Prior to destruction, department administrators must consult the Office of Grant and Contract Financial Administration to ensure that the records are not related to pending audits or litigation

# Special Situations/Exceptions

Exceptions to this policy must be approved by the Controller.

# Roles and Responsibilities

## Controller

Establishes policies and standards for retention of financial records, ensures compliance with this policy, and oversees the quality, consistency, and effectiveness of the University's financial records management systems as described in Section 1105.1 of this policy, in consultation with the University's Financial Records Retention Committee.

## Financial Records Retention Committee

Provides guidance to the Controller in ensuring compliance with this policy, and in overseeing the quality, consistency, and effectiveness of the University's financial records management systems.

## General Counsel

Provides guidance to the Yale community regarding the legal requirements for the retention and destruction of records, particularly in those areas where litigation is pending, threatened or possible, and shall review proposals for electronic retention in place of originals.

## Department of Manuscripts and Archives (MSSA)

Sets standards generally for University records retention and manages the University's records retention facility.

## Records Custodian

Retains financial records according to University policies and procedures, and for ensuring that such records are retrievable upon authorized request, as outlined in Section 1105.1 of this policy.

## Records Manager

Implements this policy as it relates to his or her area(s) of responsibility in accordance with the duties outlined in Section 1105.1 of this policy

## Responsible Official

Monitors the effective implementation of this policy for the specific business process areas for which he/she is assigned ownership. The responsible official shall appoint one or more records managers to implement the record retention policy at the departmental level.

## Tax Department

Reviews retention schedules and notifies the Controller of necessary changes based on regulations.

**Source URL:** https://your.yale.edu/policies-procedures/policies/1105-retention-university-financial-records

# EXHIBIT 4

# NOTICE

## TO THE EMPLOYEES OF

_____

In accordance with §31-48d of the Connecticut General Statutes, this will serve as notice that this employer may engage in the following types of **Electronic Monitoring** of employees' activities or communications;

       ___**Telephone**
       ___**Camera (including hidden cameras)**
       ___**Computer**
       ___**Radio**
       ___**Wire**
       ___**Electromagnetic**
       ___**Photoelectronic**
       ___**Photo-optical**
       ___**Other** _____

If you have any questions regarding this notice,

contact _____
                    (Company Representative)
for additional information.

The Connecticut Department of Labor provides this sample poster as a public service, Wage & Workplace Standards Division  200 Folly Brook Boulevard  Wethersfield, CT  06109-1114 A copy of § 31-48d ET. Seq. CGS appears on the reverse.

**Sec. 31-48d.   Employers engaged in electronic monitoring required to give prior notice to employees. Exceptions. Civil penalty.** (a) As used in this section:

(1)   "Employer" means any person, firm or corporation, including the state and any political subdivision of the state which has employees;

(2)   "Employee" means any person who performs services for an employer in a business of the employer, if the employer has the right to control and direct the person as to (A) the result to be accomplished by the services, and (B) the details and means by which such result is accomplished; and

(3)   "Electronic monitoring" means the collection of information on an employer's premises concerning employees' activities or communications by any means other than direct observation, including the use of a computer, telephone, wire, radio, camera, electromagnetic, photoelectronic or photo-optical systems, but not including the collection of information (A) for security purposes in common areas of the employer's premises which are held out for use by the public, or (B) which is prohibited under state or federal law.

(b) (1)   Except as provided in subdivision (2) of this subsection, each employer who engages in any type of electronic monitoring shall give prior written notice to all employees who may be affected, informing them of the types of monitoring which may occur. Each employer shall post, in a conspicuous place which is readily available for viewing by its employees, a notice concerning the types of electronic monitoring which the employer may engage in. Such posting shall constitute such prior written notice.

(2)   When (A) an employer has reasonable grounds to believe that employees are engaged in conduct which (i) violates the law, (ii) violates the legal rights of the employer or the employer's employees, or (iii) creates a hostile workplace environment, and (B) electronic monitoring may produce evidence of this misconduct, the employer may conduct monitoring without giving prior written notice.

(c)   The Labor Commissioner may levy a civil penalty against any person that the commissioner finds to be in violation of subsection (b) of this section, after a hearing conducted in accordance with sections 4-176e to 4-184, inclusive. The maximum civil penalty shall be five hundred dollars for the first offense, one thousand dollars for the second offense and three thousand dollars for the third and each subsequent offense.

(d)   The provisions of this section shall not apply to a criminal investigation. Any information obtained in the course of a criminal investigation through the use of electronic monitoring may be used in a disciplinary proceeding against an employee.

(P.A. 98-142.)

# EXHIBIT 5

       

## ECONOMIC ANALYSIS OF HIGH-TECH INDUSTRIES: MANAGEMENT 960

21 JANUARY 2020   3 MARCH 2020
8:30 a.m.   9:50 a.m. Eastern Standard Time || Tuesdays and Thursdays
(13 Classes)

Instructors:

Edward A. Snyder, Yale School of Management
email: tsnyder@yale.edu //
office telephone: +1-203-436-9686

Logan Bender, First Analysis Corporation, Chicago, IL USA
email: logan.bender@yale.edu
office telephone: +1-312-258-7129

Teaching and Research Assistants:

Mr. Vincent Caruso (TA)
email: vincent.caruso@yale.edu

Ms. Yuwa Ikhinmwin (TA)
email: yuwa.ikhinmwin@yale.edu

Mr. Jakub Madej
Email: jakub.madej@yale.edu (RA)

Course Administrator:

Ms. Stacy Awe
email: stacy.awe@yale.edu
office telephone: +1-203-436-9686

Registration and Credit Hours:

All enrolled students should be in graduate-level degree programs, e.g., MBA, at member schools in the Global Network for Advanced Management (advancedmanagement.net).

Each GNAM member school will determine the number of course credits earned.
For reference, Yale SOM considers this to be a 2 unit, half-semester course.



Course Description:

This offering of Management 960 to the Global Network represents the first step in developing a *learning system* for high-tech industries.  The intellectual output generated from this course will be an important product and will be updated in future course offerings.

This course applies economic concepts from *industrial organization* (IO) to high-tech industries.

The 13 class sessions will include

      i.        Lectures by Professor Snyder
      ii.      Commentary from Mr. Bender about industry dynamics and valuation
      iii.    Insights from industry participants
      iv.    Short student assignments and quizzes
      v.      Presentations of Team Projects
      vi.    Discussion of the overall findings

Students will (1) learn how to apply IO frameworks to industries, (2) assess competition among high-tech firms, (3) develop insights about the market capitalizations of individual firms, and (4) better understand how competition policies and government regulations may shape high-tech industries.

The Course is organized using a Matrix of 3 geographies and 4 industries:

      Three geographies:

    1. China
    2. European Union (EU)
    3. United States (US)

      Four industries:

    1. Ride-sharing
    2. Video-Streaming
    3. On-line Retail / eCommerce
    4. Payment systems

|  | Ride-Sharing | Video-Streaming | On-Line Retail/ eCommerce | Payment Systems |
| --- | --- | --- | --- | --- |
| China | Team 1 | Team 4 | Team 7 | Team 10 |
| EU | Team 2 | Team 5 | Team 8 | Team 11 |
| US | Team 3 | Team 6 | Team 9 | Team 12 |

 

Team Projects:

Each of twelve student teams will analyze one cell of the matrix.  Therefore, the set of team projects will "fill in" the Matrix of 3 geographies and 4 industries.

Teams will use a *common power point template* for their projects.  (The Template will be available on the Canvas site for the course.)

Teams should generate insights on these questions:

1. Are these industries global or local?  This will depend on whether firms that are successful in one country or region can expand into others.
2. Will these industries be "dominated" by a small number of firms?
3. How difficult is entry?  Are the positions of incumbents "contestable"?
4. Does a firm's success in one industry provide yield competitive advantages in others?
5. Do the valuations of individual companies operating in these industries make sense?

Grading:  Students will be graded based on:
- Short assignments and quizzes (20%)
- Team Projects & Presentations of Team Projects (50%)
- Class Participation (10%)
- Individual student commentary on other Team Projects (20%)

Course Materials

Course materials on the Canvas website include (i) one-pagers, (ii) industry briefs, and (iii) readings from academics and business.

The "**one-pagers**" on the Canvas website provide a *threshold level of knowledge* about the following important concepts:

1. *Willingness to Pay*
2. *Switching Costs*
3. *Asset Specificity*
4. *Economies of Scale*
5. *Economies of Scope*
6. *Network Economies*
7. *Monopoly/Contestability*
8. *Industry structure and the Herfindahl-Hirschman Index (HHI)*
9. *Two-Sided Markets*
10. *Innovation and Intellectual Property*
11. *Learning by Doing*
12. *Incomplete Contracts and Role of Reputations*
13. *Exclusionary Tactics*
14. *Open Source Software*

 

The four **Industry Briefings** on the Canvas website are not comprehensive, but they provide insights into how IO concepts are relevant to further analysis.

Refer to the Canvas website for selected academic articles and selected business commentary.

Optional text:

Dennis W. Carlton and Jeffrey M. Perloff, Modern Industrial Organization.
Any edition (1st, 2nd, 3rd, 4th, Global) would be useful.
Earlier editions cost less than $5.

Instructors:

Prof. Snyder has applied IO frameworks to over thirty industries and product markets in the course of his academic and professional career.  This set includes liquid crystal displays, payment systems, pharmaceuticals, optical disk drives, and modem chips used in smartphones.

Mr. Bender is a CFA charterholder and MBA (Yale SOM, specialization in asset management).  During his career as a global technology investor and research analyst at Putnam and now First Analysis, Logan specializes in high-tech industries across several verticals including software, internet platforms, and semiconductors, with particular emphasis on the U.S. and China. In his current role, Logan is an analyst specializing in research and venture investment focusing on series A and B stage investments in vertical SaaS, human capital technology, and other high-growth differentiated software businesses.

# EXHIBIT 6

 Jakub Madej <jakub.madej@yale.edu>

---

# Exam on May 6
4 messages

---

**Jakub Madej** <jakub.madej@yale.edu>                    Tue, Apr 30, 2019 at 11:48 PM
To: "Kulikowski, Anthony" <anthony.kulikowski@yale.edu>

Hi Anthony,

Where should I report for the Econ exam on May 6? The class is "the US Banking System".

Jakub

Jakub Madej | Class of 2020, Yale College | P.O. Box 204000, New Haven, CT 06520-4000 |
(203)-928-8486 | jakub.madej@yale.edu

---

**Kulikowski, Anthony** <anthony.kulikowski@yale.edu>          Wed, May 1, 2019 at 6:20 AM
To: "jakub.madej@yale.edu" <jakub.madej@bulldogs.yale.edu>

I am working on it…


Will get back to you.


A


Anthony M. Kulikowski

Associate Director

Resource Office on Disabilities

Yale University

PO Box 208305

Office Location: 35 Broadway (rear entrance)

New Haven, CT 06520-3805

Phone: 203-432-8174

Fax: 203-432-8250

[Quoted text hidden]

---

**Kulikowski, Anthony** <anthony.kulikowski@yale.edu>          Wed, May 1, 2019 at 6:53 AM
To: "jakub.madej@yale.edu" <jakub.madej@bulldogs.yale.edu>

WLH basement room 007.

A.

Anthony M. Kulikowski

Associate Director

Resource Office on Disabilities

Yale University

PO Box 208305

Office Location: 35 Broadway (rear entrance)

New Haven, CT 06520-3805

Phone: 203-432-8174

Fax: 203-432-8250

**From:** Jakub Madej <jakub.madej@yale.edu>
**Sent:** Wednesday, May 01, 2019 12:49 AM
**To:** Kulikowski, Anthony <anthony.kulikowski@yale.edu>
**Subject:** Exam on May 6

Hi Anthony,

[Quoted text hidden]

**Jakub Madej** <jakub.madej@yale.edu>                    Wed, May 1, 2019 at 8:28 PM
To: "Kulikowski, Anthony" <anthony.kulikowski@yale.edu>
Cc: "jakub.madej@yale.edu" <jakub.madej@bulldogs.yale.edu>

Great, thanks!

Jakub Madej | Class of 2020, Yale College | P.O. Box 204000, New Haven, CT 06520-4000 |
(203)-928-8486 | jakub.madej@yale.edu


[Quoted text hidden]



Jakub Madej <jakub.madej@yale.edu>

---

## ECON 445 final exam

2 messages

---

**Barrett, Carolyn** <carolyn.barrett@yale.edu>          Wed, May 1, 2019 at 10:08 AM
To: "Barrett, Carolyn" <carolyn.barrett@yale.edu>
Cc: "Kulikowski, Anthony" <anthony.kulikowski@yale.edu>, "Braselmann, Erin"
<erin.braselmann@yale.edu>

Hello

The Resource Office on Disabilities will be proctoring you for your final exam in WLH
(lower level -basement).  Please meet in WLH-007 on Monday, May 6th @ 2pm.

Please confirm receipt of this message.

Sincerely,

Carolyn M Barrett
Sr. Administrative Assistant
Resource Office on Disabilities
35 Broadway - Room 222
New Haven, CT  06520-8305
Voice - (203) 432-2324
Fax - (203) 432-8250

---

**Jakub Madej** <jakub.madej@yale.edu>          Wed, May 1, 2019 at 8:28 PM
To: "Barrett, Carolyn" <carolyn.barrett@yale.edu>
Cc: "Kulikowski, Anthony" <anthony.kulikowski@yale.edu>, "Braselmann, Erin"
<erin.braselmann@yale.edu>

I will be there, thank you.

Jakub Madej | Class of 2020, Yale College | P.O. Box 204000, New Haven, CT 06520-4000 |
(203)-928-8486 | jakub.madej@yale.edu


On Wed, May 1, 2019 at 11:08 AM Barrett, Carolyn <carolyn.barrett@yale.edu> wrote:
> Hello
>
> The Resource Office on Disabilities will be proctoring you for your final exam in WLH
> (lower level -basement).  Please meet in WLH-007 on Monday, May 6th @ 2pm.

Please confirm receipt of this message.

Sincerely,

Carolyn M Barrett
Sr. Administrative Assistant
Resource Office on Disabilities
35 Broadway - Room 222
New Haven, CT  06520-8305
Voice - (203) 432-2324
Fax - (203) 432-8250

 Jakub Madej <jakub.madej@yale.edu>

# The final was today! What happened???
2 messages

**Pascutti, Michael J** <michaelj.pascutti@yale.edu>          Mon, May 6, 2019 at 3:48 PM
To: "jakub.madej@yale.edu" <jakub.madej@bulldogs.yale.edu>

**Jakub Madej** <jakub.madej@yale.edu>          Mon, May 6, 2019 at 4:00 PM
To: Michael J Pascutti <michaelj.pascutti@yale.edu>
Cc: "jakub.madej@yale.edu" <jakub.madej@bulldogs.yale.edu>

I took it with the disabilities office! They should send the exam to you I think?

On Mon, May 6, 2019, 4:48 PM Pascutti, Michael J <michaelj.pascutti@yale.edu> wrote:

# Grades for Jakub Madej

**Course**

The U.S. Banking System ⌄

**Arrange By**

Due Date ⌄

Apply

| NAME | DUE | STATUS | SCORE | OUT OF | |
|------|-----|--------|-------|--------|---|
| **quiz3**<br>Assignments | Apr 15, 2019 by 11:59pm | (MISSING) | - | 150 | |
| **quiz 1**<br>Assignments | | | 51 | 120 | ☑ |
| **quiz 2**<br>Assignments | | | 114 | 165 | ☑ |
| **ASSIGNMENTS** | | | **57.89%** | 165.00 / 285.00 | |
| TOTAL | | | **57.89%** | **165.00 / 285.00** | |

 **Jakub Madej** <jakub.madej@yale.edu>

---

# You aren't gonna be teaching at Yale in the fall?
4 messages

---

**Jakub Madej** <jakub.madej@yale.edu>                    Sun, Jun 16, 2019 at 7:41 AM
To: michael pascutti <pascutti@hotmail.com>, Michael J Pascutti
<michaelj.pascutti@yale.edu>

I couldn't find a single course with your name listed as an instructor.

Hope your summer goes well,
Jakub

Jakub Madej | Class of 2020, Yale College | P.O. Box 204000, New Haven, CT 06520-4000 |
(203)-928-8486 | jakub.madej@yale.edu

---

**Pascutti, Michael J** <michaelj.pascutti@yale.edu>         Sun, Jun 16, 2019 at 8:10 AM
To: "jakub.madej@yale.edu" <jakub.madej@bulldogs.yale.edu>
Cc: michael pascutti <pascutti@hotmail.com>

I am teaching corporate finance and a seminar in the fall. I hope things are going well and
that you stay in touch

Sent from my iPhone
[Quoted text hidden]

---

**Jakub Madej** <jakub.madej@yale.edu>                    Sun, Jun 16, 2019 at 8:16 AM
To: "Pascutti, Michael J" <michaelj.pascutti@yale.edu>
Cc: "jakub.madej@yale.edu" <jakub.madej@bulldogs.yale.edu>, michael pascutti
<pascutti@hotmail.com>

That's good to hear. I'll reach out in August or September, have a good summer

Jakub

Jakub Madej | Class of 2020, Yale College | P.O. Box 204000, New Haven, CT 06520-4000 |
(203)-928-8486 | jakub.madej@yale.edu

[Quoted text hidden]

---

**Pascutti, Michael J** <michaelj.pascutti@yale.edu>         Sun, Jun 16, 2019 at 8:27 AM
To: "jakub.madej@yale.edu" <jakub.madej@bulldogs.yale.edu>

You too.

Sent from my iPhone
[Quoted text hidden]

# EXHIBIT 7

# Acknowledgments

My 2017 American Economic Association (AEA) presidential address, "Narrative Economics," was published in the April 2017 issue of the association's journal, the *American Economic Review*. Many passages from that presidential address have found their way, often with modifications, into this book.

This book is strongly influenced by two books I wrote with George Akerlof, *Animal Spirits* (2009) and *Phishing for Phools* (2015). Another strong influence is the book George Akerlof wrote with Rachel Kranton, *Identity Economics* (2011). Narratives play a role in all these books. Working with George aided my thinking immeasurably.

The research that underlies this book has taken place over decades. I acknowledge research support over the years from the US National Science Foundation, the Cowles Foundation for Research in Economics at Yale University, the Smith Richardson Foundation, the Whitebox Foundation via the Yale School of Management, and the James Tobin research fellowships at Yale.

I thank participants in seminars at which I presented earlier versions of my AEA address, notably as the Marshall Lectures at Cambridge University and as seminars at the Bank of England, at the Toulouse School of Economics/Toulouse Institute for Advanced Study, and at the Yale University Department of Economics. Special thanks go to Bruce Ackerman, Santosh Anagol, Bob Bettendorf, Bruno Biais, Laurence Black, Jean-François Bonnefon, Michael Bordo, Stanley Cohen, Donald Cox, Robert Dimand, William Goetzmann, Emily Gordon, David Hirshleifer, Farouk Jivraj, Dasol Kim, Rachel Kranton, Arunas Krotkus, Naomi Lamoreaux, Terry Loebs, Ramsay MacMullen, Peter Rousseau, Paul Seabright, John Shiller, Thomas Siefert, and Sheridan Titman.

Peter Dougherty, who stepped down in 2017 as director of Princeton University Press and is now editor at large, has been a formative

influence on me for twenty years. He has always encouraged me to stay on a true path in my writing, a contribution that has been invaluable to me. He is now, after leaving the helm of the Press, still giving me editorial help.

Research assistance was provided by Logan Bender, Andrew Brod, Laurie Cameron Craighead, Jaeden Graham, Jinshan Han, Lewis Ho, Jakub Madej, Amelie Rueppel, Nicholas Werle, Lihua Xiao, and Michael Zanger-Tishler. I am also indebted to other Yale students who made comments or suggestions: Brendan Costello, Francesco Filippucci, Kelly Goodman, Patrick Greenfield, Krishna Ramesh, Preeti Srinivasan, and Garence Staraci.

My indefatigable administrative assistant at Yale, Bonnie Blake, read and edited the manuscript. Much appreciation, too, needs to be acknowledged for my very thorough and detail-oriented copyeditor, Steven Rigolosi.

Some of the ideas in this book have come from my experience with writing more than two hundred newspaper columns, the equivalent of two books by word count. Since 2003, I have been regularly contributing columns to *Project Syndicate*; these columns are published in newspapers around the world, mostly outside the United States. Writing for *Project Syndicate* has helped me develop a world perspective and avoid an excessively US-centric view. Since 2007, I have also been a contributing columnist for the Sunday Business section of the *New York Times*. I thank my editors at these outlets, Andrzej Rapaczynski (*Project Syndicate*) and Jeff Sommer (*New York Times*), who have given me much attention.

Finally, I thank my wife of forty-three years, Virginia Shiller, for her continuing support and encouragement of my work.

# EXHIBIT 8



**NOTE: Requests placed here will not be filled until the library reopens, no earlier than May 1, 2020**

You are logged into Lillian Goldman Law Library / All Locations as Madej, Jakub

LOGOUT

Go to Your Orbis Account
About Self Renewals in MORRIS
About Rating Material in MORRIS
About Reviewing Material in MORRIS
About Feeds from MORRIS
About Keeping Lists in MORRIS
About Reading History in MORRIS
About Saving Preferred Searches in MORRIS

**Madej, Jakub**
No Phone
EXP DATE:08-31-2020
0006366101



Keyword ▼

View Entire Collection ▼

Search

☐ Limit results to available items

MY RECORD FEEDS  |  MODIFY PERSONAL INFO  |  PREFERRED SEARCHES  |  MY READING HISTORY  |  MY LISTS  |  MY RATINGS  |  MY REVIEWS

SORT BY CHECKOUT DATE

**Not all renewals were successful. See details below.**

RENEW ALL  |  RENEW SELECTED

**64 ITEMS CHECKED OUT**

| RENEW | TITLE | Ratings | BARCODE | STATUS | CALL NUMBER |
|---|---|---|---|---|---|
| ☐ | Garner on language and writing : selected essays and speeches of Bryan A. Garner / Bryan A. Garner ; with a foreword by Ruth Bader Ginsburg. | ☆☆☆☆☆ | 35102009948491 | DUE 03-22-20 Renewed 1 time | KF250 .G376 2009 |
| ☐ | Basic legal research : tools and strategies / Amy E. Sloan. | ☆☆☆☆☆ | 35102010611021 | DUE 03-22-20 Renewed 1 time | KF240 .S585X 2012 |
| ☐ | Researching the law : finding what you need when you need it / Amy E. Sloan, Professor of Law, Associate Dean for Academ c Affairs, Univers ty of Baltimore School of Law. | ☆☆☆☆☆ | 35102011753871 | DUE 03-22-20 Renewed 1 time | KF240 .S665 2014 |
| ☐ | Legal writing exercises : a pract cal guide to clear and persuasive writing for lawyers / E. Scott Fruehwald. | ☆☆☆☆☆ | 35102011546846 | DUE 03-22-20 Renewed 1 time | KF250 .F78X 2014 |
| ☐ | Your client's story : persuasive legal wr ting / Ruth Anne Robbins, Steve Johansen, Ken Chestek. | ☆☆☆☆☆ | 35102011545129 | DUE 03-22-20 Renewed 1 time | KF250 .R625X 2013 |
| ☐ | Plain English for lawyers / Richard C. Wydick. | ☆☆☆☆☆ | 35102008175682 | DUE 03-22-20 Renewed 1 time | KF250 .W9 2005 |
| ☐ | Synthesis : legal reading, reasoning, and writing / Deborah A. Schmedemann, Professor of Law; Christina L. Kunz, Professor of Law, both of William Mitchell College of Law. | ☆☆☆☆☆ | 35102011757302 | DUE 03-22-20 Renewed 1 time | KF250 .S36 2014 |
| ☐ | Legal writing by design : a guide to great briefs and memos / Teresa J. Reid Rambo and Leanne J. Pflaum. | ☆☆☆☆☆ | 35102010868472 | DUE 03-22-20 Renewed 1 time | KF250 .R35X 2013 |
| ☐ | Legal writing : getting it right and getting it written / Mary Barnard Ray (professor of law emerita, Univers ty of Wisconsin Law School), Jill J. Ramsfield (professor of law emerita, Georgetown University Law Center). | ☆☆☆☆☆ | 35102011709972 | DUE 03-22-20 Renewed 1 time | KF250 .R39 2018 |
| ☐ | Writing and analysis in the law / Helene S. Shapo, Marilyn R. Walter, Elizabeth Fajans. | ☆☆☆☆☆ | 35102011479956 | DUE 03-22-20 Renewed 1 time | KF250 .S5 2018 |

| | | | | |
|---|---|---|---|---|
| ☐ | Persuasive written and oral advocacy in trial and appellate courts / Michael R. Fontham, Michael Vitiello, David W. Miller. | ☆☆☆☆☆ 35102009247530 | DUE 03-22-20 Renewed 1 time | KF251 .F658X 2007 |
| ☐ | Thinking like a writer : a lawyer's guide to wr ting and ed ting / Steven V. Armstrong, Timothy P. Terrell. | ☆☆☆☆☆ 35102008879150 | DUE 03-22-20 Renewed 1 time | KF250 .A76X 2009 |
| ☐ | Persuasive legal wr ting / Louis J. Sir co, Jr., Nancy L. Schultz. | ☆☆☆☆☆ 35102010963273 | DUE 03-22-20 Renewed 1 time | KF250 .S54 2011 |
| ☐ | Preparing plain legal documents for nonlawyers / Wayne Schiess. | ☆☆☆☆☆ 35102011840249 | DUE 03-22-20 Renewed 1 time | KF250 .S3493X 2015 |
| ☐ | The redbook : a manual on legal style / Bryan A. Garner ; w th Jeff Newman, Tiger Jackson. | ☆☆☆☆☆ 35102012318203 | DUE 03-24-20 Renewed 2 times | KF250 .G377 2013 |
| ☐ | Advanced legal writing : theories and strategies in persuasive wr ting / Michael R. Smith, Professor of Law, University of Wyoming College of Law. | ☆☆☆☆☆ 35102010905282 | DUE 03-24-20 Renewed 2 times | KF250 .S62 2012 |
| ☐ | Legal writing and other lawyering skills / Nancy L. Schultz, Louis J. Sir co, Jr. | ☆☆☆☆☆ 35102011206821 | DUE 03-24-20 Renewed 2 times | KF250 .S38 2010 |
| ☐ | Just writing : grammar, punctuat on, and style for the legal writer / Anne Enquist, Laurel Currie Oates. | ☆☆☆☆☆ 35102009465611 | DUE 03-24-20 Renewed 2 times | KF250 .E57X 2009 |
| ☐ | Legal writing : process, analysis, and organization / Linda H. Edwards. | ☆☆☆☆☆ 35102011200311 | DUE 03-24-20 Renewed 2 times | KF250 .E39 2010 |
| ☐ | The grammar and wr ting handbook for lawyers / Lenné E dson Espenschied. | ☆☆☆☆☆ 35102011118661 | DUE 03-24-20 Renewed 2 times | KF250 .E84 2011 |
| ☐ | The elements of legal style / Bryan A. Garner. | ☆☆☆☆☆ 35102006793676 | DUE 03-24-20 Renewed 2 times | KF250 .G37 2002 |
| ☐ | The lawyer's essential guide to writing : proven tools and techn ques / Marie P. Buckley ; w th tips for transactional attorneys by Ilissa K. Povich. | ☆☆☆☆☆ 35102011173880 | DUE 03-24-20 Renewed 2 times | KF250 .B83 2011 |
| ☐ | The mindful legal wr ter : mastering predictive writing / Heidi K. Brown, Esq. | ☆☆☆☆☆ 35102011635789 | DUE 03-24-20 Renewed 2 times | KF250 .B77 2015 |
| ☐ | Writing for litigat on / Kamela Bridges, Wayne Schiess. | ☆☆☆☆☆ 35102010964479 | DUE 03-24-20 Renewed 2 times | KF250 .B75 2011 |
| ☐ | Finding the Answers to Legal Questions / Virginia M. Tucker, Marc Lampson. | ☆☆☆☆☆ 35102011691899 | DUE 03-24-20 Renewed 2 times | KF240 .T83X 2018 |
| ☐ | Legal research demystified : a step-by-step approach / Eric P. Voigt, Research and Writing Associate Professor of Law, Faulkner University, Thomas Goode Jones School of Law. | ☆☆☆☆☆ 35102011853804 | DUE 03-24-20 Renewed 2 times | KF240 .V53X 2019 |
| ☐ | The lawyer's guide to writing well / Tom Goldstein and Jethro K. Lieberman. | ☆☆☆☆☆ 35102007128591 | DUE 03-24-20 Renewed 2 times | KF250 .G65 2002 |
| ☐ | Aspen handbook for legal writers : a pract cal reference / Deborah E. Bouchoux. | ☆☆☆☆☆ 35102008686188 | DUE 03-24-20 | KF250 .B68 2009 |
| ☐ | Art of fact investigat on : creative thinking in the age of informat on overload / Philip Segal. | ☆☆☆☆☆ 35102011614966 | DUE 03-24-20 | HV8074 .S44 2016 |
| ☐ | The practice of mediat on : a video-integrated text / Douglas N. Frenkel, James H. Stark. | ☆☆☆☆☆ 35102010617929 | DUE 03-26-20 **RENEWED** *Now due 05-11-20* | KF9084 .F746 2012 |

| | Title | | Barcode | Status | Call Number |
|---|---|---|---|---|---|
| | | | | Renewed 5 times | |
| ☐ | Dispute resolution : beyond the adversarial model / Carrie J. Menkel-Meadow, Chancellor's Professor of Law (and Political Science) and Founding Faculty, University of California, Irvine Law School and A.B. Chettle Jr. Chair of Law, Dispute Resolut on and Civil Procedure, Emerita Georgetown Univers ty Law Center; Lela Porter Love, Professor of Law and Director, Kukin Program for Conflict Resolution and the Cardozo Mediation Clinic, Benjamin N. Cardozo Law School, Yeshiva University; Andrea Kupfer Schneider, Professor of Law and Director, Dispute Resolution Program, Marquette University Law School; Michael Moff tt, Philip H. Knight Chair, Professor, Univers ty of Oregon School of Law. | ☆☆☆☆☆ | 35102011854083 | DUE 03-26-20 *RENEWED* Now due 05-11-20 Renewed 5 times | KF9084.A75 D57X 2019 |
| ☐ | The young l tigator : tips on rainmaking, writing and trial practice / [by the Young Lawyers Leadership Program]. | ☆☆☆☆☆ | 35102010968033 | DUE 03-26-20 *RENEWED* Now due 05-11-20 Renewed 5 times | KF297 .Y678 2011 |
| ☐ | Advanced negotiat on and mediat on : concepts, skills, and exercises / by James R. Holbrook, Clinical Professor of Law, University of Utah, Benjamin J. Cook, Adjunct Professor of Law, Brigham Young University. | ☆☆☆☆☆ | 35102012317445 | DUE 03-26-20 *RENEWED* Now due 05-11-20 Renewed 5 times | K2390 .H65 2013 |
| ☐ | Experiential legal writing : analysis, process, and documents / Diana R. Donahoe. | ☆☆☆☆☆ | 35102010612102 | DUE 03-26-20 *RENEWED* Now due 05-11-20 Renewed 5 times | KF250 .D66 2011 |
| ☐ | The guide to experiential legal writing / Adam Lamparello (Associate Dean for Experiential Learning and Associate Professor of Law, Indiana Tech Law School), Charles E. MacLean (Associate Dean for Faculty, Associate Professor of Law, Indiana Tech Law School). | ☆☆☆☆☆ | 35102011705194 | DUE 03-26-20 *RENEWED* Now due 05-11-20 Renewed 5 times | KF250 .L36 2016 |
| ☐ | Drafting contracts in legal English : cross-border agreements governed by U.S. law / Cynthia M. Adams, Clin cal Professor of Law, Indiana University Robert H. McKinney School of Law; Peter K. Cramer, Assistant Dean for Graduate Programs, Washington Univers ty School of Law in St. Louis. | ☆☆☆☆☆ | 35102011268979 | DUE 03-26-20 *RENEWED* Now due 05-11-20 Renewed 5 times | K840 .A925X 2013 |
| ☐ | Trial tactics / by Stephen Saltzburg. | ☆☆☆☆☆ | 35102012310432 | DUE 03-26-20 *RENEWED* Now due 05-11-20 Renewed 2 times | KF8915 .S235 2012 |
| ☐ | The lobbying manual : a complete gu de to federal lobbying law and practice / edited by Rebecca H. Gordan and Thomas M. Susman ; foreword by Robert F. Bauer. | ☆☆☆☆☆ | 35102011544445 | DUE 03-26-20 *RENEWED* Now due 05-11-20 Renewed 2 times | KF4948 .L62X 2016 |
| ☐ | The winning brief : 100 tips for persuasive briefing in trial and appellate courts / Bryan A. Garner. | ☆☆☆☆☆ | 35102009305874 | DUE 03-26-20 *RENEWED* Now due 05-11-20 Renewed 2 times | KF251 .G37 2014 |
| ☐ | How to examine mental health experts : a family lawyer's handbook of issues and strategies / John A. Zervopoulos, Ph.D., J.D. | ☆☆☆☆☆ | 35102010534470 | DUE 03-26-20 *RENEWED* Now due 05-11-20 Renewed 2 times | KF8965 .Z474 2013 |
| ☐ | The elements of legal style / Bryan A. Garner. | ☆☆☆☆☆ | 35102000012446 | DUE 03-26-20 *RENEWED* Now due 05-11-20 Renewed 2 times | KF250 .G37 1991 |
| ☐ | Acting skills for lawyers / Laura Mathis. | ☆☆☆☆☆ | 35102010470030 | DUE 03- | KF8915 |

| | | | | |
|---|---|---|---|---|
| | | | 26-20 **RENEWED** Now due 05-11-20 Renewed 2 times | .M374 2011 |
| ☐ | Letters for lawyers : essential communications for clients, prospects, and others / Thomas E. Kane. | ☆☆☆☆☆ | 35102006687431 | DUE 03-26-20 **RENEWED** Now due 05-11-20 Renewed 2 times | KF320.L48 K36 2004 |
| ☐ | Letters for litigators : essential communicat ons for opposing counsel, witnesses, clients, and others / by Daniel I. Small and Robin Page West. | ☆☆☆☆☆ | 35102007677670 | DUE 03-26-20 **RENEWED** Now due 05-11-20 Renewed 2 times | KF170 .S53 2004 |
| ☐ | Lawyers' tales / John Gray ; foreword by Sir Geoffrey Vos. | ☆☆☆☆☆ | 35102011138214 | DUE 03-26-20 **RENEWED** Now due 05-11-20 Renewed 2 times | K184.2 .G73 2010 |
| ☐ | Plain language for lawyers / Michèle M. Asprey. | ☆☆☆☆☆ | 35102011140491 | DUE 03-26-20 **RENEWED** Now due 05-11-20 Renewed 2 times | KU48.7 .A84 2010 |
| ☐ | Lawyers' skills. | ☆☆☆☆☆ | 35102011857441 | DUE 03-26-20 **RENEWED** Now due 05-11-20 Renewed 2 times | KD474 .W43 2019 oversize |
| ☐ | Garner's guidelines for drafting and editing contracts / by Bryan A. Garner. | ☆☆☆☆☆ | 35102013154110 | DUE 04-07-20 **RENEWED** Now due 05-11-20 Renewed 4 times | KF250 .G3724 2019 |
| ☐ | Model code of professional responsibility and Code of judicial conduct : as amended August, 1980. | ☆☆☆☆☆ | 35102000816606 | DUE 04-07-20 **RENEWED** Now due 05-11-20 Renewed 3 times | KF305 .A2 1982 |
| ☐ | Annotated model rules of profess onal conduct / Ellen J. Bennett, Elizabeth J. Cohen, Helen W. Gunnarsson [editors]. | ☆☆☆☆☆ | 35102011840256 | DUE 04-07-20 **RENEWED** Now due 05-11-20 Renewed 3 times | KF305 .A2X 2015 |
| ☐ | Professional responsibil ty standards, rules & statutes. 2012-2013 | ☆☆☆☆☆ | 35102010526385 | DUE 04-07-20 **RENEWED** Now due 05-11-20 Renewed 3 times | KF305.A29 S45 |
| ☐ | Typography for lawyers : essential tools for polished & persuasive documents / Matthew Butterick ; foreward by Bryan A. Garner. | ☆☆☆☆☆ | 35102011795336 | DUE 04-07-20 **RENEWED** Now due 05-11-20 Renewed 3 times | Z246 .B88 2015 |
| ☐ | The ch ckenshit club : why the Just ce Department fails to prosecute executives / Jesse Eisinger. | ☆☆☆☆☆ | 35102013403020 | DUE 04-07-20 **RENEWED** Now due 05-11-20 Renewed 2 times | HV6769 .E394 2017 |

| | Title | | Barcode | Due | Call Number |
|---|---|---|---|---|---|
| ☐ | Lifting the fog of legalese : essays on plain language / Joseph Kimble. | ☆☆☆☆☆ | 35102007836367 | DUE 04-07-20 *RENEWED* *Now due 05-11-20* Renewed 2 times | KF250 .K54 2006 |
| ☐ | Professional responsibility in litigation / Douglas R. Richmond, Brian S. Faughnan and Michael L. Matula. | ☆☆☆☆☆ | 35102011116160 | DUE 04-07-20 *RENEWED* *Now due 05-11-20* Renewed 2 times | KF306 .R53 2011 |
| ☐ | Boilerplate : practical clauses / Richard Christou. | ☆☆☆☆☆ | 35102011271171 | DUE 04-08-20 *RENEWED* *Now due 05-11-20* Renewed 1 time | KD1554 .C487 2012 |
| ☐ | The three and a half minute transaction : boilerplate and the limits of contract design / Mitu Gulati and Robert E. Scott. | ☆☆☆☆☆ | 35102011064287 | DUE 04-08-20 *RENEWED* *Now due 05-11-20* Renewed 1 time | K845.S7 G86X 2013 |
| ☐ | Protecting trade secrets before, during, and after litigation : an insider's guide to identifying and protecting trade secrets for trial lawyers and in-house counsel / Chris Scott Graham. | ☆☆☆☆☆ | 35102010747346 | DUE 04-08-20 *RENEWED* *Now due 05-11-20* Renewed 1 time | KF3197 .G73 2012 |
| ☐ | Legal language / Peter M. Tiersma. | ☆☆☆☆☆ | 35102004263862 | DUE 04-08-20 *RENEWED* *Now due 05-11-20* Renewed 1 time | K213 .T54 1999 |
| ☐ | Reading law : the interpretation of legal texts / Antonin Scalia & Bryan A. Garner. | ☆☆☆☆☆ | 35102010621699 | DUE 04-08-20 *RENEWED* *Now due 05-11-20* Renewed 1 time | K290 .S33 2012 |
| ☐ | The law of higher education : a comprehensive guide to legal implications of administrative decision making / William A. Kaplin, Barbara A. Lee. v.1 | ☆☆☆☆☆ | 35102012318138 | DUE 04-10-20 *RENEWED* *Now due 05-11-20* Renewed 1 time | KF4225 .K36 2013 |
| ☐ | The law of higher education : a comprehensive guide to legal implications of administrative decision making / William A. Kaplin, Barbara A. Lee. v.2 | ☆☆☆☆☆ | 35102012318146 | DUE 04-10-20 *RENEWED* *Now due 05-11-20* Renewed 1 time | KF4225 .K36 2013 |
| ☐ | A new miscellany-at-law : yet another diversion for lawyers and others / by Sir Robert Megarry ; edited by Bryan A. Garner. | ☆☆☆☆☆ | 35102008256839 | DUE 04-10-20 *RENEWED* *Now due 05-11-20* Renewed 1 time | K183 .M4305 2005 |
| ☐ | Writing for law practice : advanced legal writing / by Elizabeth Fajans, Ph.D., Associate Professor of Legal Writing, Brooklyn Law School; Mary R. Falk, Professor Emerita, Brooklyn Law School; Helene S. Shapo, Professor of Law Emerita, Northwestern University School of Law. | ☆☆☆☆☆ | 35102011646992 | DUE 04-12-20 12:00AM *RENEWED* *Now due 05-11-20* Renewed 1 time | KF250 .F353X 2015 |

**SORT BY CHECKOUT DATE**   **RENEW ALL**   **RENEW SELECTED**

**LOGOUT**

**© 2015 Lillian Goldman Law Library**
127 Wall Street, New Haven, CT 06511

Accessibility at Yale

Contact Us

+1 203-432-1608

Maps & Directions

University Library

Yale Law School

Search Morris

Search Orbis

# EXHIBIT 9

# Orbis YALE UNIVERSITY LIBRARY CATALOG

Jakub J Madej is logged in  Logout
Ask Yale Library | Help | Feedback

New Search      My Searches      My List      My Account

Quicksearch      Morris (Law Library)      Borrow Direct      ILL      Get It@Yale

## COVID-19 UPDATE

All library buildings are closed. We regret the need to suspend library services related to delivering physical materials as well as scanning and digitization. As a result, request links have been temporarily removed from Quicksearch and Orbis. During this difficult period, we continue to provide other library services remotely. Read More.

Quick Search : [                                    ] [ Search ]                    Search History

## My Account

*Review and update your library transactions.*

View Personal Information        Edit Preferences

**Your Items**
Items Checked Out (25)
Requests Pending (2)

## Checked Out

Request Renewal        Select All: ☐

**Database: Yale University Library**

| | Item | Item Type | Status | Due Date |
|---|---|---|---|---|
| ☐ | Student's guide to writing college papers / Kate L. Turabian. LB2369 .T8X 2010 (LC) | Circulating | Renewed | 09-15-2020 23:59:00 |
| ☐ | Fighting financial crises : learning from the past / Gary B.Gorton and Ellis W. Tallman. HB3722 .G673 2018 (LC) | Circulating | Checked Out | 09-15-2020 23:59:00 |
| ☐ | Non-consensus investing : achieving low risks and high returns / Rupal J. Bhansali. HG4521 .B495 2019 (LC) | Circulating | Renewed | 09-15-2020 23:59:00 |
| ☐ | Economics of attention : style and substance in the age of information / Richard A. Lanham. HM851 .L357X 2006 (LC) | Circulating | Renewed | 09-15-2020 23:59:00 |
| ☐ | Lawtalk : the unknown stories behind familiar legal expressions / James E. Clapp ... [et al.]. KF156 .L39X 2011 (LC) | Circulating | Checked Out | 09-15-2020 23:59:00 |
| ☐ | Disrupted economic relationships : disasters, sanctions, dissolutions / edited by Tibor Besedeš and Volker Nitsch. HB195 .D57 2019 (LC) | Circulating | Renewed | 09-15-2020 23:59:00 |
| ☐ | Copyeditor's workbook : exercises and tips for honing your editorial judgment / Erika Bűky, Marilyn Schwartz, and Amy Einsohn. PN4784.C75 B78 2019 (LC) | Circulating | Renewed | 09-15-2020 23:59:00 |
| ☐ | Uberland : how algorithms are rewriting the rules of work / Alex Rosenblat. HE5620.R53 R67 2018 (LC) | Circulating | Renewed | 09-15-2020 23:59:00 |
| ☐ | 9 pitfalls of data science / Gary Smith and Jay Cordes. QA76.9.B45 S65 2019 (LC) | Circulating | Renewed | 09-15-2020 23:59:00 |
| ☐ | Mens et mania : the MIT nobody knows / Samuel Jay Keyser ; foreword by Lawrence S. Bacow. T171.M49 K3X 2011 (LC) | Circulating | Renewed | 09-15-2020 23:59:00 |
| ☐ | | | | |

| | | | |
|---|---|---|---|
| ☐ | Chicago guide to fact-checking / Brooke Borel. ZA3075 .B67X 2016 (LC) | Circulating | Renewed | 09-15-2020 23:59:00 |
| ☐ | ~~Importance of small decisions : how culture evolves / Michael J. O'Brien, R.~~ Alexander Bentley, and William A. Brock ; foreword by John Maeda. BF448 .O27 2019 (LC) | Circulating | Renewed | 09-15-2020 23:59:00 |
| ☐ | Bad advice : or why celebrities, politicians, and activists aren't your best source of health information / Paul A. Offit, M.D. RA423.2 .O34 2018 (LC) | Circulating | Renewed | 09-15-2020 23:59:00 |
| ☐ | Joy of search : a Google insider's guide to going beyond the basics / Daniel M. Russell. ZA4230 .R87 2019 (LC) | Circulating | Renewed | 09-15-2020 23:59:00 |
| ☐ | Broken lives : how ordinary Germans experienced the twentieth century / Konrad H. Jarausch. DD232 .J37 2018x (LC) | Circulating | Renewed | 09-15-2020 23:59:00 |
| ☐ | Designing experiences / J. Robert Rossman and Mathew D. Duerden. HF5415.5 .R675 2019 (LC) | Circulating | Renewed | 09-15-2020 23:59:00 |
| ☐ | Killing time : the autobiography of Paul Feyerabend. B3240 F484 A3X 1995 (LC) | Circulating | Renewed | 09-15-2020 23:59:00 |
| ☐ | Amazing decisions : the illustrated guide to improving business deals and family meals / Dan Ariely ; illustrated Matt R. Trower. BF448 .A747 2019 (LC) | Circulating | Renewed | 09-15-2020 23:59:00 |
| ☐ | How does it feel to be unwanted? : stories of resistance and resilience from Mexicans living in the United States / Eileen Truax ; translated by Diane Stockwell. E184.M5 T78 2018 (LC) | Circulating | Renewed | 09-15-2020 23:59:00 |
| ☐ | Adaptive markets : financial evolution at the speed of thought / Andrew W. Lo. HG4521 .L6 2017 (LC) | Circulating | Renewed | 09-15-2020 23:59:00 |
| ☐ | Intimacies : love and sex across cultures / edited by William R. Jankowiak. GN484.3 .I68X 2008 (LC) | Circulating | Checked Out | 09-15-2020 23:59:00 |
| ☐ | News talk : investigating the language of journalism / Colleen Cotter. PN4781 .C68X 2010 | LSF Circ | Checked Out | 09-15-2020 23:59:00 |
| ☐ | Principles for success / Ray Dalio. HF5386 .D1675 2019 (LC) Oversize | Circulating | Renewed | 09-15-2020 23:59:00 |
| ☐ | Super pumped : the battle for Uber / Mike Isaac. HE5620.R53 I83 2019 (LC) | Circulating | Renewed | 09-15-2020 23:59:00 |
| ☐ | Wait : the art and science of delay / Frank Partnoy. BF637.P76 P37X 2012 (LC) | Circulating | Renewed | 09-15-2020 23:59:00 |

Request Renewal        **Select All:** ☐

## Requests Pending

Cancel Request

| | Item | Database | Status |
|---|---|---|---|
| ☐ | Wittgenstein, a one way ticket, and other unforseen benefits of studying Chinese. | Yale University Library | In transit 1: Expires 04-19-2020 12:00:00 |
| ☐ | | | |

| Trials of Mrs. K. : seeking justice in a world with witches / Adam Ashforth. | Yale University Library | In transit 1: Expires 10-01-2020 11:59:59 |
|---|---|---|

Cancel Request

© 2011 Ex Libris Group and Yale University Library. All rights reserved.

# EXHIBIT 10



Search

We have developed resources to help you through this challenging time. Click here (https://zoom.us/docs/en-us/covid19.html) to learn more.

**Note**: We are experiencing longer wait times than normal due to increased demand. You can still view answers to frequently asked questions or contact us (https://support.zoom.us/hc/articles/201362003) but wait times may be longer than expected. Thank you for your patience.

Requests ▾

Following (/hc/en-us/subscriptions)

Zoom Help Center (/hc/en-us)  >  My activities (/hc/en-us/requests)

# Active Speaker Video Layout doesn't show host speaking

## Ticket details

| | |
|---|---|
| Requester | SOMSNOC VirtualRoom3 |
| Created | February 25, 2020 05:03 |
| Last activity | March 12, 2020 04:04 |
| CCs | • Jakub Madej |

| | |
|---|---|
| Assigned to | Brandon Welch |
| Id | #2448161 |
| Organization | 135185 ▾ |
| Status | solved |
| Priority | High |
| Device | Desktop > Generic/Unknown |



**SOMSNOC VirtualRoom3** 2 months ago

On host's computer active speaker video layout operates properly except in one case: when the host is speaking himself and wants to see himself on his monitor.

This Zoom meeting is a business school-level class with 50 participants. The instructor/professor is the host –– and he is speaking for most of the meeting. He would like to see the person currently speaking (including himself!) on his monitor.

In default mode (NO: pin/spotlight/etc.), he can see video changing from student 1 to student 2 when student 1 stops speaking and student 2 starts speaking. But when he takes over after student 2, video on his screen remains on student 2 unless he pins his own video (not feasible).

I am a course support/research person here, not the instructor. Now I pin professor's video on his screen when he's speaking (we're physically in the same office) but I have to unpin it when he stops speaking and a students chimes in. I am looking for a way to make all of this automatic.

I'm sure Zoom has that capability –– it's just a question what I should change.



Computer in question:

– Windows 10, everything else works properly

– Meetings: all scheduled (and recorded) meetings in this account. ID for one such meeting is 445–790–9305.

Best,
Jakub Madej
(203) 928–8486

---



**SOMSNOC VirtualRoom3** 2 months ago

These meetings ordinarily have co-hosts, anywhere between one and three.

---



**Brandon Welch** 2 months ago

Hi,

Thank you for contacting Zoom Support! The functionality is that the active speaker should be the video that is seen on the meeting can you tell me who the user was that was having the issue, please?

Let me know how I can assist you further and have a great day!

Note: Zoom has a magnificent support page at https://support.zoom.us/hc/en-us (https://support.zoom.us/hc/en-us) please stop by there and search for any issues that you may have. Zoom also has live training https://support.zoom.us/hc/en-us/articles/360029527911 (https://support.zoom.us/hc/en-us/articles/360029527911) where you can ask questions and see how the product is navigated by the subject matter experts at Zoom.

Have a great day and thank you again for helping us deliver happiness!!

Regards,
Brandon

---



**SOMSNOC VirtualRoom3** 2 months ago

The user that experiences this issue is "SOMSNOC VirtualRoom3". That user is always the host, not the co-host.

I experienced the same problem (as described in my original message) yesterday. The meeting ID is 445–790–9305.

Jakub

---



**Brandon Welch** 2 months ago

Hi Jakub,

 The PC in question SOMSNOC VirtualRoom3 is running a very old version of the Zoom application software 4.1.34814.1119 could you please update the software and then let me know if you are still having this issue. I am fairly certain that this will alleviate this issue as I have seen this issue come up before and a new release version assisted that customer as well. I apologize for the inconvenience this may have caused you and your team. Please let me know if there is anything further I can assist you with? https://support.zoom.us/hc/en-us/sections/201214205-Release-Notes (https://support.zoom.us/hc/en-us/sections/201214205-Release-Notes)

Thanks
Brandon

---

This request is closed for comments. You can create a follow-up (/hc/en-us/requests/new?parent_id=2448161&ticket_form_id=102493).



About
(https://zoom.us/about)

Zoom Blog
(http://blog.zoom.us/)
Customers
(https://zoom.us/customer/all)
Our Team
(https://zoom.us/team)
Why Zoom
(https://zoom.us/zoomisbetter)
Features
(https://zoom.us/feature)
Careers
(https://zoom.us/careers)
Integrations
(https://zoom.us/integrations)
Partners
(https://zoom.us/partners)
Resources
(https://zoom.us/resources)
Press (https://zoom.us/press)

Download (https://zoom.us/download)

Meetings Client
(https://zoom.us/download#client_4meeting)
Zoom Rooms Client
(https://zoom.us/download#room_client)
Zoom Rooms Controller
(https://zoom.us/download#room_controller)
Browser Extension
(https://zoom.us/download#chrome_ext)
Outlook Plug-in
(https://zoom.us/download#outlook_plugin)
iPhone/iPad App
(https://zoom.us/download#client_iphone)
Android App
(https://zoom.us/download#mobile_app)

Sales
(https://zoom.us/contactsales)

1.888.799.9666
(tel:1.888.799.9666)
Contact Sales
(https://zoom.us/contactsales)
Plans & Pricing
(https://zoom.us/pricing)
Request a Demo
(https://zoom.us/livedemo)
Webinars and Events
(https://zoom.us/events)

Support
(http://support.zoom.us)

Test Zoom
(https://zoom.us/test)
Account
(https://zoom.us/account)
Support Center
(http://support.zoom.us)
Live Training
(https://zoom.us/livetraining)
Feedback
(https://zoom.us/feed)
Contact Us
(https://zoom.us/contact)
Accessibility
(https://zoom.us/accessibility)
(http://status.zoom.us)

Language

English

 (http://blog.zoom.us/)    (http://www.linkedin.com/company/2532259)    (http://www.twitter.com/zoom_us)   

Copyright ©2019 Zoom Video Communications, Inc. All rights reserved. Our Trust Center (https://zoom.us/trust) | Legal Policies (https://zoom.us/legal) | About Ads (https://zoom.us/about-ads) (https://www.facebook.com/zoomvideocommunications)

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I sent a true and correct copy of the attached Requests for Admissions, together with all attachments and exhibits, by email on May 8, 2020 to the attorneys of record for all of the parties in this action at the addresses listed below:

Patrick M. Noonan, Esq.

DONAHUE, DURHAM & NOONAN PC

741 Boston Post Road, Suite 306

Guilford, CT 06437

Email: PNoonan@ddnctlaw.com

Telephone: (203) 458-9168

Fax: (203) 458-4424

/s/ Jakub Madej

16