UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | : | |
|---|---|---|
| JAKUB MADEJ | : | |
| | : | CIVIL ACTION NO. |
| PLAINTIFF | : | 3:20-cv-00133-JCH |
| | : | |
| v. | : | |
| | : | |
| YALE UNIVERSITY, MARVIN CHUN, | : | |
| MARK SCHENKER, PETER SALOVEY AND | : | |
| JESSIE ROYCE HILL | : | |
| | : | |
| DEFENDANTS | : | |
| | : | MAY 14, 2020 |

**MOTION FOR EXTENSION OF TIME TO MOVE TO QUASH, OBJECT AND/OR RESPOND TO SUBPOENAS**

Pursuant to Local Rule 7(b), the defendants hereby move for an extension of time to move to quash, object, and/or respond to the subpoenas directed to Attorney Patrick Noonan, Helena Lyng-Olsen, Benjamin Glaser, Jason Shaw, Keshav Raghavan, and Yale University Police Department.[1]  The defendants request an extension until thirty days after the Court issues a ruling on the defendants' Motion to Stay Discovery Pending the Resolution of the Defendants' Motion to Dismiss.  The reason for this request is that a favorable ruling on the defendants' motion would nullify the need to file any motions to quash, objections, or responses to the subpoenas at this time, and thus conserve judicial resources.

Defense counsel exchanged e-mail correspondence with the plaintiff on May 12, 2020 and May 13, 2020 to determine if the plaintiff had any objection to the instant motion.  Despite defense counsel informing the plaintiff that the defendants would be filing the instant motion on the above-

---

[1] Copies of these subpoenas are attached as Exhibits A and E to the defendants' motion to stay discovery.

written date, the plaintiff has not yet responded to defense counsel's inquiry.  This is the defendants' first request for an extension of time.

        THE DEFENDANTS,

        YALE UNIVERSITY, MARVIN CHUN, MARK SCHENKER, PETER SALOVEY AND JESSIE ROYCE HILL

By:          /s/
    PATRICK M. NOONAN – CT00189
    COLLEEN NOONAN DAVIS – CT27773
    DONAHUE, DURHAM & NOONAN, P.C.
    Concept Park
    741 Boston Post Road, Suite 306
    Guilford, CT  06437
    Telephone:  (203) 458-9168
    Fax:  (203) 458-4424
    Email:  pnoonan@ddnctlaw.com

## CERTIFICATION

    I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

        /s/
        Patrick M. Noonan