UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAKUB MADEJ | : |
|                  PLAINTIFF | : CIVIL ACTION NO. |
| | : 3:20-cv-00133-JCH |
| v. | : |
| YALE UNIVERSITY, MARVIN CHUN, MARK SCHENKER, PETER SALOVEY AND JESSIE ROYCE HILL | : |
|                  DEFENDANTS | : |
| | : MAY 19, 2020 |

**MOTION FOR EXPEDITED HEARING**

For the reasons stated in the accompanying memorandum, the defendants hereby move for an expedited hearing on their Motion to Stay Discovery Pending Resolution of the Defendants' Motion to Dismiss (Entry No. 94). As set forth more fully in that memorandum, the reason for requesting an expedited hearing is that the plaintiff, after the defendants filed their Motion to Dismiss, has engaged in repeated harassment of the defendants and their counsel, including sending deliveries to the homes of defense counsel and defense counsel's paralegal, despite repeated requests to cease and desist from that activity; sending subpoenas for depositions to occur during the months of May and June, despite the Court's prior orders indicating that depositions will not take place until at least August, 2020; communicating directly with employees of Yale University, despite having been asked to communicate only with defense counsel; and forecasting that he will be seeking discovery from hundreds of people, including seeking to discover information relating to personal and confidential information of present and former Yale students, who have absolutely nothing to do with the present dispute. For those reasons, defendants seek to schedule a hearing on this matter as soon as the Court's schedule permits.

1

```
                        THE DEFENDANTS,

                        YALE UNIVERSITY, MARVIN CHUN, MARK
                        SCHENKER, PETER SALOVEY AND JESSIE
                        ROYCE HILL


                  By:              /s/
                        PATRICK M. NOONAN – CT00189
                        COLLEEN NOONAN DAVIS – CT27773
                        DONAHUE, DURHAM & NOONAN, P.C.
                        Concept Park
                        741 Boston Post Road, Suite 306
                        Guilford, CT  06437
                        Telephone:  (203) 458-9168
                        Fax:  (203) 458-4424
                        Email:  pnoonan@ddnctlaw.com
```

## **CERTIFICATION**

I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

```
                              /s/
                        Patrick M. Noonan
```