AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | |
|---|---|
| JAKUB MADEJ | )
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:20-cv-00133-JCH |
| YALE UNIVERSITY ET AL. | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:      CAROLINE G. HENDEL

*(Name of person to whom this subpoena is directed)*

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: | Cassian Reporting<br>21 Oak Street, Suite 307<br>Hartford, CT 06106 | Date and Time:<br>06/12/2020 3:00 pm |
|---|---|---|

The deposition will be recorded by this method:    stenography and by video

☐ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  05/08/2020

CLERK OF COURT

OR

_____                    /s/ Jakub Madej
*Signature of Clerk or Deputy Clerk*                    *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*   Jakub Madej
65 Dwight St, New Haven CT 06511                    , who issues or requests this subpoena, are:
Tel: (203) 928-8486, (646) 776-0066; Fax: (203) 902-0070, Email: j.madej@lawsheet.com, jakub.madej@yale.edu

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).