IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAKUB MADEJ | CIVIL ACTION No. 3:20-cv-00133-JCH |
| Plaintiff, | |
| v. | JURY TRIAL DEMANDED |
| YALE UNIVERSITY, MARK SCHENKER, JESSIE ROYCE HILL, MARVIN CHUN, PETER SALOVEY | MAY 6, 2020 |
| Defendants. | |

### NOTICE OF REQUEST FOR ADMISSION ON NON-PARTY

Plaintiff Jakub Madej notes on the record that he served the attached request for admission on non-party Debbie Hackett via email and certified mail on May 6, 2020.

Dated: May 6, 2020 in Las Vegas, Nevada.

Respectfully submitted,
/s/ Jakub Madej

Jakub Madej
65 Dwight St
New Haven, CT 06511
Telephone: (203) 928-8486
Facsimile: (646) 776-0066
Fax: (203) 902-0070
Email: j.madej@lawsheet.com

Plain 22503 1-3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **JAKUB MADEJ**<br><br>Plaintiff,<br><br>v.<br><br>**YALE UNIVERSITY, MARK SCHENKER JESSIE ROYCE HILL, MARVIN CHUN, PETER SALOVEY**<br><br>Defendants. | CIVIL ACTION No.  3:20-cv-00133-JCH<br><br><br>JURY TRIAL DEMANDED<br><br>MAY 6, 2020 |

### PLAINTIFF'S REQUEST FOR ADMISSION FOR NON-PARTY DEBBIE HACKETT

Plaintiff Jakub Madej requests that you admit the following two statements in writing under oath within 30 days of service, or by June 8, 2020. You are not obliged to answer this request under *Fed R Civ P* 36, as you are not a party to this action. However, choosing to do so will help all parties involved clear the record.

Please use this form for your answer. Notarization is not necessary. However, if you wish to provide a notarized answer – which would be greatly appreciated – you can electronically notarize your document within 15 to 20 minutes at notarize.com. Online notarization is legal.

2

## REQUESTS

**REQUEST No. 1.** The document attached is a genuine copy of email conversation entitled "Madej v. YU - extension of time" that you initiated on April 6, 2020.

**ANSWER:**

- ✓ Admitted.
- ✓ Denied. This statement is false because [the reason the statement is false].
- ✓ Admitted but only [qualification]. Otherwise, the statement is false.
- ✓ I lack sufficient knowledge to answer the request because [the reason].

**REQUEST No. 2.** The document attached correctly states all details of email conversation entitled "Madej v. YU - extension of time" that you initiated on April 6, 2020.

**ANSWER:**

- ✓ Admitted.
- ✓ Denied. This statement is false because [the reason the statement is false].
- ✓ Admitted but only [qualification]. Otherwise, the statement is false.
- ✓ I lack sufficient knowledge to answer the request because [the reason].

Dated: May 6, 2020 in Las Vegas, Nevada.

Respectfully submitted,
/s/ Jakub Madej

Jakub Madej
65 Dwight St
New Haven, CT 06511
Telephone: (203) 928-8486
Facsimile: (646) 776-0066
Fax: (203) 902-0070
Email: j.madej@lawsheet.com

3

## CERTIFICATE OF SERVICE

I certify that I sent a true and correct copy of the attached Requests for Admissions, together with all attachments and exhibits, by first-class U.S. mail on May 6, 2020 to the attorneys of record for all of the parties in this action at the addresses listed below:

Patrick M. Noonan, Esq.

DONAHUE, DURHAM & NOONAN PC

741 Boston Post Road, Suite 306

Guilford, CT 06437

Telephone: (203) 458-9168

Fax: (203) 458-4424

/s/ Jakub Madej

4



*Jakub Madej <j.madej@lawsheet.com>*

## Madej v. YU - extension of time

messages

**Debbie Hackett** <DHackett@ddnctlaw.com>  Mon, Apr 6, 2020 at 4:20 PM
To: "j.madej@lawsheet.com" <j.madej@lawsheet.com>

Mr. Madej:

We will be filing for a three-week extension within which to respond to your complaint (through 4/27/20). I am emailing you to see if you have any objection to this extension. Please let me know when you have a moment.

Thank you.

Debbie

Debbie Hackett, Paralegal

Donahue, Durham & Noonan, PC

741 Boston Post Road

Guilford, CT 06437

203-458-9168

203-458-4424 – Fax

dhackett@ddnctlaw.com

This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege or other privileges and statutory protections. If you are not the intended recipient or the individual responsible for delivering the e-mail to the intended recipient, please be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately notify our office by telephone at 203-458-9168. Thanks.

---

**kub Madej** <j.madej@lawsheet.com>         Tue, Apr 7, 2020 at 8:11 AM
⌄: Debbie Hackett <DHackett@ddnctlaw.com>

Hi Debbie,

Thanks for the email. I will file a motion opposing this request for extension by no later than Wednesday morning. That'd be 24 hours from now.

I see that Pat filed his motion 45 minutes after you sent me your email, saying that "he has not yet heard back" from me. Obviously, he has not heard back from me within 45 minutes. I checked both my numbers, and he has not called by telephone either. In light of these facts, I would appreciate it if you notify the chambers that I oppose the extension.

I am available at (203) 928-8486 if you need any information from me.

Best,
Jakub

65 Dwight St | New Haven, CT 06511 | (646) 776-0066 | j.madej@lawsheet.com

[Quoted text hidden]

---

**Jakub Madej** <j.madej@lawsheet.com>         Wed, Apr 8, 2020 at 12:07 PM
To: Debbie Hackett <DHackett@ddnctlaw.com>

Hi Debbie,

Thanks for notifying chambers that I will oppose the extension.

I just wanted to make sure whether (i) Pat did not file his motion last night inadvertently, or if he intends to withdraw it; and (ii) you have any interest in amending your motion for extension by the end of today (midnight is okay). I want to extend this

as a courtesy as I pen my motion to include Pat's filing in my motion in opposition of extension of time.

If I don't hear back from you, I will assume the answer to both questions is negative.

As before, I'm available at (203)-928-8486 if you want to reach me directly.

Best,
Jakub

65 Dwight St | New Haven, CT 06511 | (646) 776-0066 | j.madej@lawsheet.com

[Quoted text hidden]

---

**Pat Noonan** <PNoonan@ddnctlaw.com>  Wed, Apr 8, 2020 at 9:10 PM
To: Jakub Madej <j.madej@lawsheet.com>
Cc: Debbie Hackett <DHackett@ddnctlaw.com>

Hi Jakub,

We don't feel the need to file another amended MET. Once I learned that you had informed Debbie that you intended to file an objection by noon today, I immediately filed a second MET in order to alert Judge Hall that you intended to file an objection. In the future it would be best if you emailed me directly. Since we are working remotely, I don't see Debbie. Thanks.

Pat

Please be advised that I will be intermittently working from home. My cell phone number is 203-314-4562.

Patrick M. Noonan

Donahue, Durham & Noonan, P.C.

741 Boston Post Road

Guilford, CT 06437

(203)457-5209(direct)

(203)314-4562(cell)

(203)458-9168(office)

[Quoted text hidden]

**Jakub Madej** <j.madej@lawsheet.com>  Thu, Apr 9, 2020 at 9:14 AM
To: Pat Noonan <PNoonan@ddnctlaw.com>

Hi Pat,

I will contact you directly, as you asked.

In light of your most recent motion, I will take two additional days to articulate my opposition memorandum.

I will inform Judge Hall about this scheduling change. Let me know if Judge Hall's chambers operates on a different schedule during the outbreak, if you have that knowledge.

Best,
Jakub

[Quoted text hidden]

**Pat Noonan** <PNoonan@ddnctlaw.com>  Thu, Apr 9, 2020 at 9:43 AM
To: Jakub Madej <j.madej@lawsheet.com>

Thanks, Jakub.  I don't have any inside information on the schedule in Judge Hall's chambers.  I believe that all of them are working remotely; and I'm guessing the staff are working their normal business hours.  Judge Hall is a very hard-working judge, and I suspect she is working at her usual pace, which would include far more than normal working hours.

[Quoted text hidden]