UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| | : | |
| JAKUB MADEJ | : | |
| | : | CIVIL ACTION NO. |
| PLAINTIFF | : | 3:20-cv-00133-JCH |
| | : | |
| v. | : | |
| | : | |
| YALE UNIVERSITY, MARVIN CHUN, | : | |
| MARK SCHENKER, PETER SALOVEY AND | : | |
| JESSIE ROYCE HILL | : | |
| | : | |
| DEFENDANTS | : | |
| | : | APRIL 13, 2020 |

### DEFENDANT'S INTERROGATORIES AND
### REQUESTS FOR PRODUCTION TO PLAINTIFF

Pursuant to Fed. R. Civ. P. 33 and 34, the defendants request that the plaintiff answer

under oath and within thirty (30) days, the following Interrogatories and Requests for Production.

### Definitions and Instructions

A.      As used herein, "you" or "your" shall mean plaintiff.

B.      The word "person" shall include any natural person, group of natural persons
acting as individuals, group of natural persons acting in a collegial capacity (i.e., as a
committee, board of directors, etc.), proprietorship, partnership, company, corporation,
association, joint venture, governmental body or any other entity.

C.      The word "document" is used herein in the broadest possible sense and means any
medium upon which intelligence or information can be recorded or retrieved, and includes, without
limiting the generality of the foregoing, any written or graphic matter of whatever kind or nature,
or any other means of preserving thought or expression regardless of how it is created, captured,
or stored (including, without limitation, notes, letters, memos, articles, journals, records, press
releases, e-mails, text messages, social media posts or messages, chats, tweets, photographs, tape
recordings, etc.), and all tangible things from which information can be processed or transcribed,
whether originals, copies of drafts (including, without limitations, non-identical copies i.e.,
different from the originals by reason of notations made on or attached to such copies, or
otherwise), however produced or reproduced.

D.      The word "identify" when used with respect to a person or persons means: (1) to state the name and last known address and telephone number of each such person; (2) to state the name of the last known employer; and (3) if such person was affiliated at any time with you, by employment or otherwise, to state the nature and dates of such affiliation, including all job titles held and the dates during which each position was held.

E.      The word "identify" when used with respect to a document means: (1) to state its nature, i.e., letter, memorandum, etc., the date and author of the document; (2) to identify all persons to whom the document was directed; (3) to state the topics discussed in the document; (4) to state the location of the document at the present time.  If the document is one which once existed but has since been lost or destroyed, include the date or approximate date of loss or destruction, the name and address of its last known custodian, and, in the event it was destroyed, the method of and reason for its destruction.

F.      If any privilege is claimed as to any information called for, or as to any document required to be identified:

        i.      state the nature of the privilege claimed (e.g., attorney-client, work product, etc.);

        ii.     state the basis for claiming the privilege as to the specific information or documents;

        iii.    if the privilege is claimed with respect to any information, identify each person who has knowledge or such information, or to whom such information has been communicated; and

        iv.    if the privilege is claimed as to any document, identify such document and identify each person now in possession of such document.

G.      Each request set forth herein shall be construed to include any supplemental information, documents or data responsive thereto which are later discovered, prepared or created by you.

H.      With respect to any response or documents which you withhold on the ground of confidentiality, the defendants' attorneys are prepared to receive such response or document subject to an appropriate protective order.

## INTERROGATORIES

1.      Identify by name, address and telephone number each individual who has knowledge or information regarding the allegations of your complaint and provide a description of each individual's knowledge or information.

**ANSWER:**

2.      Please describe any efforts you have made to obtain employment or earn income since your withdrawal from Yale University and the results of those efforts, including:

       a.      the name and address of each place of employment, including enterprises started by you individually or in concert with other individuals, to which you applied and the person with whom you communicated for each such employer;

       b.      the name and address of each employer, including enterprises started by you individually or in concert with other individuals, who offered you employment and as to each provide a description of the offered compensation and benefits;

       c.      the name and address of each employer, including enterprises started by you individually or in concert with other individuals, from whom you accepted an offer of employment, the dates of employment and a description of your duties, compensation and benefits.

**ANSWER:**

3.      Please state whether you have given any interviews to the media regarding your matriculation at and/or withdrawal from Yale University.  If the answer is in the affirmative, please state the following:

       a.      the organization or individual to which you gave the interview;

       b.      the date on which you gave the interview;

       c.      the substance of the interview; and

        d.      any and all documents relating to the interview, including a copy of the article, posting or other medium in which the interview is reflected.

**ANSWER:**

4.      Identify the consulting business referred to in Paragraph 18 of the Complaint and provide the following information:

        a.      the date on which you started and/or joined the consulting business;

        b.      the identities of each individual with whom you started and/or joined the consulting business;

        c.      the date on which you left the consulting business; and

        d.      the terms under which you left the consulting business.

**ANSWER:**

5.      Please identify each expert witness you intend to call at trial and for each, state:

        a.      the subject matter on which each expert witness is expected to testify;
        b.      the substance of the facts and opinions to which each expert witness is expected to testify; and
        c.      a summary of the grounds for each opinion of each expert witness expected to testify.

**ANSWER:**

6.      Describe in detail each item of economic and non-economic damage you claim to have suffered as a result of the defendants' actions, and as to each such item, please:

        a.      identify by name, address and telephone number each person who has knowledge concerning each item of damage;
        b.      identify each document which refers or relates, directly or indirectly, to each item of damage;
        c.      describe the method by which you have calculated each item of damages, including all assumptions you have made for purposes of computation with respect to projected life expectancy, projected work expectancy, retirement, promotion, pay increases, and any other factor; and

       d.      identify any documents relating to your claims of economic and non-economic damage.

**<u>ANSWER:</u>**

    7.    If you are claiming damages for any physical, emotional or mental illness or distress, please:

       a.      describe in detail the nature of any such condition, including all signs and symptoms and the duration of same;

       b.      identify by name and address each doctor, nurse, social worker, psychiatrist, psychotherapist, psychologist, or other clinician with whom you have treated or consulted in connection with said illness or emotional distress;

       c.      provide a list of each medication you have been prescribed or which you have taken as a result of said condition, including the dates you started and stopped each medication, the dosage, the individual who prescribed each such medication and the condition for which each medication was prescribed.

       d.      identify by name and telephone number each doctor, nurse, social worker, psychiatrist, psychotherapist, psychologist, or other clinician with whom you have treated or consulted at any point in your life for any psychological, psychiatric or emotional condition or illness; and as to each person listed, please describe the conditions which led you to consult with each such individual.

**<u>ANSWER:</u>**

    8.    Please describe all travel outside the state of Connecticut you have done since December 1, 2019, listing the location, purpose and duration of each trip.

**<u>ANSWER:</u>**

## **REQUESTS FOR PRODUCTION**

1.      Please provide copies of all documents identified in response to the foregoing interrogatories.

**RESPONSE:**


2.      Please provide a copy of each document which refers or relates, directly or indirectly, to any communication between you and any defendant or agent of any defendant concerning your matriculation at Yale University from January, 2019 to the present.

**RESPONSE:**


3.      Please provide a copy of each document and communication created by you, sent to you, or otherwise in your possession or control, which refers or relates to your placement on Academic Warning in May, 2020.

**RESPONSE:**


4.      Please provide a copy of each document and communication created by you, sent to you, or otherwise in your possession or control, which refers or relates to your Academic Withdrawal in January, 2020.

**RESPONSE:**


5.      Please provide a copy of each document concerning your efforts to complete your college education following your withdrawal from Yale University, including, but not limited to, applications to colleges, universities or other educational institutions; offers of admission to

colleges, universities or other educational institutions; your acceptance of admission to any colleges, universities or other educational institutions; and classes attended by you, whether for credit or otherwise, at any colleges universities or other educational institutions.

**RESPONSE:**

6.     Please provide a copy of each document concerning your efforts to obtain employment or earn income following your withdrawal from Yale University, including, but not limited to, applications, offers of employment, and acceptance of offers of employment, including enterprises started by you individually or in concert with other individuals.

**RESPONSE:**

7.     Please provide a copy of each document which refers or relates, directly or indirectly, to your claims for damages.

**RESPONSE:**

8.     If you are claiming physical, emotional or mental illness as a result of defendants' conduct, please provide a medical authorization in the form attached hereto.

**RESPONSE:**

9.     If you are claiming lost wages or lost earning capacity, please provide an authorization permitting the defendant to obtain your tax returns from 2017 to the present in the form attached hereto.  Please also provide your tax returns form 2017 to the present from any other country in which you earned income.

**RESPONSE:**

10.     Please provide copies of any and all statements made by you, any representative of the defendant or by any other person which refers or relates to the allegations of your complaint or the damage you claim to have suffered.

**RESPONSE:**

11.     Please provide a copy of any memorandum, correspondence, transcript, audio or videotape recording or any other document or tangible item in plaintiff's custody or control which captures any conduct or conversation of any of the defendants or any agent, servant or employee of any of the defendants that is relevant or material to any of the allegations of plaintiff's complaint or to plaintiff's claim for damages.

**RESPONSE:**

I, Jakub Madej, hereby certify that I have reviewed the above Interrogatories and responses thereto and that they are true and accurate to the best of my knowledge and belief.

_____
JAKUB MADEJ

STATE OF CONNECTICUT )
                                            : ss.
COUNTY OF NEW HAVEN )

Subscribed and sworn to before me this _____ day of _____, 2020.

_____
Notary Public

THE DEFENDANTS,

YALE UNIVERSITY, MARVIN CHUN,
MARK SCHENKER, PETER SALOVEY AND
JESSIE ROYCE HILL


By:_____/s/_____
PATRICK M. NOONAN – CT00189
DONAHUE, DURHAM & NOONAN, P.C.
Concept Park
741 Boston Post Road, Suite 306
Guilford, CT  06437
Telephone:  (203) 458-9168
Fax:  (203) 458-4424
Email:  pnoonan@ddnctlaw.com


## **CERTIFICATION**

This is to certify that a copy of the foregoing was emailed on the above-written date,
to:

Jakub Madej
65 Dwight Street
New Haven, CT  06511
j.madej@lawsheet.com


_____/s/_____
Patrick M. Noonan

## **AUTHORIZATION TO DISCLOSE HEALTH INFORMATION**

**Patient Name:**_____   **Social Security #:**_____

**Date of Birth:** _____   **Date of Admission / Specific Treatment Date(s):** _____

**AKA (other names):** _____

**I hereby authorize** _____ **to disclose my individually identifiable health information to** <u>**Donahue, Durham & Noonan, PC.**</u> **in the manner described below.**

| | | | | |
|---|---|---|---|---|
| 1. | Information should be delivered via (select one) | X | Mail (provide address): **Donahue, Durham & Noonan, PC., 741 Boston Post Road, Suite 306, Guilford, CT 06437** | |
| | | | Fax (provide fax number): | |
| | | | Pick-Up (provide name of individual picking up information): | |
| 2. | Purpose of this disclosure (check one) | | Continuation of Medical Care | X | Attorney |
| | | | Substantiation of Payment Claims | | Personal Use |
| | | | Other (specify): | |
| 3. | Information to be disclosed (check as appropriate) | X | Emergency Records | X | Consultations |
| | | X | History & Physical | X | Physician's Orders |
| | | X | Progress Notes | X | EKG's |
| | | X | Operative Note | X | Physical Therapy Record |
| | | X | Laboratory / Pathology Reports | X | Diagnostic Imaging Exams |
| | | X | Discharge Summary | X | Substance Abuse Records |
| | | X | HIV Test Results | X | Mental Health Records |
| | | X | Psychotherapy Records | X | Entire Record |
| | | | Other (specify): | |
| 4. | If you are the legally authorized representative of the patient, describe the scope of your authority to act on the patient's behalf | | Parent | |
| | | | Durable Power of Attorney for HealthCare (attach proof of authority) | |
| | | | Legally Authorized Representative (attach proof of authority) | |
| | | | Personal Representative of the Estate (attach proof of authority) | |
| | | | Other (specify and attach proof of authority) | |

5. **I understand that if the person or entity that receives the above information is not a health care provider or health plan covered by federal privacy regulations, the information described above could be redisclosed by such person or entity and will likely no longer be protected by the federal privacy regulations.**

6. **I understand that this authorization is valid for this release only and will expire upon the complete processing of this request.**

7. **A copy of this authorization shall be accepted with the same authority as the original.**

**Signature of Patient or legally Authorized Representative:** _____

**Relationship to Patient:** _____   **Date:** _____

Form **4506**

(March 2019)

Department of the Treasury
Internal Revenue Service

# Request for Copy of Tax Return

► Do not sign this form unless all applicable lines have been completed.

► **Request may be rejected if the form is incomplete or illegible.**

► For more information about Form 4506, visit *www.irs.gov/form4506.*

OMB No. 1545-0429

**Tip.** You may be able to get your tax return or return information from other sources. If you had your tax return completed by a paid preparer, they should be able to provide you a copy of the return. The IRS can provide a **Tax Return Transcript** for many returns free of charge. The transcript provides most of the line entries from the original tax return and usually contains the information that a third party (such as a mortgage company) requires. See **Form 4506-T, Request for Transcript of Tax Return,** or you can quickly request transcripts by using our automated self-help service tools. Please visit us at IRS.gov and click on "Get a Tax Transcript..." or call 1-800-908-9946.

| | |
|---|---|
| **1a** Name shown on tax return. If a joint return, enter the name shown first. | **1b** First social security number on tax return, individual taxpayer identification number, or employer identification number (see instructions) |
| **2a** If a joint return, enter spouse's name shown on tax return. | **2b** Second social security number or individual taxpayer identification number if joint tax return |

**3** Current name, address (including apt., room, or suite no.), city, state, and ZIP code (see instructions)

**4** Previous address shown on the last return filed if different from line 3 (see instructions)

**5** If the tax return is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number.

**Caution:** If the tax return is being mailed to a third party, ensure that you have filled in lines 6 and 7 before signing. Sign and date the form once you have filled in these lines. Completing these steps helps to protect your privacy. Once the IRS discloses your tax return to the third party listed on line 5, the IRS has no control over what the third party does with the information. If you would like to limit the third party's authority to disclose your return information, you can specify this limitation in your written agreement with the third party.

**6** **Tax return requested.** Form 1040, 1120, 941, etc. and all attachments as originally submitted to the IRS, including Form(s) W-2, schedules, or amended returns. Copies of Forms 1040, 1040A, and 1040EZ are generally available for 7 years from filing before they are destroyed by law. Other returns may be available for a longer period of time. Enter only one return number. If you need more than one type of return, you must complete another Form 4506. ► _____

   **Note:** If the copies must be certified for court or administrative proceedings, check here  .   .   .   .   .   .   .   .   .   .   .   . ☐

**7** **Year or period requested.** Enter the ending date of the year or period, using the mm/dd/yyyy format. If you are requesting more than eight years or periods, you must attach another Form 4506.

_____   _____   _____   _____

_____   _____   _____   _____

**8** **Fee.** There is a $50 fee for each return requested. **Full payment must be included with your request or it will be rejected. Make your check or money order payable to "United States Treasury." Enter your SSN, ITIN, or EIN and "Form 4506 request" on your check or money order.**

| | | | |
|---|---|---|---|
| **a** | Cost for each return  .   .   .   .   .   .   .   .   .   .   .   . | $ | 50.00 |
| **b** | Number of returns requested on line 7 .   .   .   .   .   .   .   . | | |
| **c** | Total cost. Multiply line 8a by line 8b  .   .   .   .   .   .   .   . | $ | |

**9** If we cannot find the tax return, we will refund the fee. If the refund should go to the third party listed on line 5, check here  .   .   .   .   . ☐

**Caution:** Do not sign this form unless all applicable lines have been completed.

**Signature of taxpayer(s).** I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax return requested. If the request applies to a joint return, at least one spouse must sign. If signed by a corporate officer, 1 percent or more shareholder, partner, managing member, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506 on behalf of the taxpayer. **Note:** This form must be received by IRS within 120 days of the signature date.

☐ **Signatory attests that he/she has read the attestation clause and upon so reading declares that he/she has the authority to sign the Form 4506.** See instructions.

Phone number of taxpayer on line 1a or 2a

**Sign Here**

► Signature (see instructions)                              Date

► **Title** (if line 1a above is a corporation, partnership, estate, or trust)

► Spouse's signature                                        Date

For Privacy Act and Paperwork Reduction Act Notice, see page 2.      Cat. No. 41721E      Form **4506** (Rev. 3-2019)

Form 4506 (Rev. 3-2019)

Section references are to the Internal Revenue Code unless otherwise noted.

## Future Developments

For the latest information about Form 4506 and its instructions, go to *www.irs.gov/form4506*. Information about any recent developments affecting Form 4506, Form 4506-T and Form 4506T-EZ will be posted on that page.

## General Instructions

**Caution:** Do not sign this form unless all applicable lines have been completed.

**Purpose of form.** Use Form 4506 to request a copy of your tax return. You can also designate (on line 5) a third party to receive the tax return.

**How long will it take?** It may take up to 75 calendar days for us to process your request.

**Tip.** Use Form 4506-T, Request for Transcript of Tax Return, to request tax return transcripts, tax account information, W-2 information, 1099 information, verification of nonfiling, and records of account.

**Automated transcript request.** You can quickly request transcripts by using our automated self-help service tools. Please visit us at IRS.gov and click on "Get a Tax Transcript..." or call 1-800-908-9946.

**Where to file.** Attach payment and mail Form 4506 to the address below for the state you lived in, or the state your business was in, when that return was filed. There are two address charts: one for individual returns (Form 1040 series) and one for all other returns.

If you are requesting a return for more than one year or period and the chart below shows two different addresses, send your request to the address based on the address of your most recent return.

## Chart for individual returns (Form 1040 series)

| If you filed an individual return and lived in: | Mail to: |
|---|---|
| Alabama, Kentucky, Louisiana, Mississippi, Tennessee, Texas, a foreign country, American Samoa, Puerto Rico, Guam, the Commonwealth of the Northern Mariana Islands, the U.S. Virgin Islands, or A.P.O. or F.P.O. address | Internal Revenue Service RAIVS Team Stop 6716 AUSC Austin, TX 73301 |
| Alaska, Arizona, Arkansas, California, Colorado, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Michigan, Minnesota, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Utah, Washington, Wisconsin, Wyoming | Internal Revenue Service RAIVS Team Stop 37106 Fresno, CA 93888 |
| Connecticut, Delaware, District of Columbia, Florida, Georgia, Maine, Maryland, Massachusetts, Missouri, New Hampshire, New Jersey, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, South Carolina, Vermont, Virginia, West Virginia | Internal Revenue Service RAIVS Team Stop 6705 S-2 Kansas City, MO 64999 |

## Chart for all other returns

| If you lived in or your business was in: | Mail to: |
|---|---|
| Alabama, Alaska, Arizona, Arkansas, California, Colorado, Connecticut, Delaware, District of Columbia, Florida, Georgia, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Kentucky, Louisiana, Maine, Maryland, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, North Dakota, Ohio, Oklahoma, Oregon, Pennsylvania, Rhode Island, South Carolina, South Dakota, Tennessee, Texas, Utah, Vermont, Virginia, Washington, West Virginia, Wisconsin, Wyoming, a foreign country, American Samoa, Puerto Rico, Guam, the Commonwealth of the Northern Mariana Islands, the U.S. Virgin Islands, or A.P.O. or F.P.O. address | Internal Revenue Service RAIVS Team P.O. Box 9941 Mail Stop 6734 Ogden, UT 84409 |

## Specific Instructions

**Line 1b.** Enter your employer identification number (EIN) if you are requesting a copy of a business return. Otherwise, enter the first social security number (SSN) or your individual taxpayer identification number (ITIN) shown on the return. For example, if you are requesting Form 1040 that includes Schedule C (Form 1040), enter your SSN.

**Line 3.** Enter your current address. If you use a P.O. box, please include it on this line 3.

**Line 4.** Enter the address shown on the last return filed if different from the address entered on line 3.

**Note:** If the addresses on lines 3 and 4 are different and you have not changed your address with the IRS, file Form 8822, Change of Address. For a business address, file Form 8822-B, Change of Address or Responsible Party — Business.

**Signature and date.** Form 4506 must be signed and dated by the taxpayer listed on line 1a or 2a. The IRS must receive Form 4506 within 120 days of the date signed by the taxpayer or it will be rejected. Ensure that all applicable lines are completed before signing.



*You must check the box in the signature area to acknowledge you have the authority to sign and request the information. The form will not be processed and returned to you if the box is unchecked.*

**Individuals.** Copies of jointly filed tax returns may be furnished to either spouse. Only one signature is required. Sign Form 4506 exactly as your name appeared on the original return. If you changed your name, also sign your current name.

**Corporations.** Generally, Form 4506 can be signed by: (1) an officer having legal authority to bind the corporation, (2) any person designated by the board of directors or other governing body, or (3) any officer or employee on written request by any principal officer and attested to by the secretary or other officer. A bona fide shareholder of record owning 1 percent or more of the outstanding stock of the corporation may submit a Form 4506 but must provide documentation to support the requester's right to receive the information.

**Partnerships.** Generally, Form 4506 can be signed by any person who was a member of the partnership during any part of the tax period requested on line 7.

**All others.** See section 6103(e) if the taxpayer has died, is insolvent, is a dissolved corporation, or if a trustee, guardian, executor, receiver, or administrator is acting for the taxpayer.

**Note:** If you are Heir at law, Next of kin, or Beneficiary you must be able to establish a material interest in the estate or trust.

**Documentation.** For entities other than individuals, you must attach the authorization document. For example, this could be the letter from the principal officer authorizing an employee of the corporation or the letters testamentary authorizing an individual to act for an estate.

**Signature by a representative.** A representative can sign Form 4506 for a taxpayer only if this authority has been specifically delegated to the representative on Form 2848, line 5a. Form 2848 showing the delegation must be attached to Form 4506.

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to establish your right to gain access to the requested return(s) under the Internal Revenue Code. We need this information to properly identify the return(s) and respond to your request. If you request a copy of a tax return, sections 6103 and 6109 require you to provide this information, including your SSN or EIN, to process your request. If you do not provide this information, we may not be able to process your request. Providing false or fraudulent information may subject you to penalties.

Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, and cities, states, the District of Columbia, and U.S. commonwealths and possessions for use in administering their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103.

The time needed to complete and file Form 4506 will vary depending on individual circumstances. The estimated average time is: **Learning about the law or the form,** 10 min.; **Preparing the form,** 16 min.; and **Copying, assembling, and sending the form to the IRS,** 20 min.

If you have comments concerning the accuracy of these time estimates or suggestions for making Form 4506 simpler, we would be happy to hear from you. You can write to:

Internal Revenue Service Tax Forms and Publications Division 1111 Constitution Ave. NW, IR-6526 Washington, DC 20224.

Do not send the form to this address. Instead, see *Where to file* on this page.

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**JAKUB MADEJ**

     **Plaintiff,**

                               CIVIL ACTION no. 3:20-cv-00133-JCH

**v.**

                               JURY TRIAL DEMANDED

**YALE UNIVERSITY, MARK SCHENKER,
JESSIE ROYCE HILL, MARVIN CHUN,
PETER SALOVEY,**
                               MAY 13, 2020

     **Defendants.**

PLAINTIFF'S ANSWERS TO DEFENDANTS'
INTERROGATORIES AND REQUESTS FOR PRODUCTION

Defendants propounded their Interrogatories and Requests for Production on April 13, 2020. Plaintiff now responds to all requests, under oath, thirty (30) days later.

**QUESTION 1:** Defendants ask, in boilerplate, that plaintiff provides the name, address and telephone number of each individual who has knowledge about the allegations in plaintiff's complaint, and that plaintiff specifies in detail what each individual knows.

Plaintiff estimates a number of such individuals exceeds 150 people, and may reach 500. Many of them are employees of Yale University. Plaintiff has no phone numbers or physical addresses of most such individuals, nor has he ever had them. Defendants can easily obtain personal information of individuals involved directly from Yale University.

Plaintiff is ready to provide detailed information about people with knowledge of specific events in the complaint, or individuals who may verify certain facts that Defendants wish to confirm. Defendants are encouraged to confer informally with plaintiff to narrow the scope of this interrogatory.

Plaintiff provides the list of over fifty individuals with material knowledge about events in plaintiff's case. Individuals in **bold** are particularly likely to possess relevant information about allegations in this action. Individuals whose names are underlined have been materially affiliated with Yale, for example as students, employees, or agents. Does are Yale College students who were withdrawn from Yale College involuntarily, through specific actions, negligent or unethical, by Yale's senior management. Whether their withdrawal was involuntary is a question of fact for the jury, not for Yale.

CONFIDENTIAL – PERSONAL INFORMATION BELOW

| | Main telephone number (not office) | Email (both Yale and non-Yale) | Address |
|---|---|---|---|
| Edward A. Snyder | ( ▮▮▮ | | ▮▮▮ |
| Robert J. Shiller | | ▮▮@gmail.com | |
| Aniko Ory | | | |
| Kosuke Uetake | | | |
| Gary Gorton | | | |
| Bonnie Blake | | | |
| Stacy Awe | | | |
| Aleksandra Furmanek | | | |
| Yi Chern Tan | | | |
| Karina Minanov | | | |
| Anna Zheng | | ▮▮@yale.edu | |
| Yiyuan (Gladys) Fang | | | |
| Nadia Irwanto | | ▮▮@yale.edu | |
| Ozan Say | | | |

2

| | | | |
|---|---|---|---|
| Vera Racine, JD | (203)-432-5919 | vera.racine@yale.edu | |
| Susan Bouregy, PhD | | | |
| Peter Salovey | | | |
| Beatrice Morton | | | |
| Michelle Tracey | | | |
| Anthony Kulikowski | | | |
| **Jessie Royce Hill** | | | |
| Marvin Chun | | | |
| **Mark Schenker** | ███████ | | |
| Sarah Insley Say | ████ | | |
| Dana Angluin | | | |
| Benjamin Glaser | | | |
| Jason Shaw | | | |
| Kirk Wetters | | | |
| **Daria Vanderweer** | | | |
| Helena Lyng-Olsen | | | |
| Keshav Raghavan | | | |
| John Rogers | | | |
| **Patrick M. Noonan** | ███████ | (203) 458-9168 | |
| Colleen Davis Noonan | ██████ | | |
| Alexander E. Dreier | ██████ | | |

| Denise Gilmore | | denise.gilmore@yale.edu | |
|---|---|---|---|
| Harriet Cooper | | harriet.cooper@yale.edu | |
| Susan Sawyer | ██████████ | | |
| Caroline Hendel | ██████████ | | |
| Harold Rose | ██████████ | | |
| Thomas Conroy | | | |
| Dorothy Robinson | ██████████ | | |
| Zoey Peterson | | | |
| Elli Herzog | | | |
| Jane Doe 1 | | | |
| Jane Doe 2 | | | |
| Jane Doe 3 | | | |
| Jane Doe 4 | | | |
| Jane Doe 5 | | | |
| Jane Doe 6 | | | |
| Jane Doe 7 | | | |
| Jane Doe 8 | | | |
| Jane Doe 9 | | | |
| Jane Doe 10-100 | | | |
| Laura Studen | | | |
| Jorge Hernandez | 823 Anchorage Pl. Chula Vista, CA 91914 | jorge@jihlaw.com | 619-475-6677 |
| Stuart Bernstein | | | |
| Kimberly Goff-Crews | ██████████ | | |
| Naomi Wolf | | | |

| Jane Sun | | | |
|---|---|---|---|
| Kirsta MacLellan | | | |
| Robert Harrison | | | |
| Przemysław Pałka | | | |
| Dani Gentile | | | |
| Michael Schmertzler | | | |
| Michael Pascutti | | | |

Plaintiff will continue to update the list as he discovers new information, and will provide the updated list to Defendants upon informal request.

**QUESTION 2:** I have refrained from seeking employment because my current immigration status explicitly prohibits employment. In doing so, I followed the guidance of OISS, Yale University's center for international students:

> The most important employment issue that you always need to keep in mind is the issue of legal (or "authorized") versus illegal (or "unauthorized") employment. You must always make sure that any employment you plan to engage in is legal employment. Any unauthorized (i.e. illegal) employment - even for one day - even if you did not know it was illegal - poses a grave threat to your ability to remain in or return to the United States.
>
> Source: https://oiss.yale.edu/immigration/f-1-students/employment
> archived at: https://perma.cc/REU5-FKTJ

I have not started any businesses, nor have I accepted any offers of employment.

Edward A. Snyder, William S. Beinecke Professor of Economics and Management at the Yale School of Management, has unsuccessfully tried to arrange lawful employment whereby I would continue to contribute to Yale SOM.

5

**QUESTION 3:** I have given exactly two interviews, both to Yale Daily News. A true and correct copies of both articles are attached. They indicate the date of the interview, as well as the individuals that interviewed me.

**QUESTION 4:**

Name of the business: Lagunita Education

Date when I started the business: March 2019

Individuals I started the business: Mateusz Janczura, email: ████████@gmail.com

Date when I left the business: January 2020

Terms under which I left the business: Confidential. Plaintiff will disclose these terms in full within seven (7) days after defense counsel signs an additional confidentiality agreement. Plaintiff will draft this agreement. Defendants should reiterate this request to plaintiff, and plaintiff will produce the above-mentioned draft within ten (10) days.

**QUESTION 5:** Plaintiff expects to call a forensic expert to assess whether Defendants have withheld, deleted, or concealed any discoverable evidence, and whether Defendants made such attempts in previous litigation.

Plaintiff also expects to call a fraud examiner to scrutinize the internal governance of Yale, and explains to the jurors how Yale University officers knowingly and intentionally shielded themselves and Yale Corporation from judicial review of preventable mistakes and obvious errors that Yale University, as a legal person, has been responsible and should be held accountable.

Plaintiff also expects to call a senior university administrator unaffiliated with Yale to examine and explain, in plain English, how Yale's internal governance allows misconduct and fraud to continue unresolved for years.

Plaintiff will promptly disclose the identities of any witness he expects to call at trial to present evidence under FRE 702, 703, or 705, as soon as he reaches an agreement with any expert, or makes a firm decision to call any expert.

**QUESTION 6**: Plaintiff does not understand the question. Plaintiff asks that Defendants rewrite the request in plain language, considering the circumstances of this case, and submit their interrogatory again. The amended question will not count as an additional interrogatory for the purposes of *Fed R Civ P* 33(a)(1).

**QUESTION No. 7**: Plaintiff has been unable to receive treatment because Defendant Yale University, through Yale Health, denied him treatment. Plaintiff has visited a doctor exactly once after that denial, through a minute clinic.

**QUESTION No. 8**: *Vide* the table below.

| Approximate time | Country: Cities | Purpose |
|---|---|---|
| Late December 2020 | Poland: Warsaw | Visiting company office. |
| Late December 2020 | Russia: Moscow | Visiting Moscow School of Management SKOLKOVO. |
| Late December 2020 | China: Shanghai, Shenzhen, Guangzhou, Beijing, Chongqing | Visiting Yiyuan Fang, a friend from Yale University, and Ruihong Liu, plaintiff's ex-girlfriend. Visiting Yale Center Beijing. Meeting senior official at Fudan School of Management. |
| Late December 2020 | Hong Kong | Transit to Los Angeles. |
| December 30 – January 2, 2020 | Los Angeles, CA | Visiting Yale alumni, transiting to San Diego. |
| January 2, 2020 – January 6, 2020 | San Diego, CA | Annual Meetings of the American Economic Association (AEA). |
| January 7, 2020 – January 12, 2020 | Las Vegas, NV | 2020 International CES |
| January 12-13, 2020 | Houston, TX | Transit to New Haven |
| January 15-16, 2020 | Montreal, ON | Adjustment of visa status. |

7

**REQUEST No. 1**: Plaintiff cannot answer this question because Defendants do not say with reasonable particularity what documents they request, or what fact they wish to corroborate. Defendants are requested to resubmit this request, stating specific documents they request. Defendants may ask for "flight reservations to/from San Diego", "registration form for AEA Annual Meetings", or some other type of document.

**REQUEST No. 2:** Plaintiff cannot answer this question because Defendants fail to say what documents they request, or what they mean by "matriculation". Currently, Defendants request is as follows:

1) Plaintiff is requested to provide each document concerning his matriculation at Yale University from January, 2019 to the present;
2) Defendants do not specify what they mean by "matriculation at Yale" in plaintiff's case;
3) Defendants define document as any medium upon which intelligence or information can be recorded or retrieved;
4) Defendants' definition of document comprises written or graphic matter of whatever kind or nature, or any other means of preserving thought or expression regardless of how it is created, captured, or stored;
5) Defendants definition of document includes, without limitation, notes, letters, memos, articles, journals, records, press releases, e-mails, text messages, social media posts or messages, chats, tweets, photographs, tape recordings, etc.);
6) Defendants definition of document also includes all tangible things from which information can be processed or transcribed, whether originals, copies of drafts (including, without limitations, non-identical copies i.e., different from the originals by reason of notations made on or attached to such copies, or otherwise), however produced or reproduced.

No reasonable person could understand what Defendants are asking for, and neither does this plaintiff.

8

Defendants are requested to rephrase their request, narrow its scope, and resubmit their interrogatory. Plaintiff attaches an article to guide all Defendants through this process. Gensler, Steven S. and Rosenthal, Lee H. (2017) "*Breaking the Boilerplate Habit in Civil Discovery*," Akron Law Review: Vol. 51: Issue 3, Article 3.

**REQUEST No. 3:** Defendant Yale University already possesses all documents referring to plaintiff's placement on Academic Warning. If Defendants seek any additional document, or a specific document they cannot locate, plaintiff requests that Defendants (i) describe what they seek with reasonable particularity, and (ii) why they were unable to locate these documents.

**REQUEST No. 4:** Defendant Yale University already possesses all documents referring to plaintiff's Academic Withdrawal. If Defendants seek any additional document, or a specific document they cannot locate, plaintiff requests that Defendants (i) describe what they seek with reasonable particularity, and (ii) why they were unable to locate these documents.

**REQUEST No. 5:** Plaintiff has not applied to any colleges, universities, or other academic institutions. Plaintiff wishes to graduate from Yale University, and from Yale University only.

**REQUEST No. 6:** Plaintiff attaches copies of statutes that prohibit him from accepting employment. As plaintiff stated in the related interrogatory, he has explicitly refrained from seeking employment, as he must <u>not</u> work in the United States, or he will be subject to removal.

**REQUEST No. 7**: Plaintiff has been unable to receive treatment because Defendant Yale University, through Yale Health, denied him treatment. Plaintiff has visited a doctor exactly once after that denial, through a minute clinic. Plaintiff will provide responsive documents as soon as he receives any.

**REQUEST No. 8:** Two signed copies are attached. Plaintiff requests that every individual using this form to receive plaintiff's medical information first sign agreement included in the Standing Protective Order, also attached to these responses.

9

**REQUEST No. 9:** Plaintiff certifies that all tax statements he submitted in the United States, to the IRS and elsewhere, was earned solely at Yale University. All such statements were prepared through software provided by Yale, and based on documents provided by Yale. Defendants are in possession of these documents, and plaintiff does not. Plaintiff attaches a tax return submitted through his business in Poland. Plaintiff is waiting for additional tax statement he submitted in 2019 to the Poland's equivalent of IRS ("Urzad Skarbowy"). Plaintiff will send this form to all Defendants as soon as he receives it, or within ten (10) days, whichever is later.

**REQUEST No. 10:** Plaintiff does not understand what Defendants ask for. Defendants request "copies of any and all statements" that plaintiff made about the allegations of the complaint, and which defendants made about these allegations. See explanation in request 1. Defendants are requested to narrow their request, for example by specifying the event or fact of interest, and saying why they seek this information.

**REQUEST NO. 11:** Plaintiff does not understand what Defendants are asking for. Defendants make the following request:

> Please provide a copy of any memorandum, correspondence, transcript, audio or videotape recording or any other document or tangible item in plaintiff's custody or control which captures any conduct or conversation of any of the defendants or any agent, servant or employee of any of the defendants that is relevant or material to any of the allegations of plaintiff's complaint or to plaintiff's claim for damages.

Defendant Yale University has thousands of employees, agents, or servants. These include, according to data provided by Yale Office of Institutional Research:

    a. 6,057 undergraduate students;
    b. 5,011 managerial and professional employees;
    c. 4,869 faculty members, including 907 tenured, 1171 instructional, and 874 research-focused;
    d. 4,122 clerical and technical workers;

10

    e.  3,080 graduate students;

    f.  2,257 postdoctoral, postgraduate, and clinical trainees;

    g.  1,241 service and maintenance staff;

Defendants are requested to define "agent" for the purposes of this action, including but not limited to discovery, and state with particularity what documents they seek, and why they were unable to locate these documents without plaintiff's involvement.

Plaintiff will promptly produce documents sought as soon as Defendants specify what facts wish to confirm, or inspect documents about, or when Defendants otherwise narrow their request.

I certify under penalty of perjury that my answers are true and correct.

Dated: May 13, 2020 in Tempe, Arizona.

Respectfully submitted,
/s/ Jakub Madej

Jakub Madej
The Plaintiff

65 Dwight St
New Haven, CT 06511
j.madej@lawsheet.com
Telephone: (646) 776-0066
Fax: (203) 902-0070

05/13/2020

11

CERTIFICATE OF ATTEMPT TO CONFER

I certify under penalty of perjury that I attempted to confer via telephone on three different days with defense counsel Patrick M. Noonan to collaboratively narrow the scope of these interrogatories. All my attempts were unsuccessful. On April 29, Mr. Noonan has accepted two phone calls from me, only to end them one (1) second later.

/s/ Jakub Madej

## JURAT

State/Commonwealth of _____TEXAS_____ )
                                        )
☐City ☑County  of ___Dallas_____ )

On ____05/13/2020____, before me, _____Mario J Jackson_____ ,
            *Date*                              *Notary Name*

the foregoing instrument was subscribed and sworn (or affirmed) before me by:

_____Jakub J Madej_____.
                        *Name of Affiant(s)*

☐  Personally known to me  -- OR --

☐  Proved to me on the basis of the oath of _____  -- OR --
                                            *Name of Credible Witness*

☑  Proved to me on the basis of satisfactory evidence: _____driver_license_____
                                                          *Type of ID Presented*

WITNESS my hand and official seal.

Notary Public Signature: _Mario Jackson_

Notary Name:_____Mario J Jackson_____

Notary Commission Number:__131299067____

Notary Commission Expires:__09/29/2021____

*Notarized online using audio-video communication*

Seal:
```
MARIO JACKSON
ID NUMBER
131299067
COMMISSION EXPIRES
SEPTEMBER 29, 2021
NOTARY PUBLIC STATE OF TEXAS
```

**DESCRIPTION OF ATTACHED DOCUMENT**

Title or Type of Document: __Plantiff answers to Defendants_____

Document Date: __5/13/2020_____

Number of Pages (including notarial certificate): _____13_____