IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

_____

**JAKUB MADEJ**

    **Plaintiff,**

v.

**YALE UNIVERSITY, MARK SCHENKER**
**JESSIE ROYCE HILL, MARVIN CHUN,**
**PETER SALOVEY**

    **Defendants.**

_____

**CIVIL ACTION No.  3:20-cv-00133-JCH**

**JURY TRIAL DEMANDED**

**MAY 22, 2020**

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO ANSWER DEFENDANTS'**
**MOTION TO DISMISS (DKT. 90)**

Pursuant to Local Rule 7(b), plaintiff Jakub Madej moves for a thirty (30) days' extension of time, up to and including June 22, 2020, to respond to Defendants' *Motion to Dismiss*. *Dkt. 90*.

Defendants have effectively bifurcated their motions (i) to dismiss, and (ii) to stay discovery. *Dkts. 90; 94, 96*. In light of defendants' numerous filings concerning the stay of discovery, the bifurcation appears to be justified. Defense counsel requested an expedited hearing on motion to stay discovery. The Court scheduled a telephonic conference on that matter for May 28, 2020 at 12:00pm ET.

Defense counsel has not responded to any of plaintiff's numerous phone calls inquiring about defendants' position with respect to this motion. This is plaintiff's first motion for extension of time with respect to defendants' motion to dismiss, and second motion for extension of time in this matter.

Dated: May 22, 2020 in Truth or Consequences, NM.

                                                                                                       Respectfully submitted,
/s/ Jakub Madej

Jakub Madej
65 Dwight St
New Haven, CT 06511
Telephone:    (203) 928-8486
Telephone:    (646) 776-0066
Fax:            (203) 902-0070
Email: j.madej@lawsheet.com

## CERTIFICATE OF CONFERENCE

I certify under penalty of perjury that, on May 22, 2020, I attempted to confer with attorney of record Patrick M. Noonan via telephone, using both numbers listed below. None of my multiple phone calls was successful.

I further state under penalty of perjury that I have never met Mr. Noonan in person, despite my recurring willingness to arrange a joint meeting. I last spoke with Mr. Noonan via telephone on March 5, 2020. Mr. Noonan has refused to speak after that date, or in the last 2.5 months. Attorney Noonan never offered a reason why he refuses to meet, or to accept my phone calls. He never made a statement to me anyhow addressing his reluctance to properly confer.

>Patrick M. Noonan, Esq.
>DONAHUE, DURHAM & NOONAN PC
>Tel: (203) 457-5209
>Tel: (203) 314-4562

<u>/s/ Jakub Madej</u>