UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAKUB MADEJ<br><br>PLAINTIFF<br><br>v.<br><br>YALE UNIVERSITY, MARVIN CHUN,<br>MARK SCHENKER, PETER SALOVEY AND<br>JESSIE ROYCE HILL<br><br>DEFENDANTS | CIVIL ACTION NO.<br>3:20-cv-00133-JCH<br><br><br><br><br><br><br><br>MAY 26, 2020 |

## RESPONSE TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME

The plaintiff seeks a thirty-day extension of time within which to respond to the defendants' Motion to Dismiss. Defendants would have no objection to that extension, provided that in the interim the plaintiff agrees to stop communicating with the individual defendants and other agents of Yale University, and instead direct his communications by email to defense counsel only; and provided further that plaintiff cease efforts to engage in discovery until such time as the Motion to Dismiss has been ruled upon. Defense counsel emailed that proposal to the plaintiff, but the plaintiff has failed to respond. See Exhibit A.[1]

As has already been detailed in numerous pleadings, the plaintiff continues to send discovery requests and subpoenas seeking to conduct in-person depositions and in-person document discovery at the present time, rather than in accordance with the schedule already

---

[1] Since this action was commenced several months ago, defense counsel and plaintiff have been communicating through emails. The plaintiff sent numerous emails to the individual defendants over the holiday weekend. However, once defense counsel made the proposal for agreement as to the Motion for Extension, the plaintiff responded that he was no longer monitoring his emails and could only be reached by telephone. See Exhibit B. The Court is already aware of the reasons behind defense counsel's reluctance to communicate by telephone with the plaintiff.

established by this Court, which contemplates in-person communications no sooner than the month of August. In the last two weeks the plaintiff's activity in this regard has increased dramatically. He has sent subpoenas to the individual members of CHAS, and he has compounded this by sending them emails in which he purports to give them legal advice on the subpoena. The advice given is not only incorrect, but it is inappropriate for the plaintiff to provide it. Exhibit C is just one example of the emails he has sent. The notice, which is labelled "IMPORTANT LEGAL NOTICE", orders compliance by the end of the day, which, of course, is impossible given that some of the recipients of this notice have not received the subpoena. The notice goes on to threaten that failure to respond "is a serious violation of the law" and states that the plaintiff may seek sanctions. None of this is appropriate. The subpoenas themselves are defective in that they are neither properly executed nor served. Of course, if the plaintiff is simply seeking the documents, as defense counsel has already told him numerous times, the easiest way to do that is to file a Request for Production.

    The confusion created by this process is enhanced by the plaintiff's refusal to email copies of such communications to defense counsel at the same time as they are sent to the individual defendants. Indeed, because campus mail delivery is much slower during the COVID crisis, several of the CHAS members have either not received the subpoena at all or they received the email from plaintiff in which he threatens personal sanctions against them for not responding to the subpoena prior to their having received the subpoena. It would appear that the only way to stop this practice is for the Court to simply suspend discovery until the Motion to Dismiss is decided.

    Accordingly, defendants will agree to a thirty-day extension for the filing of plaintiff's brief, but only if he agrees to the conditions set forth above. Defendants also request that this issue be addressed at the upcoming conference scheduled for May 28, 2020.

THE DEFENDANTS,

YALE UNIVERSITY, MARVIN CHUN, MARK SCHENKER, PETER SALOVEY AND JESSIE ROYCE HILL

By: _____/s/_____
PATRICK M. NOONAN – CT00189
COLLEEN NOONAN DAVIS – CT27773
DONAHUE, DURHAM & NOONAN, P.C.
Concept Park
741 Boston Post Road, Suite 306
Guilford, CT 06437
Telephone: (203) 458-9168
Fax: (203) 458-4424
Email: pnoonan@ddnctlaw.com

## CERTIFICATION

I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

_____/s/_____
Patrick M. Noonan

# EXHIBIT A

**From:** Pat Noonan
**Sent:** Tuesday, May 26, 2020 8:52 AM
**To:** 'jakub.madej@yale.edu' <jakub.madej@yale.edu>
**Subject:** Your motion for extension of time

Hi Jakub,

I am willing to consent to your motion for extension of time on the following conditions:

1. You file no further pleadings until Judge Hall rules on the pending motion to dismiss;
2. You do not communicate with my clients or any agent until Judge Hall rules on the pending motion to dismiss.

Please let me know by noon if you are willing to accept those conditions. If I do not hear from you I will file my objection.

    Pat

Please be advised that I will be intermittently working from home. My cell phone number is 203-314-4562.

Patrick M. Noonan
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT  06437
(203)457-5209(direct)
(203)314-4562(cell)
(203)458-9168(office)

1

# EXHIBIT B

**From:** Jakub Madej <jakub.madej@yale.edu>
**Sent:** Tuesday, May 26, 2020 8:53 AM
**To:** Pat Noonan <PNoonan@ddnctlaw.com>
**Subject:** This email is not monitored. Re: Your motion for extension of time

Please call me at (203) 928-8486.


--

Best,
Jakub

**Jakub Madej** | Class of 2020, Yale College (in litigation) | P.O. Box 204000, New Haven, CT 06520-4000 | (203)-928-8486 | jakub.madej@yale.edu

if you need to reach me quickly, call (203)-928-8486. i will pick up or call you back

1

# EXHIBIT C

From: Jakub Madej <j.madej@lawsheet.com>
Subject: **Your compliance with subpoena duces tecum required by today**
Date: May 25, 2020 at 7:44:00 AM EDT
To: Jakub Madej <j.madej@lawsheet.com>

IMPORTANT LEGAL NOTICE

Dear Member,

This is a courtesy reminder that your compliance with a subpoena served on you in matter *Madej v Yale Univ et al* is required by today, May 25.

The subpoena is directed to *you*, not to Yale University. Accordingly, the law places a burden on you, not on Yale. You did not file a timely motion to quash, or to modify. We have not negotiated any alternative arrangement. Yale University also did neither. As a result, you have waived all objections. I expect your compliance by the end of today.

Absent compliance, I will move for a court order to (i) compel your compliance, and (ii) for reasonable sanctions.

Failing to respond to a properly issued subpoena is a serious violation of the law. If you indeed do not comply, I believe it could only be because Yale secured your noncompliance, not because you chose to knowingly violate a subpoena issued by a federal court. If this is the case, I will argue for sanctions only against Yale.

If you claim privilege as to any document, you must prepare a privilege log in accordance with Local Rule 26(e) to satisfy the requirements of FRCP 45(e)(2). As a courtesy, I attach a copy of Local Rule 26, and a sample privilege log.

If you wish to contact me, or if you have any questions, my phone number is (203) 928-8486.

Regards,
Jakub Madej

Jakub Madej
65 Dwight St
New Haven, CT 06511
Phone: (203) 928-8486
Phone: (646) 776-0066
Fax: (203) 902-0070
Email: j.madej@lawsheet.com

This email may contain confidential or privileged information that are legally protected from disclosure. If you are not the intended recipient of this message or their agent, you must not use, disseminate, copy, or store this message or its attachments.