IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

_____

**JAKUB MADEJ**

    **Plaintiff,**

v.

**YALE UNIVERSITY, MARK SCHENKER
JESSIE ROYCE HILL, MARVIN CHUN,
PETER SALOVEY**

    **Defendants.**

_____

CIVIL ACTION No. 3:20-cv-00133-JCH

JURY TRIAL DEMANDED

MAY 27, 2020

## PLAINTIFF'S MOTION TO COMPEL NONPARTY COMPLIANCE WITH SUBPOENA DUCES TECUM
REQUEST FOR EXPRESS CONSIDERATION

Pursuant to Fed R Civ P 45, plaintiff moves the court for an order commanding five non-party individuals to comply with subpoenas seeking documents and electronic information fundamental in fact discovery underlying this action. Further efforts to enforce compliance without judicial intervention will be futile. A memorandum of law, affidavit, and supporting exhibits are attached to this motion.

    Respectfully submitted,
    /s/ Jakub Madej

    Jakub Madej
    65 Dwight St
    New Haven, CT 06511
    Telephone: (203) 928-8486
    Facsimile: (646) 776-0066
    Fax: (203) 902-0070
    Email: j.madej@lawsheet.com

CERTIFICATE OF SERVICE

I certify that, on May 27, 2020, I sent a true and accurate copy of the foregoing Motion to Compel by email and certified mail to the following counsel of record for defendants, and the sub-poenaed nonparties, whose counsel has not appeared in this action:

Patrick M. Noonan, Esq.
741 Boston Post Road, Suite 306
Guilford, CT 06437
Email: PNoonan@ddnctlaw.com

Helena Lyng-Olsen
20 Mayflower Pkwy
Westport, CT 06880-6013
Email: helena.lyng-olsen@yale.edu

Jason Shaw
168 Round Hill Rd
North Haven, CT 06437-4366
Email: jason.shaw@yale.edu

Keshav Raghavan
136 Highline Trl
Stamford, CT 06902-1005
Email: keshav.raghavan@yale.edu

Sarah Insley Say
74 High St
New Haven, CT 06511
Email: sarah.insley@yale.edu

Benjamin Glaser
895 Hartford Tpke
Hamden, CT 06517
Email: ben.glaser@yale.edu


/s/ Jakub Madej