IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAKUB MADEJ <br><br> Plaintiff, <br><br> v. <br><br> YALE UNIVERSITY, MARK SCHENKER JESSIE ROYCE HILL, MARVIN CHUN, PETER SALOVEY <br><br> Defendants. | CIVIL ACTION No.  3:20-cv-00133-JCH <br><br> JURY TRIAL DEMANDED <br><br> MAY 27, 2020 |

## AFFIDAVIT OF JAKUB MADEJ

I, Jakub Madej, under penalty of perjury, state as follows:

1. I am plaintiff to this action, with an office located at 65 Dwight Street, New Haven, Connecticut 06511. Telephone No.: (203) 928-8486. Fax No.: (203) 902-0070. Email: j.madej@lawsheet.com.
2. I am a student member in good standing of Connecticut Bar Association, and the American Bar Association.
3. I am familiar with the legal and factual issues relevant to this case.
4. I have fully reviewed and am familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

5. A true and correct copy of a subpoena directed to Sarah INSLEY SAY as attached hereto as *Exhibit A, p. 1*.

6. A true and correct copy of a subpoena directed to Benjamin GLASER as attached hereto as *Exhibit A, p. 2*.

7. A true and correct copy of a subpoena directed to Keshav RAGHAVAN as attached hereto as *Exhibit A, p. 3-7*.

8. A true and correct copy of a subpoena directed to Jason SHAW as attached hereto as *Exhibit A, p. 8-12*.

9. A true and correct copy of a subpoena directed to Helena LYNG-OLSEN as attached hereto as *Exhibit A, p. 13-17*.

10. A true and correct copy of a subpoena directed to Naomi R. WOLF is attached hereto as *Exhibit A, p. 18-19*.

11. A true and correct proof of service of subpoenas are attached as *Exhibit B*.

12. A true and correct notices of subpoena are attached as *Exhibit C*.

I certify under penalty of perjury that the foregoing is true and correct.

Executed: May 27, 2020 in Oklahoma City, Oklahoma.

Respectfully submitted,
/s/ Jakub Madej

Jakub Madej
65 Dwight St
New Haven, CT 06511
Telephone: (203) 928-8486
Facsimile: (646) 776-0066
Fax: (203) 902-0070
Email: j.madej@lawsheet.com

State of: Oklahoma
County of: Oklahoma
Signed or attested before me on 05/27/2020 by Jakub Madej

Signature of Notarial Officer

Notary Public
Title and Rank

My commission expires: 09/12/2021
My commission #: 17008502

TERESA PURVIANCE
Notary Public   State of Oklahoma
Commission Number 17008502
My Commission Expires Sep 12, 2021

2