

May 9, 2020

Dear Jakub Madej:

The following is in response to your request for proof of delivery on your item with the tracking number: **7019 2280 0000 6866 2627**.

| Item Details | |
|---|---|
| Status: | Delivered, Left with Individual |
| Status Date / Time: | May 9, 2020, 1:36 pm |
| Location: | STAMFORD, CT 06902 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail Restricted Delivery |
| | Return Receipt Electronic |
| Recipient Name: | KESHAV RAGHAVAN |

| Shipment Details | |
|---|---|
| Weight: | 5.0oz |

| Destination Delivery Address | |
|---|---|
| Street Address: | 136 HIGHLINE TRL |
| City, State ZIP Code: | STAMFORD, CT 06902-1005 |

**Recipient Signature**

Signature of Recipient: *[handwritten signature]*

Address of Recipient: *[handwritten]* 136

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004


UNITED STATES POSTAL SERVICE

May 9, 2020

Dear Jakub Madej:

The following is in response to your request for proof of delivery on your item with the tracking number: **7019 2280 0000 6866 2634**.

### Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | May 9, 2020, 3:21 pm |
| **Location:** | WESTPORT, CT 06880 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail Restricted Delivery |
| | Return Receipt Electronic |
| **Recipient Name:** | HELENA LYNG OLSEN |

### Shipment Details

| | |
|---|---|
| **Weight:** | 5.0oz |

### Destination Delivery Address

| | |
|---|---|
| **Street Address:** | 20 MAYFLOWER PKWY |
| **City, State ZIP Code:** | WESTPORT, CT 06880-6013 |

### Recipient Signature

Signature of Recipient: *[handwritten signature]*

Address of Recipient: 20 MAYFLOWER PKWY WESTPORT, CT 06880

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



May 11, 2020

Dear Jakub Madej:

The following is in response to your request for proof of delivery on your item with the tracking number: **7019 2280 0000 6866 2641**.

| Item Details | |
|---|---|
| Status: | Delivered, Left with Individual |
| Status Date / Time: | May 11, 2020, 2:53 pm |
| Location: | NORTH HAVEN, CT 06473 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail Restricted Delivery |
| | Return Receipt Electronic |
| Recipient Name: | JASON SHAW |

| Shipment Details | |
|---|---|
| Weight: | 3.0oz |

| Destination Delivery Address | |
|---|---|
| Street Address: | 168 ROUND HILL RD |
| City, State ZIP Code: | NORTH HAVEN, CT 06473-4366 |

### Recipient Signature

Signature of Recipient:  *[signature: LNS C15 C17]*

Address of Recipient: 168 ROUND HILL RD NORTH HAVEN, CT 06473

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



May 11, 2020

Dear Jakub Madej:

The following is in response to your request for proof of delivery on your item with the tracking number: **7019 2280 0000 6866 2658**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | May 11, 2020, 3:41 pm |
| **Location:** | HAMDEN, CT 06517 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail Restricted Delivery |
| | Return Receipt Electronic |
| **Recipient Name:** | BENJAMIN GLASER |

| Shipment Details | |
|---|---|
| **Weight:** | 6.0oz |

| Destination Delivery Address | |
|---|---|
| **Street Address:** | 895 HARTFORD TPKE |
| **City, State ZIP Code:** | HAMDEN, CT 06517-1624 |

**Recipient Signature**

Signature of Recipient: *[signature]*

Address of Recipient: *[handwritten]*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



May 11, 2020

Dear Jakub Madej:

The following is in response to your request for proof of delivery on your item with the tracking number: **7019 2280 0000 6866 2665**.

| Item Details | |
|---|---|
| **Status:** | Delivered |
| **Status Date / Time:** | May 11, 2020, 11:34 am |
| **Location:** | NEW HAVEN, CT 06511 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail Restricted Delivery |
| | Return Receipt Electronic |
| **Recipient Name:** | SARAH INSLEY SAY |
| Shipment Details | |
| **Weight:** | 5.0oz |
| Destination Delivery Address | |
| **Street Address:** | 74 HIGH ST |
| **City, State ZIP Code:** | NEW HAVEN, CT 06511-8943 |

### Recipient Signature

| | |
|---|---|
| Signature of Recipient: |  |
| Address of Recipient: | |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



May 27, 2020

Dear Jakub Madej:

The following is in response to your request for proof of delivery on your item with the tracking number: **7019 2970 0002 0037 8054**.

| Item Details | |
|---|---|
| Status: | Delivered, Left with Individual |
| Status Date / Time: | May 21, 2020, 11:03 am |
| Location: | MILLERTON, NY 12546 |
| Postal Product: | Priority Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $50 insurance included |

| Shipment Details | |
|---|---|
| Weight: | 5.0oz |

| Recipient Signature | |
|---|---|
| Signature of Recipient: | BLA RR2519<br>Naomi Wolf |
| Address of Recipient: | 127 BOSTON CORNERS RD<br>MILLERTON, NY 12546 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004