IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAKUB MADEJ | |
| Plaintiff, | CIVIL ACTION No. 3:20-cv-00133-JCH |
| v. | |
| YALE UNIVERSITY, MARK SCHENKER JESSIE ROYCE HILL, MARVIN CHUN, PETER SALOVEY | JURY TRIAL DEMANDED MAY 7, 2020 |
| Defendants. | |

## NOTICE OF SUBPOENA

PLEASE TAKE NOTICE that Plaintiff Jakub Madej intends to serve a *Subpoena* on SARAH INSLEY SAY on May 7, 2020, or as soon thereafter as service may be effectuated. A true and correct copy of *Subpoena* is attached to this notice.

Dated: May 7, 2020 in Las Vegas, Nevada.

Respectfully,

*Jakub Madej*

Jakub Madej
65 Dwight St
New Haven, CT 06511
Telephone: (203) 928-8486
Facsimile: (646) 776-0066
Fax: (203) 902-0070
Email: j.madej@lawsheet.com

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that, on May 7, 2020, I served the foregoing *Notice of Subpoena* by fax and first-class mail on:

Patrick M. Noonan, Esq.
DONAHUE, DURHAM & NOONAN PC
741 Boston Post Road, Suite 306
Guilford, CT 06437
Telephone: (203) 458-9168
Fax: (203) 458-4424

*/s/ Jakub Madej*
_____

Jakub Madej
*Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAKUB MADEJ | |
| Plaintiff, | CIVIL ACTION No. 3:20-cv-00133-JCH |
| v. | JURY TRIAL DEMANDED |
| YALE UNIVERSITY, MARK SCHENKER JESSIE ROYCE HILL, MARVIN CHUN, PETER SALOVEY | MAY 7, 2020 |
| Defendants. | |

## NOTICE OF SUBPOENA

PLEASE TAKE NOTICE that Plaintiff Jakub Madej intends to serve a *Subpoena* on KESHAV RAGHAVAN on May 7, 2020, or as soon thereafter as service may be effectuated. A true and correct copy of *Subpoena* is attached to this notice.

Dated: May 7, 2020 in Las Vegas, Nevada.

Respectfully,

*Jakub Madej*

Jakub Madej
65 Dwight St
New Haven, CT 06511
Telephone: (203) 928-8486
Facsimile: (646) 776-0066
Fax: (203) 902-0070
Email: j.madej@lawsheet.com

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that, on May 7, 2020, I served the foregoing *Notice of Subpoena* by fax and first-class mail on:

Patrick M. Noonan, Esq.
DONAHUE, DURHAM & NOONAN PC
741 Boston Post Road, Suite 306
Guilford, CT 06437
Telephone: (203) 458-9168
Fax: (203) 458-4424

*Jakub Madej*
―――――――――――――
Jakub Madej
*Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAKUB MADEJ | |
| Plaintiff, | CIVIL ACTION No. 3:20-cv-00133-JCH |
| v. | JURY TRIAL DEMANDED |
| YALE UNIVERSITY, MARK SCHENKER JESSIE ROYCE HILL, MARVIN CHUN, PETER SALOVEY | MAY 7, 2020 |
| Defendants. | |

## NOTICE OF SUBPOENA

PLEASE TAKE NOTICE that Plaintiff Jakub Madej intends to serve a *Subpoena* on BENJAMIN GLASER on May 7, 2020, or as soon thereafter as service may be effectuated. A true and correct copy of *Subpoena* is attached to this notice.

Dated: May 7, 2020 in Las Vegas, Nevada.

Respectfully,

*Jakub Madej*

Jakub Madej
65 Dwight St
New Haven, CT 06511
Telephone: (203) 928-8486
Facsimile: (646) 776-0066
Fax: (203) 902-0070
Email: j.madej@lawsheet.com

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that, on May 7, 2020, I served the foregoing *Notice of Subpoena* by fax and first-class mail on:

Patrick M. Noonan, Esq.
DONAHUE, DURHAM & NOONAN PC
741 Boston Post Road, Suite 306
Guilford, CT 06437
Telephone: (203) 458-9168
Fax: (203) 458-4424

*Jakub Madej*
―――――――――――――――
Jakub Madej
*Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAKUB MADEJ<br><br>Plaintiff,<br><br>v.<br><br>YALE UNIVERSITY, MARK SCHENKER<br>JESSIE ROYCE HILL, MARVIN CHUN,<br>PETER SALOVEY<br><br>Defendants. | CIVIL ACTION No. 3:20-cv-00133-JCH<br><br>JURY TRIAL DEMANDED<br><br>MAY 7, 2020 |

## NOTICE OF SUBPOENA

PLEASE TAKE NOTICE that Plaintiff Jakub Madej intends to serve a *Subpoena* on HELENA LYNG-OLSEN on May 7, 2020, or as soon thereafter as service may be effectuated. A true and correct copy of *Subpoena* is attached to this notice.

Dated: May 7, 2020 in Las Vegas, Nevada.

Respectfully,

*Jakub Madej*

Jakub Madej
65 Dwight St
New Haven, CT 06511
Telephone: (203) 928-8486
Facsimile: (646) 776-0066
Fax: (203) 902-0070
Email: j.madej@lawsheet.com

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that, on May 7, 2020, I served the foregoing *Notice of Subpoena* by fax and first-class mail on:

Patrick M. Noonan, Esq.
DONAHUE, DURHAM & NOONAN PC
741 Boston Post Road, Suite 306
Guilford, CT 06437
Telephone: (203) 458-9168
Fax: (203) 458-4424

*Jakub Madej*
_____
Jakub Madej
*Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAKUB MADEJ<br><br>Plaintiff,<br><br>v.<br><br>YALE UNIVERSITY, MARK SCHENKER<br>JESSIE ROYCE HILL, MARVIN CHUN,<br>PETER SALOVEY<br><br>Defendants. | CIVIL ACTION No.  3:20-cv-00133-JCH<br><br>JURY TRIAL DEMANDED<br><br>MAY 7, 2020 |

**NOTICE OF SUBPOENA**

PLEASE TAKE NOTICE that Plaintiff Jakub Madej intends to serve a *Subpoena* on JASON SHAW on May 7, 2020, or as soon thereafter as service may be effectuated. A true and correct copy of *Subpoena* is attached to this notice.

Dated: May 7, 2020 in Las Vegas, Nevada.

Respectfully,

*Jakub Madej*

Jakub Madej
65 Dwight St
New Haven, CT 06511
Telephone: (203) 928-8486
Facsimile: (646) 776-0066
Fax: (203) 902-0070
Email: j.madej@lawsheet.com

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that, on May 7, 2020, I served the foregoing *Notice of Subpoena* by fax and first-class mail on:

Patrick M. Noonan, Esq.
DONAHUE, DURHAM & NOONAN PC
741 Boston Post Road, Suite 306
Guilford, CT 06437
Telephone: (203) 458-9168
Fax: (203) 458-4424

*Jakub Madej*

Jakub Madej
*Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

_____

**JAKUB MADEJ**

      **Plaintiff,**

v.

**YALE UNIVERSITY, MARK SCHENKER
JESSIE ROYCE HILL, MARVIN CHUN,
PETER SALOVEY**

      **Defendants.**

_____

CIVIL ACTION No.  3:20-cv-00133-JCH

JURY TRIAL DEMANDED

MAY 17, 2020

<u>NOT TO BE DOCKETED SEPARATELY</u>

### NOTICE OF SUBPOENA

PLEASE TAKE NOTICE that, pursuant to *FRCP* 45, Plaintiff Jakub Madej intends to serve a *Subpoena* on Naomi R. WOLF on May 17, 2020, or as soon thereafter as service may be effectuated. A true and correct copy of the subpoena is attached to this notice.

Executed: May 17, 2020 in Truth or Consequences, New Mexico.

                                                    Respectfully,

                                                   /s/ Jakub Madej

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I sent a true and correct copy of the attached *Notice of Subpoena* via certified mail on May 17, 2020 to the attorneys of record for all of the parties in this action at the addresses listed below:

> Patrick M. Noonan, Esq.
> DONAHUE, DURHAM & NOONAN PC
> 741 Boston Post Road, Suite 306
> Guilford, CT 06437
> Telephone: (203) 458-9168
> Fax: (203) 458-4424

/s/ Jakub Madej