IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

_____

**JAKUB MADEJ**

    **Plaintiff,**

v.

**YALE UNIVERSITY, MARK SCHENKER
JESSIE ROYCE HILL, MARVIN CHUN,
PETER SALOVEY**

    **Defendants.**

_____

CIVIL ACTION No.  3:20-cv-00133-JCH

JURY TRIAL DEMANDED

MAY 27, 2020


[PROPOSED] ORDER COMPELLING COMPLIANCE WITH SUBPOENA DUCES TECUM

    The Court ORDERS recipients to comply with plaintiff's request within seven (7) days after this order was issued. Members are ORDERED TO SHOW CAUSE why they should not be held in contempt.

    The Court directs the Clerk of the Court to advise recipients, or counsel for each recipient, of this Order via telephone and deliver a copy of this Order to counsel for Members via email.

**SO ORDERED.**

    Dated this _____ day of _____ 2020 at New Haven, Connecticut.


                                                              _____
                                                              Janet C. Hall
                                                              United States District Judge