IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

_____

**JAKUB MADEJ**

    **Plaintiff,**

v.

**YALE UNIVERSITY, MARK SCHENKER
JESSIE ROYCE HILL, MARVIN CHUN,
PETER SALOVEY**

    **Defendants.**

_____

CIVIL ACTION No.  3:20-cv-00133-JCH

JURY TRIAL DEMANDED

MAY 27, 2020

[PROPOSED] ORDER

    The Court ORDERS all counsel and parties in this action to confer in good faith to narrow the areas of disagreement to the greatest possible extent include before filing any discovery motion, including any motion for sanctions or for a protective order.

    Any motion filed with the court shall include a certificate in the margin of the last page that state with particularity the following:

    (1) If a discovery conference was not held, the reasons why it was not;

    (2) If a discovery conference was held, the time, date, location and duration of the conference; who was present for each party; the matters on which the parties reached agreement; and the issues remaining to be decided by the court;

    (3) The nature of the case and the facts relevant to the discovery matters to be decided;

    (4) Each interrogatory, deposition question, request for production, request for admission or other discovery matter raising an issue to be decided by the court, and the response thereto; and

(5) A statement of the moving party's position as to each contested issue, with supporting legal authority, which statement shall be set forth separately immediately following each contested item.

The Court will not consider any motion unless the movant substantively complied with this order, and includes a certification as specified herein.

**SO ORDERED.**

Dated this _____ day of _____ 2020 at New Haven, Connecticut.

_____
Janet C. Hall
United States District Judge