IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **JAKUB MADEJ**<br><br>      **Plaintiff,**<br>v.<br><br>**YALE UNIVERSITY** *et al.*<br><br>      **Defendants.** | CIVIL ACTION No.  3:20-cv-00133-JCH<br><br><br>JURY TRIAL DEMANDED<br><br><br>MAY 29, 2020 |

### NOTICE OF WITHDRAWAL OF DEPOSITION SUBPOENA

PLEASE TAKE NOTICE that Plaintiff Jakub Madej hereby withdraws all subpoenas seeking in-person testimony that were issued up to and including May 28, 2020. All subpoena recipients will be notified in the same manner in which service was effectuated.

Dated: 29 May 2020 in Wichita, Kansas.

Respectfully submitted,
/s/ Jakub Madej

Jakub Madej
65 Dwight St
New Haven, CT 06511
Telephone: (203) 928-8486
Fax: (203) 902-0070
Email: j.madej@lawsheet.com