IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

_____

**JAKUB MADEJ**

    **Plaintiff,**

v.

**YALE UNIVERSITY** *et al.*

    **Defendants.**
_____

CIVIL ACTION No.  3:20-cv-00133-JCH

**JURY TRIAL DEMANDED**

**JUNE 8, 2020**

**PLAINTIFF'S MOTION TO MODIFY CASE MANAGEMENT PLAN [DKT. 57]**

Plaintiff moves the Honorable Court to modify the Case Management Plan [Dkt. #57] in the manner proposed below:

| Current Case Management Plan | Proposed Modification |
|---|---|
| Requests for admission are limited to twenty (20) in number (including subsections) without further order of the court. *Page 1*. | Requests for admission are not limited in number. |

Good cause exists for the proposed modification. To date, parties made minimal progress in paper discovery. In fact, defendants only recently submitted substantively defective answers to plaintiff's first set of requests for admission. Additional requests for admission will facilitate meaningful discovery as plaintiff would fully ascertain defendants' position on key issues underlying the present case. Granting this motion will empower plaintiff to actively manage the discovery process and meet the discovery cutoff date currently set for November 30, 2020.

To date, defendants proved eager to provoke pointless disputes solely for delay. Limiting how many requests plaintiff can propound on defendants will only prolong a just and inexpensive

resolution of the present action. Granting this motion will also minimize the number of depositions plaintiff will seek once the Court allows depositions to proceed, thus economizing both parties' resources.

For the foregoing reasons, plaintiff respectfully requests that the Court modifies the case management order in the manner proposed above.

>Respectfully submitted,
>/s/ Jakub Madej
>
>Jakub Madej
>65 Dwight St
>New Haven, CT 06511
>Telephone: (203) 928-8486
>Facsimile: (646) 776-0066
>Fax: (203) 902-0070
>Email: j.madej@lawsheet.com