**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| JAKUB MADEJ | : | CIVIL ACTION NO. |
| | : | 3:20-cv-00133-JCH |
| | : | |
| PLAINTIFF | : | |
| | : | |
| v. | : | |
| | : | |
| YALE UNIVERSITY, MARVIN CHUN, | : | |
| MARK SCHENKER, PETER SALOVEY AND | : | |
| JESSIE ROYCE HILL | : | |
| | : | |
| DEFENDANTS | : | JUNE 9, 2020 |
| | : | |

**DEFENDANTS' BRIEF IN OPPOSITION TO MOTION TO MODIFY CASE**
**MANAGEMENT PLAN**

On June 8, 2020, the plaintiff filed a Motion to Modify Case Management Plan [Docket Entry Number 107.00], seeking to create a discovery plan in which the plaintiff will have the right to file an unlimited number of Requests for Admission, in contravention of the Court's scheduling order which provided for a limit of 20.

The plaintiff has provided absolutely no reason for this Court to alter its Scheduling Order. Without any documentation, evidence or even argument, the plaintiff postulates that the reason for abandoning any limit on the number of Requests for Admission is that the defendants "only recently submitted substantively defective answers to plaintiff's First Set of Requests for Admission." The plaintiff makes this allegation without providing the Court with a copy of the defendants' Responses to the Requests for Admission, and the plaintiff has also failed to provide any argument as to why those responses were "defective." Even if it were accurate that the

**DONAHUE, DURHAM & NOONAN, P.C.**
CONCEPT PARK  •  741 BOSTON POST ROAD
GUILFORD, CONNECTICUT 06437
TEL:  (203) 458-9168  •  FAX:  (203) 458-4424
JURIS NO. 415438

defendants' responses to the Requests for Admission were "defective," the remedy would be to direct the defendants to provide different responses.

In short, the plaintiff has offered no justification to alter the prior order of this Court. Accordingly, the plaintiff's Motion to Modify Case Management Plan should be denied.

> **THE DEFENDANTS,**
>
> **YALE UNIVERSITY, MARVIN CHUN, MARK SCHENKER, PETER SALOVEY AND JESSIE ROYCE HILL**
>
> By:_____/s/_____
> PATRICK M. NOONAN – CT00189
> DONAHUE, DURHAM & NOONAN, P.C.
> Concept Park
> 741 Boston Post Road, Suite 306
> Guilford, CT  06437
> Telephone:  (203) 458-9168
> Fax:  (203) 458-4424
> Email:  pnoonan@ddnctlaw.com

## CERTIFICATION

I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

_____/s/_____
Patrick M. Noonan

2