IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAKUB MADEJ | CIVIL ACTION No. 3:20-cv-00133-JCH |
| Plaintiff, | |
| v. | JURY TRIAL DEMANDED |
| YALE UNIVERSITY *et al.* | |
| Defendants. | JUNE 16, 2020 |

## AFFIDAVIT OF JAKUB MADEJ IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENA DUCES TECUM AND FOR CONTEMPT

JAKUB MADEJ, under penalty of perjury, states as follows:

1. I am plaintiff to this action. I am familiar with the legal and factual issues relevant to this case.

2. I make this certification in support of the accompanying motion to compel compliance with subpoena duces tecum and for contempt regarding Yale Police Department. If called as a witness, I could and would competently testify to the facts set forth below as I know them to be true based upon my own personal knowledge.

3. I am over eighteen years of age. I am a student member in good standing of Connecticut Bar Association, and the American Bar Association.

4. I have fully reviewed the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct. I am familiar with all rules listed above, and I agree to comply with them.

5. Attached to this Affidavit as <u>Exhibit A</u> is a true and correct copy of *Subpoena* served on Yale Police Department.

6. Attached to this Affidavit as <u>Exhibit B</u> is a true and correct copy *Proof of Delivery* to, and signed by, the Yale Police Department.

7. Attached to this Affidavit as <u>Exhibit C</u> is a true and correct copy of *Notice of Subpoena* sent via first-class mail to all counsel of record on May 7, 2020.

8. I have neither issued nor served any subpoenas seeking deposition, or notices of deposition at any time after the May 28, 2020 telephonic conference with the Court.

_____
Jakub Madej

**Subscribed and sworn to be before me this 16th day of June, 2020.**

LUKE SMITH
MY COMMISSION # GG 318662
EXPIRES: April 2, 2023
Bonded Thru Notary Public Underwriters

_____
Notary Public        Luke Smith