

June 16, 2020

Dear Jakub Madej:

The following is in response to your request for proof of delivery on your item with the tracking number: **7019 2280 0000 6866 2498**.

| Item Details | |
|---|---|
| Status: | Delivered, Left with Individual |
| Status Date / Time: | May 8, 2020, 11:06 am |
| Location: | NEW HAVEN, CT 06511 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| Weight: | 2.0oz |

| Recipient Signature | |
|---|---|
| Signature of Recipient: | Covid 19 Yale PD |
| Address of Recipient: | 101 Ashmun |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004