IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

JAKUB MADEJ

    Plaintiff,

v.

YALE UNIVERSITY, MARK SCHENKER
JESSIE ROYCE HILL, MARVIN CHUN,
PETER SALOVEY

    Defendants.

CIVIL ACTION No. 3:20-cv-00133-JCH

JURY TRIAL DEMANDED

MAY 7, 2020

## NOTICE OF SUBPOENA

PLEASE TAKE NOTICE that Plaintiff Jakub Madej intends to serve a *Subpoena* on YALE UNIVERSITY POLICE DEPARTMENT on May 7, 2020, or as soon thereafter as service may be effectuated. A true and correct copy of *Subpoena* is attached to this notice.

Dated: May 7, 2020 in Las Vegas, Nevada.

Respectfully,

*Jakub Madej*

Jakub Madej
65 Dwight St
New Haven, CT 06511
Telephone: (203) 928-8486
Facsimile: (646) 776-0066
Fax: (203) 902-0070
Email: j.madej@lawsheet.com