IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

_____

**JAKUB MADEJ**           CIVIL ACTION No.  3:20-cv-00133-JCH

    **Plaintiff,**

v.

                                      **JURY TRIAL DEMANDED**

**YALE UNIVERSITY** *et al.*

    **Defendants.**           **JUNE 18, 2020**

_____


### [PROPOSED] ORDER


The Court has considered the Plaintiff's Motion for Contempt and to Compel Compliance (ECF #109) and the papers filed in support thereof; and it appears to the Court that Plaintiff has shown good cause for the entry of this Order.

The Court GRANTS Plaintiff's Motion and directs Yale Police Department to produce, within ten (10) days of the date of the Order, all responsive documents in compliance with the subpoena. Further, Yale Police Department is ORDERED TO SHOW CAUSE within ten (10) days of the date of the Order why it should not be held in contempt.

The Court directs the Clerk of the Court to advise recipient, or counsel thereof, of this Order via telephone and deliver a copy of this Order to recipient, or counsel thereof, via email.


**SO ORDERED.**

    Dated this _____ day of _____ 2020 at New Haven, Connecticut.


                                                              _____
                                                              Janet C. Hall
                                                              United States District Judge