IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **JAKUB MADEJ** | CIVIL ACTION No. 3:20-cv-00133-JCH |
| Plaintiff, | |
| v. | |
| YALE UNIVERSITY *et al.* | JURY TRIAL DEMANDED |
| Defendants. | JUNE 24, 2020 |

## DEFENDANTS' STATUS REPORT

Pursuant to the Scheduling Order issued by the Court on March 24, 2020, (Docket Entry No. 57), the defendants submit the following status report.  Defense counsel sent a draft joint status report to the plaintiff on June 21, 2020.  The plaintiff responded on the morning of June 24, 2020 with his own draft report.  Defense counsel reviewed that report and suggested several amendments.  Defense counsel forwarded the joint status report with tracked changes and requested that the plaintiff respond by 4:00 p.m. so that the joint status report could be timely filed.  Although the plaintiff has communicated with defense counsel on other matters, he never indicated whether he would approve the changes suggested by defense counsel.

PENDING MOTIONS

| Docket Entry No. | Date filed | Title |
|---|---|---|
| 90 | May 6, 2020 | Defendants' Motion to Dismiss |
| 101 | May 27, 2020 | Plaintiff's Motion to Compel Nonparty Compliance with Subpoena Duces Tecum |
| 106 | June 5, 2020 | Objection to Motion to Compel Compliance with Subpoenas, Motion to Quash Subpoenas, and Motion to Restrict Plaintiff to Sending Documents to Defense Counsel by E-mail |
| 109 | June 18, 2020 | Plaintiff's Motion to Hold Yale Police Department in Contempt and to Compel Compliance with Subpoena Duces Tecum |

| 110 | June 22, 2020 | Plaintiff's Motion for Leave to File Second Amended Complaint |
|---|---|---|
| 111 | June 23, 2020 | Motion to Quash Subpoena Directed to Ozan Say |

## STATUS OF DISCOVERY

### A. Discovery Directed to Plaintiff

| Title | Date Requests Propounded | Date Responses Due | Date Responses Provided |
|---|---|---|---|
| Defendants' Interrogatories and Request for Production to Plaintiff | April 13, 2020 | May 13, 2020 | May 13, 2020[1] |
| Defendants' Requests for Admission | June 24, 2020[2] | July 24, 2020 | |

### B. Discovery Directed to Defendants

| Title | Date Requests Propounded | Date Responses Due | Date Responses Provided |
|---|---|---|---|
| Plaintiff's First Set of Request for Admission for Defendant Yale University | May 6, 2020 | June 29, 2020 | June 8, 2020 |
| Plaintiff's First Set of Requests for Admission for Defendant Mark Schenker | May 7, 2020 | June 29, 2020 | June 19, 2020 |
| Plaintiff's Second Set of Requests for Admission for Defendant Yale University | May 8, 2020 | June 29, 2020 | June 22, 2020 |
| Plaintiff's First Set of Interrogatories for Defendant Yale University | May 15, 2020 | June 29, 2020 | June 11, 2020 |
| Plaintiff's First Request for Defendant Yale University to Produce Documents [Cloned Discovery] | May 25, 2020 | June 29, 2020 | June 11, 2020 |
| Request for Production and Inspection | May 25, 2020 | June 29, 2020 | June 11, 2020 |

---

[1] Although the plaintiff's responses are deficient in several respects, the defendants do not intend to address those deficiencies until after the Court's ruling on the defendants' Motion to Dismiss in an effort to conserve judicial resources in the event the Motion to Dismiss is granted. However, if the Court prefers, defendants are prepared to file a motion within 7 days of the Court's entry of an order.

[2] The requests were initially e-mailed to the plaintiff on June 11, 2020. When the plaintiff informed defense counsel on June 24, 2020 that he did not receive the June 11, 2020 Request for Admissions, defense counsel forwarded the original June 10, 2020 e-mail with the Request for Admissions to the plaintiff. Defense counsel agreed to afford the plaintiff 30 days from June 24, 2020 to answer the Request for Admissions.

The plaintiff has issued numerous subpoenas to nonparty employees and agents of Yale University.  The defendants objected to those subpoenas on June 5, 2020 and June 23, 2020. (Docket Entry No. 106, 111.)

AMENDMENTS TO PLEADINGS OR DISPOSITIVE MOTIONS

If necessary, the defendants will file a reply to the plaintiff's brief in response to the defendants' motion to dismiss.

| | |
|---|---|
| THE PLAINTIFF,<br>JAKUB MADEJ | THE DEFENDANTS,<br>YALE UNIVERSITY, MARVIN CHUN,<br>MARK SCHENKER, PETER SALOVEY<br>AND JESSIE ROYCE HILL |
| /s/ Jakub Madej | |
| Jakub Madej<br>LAWSHEET<br>65 Dwight St<br>New Haven, CT 06511<br>T: (203) 928-8486<br>E: j.madej@lawsheet.com | By: _____<br><br>Patrick M. Noonan – CT00189<br>DONAHUE, DURHAM & NOONAN, P.C.<br>Concept Park<br>741 Boston Post Road, Suite 306<br>Guilford, CT 06437<br>Telephon: (203) 458-9168<br>Fax: (203) 458-4424<br>Email: pnoonan@ddnctlaw.com |

**CERTIFICATION**

    I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

_____/s/_____
Patrick M. Noonan