# DONAHUE, DURHAM & NOONAN, P.C.

Patrick M. Noonan
pnoonan@ddnctlaw.com

Concept Park
741 Boston Post Road
Suite 306
Guilford, CT  06437
Tel  (203) 458-9168
Fax (203) 458-4424

June 15, 2020

Mr. Jakub Madej
65 Dwight Street
New Haven, CT 06511

      RE:    <u>Madej v. Yale University</u>

Dear Jakub:

    In compliance with the subpoena issued to the Yale University Police Department, I am enclosing a disk containing all camcorder images with your interaction with the Yale Police Department on March 17, 2020.

                            Very truly yours,

                            *Patrick M. Noonan*

                            Patrick M. Noonan

PMN/alc