# Colleen Davis

**Subject:** FW: Notice of Subpoena Non-Compliance in Madej v Yale Univ et al

---

**From:** Pat Noonan
**Sent:** Thursday, June 18, 2020 2:13 PM
**To:** 'Jakub Madej' <j.madej@lawsheet.com>
**Subject:** RE: Notice of Subpoena Non-Compliance in Madej v Yale Univ et al

Hi Jakub,
I'm sorry you were confused by my email. I mailed you a disk of the encounter with YPD to the address in New Haven that appears on your pleadings. I could not send it electronically because I could not verify the vehicle you were suggesting was secure. I was able to upload it electronically to ShareFile which is secure. That will be emailed to both of your email addresses. It needs to be secure because it is confidential and therefore may not be shared with others pursuant to Judge Hall's standing orders. Please let me know if you need anything else.
Pt

<span style="color:red">Please be advised that I will be intermittently working from home. My cell phone number is 203-314-4562.</span>

Patrick M. Noonan
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437
(203)457-5209(direct)
(203)314-4562(cell)
(203)458-9168(office)

**From:** Jakub Madej <j.madej@lawsheet.com>
**Sent:** Thursday, June 18, 2020 10:30 AM
**To:** Pat Noonan <PNoonan@ddnctlaw.com>
**Subject:** Re: Notice of Subpoena Non-Compliance in Madej v Yale Univ et al

Dear Patrick,

I struggle to understand your message. You refer to something as "this" but don't state what "this" is. You must be referring to something physical, since you claim "it was addressed to the Dwight St. address". But the subpoena requested computer files, which are not physical in nature. In fact, the subpoena directed Yale Police to submit responsive files electronically, using a specific and straightforward protocol. I just verified again that <u>no</u> responsive material was provided, whether by Yale Police itself or anyone else.

You could be referring to an important message from someone, whether you or Yale Police. But you would send the message to me via email, as you always insisted, via fax, or in a text message. All of these methods ensure I genuinely receive it because, as you know from the record, the affidavit I filed, and as you stated in your previous messages, I am not currently present in New Haven. If Yale Police had an important message to convey regarding the subpoena, their representative would have contacted me within the five (5) weeks afforded for compliance, which is twice the time courts universally find to be reasonable.

Yale Police stylizes itself as a law enforcement agency, and should be aware of its legal obligations. But instead of complying, Yale Police only sent me a letter to represent that I cannot legally access Yale's campus, even though I made no attempts to do so. The officer I spoke to could not provide a comprehensible reason or consistent grounds for this "order". I possess a recording of every statement he made, and will repeat relevant statements under oath, if needed.

You previously stated on the record that Judge Hall called the subpoena "improper", when in fact she only kindly ensured I understand that subpoenas are generally directed to nonparties, not parties. Later you argued that that subpoena should be quashed because "Judge Hall said so". Had you filed a timely and proper motion to quash, Yale Police wouldn't respond to the subpoena at all. But now you claim something "was sent" to me in response to that subpoena. These statements are not just legally baseless; they are logically inconsistent.

Accordingly, all circumstances suggest "this" refers to <u>nothing</u>, and your message is intended solely for confusion and delay. In fact, I have probable cause to believe that (i) Yale Police never provided any responsive material; (ii) neither has Yale University, which we agree you represent; (iii) neither party *ever* intended or intends to provide any material; and (iv) you have been fully aware of their disobedience at all times and secured it. In these circumstances, only judicial intervention will resolve this dispute.

Regards,
Jakub

Jakub Madej
65 Dwight St
New Haven, CT 06511
Phone: (203) 928-8486
Phone: (646) 776-0066
Fax: (203) 902-0070
Email: j.madej@lawsheet.com

<span style="color:red">This email may contain confidential or privileged information that are legally protected from disclosure. If you are not the intended recipient of this message or their agent, you must not use, disseminate, copy, or store this message or its attachments.</span>

On Tue, Jun 16, 2020 at 10:08 AM Pat Noonan <PNoonan@ddnctlaw.com> wrote:

> Hi Jakub,
>
> I believe this has already been sent. It was addressed to the Dwight St. address. If you don't get it by the end of the week, let me know and I will ask for another copy. Thanks (and thanks for sending this communication just once).
>
> Pat
>
> Please be advised that I will be intermittently working from home. My cell phone number is 203-314-4562.
>
> Patrick M. Noonan
>
> Donahue, Durham & Noonan, P.C.
>
> 741 Boston Post Road
>
> Guilford, CT 06437

(203)457-5209(direct)

(203)314-4562(cell)

(203)458-9168(office)

---

**From:** Jakub Madej <j.madej@lawsheet.com>
**Sent:** Tuesday, June 16, 2020 3:14 AM
**To:** Pat Noonan <PNoonan@ddnctlaw.com>
**Subject:** Notice of Subpoena Non-Compliance in Madej v Yale Univ et al

<u>VIA EMAIL ONLY</u> (NOT CERTIFIED LETTER)

Dear Patrick,

This is to notify you that I have <u>not</u> received all or any material requested under a subpoena served on May 11, 2020 to Yale University Police Department. The month-long period allotted for compliance elapsed yesterday.

If this statement is incorrect, and your clients *have* sent all responsive material, please notify me immediately at (203) 928-8486.

Best Regards,

Jakub

Jakub Madej

65 Dwight St

New Haven, CT 06511

Phone: (203) 928-8486

Phone: (646) 776-0066

Fax: (203) 902-0070

Email: j.madej@lawsheet.com

This email may contain confidential or privileged information that are legally protected from disclosure. If you are not the intended recipient of this message or their agent, you must not use, disseminate, copy, or store this message or its attachments.