**Colleen Davis**

| | |
|---|---|
| **From:** | Anne-Marie Cicarella |
| **Sent:** | Thursday, June 18, 2020 2:33 PM |
| **To:** | 'j.madej@lawsheet.com'; 'jakub.madej@yale.edu' |
| **Cc:** | Pat  Noonan |
| **Subject:** | Madej v. YU - YPD |
| **Attachments:** | Attachments.html |

### Citrix Attachments                    Expires December 15, 2020

MADEJ - YPD CAMS.zip                                    3.5 GB

**Download Attachments**

Anne-Marie Cicarella uses Citrix Files to share documents securely.

*Anne-Marie L. Cicarella*
*Legal Assistant to Patrick M. Noonan*
*Donahue, Durham & Noonan, P.C.*
*741 Boston Post Road | Suite 306*
*Guilford, CT 06437*
*T: 203.458.9168*
*F: 203.458.4424*
*ACicarella@ddnctlaw.com*

*Excellence is going the extra mile.*