UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAKUB MADEJ : | |
| : | CIVIL ACTION NO. |
| PLAINTIFF : | 3:20-cv-00133-JCH |
| : | |
| v. : | |
| : | |
| YALE UNIVERSITY, MARVIN CHUN, : | |
| MARK SCHENKER, PETER SALOVEY AND : | |
| JESSIE ROYCE HILL : | |
| : | |
| DEFENDANTS : | |
| : | JULY 8, 2020 |

### OBJECTION TO LETTER BRIEF

On July 2, 2020, the plaintiff filed a letter addressed to Judge Hall regarding defendant Yale University's response to one of the plaintiff's Requests for Admission. (Docket Entry No. 126.) The information on Judge Hall's website with the District Court for the District of Connecticut states: "Judge Hall does not favor letter briefs. She prefers that formal motions be filed." See, http://www.ctd.uscourts.gov/content/janet-c-hall. Judge Hall previously informed the plaintiff that the proper vehicle through which to address discovery disputes is a motion filed with the Court. See, Docket Entry No. 112. The plaintiff should be required to abide by the Federal Rules of Civil Procedure, the Local Rules for the District of Connecticut, and the orders of this Court. Since the plaintiff's letter to Judge Hall is inappropriate, the defendants will not respond to the substance thereof, unless ordered to do so by the Court.

THE DEFENDANTS,

YALE UNIVERSITY, MARVIN CHUN, MARK SCHENKER, PETER SALOVEY AND JESSIE ROYCE HILL

By: _____/s/_____
PATRICK M. NOONAN – CT00189
COLLEEN NOONAN DAVIS – CT27773
DONAHUE, DURHAM & NOONAN, P.C.
Concept Park
741 Boston Post Road, Suite 306
Guilford, CT  06437
Telephone:  (203) 458-9168
Fax:  (203) 458-4424
Email:  pnoonan@ddnctlaw.com

**CERTIFICATION**

I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

_____/s/_____
Patrick M. Noonan