IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

_____

**JAKUB MADEJ**          CIVIL ACTION No.  3:20-cv-00133-JCH

    **Plaintiff,**

**v.**

                                        **JURY TRIAL DEMANDED**

**YALE UNIVERSITY** *et al.*

    **Defendants.**          **JULY 13, 2020**

_____

## PLAINTIFF'S MOTION TO COMPEL

Pursuant to Federal Rule of Civil Procedure 37 and District of Connecticut Local Rule 37, Plaintiff Jakub Madej hereby submits his Motion to Compel Defendant Yale University ("Yale", "Defendant") to submit responses to Plaintiff's First Set of Interrogatories, served on May 15, 2020. In support of this Motion and in accordance with District of Connecticut Local Rules 7(a)1 and 37(b)1, Defendant respectfully directs the Court to his Memorandum of Law in Support and accompanying exhibits, filed concurrently.

WHEREFORE, Plaintiff respectfully requests that this Court order Defendant to provide full and complete responses to Plaintiff's First Set of Interrogatories within five (5) days from the date of the Court's Order, find that Defendant has waived any and all objections to Plaintiff's First Set of Interrogatories, award the Plaintiff reasonable expenses incurred in obtaining this order, including attorneys' fees, and award the Plaintiff all other just and equitable relief to which he may be entitled.

Respectfully submitted,
/s/ Jakub Madej

Jakub J. Madej
LAWSHEET
415 Boston Post Rd Ste 3-1102
Milford, CT 06460
T: (203) 928-8486
F: (203) 902-0070
E: j.madej@lawsheet.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

All attorneys of record will receive a notice of this filing via email from the Court's CM/ECF system.

/s/ Jakub Madej