IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

_____

**JAKUB MADEJ**

    **Plaintiff,**

v.

**YALE UNIVERSITY** *et al.*

    **Defendants.**
_____

CIVIL ACTION No. 3:20-cv-00133-JCH

**JURY TRIAL DEMANDED**

**JULY 13, 2020**

### AFFIDAVIT OF JAKUB MADEJ IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL

I, Jakub Madej, declare what follows:

1. I am over the age of eighteen, competent to testify, and the information provided in this affidavit is based on my personal knowledge.
2. I serve as counsel for plaintiff in the above-styled case.
3. This affidavit is submitted in connection with Plaintiff's Motion to Compel in the above-styled matter.
4. This affidavit is executed in accordance with, and is intended to satisfy the requirements of Local Rule 37(b) of the United States District Court for the District of Connecticut.
5. Plaintiff made a good faith effort to confer with Defendant regarding the discovery dispute at issue in Plaintiff's Motion to Compel.
6. On June 29, 2020, after the deadline for Defendant's discovery responses had passed, I, as counsel for Plaintiff, sent an email to counsel for Defendant, informing counsel for Defendant that Defendant's deadline for submitting its discovery responses had passed, and asking to inform Plaintiff by Wednesday "if Yale will provide an answer". To my knowledge, counsel for Defendant never responded to this email. A true and correct copy of this email is attached to Plaintiff's Memorandum of Law in Support as <u>Exhibit C</u>.
7. Subsequently, on July 2, I sent yet another email to counsel for Defendant informing him

      that Defendant's discovery responses were late, and that I have not received a response to my previous communication. In the same email, I informed counsel for Defendant that, if Defendant did not serve discovery responses shortly, Plaintiff would file a motion to compel and for sanctions. To my knowledge, counsel for Defendant never responded to this email. A true copy of this email is attached to Plaintiff's Memorandum of Law in Support as <u>Exhibit C</u>.

8. I decided to afford Defendant an additional week to provide its responses, notwithstanding Defendant's counsel failure to respond to any and all relevant communication.

9. On July 7, 2020, I informed counsel for Defendant that I have still not received a response to First Set of Interrogatories. A true copy of this email is attached to Plaintiff's Memorandum of Law in Support as <u>Exhibit D.</u>

10. Counsel for Defendants again ignored this request altogether.

11. I have not received any responses to Plaintiff's First Set of Interrogatories before submitting the Motion to Compel.

I certify under penalty of perjury that the foregoing is true and correct.

Executed: July 13, 2020 in New Haven, Connecticut.

                Respectfully submitted,
                <u>/s/ Jakub Madej</u>

                Jakub J. Madej
                LAWSHEET
                415 Boston Post Rd Ste 3-1102
                Milford, CT 06460
                T: (203) 928-8486
                F: (203) 902-0070
                E: j.madej@lawsheet.com