IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

_____

JAKUB MADEJ

       Plaintiff,

v.

YALE UNIVERSITY, MARK SCHENKER
JESSIE ROYCE HILL, MARVIN CHUN,
PETER SALOVEY

       Defendants.

_____

CIVIL ACTION No.  3:20-cv-00133-JCH

JURY TRIAL DEMANDED

MAY 15, 2020

<u>NOT TO BE DOCKETED SEPARATELY</u>

## PLAINTIFF'S FIRST SET OF INTERROGATORIES
## FOR DEFENDANT YALE UNIVERSITY

Plaintiff Jakub Madej requests, pursuant to *Fed R Civ P* 33, that you answer the following interrogatories in writing within 30 days of service, or by June 16, 2020. If you informally request an extension at least three (3) days before the due date, I will be sympathetic to granting you five (5) additional days to answer these interrogatories.

## DEFINITIONS

- Consult Local Rule 26(a)-(d), if in doubt.

## INSTRUCTIONS

- Sign and serve complete answers via email to jakub.madej@yale.edu, j.madej@lawsheet.com, and by fax to (203) 902-0070. If you are unable to access traditional fax, fax.plus and myfax.com offer inexpensive online fax service. Service by mail to the address below is appreciated but not necessary.

JAKUB MADEJ
415 Boston Post Rd
Ste 3-1102
Milford, CT 06460

- Interrogatories are deemed submitted <u>only</u> if you send your answers to both email addresses *and* via fax. All other arrangements must be explicitly upon agreed in writing by both parties.
- Use this file for your responses. Include the language included in this document for verification of your answers. Denials must be sworn.
- Notarize your answers, using services of any notary who has never had any affiliation with Yale University, Yale-New Haven Hospital or its related entities. You can use notarize.com to swear your answers online at low total cost of $25.
- If you object to any interrogatory, call counsel/plaintiff in order to attempt to narrow the question or avoid the objectionable portion. Discovery is supposed to proceed with minimal involvement of the court. Please consult Local Rule 37, Federal Rules 11, 26 and 37, and Standing Order Relating to Discovery (Dkt. 9). Plaintiff strives to resolve genuine disputes informally and cooperatively.
- Plaintiff will strive to provide written reminders to you before the thirty days' period to ensure you do not accidentally miss the deadline.

FIRST SET OF INTERROGATORIES
FOR DEFENDANT <u>YALE UNIVERSITY</u>

INTERROGATORIES

**INTERROGATORY No. 1:** Identify the number of undergraduate students who have been withdrawn from Yale College, no matter the reason. Semesters listed in the first column refer to the last semester that student was enrolled in Yale College.

**ANSWER:** I submit the answer in the table below:

|             | Freshmen | Sophomores | Juniors | Seniors | TOTAL |
|-------------|----------|------------|---------|---------|-------|
| Fall 2019   |          |            |         |         |       |
| Spring 2019 |          |            |         |         |       |
| Fall 2018   |          |            |         |         |       |
| Spring 2018 |          |            |         |         |       |
| Fall 2017   |          |            |         |         |       |
| Spring 2017 |          |            |         |         |       |
| Fall 2016   |          |            |         |         |       |
| Spring 2016 |          |            |         |         |       |
| Fall 2015   |          |            |         |         |       |
| Spring 2015 |          |            |         |         |       |

**INTERROGATORY No. 2:** State how many undergraduate students have been withdrawn from Yale College for academic reasons. Semesters listed in the first column refer to the last semester when the student was enrolled in Yale College.

**ANSWER:** I submit the answer in the table below:

|  | Freshmen | Sophomores | Juniors | Seniors | TOTAL |
|---|---|---|---|---|---|
| Fall 2019 |  |  |  |  |  |
| Spring 2019 |  |  |  |  |  |
| Fall 2018 |  |  |  |  |  |
| Spring 2018 |  |  |  |  |  |
| Fall 2017 |  |  |  |  |  |
| Spring 2017 |  |  |  |  |  |
| Fall 2016 |  |  |  |  |  |
| Spring 2016 |  |  |  |  |  |
| Fall 2015 |  |  |  |  |  |
| Spring 2015 |  |  |  |  |  |

**INTERROGATORY No. 3**: How did you gather this information? Describe with particularity how do you store information about students that have been withdrawn, the reasons of their withdrawals, and safety mechanisms that ensure this data is protected from unauthorized viewers.

**ANSWER:**

**INTERROGATORY No. 4**: How could your senior officers and employees know that the numbers you provided as answers to interrogatories numbered 1 and 2 are true and correct?

**ANSWER:**

**INTERROGATORY No. 5**: How would you convince John Doe, an individual with no connection to Yale University, that numbers you provided as answers to interrogatories numbered 1 and 2 have not been randomly generated?

**ANSWER:**

**INTERROGATORY No. 6:** What mechanisms have you implemented to prevent fraud inside Yale University, and what steps have you taken to ensure your policies have any connection with reality?

**ANSWER:**

**REQUEST FOR ADMISSION No. 34:** Yale University does not possess, control, or otherwise have access to any database that contains information about students that have been withdrawn from Yale College.

✓ Admitted.

✓ Denied. This statement is false because

✓ Admitted but only

✓ I lack sufficient knowledge to answer the request because

Responses Dated: _____ in New Haven, Connecticut.

VERIFICATION

I, [NAME OF OFFICER], act on behalf of the defendant Yale University in this action. I have read the First Set of Interrogatories propounded to Yale University by plaintiff, Jakub Madej, and my Response to the request. I am familiar with the contents of both.

I declare under penalty of perjury that my answers are true and correct. I understand what perjury is. I also understand that perjury is a crime under the laws of the United States. I am aware that perjury is a felony punishable with a prison sentence of up to five years under 18 U.S.C. § 1621.

Executed: [Time] in North Haven, Connecticut.

[Name of Officer]
Hand Signature of Officer

[Name of attorney for defendant]
Signature attorney for Defendant

Dated: May 15, 2020 in Tempe, Arizona.

Respectfully submitted,
/s/ Jakub Madej

Jakub Madej
65 Dwight St
New Haven, CT 06511
Telephone: (203) 928-8486
Facsimile: (646) 776-0066
Fax: (203) 902-0070
Email: j.madej@lawsheet.com

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I sent a true and correct copy of the attached Requests for Admissions, together with all attachments and exhibits, by email and certified mail on May 15, 2020 to the attorneys of record for all of the parties in this action at the addresses listed below:

Patrick M. Noonan, Esq.

DONAHUE, DURHAM & NOONAN PC

741 Boston Post Road, Suite 306

Guilford, CT 06437

Email: PNoonan@ddnctlaw.com

Telephone: (203) 458-9168

Fax: (203) 458-4424

/s/ Jakub Madej