Jakub Madej <j.madej@lawsheet.com>

## Yale's Responses to First Set of Interrogatories
2 messages

**Jakub Madej** <j.madej@lawsheet.com>                              Tue, Jun 30, 2020 at 10:17 AM
To: Pat Noonan <PNoonan@ddnctlaw.com>

Dear Patrick,

I hope you had a great weekend. I write to check if Yale intends to provide answers to the First Set of Interrogatories. These interrogatories were dated and sent to you on May 15, 2020. I attach a copy for your reference. The original deadline June 16, though Yale was granted additional two weeks until June 29 on your motion. Today is June 30. Yale is yet to provide any material.

To confirm, I have not received any responses to date. I indicated that I am happy to give Yale more time if you ask a few days in advance. I received no such request, though.

I expect Yale to fully meet its discovery obligations, as the plaintiff has. Under Federal Rule 33, interrogatories must be answered under oath, and the answering party must sign them. Accordingly, I will only accept answers that fully meet the standard of FRCP 33(b).

Please let me know by Wednesday evening if Yale will provide an answer. I hope we'll be able to resolve this without Court's intervention.

Best,
Jakub

Jakub Madej
65 Dwight St
New Haven, CT 06511
Phone: (203) 928-8486
Fax: (203) 902-0070
Email: j.madej@lawsheet.com

This email may contain confidential or privileged information that are legally protected from disclosure. If you are not the intended recipient of this message or their agent, you must not use, disseminate, copy, or store this message or its attachments.

📄 first-set-of-interrogatories-to-yale-university (1).pdf
675K

**Jakub Madej** <j.madej@lawsheet.com>  Thu, Jul 2, 2020 at 9:50 AM
To: Pat Noonan <PNoonan@ddnctlaw.com>

Dear Patrick,

I received no response from you regarding Yale's missing answers. Yale was previously granted additional two weeks to provide its responses but served none then, and none to date. Accordingly, I intend to seek sanctions for failure to answer interrogatories despite multiple extensions. Please treat this message as a final attempt at conferral.

Call me at (203) 928-8486 as soon as you see this message if you believe anything I stated here is incorrect.

Regards,
Jakub

Jakub Madej
65 Dwight St
New Haven, CT 06511
Phone: (203) 928-8486
Phone: (646) 776-0066
Fax: (203) 902-0070
Email: j.madej@lawsheet.com

This email may contain confidential or privileged information that are legally protected from disclosure. If you are not the intended recipient of this message or their agent, you must not use, disseminate, copy, or store this message or its attachments.

[Quoted text hidden]