Jakub Madej <j.madej@lawsheet.com>

## Madej v. Yale

**Jakub Madej** <j.madej@lawsheet.com>                                 Tue, Jul 7, 2020 at 3:14 PM
To: Pat Noonan <PNoonan@ddnctlaw.com>

Dear Patrick,

My apologies. When is the last telephone you received from me? I am only contacting you by email. This is consistent with the process Judge Hall referenced in her recent order. I further suggest you respond to my emails, and I will do the same. Yale has not provided its responses to interrogatories that were due on June 29, 2020. You requested this extension from two weeks earlier, which Judge Hall granted. Please indicate when Yale will provide responses. If Yale continues to violate discovery obligations, I will seek sanctions.
Best,
Jakub

Jakub Madej
1700 Santa Fe Avenue #845 | Long Beach, CA 90813
415 Boston Post Rd 3-1102 | Milford, CT 06460
Phone: (203) 928-8486
Phone: (646) 776-0066
Fax: (203) 902-0070
Email: j.madej@lawsheet.com

This email may contain confidential or privileged information that are legally protected from disclosure. If you are not the intended recipient of this message or their agent, you must not use, disseminate, copy, or store this message or its attachments.

[Quoted text hidden]