IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

_____

**JAKUB MADEJ**

    **Plaintiff,**

v.

**YALE UNIVERSITY, MARK SCHENKER
JESSIE ROYCE HILL, MARVIN CHUN,
PETER SALOVEY**

    **Defendants.**

_____

CIVIL ACTION No.  3:20-cv-00133-JCH

JURY TRIAL DEMANDED

MAY 6, 2020

## PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION
## FOR DEFENDANT YALE UNIVERSITY

    Plaintiff Jakub Madej requests, pursuant to *Fed R Civ P* 36, that you admit the following matters in writing within 30 days of service, or by June 7, 2020. Every matter is deemed admitted and conclusively established for the purpose of this action if you fail to respond within the time allowed. If you believe you need an extension, and request it at least three days before the due date, I will be sympathetic to a five days' extension.

## INSTRUCTIONS

- Sign and serve complete answers via email to jakub.madej@yale.edu and j.madej@law-sheet.com, and by fax to (203) 902-0070. Service by first-class mail to the address below is appreciated but not necessary.

JAKUB MADEJ
415 Boston Post Rd
Ste 3-1102
Milford, CT 06460

- Use this file for your responses. An editable Word document is available for your convenience at lawsheet.com/first-set-request-for-admission-for-yale-university.docx.
- If you do not admit the matter, you must specifically deny it or state in detail why you cannot truthfully admit or deny it.
- If you deny the matter, you must fairly respond to the substance of the matter.
- If good faith requires you to qualify an answer or deny only a part of a matter, your answer must specify the part admitted and qualify or deny the rest.
- You may only assert lack of knowledge or information as a reason for failing to admit or deny if you made reasonable inquiry and you cannot readily obtain information sufficient to enable you to admit or deny. State with particularity what reasonable inquiry you made into the matter.
- The verification need not be notarized if the signature is hand-written.

## POSSIBLE RESPONSES

- ✓ Admitted.
- ✓ Denied. This statement is false because [the reason the statement is false].
- ✓ Admitted but only [qualification].
- ✓ I lack sufficient knowledge to answer the request because [the reason].

## FIRST SET OF REQUESTS FOR ADMISSION
## FOR DEFENDANT YALE UNIVERSITY

**REQUEST No. 1.** Admit that plaintiff Jakub Madej is neither a citizen nor a permanent resident of the United States.
**RESPONSE:**

**REQUEST No. 2.** Admit that Yale University deactivated plaintiff's F-1 student status within 15 days after Yale determined that he be academically withdrawn.

2

**RESPONSE:**

**REQUEST No. 3.** Admit that Plaintiff would be unlawfully present in the United States had he not left the United States within 15 days after Yale determined that plaintiff be academically withdrawn.

**RESPONSE:**

**REQUEST No. 4.** Admit that Yale University does not require international students to obtain B1/B2 (visitor/business) visas.

**RESPONSE:**

**REQUEST No. 5.** Admit that an individual admitted to the United States on a visitor visa (B1/B2) is not permitted to accept employment or work in the United States.

**RESPONSE:**

**REQUEST No. 6.** Admit that plaintiff was a student employee at Yale University until the end of February 2020.

**RESPONSE:**

**REQUEST No. 7.** Admit that plaintiff had not accepted any remuneration from Yale as a student employee after Yale deactivated his F-1 status.

**RESPONSE:**

**REQUEST No. 8.** Admit that a foreigner unlawfully present in the United States for 180 days or longer but less than one year is ineligible for a visa for 3 years after departure from the United States.

**RESPONSE:**

**REQUEST No. 9.** Admit that a foreigner unlawfully present in the United States for one year or more is ineligible for a visa for 3 years after departure from the United States.

3

**RESPONSE:**

**REQUEST No. 10**: Admit that plaintiff received full financial aid every term he spent at Yale College.

**RESPONSE:**

**REQUEST No. 11:** Admit that Defendant Mark SCHENKER has been the chair of the Committee on Honors and Academic Standing since year 2000.

**RESPONSE:**

**REQUEST No. 12.:** Admit that the faculty legislation that established the Committee on Honors and Academic Standing categorically bars the committee from considering a petition from a student for a change of term grade.

**RESPONSE:**

**REQUEST No. 13.** Admit no written procedures or policies of the Committee on Honors and Academic Standing at Yale College are contained in the Blue Book, also known as *Yale College Programs of Study*.

**RESPONSE:**

**REQUEST No. 14.** Admit that Committee on Honors and Academic Standing at Yale College has no written procedures or policies, excluding the information available online under the following links:

1) https://yalecollege.yale.edu/get-know-yale-college/office-dean/committees/committee-honors-and-academic-standing-chas, archived at: https://perma.cc/7CJJ-EQ5W;
2) http://catalog.yale.edu/dus/committee-honors-academic-standing/, archived at: https://perma.cc/Y2LB-H9BL

**RESPONSE:**

**REQUEST No. 15.** Admit that Yale University possesses no statistics about the number of students who were withdrawn for academic reasons by the Committee on Honors and Academic Standing.

**RESPONSE:**

**REQUEST No. 16:** The Committee on Honors and Academic Standing meets about twice a month during the regular academic year.

**RESPONSE:**

**REQUEST No. 17:** The Committee on Honors and Academic Standing met at least six (7) times in Fall 2019 semester, up to and including January 13, 2020.

**RESPONSE:**

**REQUEST No. 18:** Full Committee on Honors and Academic Standing decides any matter that raises a question of academic policy or that is in some other way unusual.

**RESPONSE:**

**REQUEST No. 19:** The picture attached as "Exhibit 2" is a fair photograph of Defendant Mark SCHENKER.

**RESPONSE:**

**REQUEST No. 20.** Fewer than ten (10) students were dismissed for academic reasons following the Fall 2019 semester.

**RESPONSE:**


Responses Dated: _____

VERIFICATION

I, [NAME OF OFFICER], act on behalf of the defendant Yale University in this action. I have read the First Set of Requests for Admission propounded to me by plaintiff, Jakub Madej, and my Response to the request. I am familiar with the contents of both.

I declare under penalty of perjury under the laws of [name of state], that these answers are true and correct.

Executed: [Time] in North Haven, Connecticut.

[Name of defendant]
Defendant


[Name of attorney for defendant]
Attorney for Defendant



Before submitting your response, ensure your answers are not defective.


Dated: May 6, 2020 in Las Vegas, Nevada.


Respectfully submitted,
/s/ Jakub Madej

Jakub Madej
65 Dwight St
New Haven, CT 06511
Telephone: (203) 928-8486
Facsimile: (646) 776-0066
Fax: (203) 902-0070
Email: j.madej@lawsheet.com

EXHIBIT 1.

1) Mark Schenker, Chair
2) Sarah Insley, Secretary
3) Dana Angluin
4) Benjamin Glaser
5) Jason Shaw
6) Kirk Wetters
7) Daria Vander Veer, ex officio
8) Helena Lyng-Olsen, PC '22
9) Keshav Raghavan, MY '21

EXHIBIT 2.



CERTIFICATE OF SERVICE

I certify that I sent a true and correct copy of the attached Requests for Admissions, together with all attachments and exhibits, by first-class U.S. mail on May 6, 2020 to the attorneys of record for all of the parties in this action at the addresses listed below:

Patrick M. Noonan, Esq.

DONAHUE, DURHAM & NOONAN PC

741 Boston Post Road, Suite 306

Guilford, CT 06437

Telephone: (203) 458-9168

Fax: (203) 458-4424

/s/ Jakub Madej