**Jakub Madej <j.madej@lawsheet.com>**

---

# Deficiencies in Yale's Answers to First Set of Requests for Admission

---

**Pat Noonan** <PNoonan@ddnctlaw.com>                    Sun, Jun 14, 2020 at 10:32 AM
To: Jakub Madej <j.madej@lawsheet.com>, "jakub.madej@yale.edu" <jakub.madej@yale.edu>

Hi Jakub,

      Thanks for letting me know your thoughts on our responses to your Requests for Admission.  I agree with your statement that Fed.R.Civ.P.  36 governs both sides when it comes to Requests for Admission.  I do not agree that our responses are deficient.  With regard to your statement that you have not been receiving my emails, I have (as you requested) sent all of them to both of the emails above.  Sometimes I get an error message from the "lawsheet" address, but never from the Yale address.  I have assumed that you were having trouble with the former, perhaps because of your extensive travel.  However, I believe you should have all the ones I sent to the Yale address.  Please let me know if you need anything further.

      Pat

<span style="color:red">Please be advised that I will be intermittently working from home.  My cell phone number is 203-314-4562.</span>

Patrick M. Noonan

Donahue, Durham & Noonan, P.C.

741 Boston Post Road

Guilford, CT  06437

(203)457-5209(direct)

(203)314-4562(cell)

(203)458-9168(office)

[Quoted text hidden]