# Colleen Davis

**From:** Jakub Madej <j.madej@lawsheet.com>
**Sent:** Friday, June 12, 2020 2:44 PM
**To:** Pat Noonan <PNoonan@ddnctlaw.com>
**Cc:** jakub.madej@yale.edu
**Subject:** Re: FW: Request to represent me in connection with the case Madej v. Yale University

Dear Patrick,

Thank you for your message. I have known Ozan for years, and he was always an incredibly kind and helpful person. I agree to direct all documents related to this matter to you instead to him directly. In fact, I always intended to spare Ozan any burden or stress related to this case, as I believe he did nothing wrong at any point. Please note that this arrangement does nothing to alter Mr. Say's status as a nonparty in this litigation.

Don't hesitate to contact me at the phone number below if you wish to confer about this.

Best,
Jakub

Jakub Madej
65 Dwight St
New Haven, CT 06511
Phone: (203) 928-8486
Phone: (646) 776-0066
Fax: (203) 902-0070
Email: j.madej@lawsheet.com

This email may contain confidential or privileged information that are legally protected from disclosure. If you are not the intended recipient of this message or their agent, you must not use, disseminate, copy, or store this message or its attachments.

On Thu, Jun 11, 2020 at 9:50 PM Pat Noonan <PNoonan@ddnctlaw.com> wrote:

> Hi Jakub,
>
> Please see the email below from Ozan Say, who has asked me to represent him in connection with this matter. I have agreed to represent him, and on his behalf I hereby waive any requirements that he be personally provided with any pleadings, documents and communications. I agree to have all such materials sent to me instead of to Professor Rogers. Pursuant to Judge Hall's order, you are not to have any further contact with him. If you believe that I am incorrect in my statement, please email as soon as possible, so that we can clear up any misunderstanding you may have. Thank you for your anticipated cooperation.
>
> Pat
>
> Please be advised that I will be intermittently working from home. My cell phone number is 203-314-4562.

Patrick M. Noonan

Donahue, Durham & Noonan, P.C.

741 Boston Post Road

Guilford, CT 06437

(203)457-5209(direct)

(203)314-4562(cell)

(203)458-9168(office)

---

**From:** Say, Ozan <yasar.say@yale.edu>
**Sent:** Thursday, June 11, 2020 9:15 PM
**To:** Pat Noonan <PNoonan@ddnctlaw.com>
**Subject:** Request to represent me in connection with the case Madej v. Yale University

Dear Mr. Noonan,

I would appreciate it if you would represent me in connection with the case *Madej v. Yale University*. I prefer that Mr. Madej directs any communications or requests to you, not to me.

Best,
Ozan Say