**From:** Jakub Madej <j.madej@lawsheet.com>
**Sent:** Monday, July 20, 2020 4:42 AM
**To:** Pat Noonan <PNoonan@ddnctlaw.com>
**Subject:** Re: Madej v. Yale

Dear Patrick,

Yale has already waived its objections by not timely responding to the Interrogatories, and ignoring repeated emails that concerned Yale's noncompliance. Now you try to convey, albeit indirectly, that Yale served timely objections and I simply "overlooked" the message. Even if these representations were true, any discovery papers require service under Federal Rule 5. We have been down this road before. I reminded Yale just three weeks ago that merely sending an email without even a return receipt or confirming delivery does not pass the muster of Rule 5. Here, Yale claims to have sent an email. Yale never ensured if its recipient received it. Nor has Yale sought such confirmation. I encourage you to be honest with the Court. Otherwise, I will.

The burden of ensuring proper service was on Yale, and that burden is not high. A simple phone call or a text message would have ensured that I received the papers you now claim to have sent in June. A notice on the record would do the job, too. I received no message from you through any of these means. Per Federal Rule 33(b)(4), "any ground not stated in a timely objection is waived". Yale Defendants failed to serve timely responses or objections to these Interrogatories. Accordingly, Yale has waived its objections by not timely responding or answering to the Interrogatories.

Have a good week,
Jakub

Jakub Madej
1700 Santa Fe Avenue #845 | Long Beach, CA 90813
415 Boston Post Rd 3-1102 | Milford, CT 06460
Phone: (203) 928-8486
Phone: (646) 776-0066
Fax: (203) 902-0070
Email: j.madej@lawsheet.com

This email may contain confidential or privileged information that are legally protected from disclosure. If you are not the intended recipient of this message or their agent, you must not use, disseminate, copy, or store this message or its attachments.

On Sun, Jul 19, 2020 at 10:04 AM Pat Noonan <PNoonan@ddnctlaw.com> wrote:

Hi Jakub,

   I am trying yet again to provide these discovery responses to you. Even though you prefer not to receive material related to the lawsuit on your Yale email, I have sent these responses there and to the email you use with the

1

Court, because you claim you did not previously receive these responses in your "lawsheet" email. If you want me to avoid using the Yale email, I would encourage you not to block my emails on your "lawsheet" email account. I would also encourage you to look at my emails even if they appear in your Yale account, given your claims that you are not receiving them through your "lawsheet" email address. As I indicated a month ago, you may email me if you would like to communicate about the objections.

    Pat


Patrick M. Noonan

Donahue, Durham & Noonan, P.C.

741 Boston Post Road

Guilford, CT  06437

(203)457-5209(direct)

(203)314-4562(cell)

(203)458-9168(office)