**Subject:** FW: Deficiencies in Yale's Answers to First Set of Requests for Admission

---

**From:** Pat Noonan
**Sent:** Wednesday, June 17, 2020 11:42 PM
**To:** 'Jakub Madej' <j.madej@lawsheet.com>
**Subject:** RE: Deficiencies in Yale's Answers to First Set of Requests for Admission

Hi Jakub,

I will re-send my prior response, but the bottom line is that I do not agree that our response was in any way defective and therefore we will not be altering the response. In answer to your question, the error message I've been receiving when I send emails to your "lawsheet" email address is not what you have printed below. It is a standard error response that I if I send an email to an address that is incorrect (e.g. I added an extra letter). I was not aware that you intentionally blocked my emails. The error messages started about the same time you asked me to send emails to both the lawsheet address and your Yale account. I immediately agreed to send all emails to both email addresses, and have consistently done that since that time. At least I now know how you keep getting pleadings from the court on your email at a time when you claim not to have seen my emails; evidently you have not blocked the court from your lawsheet account.

In light of the foregoing, I really am mystified that you would now say that, during a time when you have intentionally blocked me on one address, you have been refusing to look at the other if it concerns the lawsuit. Perhaps you could be so kind as to explain why you refuse to review my emails. Even if you choose not to answer that question, I do encourage you to review my emails.

Pat

Please be advised that I will be intermittently working from home. My cell phone number is 203-314-4562.

Patrick M. Noonan
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT  06437
(203)457-5209(direct)
(203)314-4562(cell)
(203)458-9168(office)

**From:** Jakub Madej <j.madej@lawsheet.com>
**Sent:** Wednesday, June 17, 2020 11:11 AM
**To:** Pat Noonan <PNoonan@ddnctlaw.com>
**Subject:** Re: Deficiencies in Yale's Answers to First Set of Requests for Admission

Hi Pat,

Please confirm whether you intend to submit amended answers, or we will need to proceed through the court.

I don't use Yale email for anything related to this case. I believe the "error" message you refer to is attached below, am I correct?



The response was:

550 5.7.1 Talk is cheap but the truth isn't. If you want to communicate something to me, send me a letter. If you want to talk about resol

Don't hesitate to give me a call if you wish to confer about this.

Best,
Jakub

Jakub Madej
65 Dwight St
New Haven, CT 06511
Phone: (203) 928-8486
Phone: (646) 776-0066
Fax: (203) 902-0070
Email: j.madej@lawsheet.com

This email may contain confidential or privileged information that are legally protected from disclosure. If you are not the intended recipient of this message or their agent, you must not use, disseminate, copy, or store this message or its attachments.

---------- Quoted message ---------
From: **Jakub Madej** <j.madej@lawsheet.com>
Date: Sat, May 16, 2020 at 10:01 PM
Subject: Talk is cheap but the truth is not
To: Pat Noonan <PNoonan@ddnctlaw.com>


Dear Patrick,

Talk is cheap, but the truth isn't.

I expect everyone I subpoenaed to comply with the subpoenas. Subpoenas directed to Keshav, Helena, Sarah, Benjamin and Jason are due on May 25. That's 9 (nine) days from today. They have already waived all objections because neither you nor they timely moved to quash, or to modify. (Nor could they.) Neither you nor them have made any efforts for alternative arrangements.

Absent compliance, I will move to compel on May 26. I may also move for sanctions against Yale for non-compliance because only your client secured these individuals' noncompliance. They personally have *nothing* to do with our case.

If in-house counsel I subpoenaed ignore their subpoenas, I will also move for contempt. They know very well what a subpoena is. I hope they never forgot the Model Rules apply to them as to every other attorney. Also behind the veil of privilege. You cannot outsource the ethics.

As for outside counsel. That is you, Pat. Awaiting at your local USPS office is a modified subpoena, commanding testimony on June 8 instead of May 28. That's a courtesy from me. The tracking number is 7019 2970 0001 8391 2740. The first subpoena commanding your testimony is hereby null and void. A letter accompanying the modified subpoena confirms this nullification.

I will continue serving discovery via email, as you requested. I will call you when I believe an issue may be resolved by our agreement, or when I need to confer with you under Federal or Local Rules.

You artfully create a perception of communication between us but we both know there is none. I am humbled you thought I can give legal advice. But I am not a lawyer. If you want to talk about resolution, call me at (203) 928-8486.

Otherwise, this email conversation is over.

Best,
Jakub

65 Dwight St | New Haven, CT 06511 | (646) 776-0066 | j.madej@lawsheet.com

This email may contain confidential or privileged information that are legally protected from disclosure. If you are not the intended recipient of this message or their agent, you must not use, disseminate, copy, or store this message or its attachments.

On Sun, Jun 14, 2020 at 10:33 AM Pat Noonan <PNoonan@ddnctlaw.com> wrote:

> Hi Jakub,
>
> Thanks for letting me know your thoughts on our responses to your Requests for Admission. I agree with your statement that Fed.R.Civ.P. 36 governs both sides when it comes to Requests for Admission. I do not agree that our responses are deficient. With regard to your statement that you have not been receiving my emails, I have (as you requested) sent all of them to both of the emails above. Sometimes I get an error message from the "lawsheet" address, but never from the Yale address. I have assumed that you were having trouble with the former, perhaps because of your extensive travel. However, I believe you should have all the ones I sent to the Yale address. Please let me know if you need anything further.
>
> Pat
>
> Please be advised that I will be intermittently working from home. My cell phone number is 203-314-4562.
>
>
> Patrick M. Noonan
>
> Donahue, Durham & Noonan, P.C.
>
> 741 Boston Post Road
>
> Guilford, CT  06437
>
> (203)457-5209(direct)
>
> (203)314-4562(cell)
>
> (203)458-9168(office)

**From:** Jakub Madej <j.madej@lawsheet.com>
**Sent:** Friday, June 12, 2020 3:14 PM
**To:** Pat Noonan <PNoonan@ddnctlaw.com>
**Subject:** Deficiencies in Yale's Answers to First Set of Requests for Admission

Dear Patrick,

Please find a letter attached. Kindly confirm receipt.

Excellence is going an extra mile,

Jakub


Jakub Madej

65 Dwight St

New Haven, CT 06511

Phone: (203) 928-8486

Phone: (646) 776-0066

Fax: (203) 902-0070

Email: j.madej@lawsheet.com


This email may contain confidential or privileged information that are legally protected from disclosure. If you are not the intended recipient of this message or their agent, you must not use, disseminate, copy, or store this message or its attachments.