UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAKUB MADEJ | : |
| | : |
| | : CIVIL ACTION NO. |
| PLAINTIFF | : 3:20-cv-00133-JCH |
| | : |
| v. | : |
| | : |
| YALE UNIVERSITY, MARVIN CHUN, | : |
| MARK SCHENKER, PETER SALOVEY AND | : |
| JESSIE ROYCE HILL | : |
| | : |
| DEFENDANTS | : |
| | : JULY 30, 2020 |

**DEFENDANT YALE UNIVERSITY'S RESPONSE TO
"PLAINTIFF'S ON-THE-RECORD REQUEST TO YALE UNIVERSITY"**

On July 28, 2020 the plaintiff filed a pleading entitled "Plaintiff's On-The-Record Request to Yale University." (ECF # 135.) This was apparently in response to Yale University's Objection to Plaintiff's Motion to Compel responses to certain interrogatories (ECF ##129, 133). This "motion" by the plaintiff should be denied for two reasons. First, this "motion" is not recognized under the Federal Rules of Civil Procedure, and therefore should be denied summarily. There is simply no requirement anywhere in the Federal Rules for a party to be compelled to file an affidavit to support an objection to a discovery request.

Second, the pleadings already filed on this matter establish that defense counsel appropriately sent the objections to the plaintiff through three different methods; initially, the objections were sent by email to the address the plaintiff himself uses for communications with the Court (the "lawsheet" address) and the plaintiff's Yale University e-mail address. When the plaintiff claimed that he did not receive the objections, defense counsel then sent the objections by certified mail to the address listed on the plaintiff's most recent pleadings. When that mailing was

returned as undeliverable, due to "an insufficient address," defense counsel then sent the objections a third time, to the plaintiff's "lawsheet" and Yale University email addresses.[1]  It is clear that the plaintiff has received the objections and the matter is ripe for consideration by this Court.

        **THE DEFENDANTS,**

        **YALE UNIVERSITY**

By: _____/s/_____
PATRICK M. NOONAN – CT00189
COLLEEN NOONAN DAVIS – CT27773
DONAHUE, DURHAM & NOONAN, P.C.
Concept Park
741 Boston Post Road, Suite 306
Guilford, CT  06437
Telephone:  (203) 458-9168
Fax:  (203) 458-4424
Email:  pnoonan@ddnctlaw.com

### CERTIFICATION

     I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

_____/s/_____
               Patrick M. Noonan

---

[1] These communications are attached to the defendant's Objection to Motion to Compel, ECF #133, as Exhibits A, B, and C.