IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAKUB MADEJ,<br>　　　Plaintiff,<br><br>v.<br><br>YALE UNIVERSITY et al.<br>　　　Defendants. | Civil Action No.<br>3:20-cv-00133 (JCH)<br><br>Jury Trial Demanded<br><br>August 1, 2020 |

**PLAINTIFF'S MOTION TO FILE EXCESS PAGES
IN PLAINTIFF'S REPLY BRIEF TO DEFENDANT'S OBJECTION (ECF #133)**

　　Plaintiff Jakub Madej ("Jakub") respectfully moves the Court for leave to file a Reply to Defendants' Objection (ECF #133) in excess of the 10 pages allowed by Local Rule 7(d). Jakub's proposed filling will not exceed 25 pages, excluding captions and signatures. The additional pages are necessary to adequately address Defendants' blatant discovery misconduct that raises compelling questions about the integrity of the discovery process in this case.

　　On July 13, 2020, Jakub moved to compel Defendant Yale University ("Yale") to provide full responses to seven interrogatories due June 29, objections waived for failure to timely respond pursuant to Fed. R. Civ. P. 33(d)(4). (ECF #129). On July 21, 2020, Yale objected to that motion, claiming that it served responses at least twice before plaintiff moved to compel (ECF #133). Jakub believes that Yale's argument lacks an arguable basis either in law or in fact. Jakub also asserts that Yale's counsel made, and continues to make, material misrepresentations to the Court that undermine the fundamental principles of candor underlying the present proceedings. While Jakub has endeavored to make his presentation as succinct as possible, the nature and importance of the discovery misconduct alleged necessitates an enlargement of the Court's page limits.

For the foregoing reasons, Plaintiff Jakub Madej requests that the Court grant his Motion to File Excess Pages.

Dated:   August 1, 2020

Respectfully submitted,

By: /s/ Jakub Madej
Jakub J. Madej
Lawsheet
415 Boston Post Rd Ste 3-1102
Milford, CT 06460
T: (203) 928-8486
F: (203) 902-0070
E: j.madej@lawsheet.com

*Counsel for Plaintiff*