**From:** Pat Noonan
**Sent:** Thursday, March 26, 2020 9:04 PM
**To:** 'Jakub Madej (j.madej@lawsheet.com)' <j.madej@lawsheet.com>
**Subject:** Your text message

Hi Jakub,
In response to your text message earlier today, I learned that your Yale email was mistakenly turned off, and it was restored several hours ago. Please let me know if you are having difficulty. In the future, it would be best to communicate by email, since I tend not to check text messages during work hours.
Pat

<span style="color:red">Please be advised that I will be intermittently working from home. My cell phone number is in my signature below.</span>

Patrick M. Noonan
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437
(203)457-5209(direct)
(203)314-4562(cell)
(203)458-9168(office)

1