UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | : | |
|---|---|---|
| JAKUB MADEJ | : | |
| | : | CIVIL ACTION NO. |
| PLAINTIFF | : | 3:20-cv-00133-JCH |
| | : | |
| v. | : | |
| | : | |
| YALE UNIVERSITY, MARVIN CHUN, | : | |
| MARK SCHENKER, PETER SALOVEY AND | : | |
| JESSIE ROYCE HILL | : | |
| | : | |
| DEFENDANTS | : | |
| | : | JUNE 27, 2020 |

**DEFENDANTS' SUPPLEMENTAL
REQUESTS FOR PRODUCTION TO PLAINTIFF**

Pursuant to Fed. R. Civ. P. 34, the defendants request that the plaintiff answer under oath and within thirty (30) days, the following Requests for Production.

**REQUESTS FOR PRODUCTION**

1. Please provide copies of all recordings, audio, video, or otherwise, from the body camera you wore while present on Yale University campus in June, 2020, as stated in your June 4, 2020 e-mail to Attorney Patrick M. Noonan.

**RESPONSE:**


2. Please provide copies of all recordings, audio, video, or otherwise, of statements Yale police officers made to you, as referenced in your June 18, 2020 e-mail to Attorney Patrick M. Noonan.

**RESPONSE:**

3.	Please provide copies of all recordings, audio, video, or otherwise, capturing any statement or conduct of any employee or agent of Yale University between August, 2016 and the date of trial.

**RESPONSE:**

                                              THE DEFENDANTS,

                                              YALE UNIVERSITY, MARVIN CHUN,
MARK SCHENKER, PETER SALOVEY AND
JESSIE ROYCE HILL

By:  _____/s/_____
PATRICK M. NOONAN – CT00189
DONAHUE, DURHAM & NOONAN, P.C.
Concept Park
741 Boston Post Road, Suite 306
Guilford, CT  06437
Telephone:  (203) 458-9168
Fax:  (203) 458-4424
Email:  pnoonan@ddnctlaw.com

**CERTIFICATION**

This is to certify that a copy of the foregoing was emailed on the above-written date, to:

Jakub Madej
j.madej@lawsheet.com

_____/s/_____
Patrick M. Noonan

2