IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

_____

**JAKUB MADEJ**                                               CIVIL ACTION No. 3:20-cv-00133-JCH

    *Plaintiff,*

**v.**

                                                      **JURY TRIAL DEMANDED**

**YALE UNIVERSITY** *et al.*

    *Defendants.*                                              JULY 15, 2020

_____

## DAMAGES ANALYSIS

Plaintiff Jakub Madej hereby discloses the preliminary damages analysis.

(a)   Compensatory damages in the amount of $1,500,000;
(b)   Past wage loss in the amount of $173,453.00;
(c)   Future wage loss in the amount of $771,683.00;
(d)   Past non-economic damages in the total amount of $486,418.00; and
(e)   Punitive and exemplary damages in the total amount of $3,350,000.

Plaintiff reserves the right to amend or modify the analysis as, without limitation, new information becomes available to him and more specific calculations can be made.

Dated:   July 15, 2020                                           Respectfully submitted,
          Bridgeport, Connecticut                             By: */s/ Jakub Madej*
                                                           Jakub J. Madej
                                                            Lawsheet
                                                            415 Boston Post Rd Ste 3-1102
                                                            Milford, CT 06460
                                                           T: (203) 928-8486
                                                           F: (203) 902-0070
                                                           E: j.madej@lawsheet.com

                                                           *Attorney for Plaintiff*