**Attachments:**	20-07-15 TT Damages Analysis- rcd disk mail - DDN 7-21-20.pdf

---

**From:** Pat Noonan
**Sent:** Friday, July 24, 2020 11:50 PM
**To:** 'Jakub Madej' <j.madej@lawsheet.com>
**Subject:** FW: Madej | Damages Analysis

Hi Jakub,

We received a disk from you by mail yesterday.  I attach the document you labelled "Damages Analysis" which is the only item on this disk.  I have two observations.  First, this is not a "Damages Analysis".  It is a demand.  Even the provisions governing Initial Disclosures provide that the damages analysis is to include "the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered." This "Damages Analysis" does not comply with the rules.   Please let me know if you are willing to comply.  If I don't hear from you by next Tuesday, I will begin the process for seeking a motion to compel.

Second, please explain why you wasted your money, and my time, in putting this document on a disk instead of emailing it to me.  As I have told you repeatedly, email is the most reliable, effective and most efficient method of communicating.  Putting this on a disk required a greater expenditure of time on the part of my assistant and me.  Is there a reason you are refusing to comply with my request?  If you don't answer by next Tuesday, I will seek an order from the Court.

Pat

<span style="color:red">Please be advised that I will be intermittently working from home.  My cell phone number is 203-314-4562.</span>

Patrick M. Noonan
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT  06437
(203)457-5209(direct)
(203)314-4562(cell)
(203)458-9168(office)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

_____

**JAKUB MADEJ**  CIVIL ACTION No. 3:20-cv-00133-JCH

　　*Plaintiff,*

v.

　　　　　　　　　　　　　　　　　　　　JURY TRIAL DEMANDED

**YALE UNIVERSITY** *et al.*

　　*Defendants.*  JULY 15, 2020

_____

## DAMAGES ANALYSIS

Plaintiff Jakub Madej hereby discloses the preliminary damages analysis.

(a) Compensatory damages in the amount of $1,500,000;
(b) Past wage loss in the amount of $173,453.00;
(c) Future wage loss in the amount of $771,683.00;
(d) Past non-economic damages in the total amount of $486,418.00; and
(e) Punitive and exemplary damages in the total amount of $3,350,000.

Plaintiff reserves the right to amend or modify the analysis as, without limitation, new information becomes available to him and more specific calculations can be made.

Dated:　July 15, 2020　　　　　　　　　　Respectfully submitted,
　　　　　Bridgeport, Connecticut
　　　　　　　　　　　　　　　　　　　　By: */s/ Jakub Madej*
　　　　　　　　　　　　　　　　　　　　Jakub J. Madej
　　　　　　　　　　　　　　　　　　　　Lawsheet
　　　　　　　　　　　　　　　　　　　　415 Boston Post Rd Ste 3-1102
　　　　　　　　　　　　　　　　　　　　Milford, CT 06460
　　　　　　　　　　　　　　　　　　　　T: (203) 928-8486
　　　　　　　　　　　　　　　　　　　　F: (203) 902-0070
　　　　　　　　　　　　　　　　　　　　E: j.madej@lawsheet.com

　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*