UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAKUB MADEJ | : |
| | : |
| | : CIVIL ACTION NO. |
| PLAINTIFF | : 3:20-cv-00133-JCH |
| | : |
| v. | : |
| | : |
| YALE UNIVERSITY, MARVIN CHUN, | : |
| MARK SCHENKER, PETER SALOVEY AND | : |
| JESSIE ROYCE HILL | : |
| | : |
| DEFENDANTS | : |
| | : AUGUST 7, 2020 |

**DEFENDANTS' MOTION TO COMPEL**

The defendants hereby move to compel the plaintiff to provide defense counsel with an unsecured, non-password protected copy of his July 20, 2020 Answers to Defendants' Requests for Admission. On August 4, 2020, the defendants filed a motion to compel the plaintiff to comply with the defendants' discovery requests. (Docket Entry No. 139.) When defense counsel attempted to upload the plaintiff's Answers to Defendants' Requests for Admission as an exhibit, defense counsel discovered that the document provided by the plaintiff was secured and password protected. As a result, defense counsel was unable to upload the document to PACER to submit it in support of the Defendants' Motion to Compel Discovery Responses. Defense counsel is also unable to copy or print the document; rather, defense counsel is only able to view the document and save it to his computer system.

After realizing that the plaintiff provided a secured and password protected document, defense counsel e-mailed the plaintiff and requested that he provide a copy of his Answers to Defendants' Requests for Admission in Word or Adobe format so that defense counsel can print

and copy it.  Defense counsel also requested that the plaintiff provide future documents in that same format.[1]  To date, the plaintiff has not responded to that e-mail.

Since the defendants should be able to submit the plaintiff's July 20, 2020 Answers to Defendants' Requests for Admission.to the Court for adjudication of their motion to compel, the instant motion to compel the plaintiff to produce an unsecured, non-password protected copy of those discovery responses should be granted.  The defendants further request that the Court order the plaintiff to provide defense counsel with all discovery responses and any other pleadings or documents in an unsecured, non-password protected format so that defense counsel can copy and print the documents, and submit them to the Court if necessary.

THE DEFENDANTS,

YALE UNIVERSITY, MARVIN CHUN, MARK SCHENKER, PETER SALOVEY AND JESSIE ROYCE HILL

By:_____/s/_____
PATRICK M. NOONAN – CT00189
COLLEEN NOONAN DAVIS – CT27773
DONAHUE, DURHAM & NOONAN, P.C.
Concept Park
741 Boston Post Road, Suite 306
Guilford, CT  06437
Telephone:  (203) 458-9168
Fax:  (203) 458-4424
Email:  pnoonan@ddnctlaw.com

---

[1] A copy of the August 4, 2020 e-mail is attached hereto as Exhibit A.  Of course, the defendants cannot provide the e-mail attachment to the Court because it is secured and password protected.

## **CERTIFICATION**

      I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                      _____/s/_____
                                                         Patrick M. Noonan