**Attachments:**   20-07-20 TT Rsp RFA dated 6-24-20.pdf

---

**From:** Pat Noonan
**Sent:** Tuesday, August 4, 2020 11:42 AM
**To:** 'Jakub Madej' <j.madej@lawsheet.com>
**Subject:** FW: madej
**Importance:** High

Hi Jakub,

It appears that you have sent the attached Response to my Request for Admissions in a fashion that prevents me from copying the document or printing it.  Please send to me in Word or Adobe, so that I can both print and copy it.  Please do the same with all future communications.  If I don't hear from you by noon on August 5, I will seek an order of the Court.

Pat

Patrick M. Noonan
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT  06437
(203)457-5209(direct)
(203)314-4562(cell)
(203)458-9168(office)

---

**From:** Colleen Davis
**Sent:** Tuesday, August 4, 2020 9:54 AM
**To:** Pat Noonan <PNoonan@ddnctlaw.com>
**Subject:** madej

This is the one he sent "secured" so that we can't copy it or print it.  Anne-Marie is going to take a look at the exhibits to make sure they can be filed.  Karen will let me know when it is filed.

Colleen Noonan Davis, Esq.
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford,  CT  06437
Tel:  203-458-9168
Fax: 203-458-4424

1