UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAKUB MADEJ | : |
| | : |
| | : CIVIL ACTION NO. |
| PLAINTIFF | : 3:20-cv-00133-JCH |
| | : |
| v. | : |
| | : |
| YALE UNIVERSITY, MARVIN CHUN, | : |
| MARK SCHENKER, PETER SALOVEY AND | : |
| JESSIE ROYCE HILL | : |
| | : |
| DEFENDANTS | : |
| | : AUGUST 11, 2020 |

**MOTION TO QUASH SUBPOENA AND NOTICE OF VIDEOTAPED DEPOSITION**

Pursuant to Rule 45(d), the defendant, Yale University, hereby moves to quash the subpoena and notice of the videotaped deposition of its agent, Keshav Raghavan. This motion should be granted for four separate reasons: (1) the plaintiff failed to comply with Rule 45 of the Federal Rules of Civil Procedure; (2) the subpoena is in direct contravention of Judge Hall's order; (3) the subpoena and notice of deposition subject Mr. Raghavan to an undue burden; and (4) the production requests are duplicative of the requests for production previously sent to Yale University and Mark Schenker. The accompanying memorandum of law supports this motion.

THE DEFENDANT,

YALE UNIVERSITY

By: _____/s/_____
PATRICK M. NOONAN – CT00189
COLLEEN NOONAN DAVIS – CT27773
DONAHUE, DURHAM & NOONAN, P.C.
Concept Park
741 Boston Post Road, Suite 306
Guilford, CT  06437
Telephone:  (203) 458-9168
Fax:  (203) 458-4424
Email:  pnoonan@ddnctlaw.com

## **CERTIFICATION**

I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

_____/s/_____
Patrick M. Noonan