**Attachments:**      Madej v. YU.pdf

---

**From:** Pat Noonan
**Sent:** Sunday, May 31, 2020 10:39 AM
**To:** 'Jakub Madej' <j.madej@lawsheet.com>; 'jakub.madej@yale.edu' <jakub.madej@yale.edu>
**Subject:** Madej v. YU

Hi Jakub,
Attached and below are emails from the following eleven people asking me to represent them: Mark Schenker, Jessie Hill, Michelle Tracey, Jason Shaw, Benjamin Glaser, Kirk Wetters, Daria Vander Veer, Keshav Raghavan, Sarah Insley, Michael Schmertzler and Heather Lyng-Olsen. I have agreed to represent them, and on their behalf I hereby waive any requirements that they be personally provided with any pleadings, documents and communications. I agree to have all such materials sent to me instead of them. Pursuant to Judge Hall's order, you are not to have any further contact with them. If you believe that I am incorrect in my statement, please email as soon as possible, so that we can clear up any misunderstanding you may have.
You will note that, as you previously requested, I am emailing you at both of the emails you have provided to me. I am not obligated to do this; I am doing this because you requested it, and because I know that email is the easiest, quickest, most reliable and most inexpensive method of communication. In light of my accommodation of your request, I am once again asking you to extend the same courtesy to me. I wish to receive each communication from you just once, in the form of an email to me and no one else. Please do not mail, express mail, Fed Ex, certified mail, or fax anything to me. If you are unwilling to comply with this request, would you kindly inform me of your reason for not accommodating my request? If there is a valid reason for sending multiple copies of the same document, I will of course consider it. If you have no valid reason for refusing my request, then I must conclude that you are sending my multiple copies just to antagonize me. I should tell you that if you want to compromise on disputed matters in this case, refusing a reasonable request without any justification is a poor way to get my cooperation.
Pat

**From:** Schmertzler, Michael <michael.schmertzler@yale.edu>
**Sent:** Friday, May 29, 2020 9:17 PM
**To:** Pat Noonan <PNoonan@ddnctlaw.com>
**Subject:** Madej v Yale

Attorney Noonan,

I would appreciate it if you would represent me in connection with the case Madej v. Yale University, and I prefer that Mr. Madej direct any communications or requests to you, not to me.

Dear Pat,

I would appreciate it if you would represent me in connection with the case Madej v. Yale University, and I prefer that Mr. Madej direct any communications or requests to you, not to me.

Jessie Royce Hill
Dean, Benjamin Franklin College
Yale University


Patrick M. Noonan
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437
(203)457-5209(direct)
(203)314-4562(cell)
(203)458-9168(office)

**From:** Glaser, Benjamin <ben.glaser@yale.edu>
**Sent:** Thursday, May 28, 2020 3:45 PM
**To:** Pat Noonan <PNoonan@ddnctlaw.com>
**Subject:** Re: Madej v. Yale

Attorney Noonan,

I would appreciate it if you would represent me in connection with the case Madej v. Yale University, and I prefer that Mr. Madej direct any communications or requests to you, not to me.

Ben Glaser

**From:** Kirk Wetters <kirk.wetters@yale.edu>
**Sent:** Thursday, May 28, 2020 3:57 PM
**To:** Pat Noonan <PNoonan@ddnctlaw.com>
**Subject:** Re: Madej v. Yale
**Importance:** High

Dear Attorney Noonan,

I would appreciate it if you would represent me in connection with the case Madej v. Yale University, and I prefer that Mr. Madej direct any communications or requests to you, not to me.

Sincerely,

Kirk Wetters
Department of Germanic Languages and Literatures
Yale University

1

From: Shaw, Jason <jason.shaw@yale.edu>
Sent: Thursday, May 28, 2020 3:49 PM
To: Pat Noonan <PNoonan@ddnctlaw.com>
Subject: Madej v. Yale University

Attorney Noonan,

I would appreciate it if you would represent me in connection with the case Madej v. Yale University, and I prefer that Mr. Madej direct any communications or requests to you, not to me.

Sincerely,

---
Jason A. Shaw
Assistant Professor
Director of Graduate Studies
Department of Linguistics
Yale University


m: jason.shaw@yale.edu

1

**From:** Keshav Raghavan <keshav.raghavan@yale.edu>
**Sent:** Thursday, May 28, 2020 5:13 PM
**To:** Pat Noonan <PNoonan@ddnctlaw.com>
**Subject:** Re: Madej v. Yale

Attorney Noonan,

I would appreciate it if you would represent me in connection with the case *Madej v. Yale University*. I prefer that Mr. Madej directs any communications or requests to you, not to me.


Best,

Keshav Raghavan

**From:** Schenker, Mark <mark.schenker@yale.edu>
**Sent:** Thursday, May 28, 2020 10:32 PM
**To:** Pat Noonan <PNoonan@ddnctlaw.com>
**Subject:** Re: Madej v. Yale

Attorney Noonan,

 I would appreciate it if you would represent me in connection with the case Madej v. Yale University, and I prefer that Mr. Madej direct any communications or requests to you, not to me.

Sincerely,
Mark J. Schenker
Dean of Academic Affairs

1

From: Insley, Sarah <sarah.insley@yale.edu>
Sent: Thursday, May 28, 2020 3:49 PM
To: Pat Noonan <PNoonan@ddnctlaw.com>
Subject: Representation Request re: Madej v. Yale
Importance: High

Dear Attorney Noonan,

I would appreciate it if you would represent me in connection with the case Madej v. Yale University, and I prefer that Mr. Madej direct any communications or requests to you, not to me.

Many thanks,
--
Sarah E. Insley, PhD
Dean, Branford College, Yale University
Lecturer in Classics
74 High Street, New Haven, CT 06511

**From:** Vander Veer, Daria <daria.vanderveer@yale.edu>
**Sent:** Friday, May 29, 2020 9:50 AM
**To:** Pat Noonan <PNoonan@ddnctlaw.com>
**Subject:** Madej v. Yale

Dear Attorney Noonan,

Thank you for taking the time to speak with me this morning.

I would appreciate it if you would represent me in connection with the case Madej v. Yale University, and I prefer that Mr. Madej direct any communications or requests to you, not to me.

Please let me know if you need any additional information.

Sincerely,

Daria Vander Veer
Assistant University Registrar

1

**From:** Helena Lyng-Olsen <helena.lyng-olsen@yale.edu>
**Sent:** Friday, May 29, 2020 10:33 AM
**To:** Pat Noonan <PNoonan@ddnctlaw.com>
**Subject:**

Attorney Noonan,

I would appreciate it if you would represent me in connection with the case Madej v. Yale University, and I prefer that Mr. Madej direct any communications or requests to you, not to me.

Sincerely,

Helena

1

**From:** Tracey, Michelle <michelle.tracey@yale.edu>
**Sent:** Friday, May 29, 2020 1:04 PM
**To:** Pat Noonan <PNoonan@ddnctlaw.com>
**Subject:** FW: Madej v. Yale
**Importance:** High

Hi Attorney Noonan,

    I would appreciate it if you would represent me in connection with the case Madej v. Yale University, and I prefer that Mr. Madej direct any communications or requests to you, not to me.

Also, Jessie was not copied on this email, not sure if she should have also received it.

Best,
Michelle

1