IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAKUB MADEJ,<br>    Plaintiff,<br><br>v.<br><br>YALE UNIVERSITY *et al.*,<br>    Defendants. | Civil Action No.<br>3:20-cv-00133 (JCH)<br><br>July 27, 2020<br>*Due: August 27, 2020.* |

**PLAINTIFF'S JULY 27, 2020 REQUESTS TO PRODUCE DOCUMENTS
<u>DIRECTED TO YALE UNIVERSITY</u>**

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Plaintiff Jakub Madej ("Jakub") requests that Defendant Yale University ("Yale") produce the following documents within 30 days, or by August 27, 2020.

These requests should not be construed to request privileged or work product documents.

**<u>Request No. 1</u>**
Produce documents sufficient to prove that an international student is subject to penalties for maintaining both B1/B2 (visitor/business) and F-1 (student) visas.

**<u>Request No. 2</u>**
Produce records indicating that Jakub's last date of employment as a student employee at Yale University occurred during the week of January 12-18, 2020.

**<u>Request No. 3</u>**
Produce documents sufficient to prove that Jakub's last date of employment as a student employee did <u>not</u> occur later than the week of January 12-18, 2020.

**<u>Request No. 4</u>**
Produce records reflecting the plaintiff received payment from Yale as a student employee after deactivation of his F-1 status.

**<u>Request No. 5</u>**
Produce the faculty legislation that established the Committee on Honors and Academic Standing.

Dated:   July 27, 2020                                  Respectfully submitted,

                                                 By: /s/ Jakub Madej
                                                      Jakub J. Madej
                                                      Lawsheet
                                                      415 Boston Post Rd Ste 3-1102
                                                      Milford, CT 06460
                                                      T: (203) 928-8486
                                                      F: (203) 902-0070
                                                      E: j.madej@lawsheet.com

## CERTIFICATE OF SERVICE

    I certify that on July 27, 2020, I served a copy of this Request on counsel for Yale University via electronic mail.

                                                                /s/ Jakub Madej

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| JAKUB MADEJ,<br>    Plaintiff,<br><br>    v.<br><br>YALE UNIVERSITY *et al.*,<br>    Defendants. | Civil Action No.<br>3:20-cv-00133 (JCH)<br><br>July 28, 2020<br>*Due: August 28, 2020* |

**PLAINTIFF'S JULY 28, 2020 REQUESTS TO PRODUCE DOCUMENTS
DIRECTED TO MARK SCHENKER**

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Plaintiff Jakub Madej ("Jakub") requests that Defendant Mark Schenker produce the following documents within 30 days, or by August 28, 2020.

**Request No. 1**
Produce documents sufficient to prove that Committee on Honors and Academic Standing met six times in academic year 2019-2020.

**Request No. 2**
Produce documents sufficient to persuade a reasonable juror that the Committee on Honors and Academic Standing at Yale College "does it work via written statements and documents".

Dated:   July 28, 2020

Respectfully submitted,

By: /s/ Jakub Madej
   Jakub J. Madej
   LAWSHEET
   415 Boston Post Rd Ste 3-1102
   Milford, CT 06460
   T: (203) 928-8486
   F: (203) 902-0070
   E: j.madej@lawsheet.com

CERTIFICATE OF SERVICE

I certify that on July 28, 2020, I served a copy of this Request on counsel for Mark Schenker via electronic mail.

/s/ Jakub Madej