UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | : | |
|---|---|---|
| JAKUB MADEJ | : | |
| | : | CIVIL ACTION NO. |
| PLAINTIFF | : | 3:20-cv-00133-JCH |
| | : | |
| v. | : | |
| | : | |
| YALE UNIVERSITY, MARVIN CHUN, | : | |
| MARK SCHENKER, PETER SALOVEY AND | : | |
| JESSIE ROYCE HILL | : | |
| | : | |
| DEFENDANTS | : | |
| | : | JULY 30, 2020 |

## DEFENDANT MARK SCHENKER'S OBJECTIONS TO REQUESTS FOR PRODUCTION

The defendant, Mark Schenker, hereby objects to the plaintiff's July 28, 2020 Requests to Produce Documents Directed to Mark Schenker.

**Request No. 1**
Produce documents sufficient to prove that Committee on Honors and Academic Standing met six times in academic year 2019-2020.

**OBJECTION:** **The defendant objects to this Request on the ground that it does not fall within the scope of Rule 26(b)(1) in that it is not relevant to any party's claim or defense, and the information is not proportional to the needs of the case considering the lack of importance of the requested documents to the issues at stake in the action. There are no allegations concerning the number of times CHAS met in the 2019/2020 school year. Whether or not CHAS met six times during the 2019-2020 academic year has no bearing on the plaintiff's claims concerning CHAS' consideration of his petition regarding his withdrawal from Yale University.**

**Request No. 2**
Produce documents sufficient to persuade a reasonable juror that the Committee on Honors and Academic Standing at Yale College "does it work via written statements and documents".

**OBJECTION:** **The defendant objects to this Request on the ground that it does not fall within the scope of Rule 26(b)(1) in that it is not relevant to any party's claim or defense, and the information is not proportional to the needs of the case considering the lack of importance of the requested documents**

**to the issues at stake in the action. There are no allegations concerning the method by which CHAS conducts its work, i.e., via written statements and documents." Therefore, the requested documents have no bearing on the plaintiff's claims concerning CHAS' consideration of his petition regarding his withdrawal from Yale University.**

THE DEFENDANTS,

MARK SCHENKER

By: _____/s/_____
PATRICK M. NOONAN – CT00189
COLLEEN NOONAN DAVIS – CT27773
DONAHUE, DURHAM & NOONAN, P.C.
Concept Park
741 Boston Post Road, Suite 306
Guilford, CT  06437
Telephone:  (203) 458-9168
Fax:  (203) 458-4424
Email:  pnoonan@ddnctlaw.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing was e-mailed on the above-written date, to:

Jakub Madej
j.madej@lawsheet.com

_____/s/_____
Patrick M. Noonan