**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

JAKUB MADEJ,
     Plaintiff,

     v.

YALE UNIVERSITY *et al.*,
     Defendants.

Civil Action No. 20cv133(JCH)

JURY TRIAL DEMANDED

AUGUST 12, 2020

**PLAINTIFF'S OPPOSITION TO**
**DEFENDANT YALE UNIVERSITY'S MOTION TO QUASH**
**PLAINTIFF'S CROSS-MOTION TO COMPEL COMPLIANCE WITH SUBPOENA**

Yale's motion to quash is a legal nullity because Yale lacks standing to even move to block a non-party deposition, let alone actually block one. Yale's argument is thus, as a matter of law, fatally flawed. Yale misleadingly characterizes Mr. Raghavan an "agent" of Yale University (ECF #143, at 1), only to later admit that he is a "non-party" (ECF #143-1, at 4). (Neither status would confer on Yale the necessary standing to move to quash, as later demonstrated). Yale's remaining arguments fail because the University failed to show prejudice from an alleged delay in satisfying the Rule 45 notice requirement, or from its assertions that requests are duplicative. Present before the Court is a normal deposition subpoena, and no reason exists to quash it but defendant's fear to engage with facts.

The court should promptly deny Yale's motion, and grant plaintiff's cross-motion to order Mr. Raghavan to appear at the properly noticed deposition. This motion is based on the accompanying memorandum of law, a sworn declaration, and three exhibits.

Dated:  August 12, 2020

Respectfully submitted,

By: /s/ Jakub Madej_____
    Jakub J. Madej
    LAWSHEET
    415 Boston Post Rd Ste 3-1102

Milford, CT 06460
T: (203) 928-8486
F: (203) 902-0070
E: j.madej@lawsheet.com