IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAKUB MADEJ,<br>    Plaintiff, | Civil Action No. 20cv133(JCH) |
| v. | JURY TRIAL DEMANDED |
| YALE UNIVERSITY *et al.*,<br>    Defendants. | AUGUST 12, 2020 |

**DECLARATION OF JAKUB MADEJ
IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO
QUASH AND PLAINTIFF'S CROSS-MOTION TO COMPEL COMPLIANCE**

I, Jakub Madej, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am over 18 years of age. The following facts are based on my own personal knowledge. I represent Plaintiff Jakub Madej in this action.
2. I believe, having examined carefully the evidence at hand, that Mr. Raghavan is likely to possess relevant information about the Committee, which is subject of these proceedings.
3. Attached as Exhibit A is a true copy of a conversation between Attorney Patrick M. Noonan and myself.
4. Attached as Exhibit B is a true copy of subpoena served on Mr. Keshav Raghavan.
5. Attached as Exhibit C is a true copy of defendant's responses to discovery requests.

I certify under penalty of perjury that the foregoing is true and correct.

Executed: August 12, 2020 in New York, NY.

                                                Respectfully submitted,
                                                /s/ Jakub Madej