UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | : | |
|---|---|---|
| JAKUB MADEJ | : | CIVIL ACTION NO. |
| | : | 3:20-cv-00133-JCH |
| PLAINTIFF | : | |
| v. | : | |
| YALE UNIVERSITY, MARVIN CHUN, MARK SCHENKER, PETER SALOVEY AND JESSIE ROYCE HILL | : | |
| DEFENDANTS | : | JUNE 19, 2020 |

**DEFENDANT'S RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION TO DEFENDANT, MARK SCHENKER**

The defendant, Mark Schenker, hereby responds to the Requests for Admission directed to him and dated May 7, 2020, as follows:

The defendant objects to the "instructions" and "possible responses" to the extent that they are inconsistent with the Federal Rules of Civil Procedure. The defendant also objects to the requests to the extent that they exceed the maximum of twenty set by Judge Hall. Without waiving said objection, the defendant will respond to all of the requests in this First Set of Requests for Admission. The defendant will not answer any additional Requests for Admission if propounded by the plaintiff.

**REQUEST No. 1:** You work as Senior Associate Dean and Dean of Academic Affairs at Yale College, and Lecturer in English at Yale University.

**RESPONSE:** Admit.

1

**Dean Schenker did not act as a faculty member viz a viz the plaintiff. The defendant also notes that the Faculty Handbook is a lengthy document and it would take substantial time and expense to read through the handbook in order to see whether this provision was quoted accurately. It is apparent that the plaintiff has access to the Faculty Handbook, and there is therefore no need for the defendant to incur that expenditure of time and money.**

**REQUEST No. 9:** On January 20, 2020, you made the following statement to plaintiff:

> The members join me in the hope that as you move forward you will consider the full ramifications of your statement that "I don't think Academic Regulations apply differently to me than to any other student at Yale." And as importantly, that you give serious thought to how you wish to manage your study in Yale College before you re-engage in it following your current withdrawal and future reinstatement.

**RESPONSE:     The defendant admits that this statement was made in a letter from the defendant to the plaintiff dated January 20, 2020.**

**REQUEST No. 10.** The list attached to this request and marked as "Exhibit 1" includes all members of the Committee on Honors and Academic Standing at Yale College in academic year 2019/2020.

**RESPONSE:**     Admit.

**REQUEST No. 11.** The list attached to this request and marked "Exhibit 1" does <u>not</u> include all members of the Committee on Honors and Academic Standing at Yale College in academic year 2018/2019.

**RESPONSE:**     Admit.

**REQUEST No. 12**: You have been the chair of the Committee at all times since academic year 1998/1999.

**RESPONSE:**     Admit.

**REQUEST No. 13:** The Committee on Honors and Academic Standing meets about twice a month during the regular academic year.

**RESPONSE:**     Admit.

**REQUEST No. 14:** The Committee met at least six times (6) in academic year 2019/2020 until January 13, 2020.

**RESPONSE: Admit.**

**REQUEST No. 15:** The full committee decides any matter that raises a question of academic policy or that is in some other way unusual.

4

never spoke with Jakub Madej.

**RESPONSE:**         **Admit.**


                                 **THE DEFENDANT, MARK SCHENKER**

                                 By:  /s/
                                    PATRICK M. NOONAN – CT00189
                                    DONAHUE, DURHAM & NOONAN, P.C.
                                    Concept Park
                                    741 Boston Post Road, Suite 306
                                    Guilford, CT  06437
                                    Telephone:  (203) 458-9168
                                    Fax:  (203) 458-4424
                                    Email:  pnoonan@ddnctlaw.com


## **CERTIFICATION**

     I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

                                                      /s/
                                               Patrick M. Noonan

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAKUB MADEJ,<br>          Plaintiff,<br><br>     v.<br><br>YALE UNIVERSITY *et al.*,<br>          Defendants. | Civil Action No.<br>3:20-cv-00133 (JCH)<br><br>July 28, 2020<br>*Due: August 28, 2020* |

## PLAINTIFF'S JULY 28, 2020 REQUESTS TO PRODUCE DOCUMENTS
## DIRECTED TO MARK SCHENKER

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Plaintiff Jakub Madej ("Jakub") requests that Defendant Mark Schenker produce the following documents within 30 days, or by August 28, 2020.

**Request No. 1**

Produce documents sufficient to prove that Committee on Honors and Academic Standing met six times in academic year 2019-2020.

**Request No. 2**

Produce documents sufficient to persuade a reasonable juror that the Committee on Honors and Academic Standing at Yale College "does it work via written statements and documents".

Dated:   July 28, 2020

Respectfully submitted,

By: /s/ Jakub Madej
    Jakub J. Madej
    LAWSHEET
    415 Boston Post Rd Ste 3-1102
    Milford, CT 06460
    T: (203) 928-8486
    F: (203) 902-0070
    E: j.madej@lawsheet.com

<u>CERTIFICATE OF SERVICE</u>

    I certify that on July 28, 2020, I served a copy of this Request on counsel for Mark Schenker via electronic mail.

<u>/s/ Jakub Madej</u>

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAKUB MADEJ | : |
| | : |
| | : CIVIL ACTION NO. |
| PLAINTIFF | : 3:20-cv-00133-JCH |
| | : |
| v. | : |
| | : |
| YALE UNIVERSITY, MARVIN CHUN, | : |
| MARK SCHENKER, PETER SALOVEY AND | : |
| JESSIE ROYCE HILL | : |
| | : |
| DEFENDANTS | : |
| | : JULY 30, 2020 |

**DEFENDANT MARK SCHENKER'S OBJECTIONS TO
REQUESTS FOR PRODUCTION**

The defendant, Mark Schenker, hereby objects to the plaintiff's July 28, 2020 Requests to Produce Documents Directed to Mark Schenker.

**Request No. 1**
Produce documents sufficient to prove that Committee on Honors and Academic Standing met six times in academic year 2019-2020.

**OBJECTION:** **The defendant objects to this Request on the ground that it does not fall within the scope of Rule 26(b)(1) in that it is not relevant to any party's claim or defense, and the information is not proportional to the needs of the case considering the lack of importance of the requested documents to the issues at stake in the action. There are no allegations concerning the number of times CHAS met in the 2019/2020 school year. Whether or not CHAS met six times during the 2019-2020 academic year has no bearing on the plaintiff's claims concerning CHAS' consideration of his petition regarding his withdrawal from Yale University.**

**Request No. 2**
Produce documents sufficient to persuade a reasonable juror that the Committee on Honors and Academic Standing at Yale College "does it work via written statements and documents".

**OBJECTION:** **The defendant objects to this Request on the ground that it does not fall within the scope of Rule 26(b)(1) in that it is not relevant to any party's claim or defense, and the information is not proportional to the needs of the case considering the lack of importance of the requested documents**

to the issues at stake in the action.  There are no allegations concerning the method by which CHAS conducts its work, i.e., via written statements and documents."  Therefore, the requested documents have no bearing on the plaintiff's claims concerning CHAS' consideration of his petition regarding his withdrawal from Yale University.

THE DEFENDANTS,

MARK SCHENKER

By:              /s/
   PATRICK M. NOONAN – CT00189
   COLLEEN NOONAN DAVIS – CT27773
   DONAHUE, DURHAM & NOONAN, P.C.
   Concept Park
   741 Boston Post Road, Suite 306
   Guilford, CT  06437
   Telephone:  (203) 458-9168
   Fax:  (203) 458-4424
   Email:  pnoonan@ddnctlaw.com

**CERTIFICATION**

This is to certify that a copy of the foregoing was e-mailed on the above-written date, to:

Jakub Madej
j.madej@lawsheet.com

                /s/
           Patrick M. Noonan

#

2