IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAKUB MADEJ,<br>    Plaintiff,<br><br>    v.<br><br>YALE UNIVERSITY et al.<br>    Defendants. | Civil Action No.<br>3:20-cv-00133 (JCH)<br><br>JURY TRIAL DEMANDED<br><br>August 23, 2020 |

## DECLARATION OF JAKUB MADEJ

1. My name is Jakub Madej. I make this declaration on personal knowledge and pursuant to the provisions of 28 U.S.C. § 1746, and in response to a brief in which the lawyer for Yale University, without benefit of an affidavit, leveled totally false and outrageous charges against me that threaten to damage my reputation irrevocably.

2. I represent Plaintiff Jakub Madej in this action.

3. I have never been asked by the building superintendent to vacate any property of Yale University.

4. I have not been apprehended by any Border Patrol.

5. I have not attempted to illegally cross the United States Border or, for that matter, any other state border.

6. I offered Mr. Noonan a chance to reflect on the accuracy of the statements, and that he nevertheless reaffirmed them.

7. On August 3, 2020, I requested that these statements be taken down. Mr. Noonan declined this opportunity.

8. Again, let me assert categorically, without reservation and with full awareness of the risks of perjury, that I did not ever, under any circumstances, attempt to illegally enter the United States.

9. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23rd day of August, 2020, in New York, NY.

_____
Jakub Madej