# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAKUB MADEJ,<br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>YALE UNIVERSITY *et al.*,<br>　　　　　　Defendants. | CASE NO. 3:20-cv-00133-JCH<br><br>JURY TRIAL DEMANDED<br><br>AUGUST 23, 2020<br><br>**[PROPOSED] ORDER TO SHOW CAUSE** |

　　　　On July 24, 2020, defendants filed a paper styled *Yale University's Objection To Motion To Determine Sufficiency Of Responses To Plaintiff's Request For Admissions* (ECF #134). It appears that factual contentions included therein were submitted for an improper purpose, contrary to the mandate of Federal Rule of Civil Procedure 11. Specifically, Rule 11(b) provides that:

> By presenting to the court a pleading, written motion, or other paper--whether by signing, filing, submitting, or later advocating it--an attorney or unrepresented party certifies that to the best of the person's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances:
>
> (1) it is not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; [and]
>
> (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery[.]

Fed. R. Civ. P. 11(b). Rule 11(c) permits a Court on its own initiative to require an attorney or party to show cause why its conduct specifically described in the order has not violated Rule 11(b).

　　　　Pursuant to Rule 11(c)(3), the Court **ORDERS** Defendants to show cause within seven (7) calendar days why Defendants' filing of its Objections, which contains immaterial and impertinent allegations about the plaintiff, has not violated Rule 11(b).

Dated this ____ day of _____ 2020 at New Haven, Connecticut.


_____
UNITED STATES DISTRICT JUDGE