# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAKUB MADEJ,<br>　　　　Plaintiff,<br><br>　　vs.<br><br>YALE UNIVERSITY et al.,<br>　　　　Defendants. | CASE NO. 3:20-cv-00133-JCH<br><br>JURY TRIAL DEMANDED<br><br>AUGUST 24, 2020<br><br>**DECLARATION OF JAKUB MADEJ** |

I, Jakub Madej, declare pursuant to 28 U.S.C. § 1746 as follows:

1. My name is Jakub Madej. I make this declaration on personal knowledge. I represent Plaintiff in this case styled *Madej v. Yale University et al.,* case no. 3:20-cv-00133.

2. I execute this declaration to establish facts in support of *Plaintiff' Amended Cross-Motion to Compel Compliance and Appear at Deposition*, and to certify compliance with Federal Rule and Local Rule 37.

3. A subpoena was issued by the Clerk of Court on May 4, 2020 and commanded Mr. Raghavan to appear and testify on August 17, 2020 at 2:00 pm at 231 Hudson Street in New York, NY, 10013, as more fully appears from a copy of the attached subpoena. Document No. 144-4, pages 3-4.

4. The subpoena was duly served on Mr. Keshav Raghavan on August 3, 2020 via certified mail directed to Mr. Raghavan's residence in Stamford, Connecticut. At the time of service, the witness was tendered $86.00 as the fees required to be paid by 28 U.S.C.A. § 1821.

5. The place at which the witness was required to attend by the subpoena is not more than 100 miles from the place he resides.

6. On or about August 4, 2020, I served counsel for Defendant Yale University with a separate deposition notice, and a copy of the above-mentioned subpoena. A true copy of the notice received by counsel is docketed on the record as Document No. 144-4.

7. At no time prior to the scheduled date and time for the deposition was any notice given that the deposition was to be called off or postponed.

8. I, as counsel for Plaintiff, spent approximately eight (8) hours preparing for the deposition.

9. On August 17, 2020, I duly appeared at the place noticed for the deposition, which commenced promptly at 2:00 pm. No representative of Yale University was present. The witness was also not present.

10. After waiting for 30 minutes for Mr. Raghavan, his counsel, or a representative of Yale Defendants, I contacted attorney Noonan via email and text message to determine if someone would appear for the deposition. A copy of this communication indicating the time when each attempt was made is attached to this affidavit as Exhibit A, pages 7-9. I received no response to the email or the text message.

11. Mr. Noonan sent a separate message at 2:44 pm, stating that "[w]e will await a ruling from Judge Hall before that deposition is taken" and that neither he nor the witness would appear at the deposition. Exhibit A, page 10.

12. At no point did attorney Noonan provide a reason for nonappearance, nor has he suggested postponing the deposition until a later time.

13. The deposition was suspended at 3:00 pm due to witness's non-appearance.

14. On August 18, 2020, I contacted Mr. Noonan via letter to ask why the deponent did not appear. I have also attached an amended notice of deposition, noticing it for September 1, 2020. I received no response to this letter.

15. On August 19, 2020, Mr. Noonan declared that neither he nor Mr. Raghavan would not be appearing at the deposition at any time. Counsel claimed that he may have to undergo a surgery at that time, and professed that Mr. Raghavan has no relevant information to this case. Mr. Noonan did not suggest any alternative date for the deposition. I indicated in response that I will only rely on factual statements about Mr. Raghavan that are declared under oath. A true copy of this communication is attached to this Affidavit as Exhibit B.

16. Because Defendants believe they are entitled to unilaterally decide who will be deposed, and who will not, the parties are unable, and will be unable, to reach an agreement without this Court's intervention.

17.     I estimate the reasonable expenses incurred in preparing for, traveling to, and attending the noticed deposition are $650. I will be billed this sum in connection with the deposition that did not occur as noticed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 24rd day of August, 2020, in New York, NY.

                                                                    Respectfully submitted,
                                                                    */s/ Jakub Madej*

Declarant's digital signature