IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAKUB MADEJ,<br>　　　　Plaintiff,<br><br>　　vs.<br><br>YALE UNIVERSITY *et al.*,<br>　　　　Defendants. | CASE NO. 3:20-cv-00133-JCH<br><br>JURY TRIAL DEMANDED<br><br>AUGUST 24, 2020<br><br>**[PROPOSED] ORDER** |

Jakub Madej, counsel for plaintiff, has moved by motion dated August 24, 2020 to compel KESHAV RAGHAVAN (the "deponent") to comply with a subpoena requiring him to produce certain documents and testify at a deposition. As set forth in Mr. Madej's motion, the deponent failed to appear on the date set forth in a subpoena served upon him and has not responded to attempts by Mr. Madej's office to contact him to reschedule the deposition.

Having examined Plaintiff's motion and attached exhibits, the Court finds that the subpoena in question was valid and properly served upon the deponent.

The deponent, KESHAV RAGHAVAN, is hereby **ORDERED** to comply with the subpoena. He must immediately call Mr. Madej's office to arrange for a mutually convenient date for him to appear to produce documents requested by the subpoena and to give testimony. Deponent must call Mr. Madej's office by _____ and appear for a deposition to be held on or before _____.

KESHAV RAGHAVAN is warned that if he fails to comply with this order, he could be subject to contempt proceedings for failure to respond to the subpoena and this order. If he is found to be in contempt of the subpoena or this order, he could be subject to sanctions, including imposition of a monetary fine, attorneys fees and costs. If the failure to comply continues, the court could issue a warrant of arrest for failure to comply with a court order.

Dated this \_\_\_\_ day of _____ 2020 at New Haven, Connecticut.

_____
UNITED STATES DISTRICT JUDGE