(https://yalecollege.yale.edu/)

# Committee on Honors and Academic Standing (CHAS)

## Purpose

To enforce, interpret, and apply the Academic Regulations (and to consider petitions for exceptions)

To administer the awards of General Honors and Distinction in the Major

To consider proposals for Special Term Courses and Special Divisional Majors

## Detailed description

Handbook for Directors of Undergraduate Studies in Yale College (http://catalog.yale.edu/dus/committee-honors-academic-standing/)

## Types of members

Yale College Dean's Office administrators

University faculty

Registrar's Office staff

Undergraduate students

# Roster for 2019-20 (https://yalecollege.yale.edu/)

Mark Schenker, Chair

Sarah Insley, Secretary

Dana Angluin

Benjamin Glaser

Jason Shaw

Kirk Wetters

Daria Vander Veer, ex officio

Helena Lyng-Olsen, PC '22

Keshav Raghavan, MY '21

(https://yalecollege.yale.edu/)

Copyright © 2020 Yale University (https://www.yale.edu/)
All Rights Reserved