UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAKUB MADEJ | : |
| | : CIVIL ACTION NO. |
| PLAINTIFF | : 3:20-cv-00133-JCH |
| | : |
| v. | : |
| | : |
| YALE UNIVERSITY, MARVIN CHUN, | : |
| MARK SCHENKER, PETER SALOVEY AND | : |
| JESSIE ROYCE HILL | : |
| | : |
| DEFENDANTS | : |
| | : SEPTEMBER 22, 2020 |

## DEFENDANTS' STATUS REPORT

In accordance with the Court's March 24, 2020 Scheduling Order Regarding Case Management Plan, the defendants submit the following status report.  Defense counsel sent a draft joint report to the plaintiff on September 21, 2020 and requested a response by 1:00 p.m. on September 22, 2020 so that the joint status report could be timely filed.  The plaintiff did not respond.

## Pending Motions

| Docket Entry No. | Title | Related Filings |
|---|---|---|
| 90 | Defendants' Motion to Dismiss | Plaintiff's response is due on October 1, 2020 per the Court's September 17, 2020 order |
| 110 | Plaintiff's Motion for Leave to File Second Amended Complaint | 116<br>Defendants' Memorandum of Law in Opposition to Plaintiff's Motion for Leave to File Second Amended Complaint and Request for Ruling on Motion to Dismiss |

| 111 | Defendant's Motion to Quash Subpoena Directed to Ozan Say | 128<br>Plaintiff's Response to Yale's Motion to Quash Subpoena<br><br>132<br>Yale University's Reply to Plaintiff's Response to Motion to Quash Subpoena Directed to Ozan Say |
|---|---|---|
| 129 | Plaintiff's Motion to Compel | 133<br>Defendant's Objection to Motion to Compel<br><br>140<br>Plaintiff's Reply to Defendant's Objection to Plaintiff's Motion to Compel |
| 130 | Plaintiff's Motion to Determine Sufficiency of Defendants' Responses to Plaintiff's Request for Admission | 134<br>Yale University's Objection to Motion to Determine Sufficiency of Responses to Plaintiff's Request for Admissions<br><br>138<br>Plaintiff's Reply to Yale University's Objection |
| 135 | Plaintiff's On-the-Record Request to Defendant Yale University | 136<br>Defendant Yale University's Response to "Plaintiff's On-The-Record Request to Yale University" |
| 137 | Plaintiff's Motion to File Excess Pages in Plaintiff's Reply Brief to Defendant's Objection | The defendant has no objection to this motion. |
| 139 | Defendants' Motion to Compel Discovery Responses | 142<br>Defendants' Supplemental Exhibit to Motion to Compel Discovery Responses<br><br>159<br>Plaintiff's Response to Defendants' Motion for Protective Order |
| 141 | Defendants' Motion to Compel | 159<br>Plaintiff's Response to Defendants' Motion for Protective Order |
| 143 | Defendant's Motion to Quash Subpoena and Notice of Videotaped Deposition | 144<br>Plaintiff's Opposition to Defendant Yale University's Motion to Quash Plaintiff's Cross-Motion to Compel Compliance with Subpoena<br><br>150<br>Defendant's Reply to Opposition to Motion to Quash Subpoena and Notice of Videotaped Deposition |

| 145 | Plaintiff's Motion to Compel Discovery Responses Directed to Defendant Mark Schenker | 149<br>Defendant Mark Schenker's Opposition to Motion to Compel Discovery Responses<br><br>159<br>Plaintiff's Response to Defendants' Motion for Protective Order |
|---|---|---|
| 146 | Defendants' Motion for Summary Disposition of Defendants' Motion to Dismiss | 159<br>Plaintiff's Response to Defendants' Motion for Protective Order |
| 147 | Plaintiff's Motion to Strike Impertinent Matter from Defendant Yale University's Objection (ECF #134) and for Order to Show Cause under FRCP 11(c)(3) | 158<br>Defendant's Memorandum of Law in Opposition to Plaintiff's Motion to Strike Impertinent Matter from Yale University's Objection and for Order to Show Cause Under FRCP 11(c)(3) |
| 148 | Plaintiff's Amended Cross-Motion to Compel Compliance and Appear at Deposition | 154<br>Defendant Yale University's Memorandum in Opposition to Plaintiff's Amended Cross-Motion to Compel Compliance and Appear at a Deposition<br><br>159<br>Plaintiff's Response to Defendants' Motion for Protective Order |
| 151 | Defendant's Motion for Protective Order | 159<br>Plaintiff's Response to Defendants' Motion for Protective Order |
| 153 | Defendants' Motion for Protective Order | 159<br>Plaintiff's Response to Defendants' Motion for Protective Order |
| 156 | Plaintiff's Motion for Conference and Exhibit to Plaintiff's Motion to Compel witness to Appear and Testify | Defendants' Response Due September 28, 2020 |

**Status of Discovery**

Discovery Directed to Plaintiff

| Title | Date Requests Propounded | Date Responses Due | Date Responses Provided |
|---|---|---|---|
| Defendants' Interrogatories and Request for Production to Plaintiff | April 13, 2020 | May 13, 2020 | May 18, 2020 |
| Defendants' Requests for Admission | June 24, 2020 | July 24, 2020 | July 20, 2020 |

| Defendants' Supplemental Requests for Production to Plaintiff | June 27, 2020 | July 27, 2020 | July 20, 2020 |
|---|---|---|---|

Discovery Directed to Defendant

| Title | Date Requests Propounded | Date Responses Due[1] | Date Responses Provided |
|---|---|---|---|
| Plaintiff's First Set of Requests for Admission for Defendant Yale University | May 6, 2020 | June 29, 2020 | June 8, 2020 |
| Plaintiff's First Set of Requests for Admission for Defendant Mark Schenker | May 7, 2020 | June 29, 2020 | June 19, 2020 |
| Plaintiff's Second Set of Requests for Admission for Defendant Yale University | May 8, 2020 | June 29, 2020 | June 22, 2020 |
| Plaintiff's First Set of Interrogatories for Defendant Yale University | May 15, 2020 | June 29, 2020 | June 11, 2020 |
| Plaintiff's First Request for Defendant Yale University to Produce Documents [Cloned Discovery] | May 25, 2020 | June 29, 2020 | June 11, 2020 |
| Request for Production and Inspection | May 25, 2020 | June 29, 2020 | June 11, 2020 |
| Plaintiff's Requests for Admission | July 2, 2020 | August 3, 2020 | July 9, 2020 |
| Plaintiff's Requests for Production | July 13, 2020 | August 12, 2020 | July 30, 2020 |
| Plaintiff's July 27, 2020 Requests to Produce Documents Directed to Yale University | July 27, 2020 | August 26, 2020 | August 18, 2020 |
| Plaintiff's July 28, 2020 Requests to Produce Documents Directed to Mark Schenker | July 28, 2020 | August 27, 2020 | July 30, 2020 |
| Plaintiff's August 12, 2020 Requests to Produce Documents at Yale University's Rule 30(b)(6) Deposition | August 12, 2020 | September 15, 2020 (Noticed Date of Deposition) | August 21, 2020 |
| Plaintiff's August 22, 2020 Requests to Produce Documents at Mark Schenker's Videotaped Deposition | August 22, 2020 | September 8, 2020 (Noticed Date of Deposition) | August 26, 2020 |

---

[1] During the May 28, 2020 conference, Judge Hall ordered the defendants to provide all outstanding discovery by June 29, 2020.  See, Docket Entry No. 104.00.

| Plaintiff's August 22, 2020 Requests for Inspection | August 22, 2020 | September 8, 2020 (Noticed Date of Inspection | August 26, 2020 |
| --- | --- | --- | --- |

As agreed between the parties, the defendants provided their initial disclosures on August 12, 2020. Although the plaintiff agreed to provide his initial disclosures by August 31, 2020, he has yet to do so.

**Amendments to Pleadings or Dispositive Motions**

If necessary, the defendants will file a reply to the plaintiff's brief in response to the defendants' motion to dismiss.

THE DEFENDANTS,

YALE UNIVERSITY, MARVIN CHUN, MARK SCHENKER, PETER SALOVEY AND JESSIE ROYCE HILL

By:_____/s/_____
    PATRICK M. NOONAN – CT00189
    COLLEEN NOONAN DAVIS – CT27773
    DONAHUE, DURHAM & NOONAN, P.C.
    Concept Park
    741 Boston Post Road, Suite 306
    Guilford, CT  06437
    Telephone:  (203) 458-9168
    Fax:  (203) 458-4424
    Email:  pnoonan@ddnctlaw.com

## <u>CERTIFICATION</u>

I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

_____
/s/
Patrick M. Noonan
