UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAKUB MADEJ | : |
| | : |
| | : CIVIL ACTION NO. |
| PLAINTIFF | : 3:20-cv-00133-JCH |
| | : |
| v. | : |
| | : |
| YALE UNIVERSITY, MARVIN CHUN, | : |
| MARK SCHENKER, PETER SALOVEY AND | : |
| JESSIE ROYCE HILL | : |
| | : |
| DEFENDANTS | : |
| | : SEPTEMBER 27, 2020 |

### **DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR CONFERENCE**

The defendant has no objection to the plaintiff's request for a conference with the Court regarding the deposition of Keshav Raghavan. The defendant only submits this response to reiterate that the arguments raised in the plaintiff's motion have been fully briefed by both parties, and the defendant relies on the arguments presented in its filings to date. See, ECF Nos. 143, 150, 151, 154.

THE DEFENDANT,

YALE UNIVERSITY

By: _____/s/_____
PATRICK M. NOONAN – CT00189
COLLEEN NOONAN DAVIS – CT27773
DONAHUE, DURHAM & NOONAN, P.C.
Concept Park
741 Boston Post Road, Suite 306
Guilford, CT  06437
Telephone:  (203) 458-9168
Fax:  (203) 458-4424
Email:  pnoonan@ddnctlaw.com

2

## **CERTIFICATION**

      I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                                       _____/s/_____
                                                                               Patrick M. Noonan