IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAKUB MADEJ | § | Civil Action No. 20-cv-133 (JCH) |
| Plaintiff, | § | |
| vs. | § | JURY TRIAL DEMANDED |
| | § | |
| YALE UNIVERSITY *et al.*, | § | OCTOBER 2, 2020 |
| Defendants. | § | |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME
TO FILE SECOND AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7(b), Plaintiff Jakub Madej ("Madej") moves to extend his deadline to file a Proposed Second Amended Complaint from October 2, 2020, to October 9, 2020.

Madej has been working on the Proposed Second Amended Complaint, but the additional time is necessary to allow Madej to prepare the Complaint consistent with this Court's guidance (Doc. 161) ("The court emphasizes that this is <u>not</u> an invitation to draft a new proposed amended complaint.") (emphasis original).

 This Motion was not filed earlier because Madej intended to file the Complaint within the established time limit. However, on September 30, 2020, the PACER Service Center has disabled Madej's CM/ECF, notwithstanding this Court's ruling (Doc. 160), prior practice, and telephonic communication. Madej has been working diligently to resolve this administrative issue but has been unable to access any dockets electronically.

The undersigned has contacted Defendants' counsel about this requested extension of time, and has obtained no response.

This is plaintiff's first motion for extension with regards to the proposed amended complaint.

Dated: October 2, 2020  
      New York, NY

Respectfully submitted,

By: /s/ Jakub Madej  
Jakub J. Madej  
LAWSHEET  
415 Boston Post Rd Ste 3-1102  
Milford, CT 06460  
T: (203) 928-8486  
F: (203) 902-0070  
E: j.madej@lawsheet.com

2