UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAKUB MADEJ | : | |
| | : | CIVIL ACTION NO. |
| PLAINTIFF | : | 3:20-cv-00133-JCH |
| | : | |
| v. | : | |
| | : | |
| YALE UNIVERSITY, MARVIN CHUN, | : | |
| MARK SCHENKER, PETER SALOVEY AND | : | |
| JESSIE ROYCE HILL | : | |
| | : | |
| DEFENDANTS | : | |
| | : | OCTOBER 29, 2020 |

**DEFENDANTS' SUPPLEMENTAL MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AND REQUEST FOR RULING ON MOTION TO DISMISS**

Pursuant to the Court's October 23, 2020 order, the defendants submit this supplemental memorandum in opposition to the plaintiff's June 22, 2020 motion to file a second amended complaint. In addition to the reasons stated in the defendants' June 25, 2020 opposition memorandum, the defendants further object because the plaintiff is attempting to add an additional cause of action for which he did not seek permission. In his June 25, 2020 motion for leave to file a second amended complaint, the plaintiff indicated that he intended to "add new counts of tacit misrepresentation, innocent misrepresentation, breach of fiduciary duty, and prima facie tort." Rather than assert any of these four causes of action, he has added a cause of action sounding in fraud. Since the plaintiff did not request leave to amend in order to include a fraud claim, he should not be permitted to file his proposed second amended complaint.

As explained in the defendants' June 25, 2020 opposition memorandum, the plaintiff has not established good cause for amending his complaint a second time after the deadline for amending his complaint has passed. The defendants' motion to dismiss has been pending for

nearly six months. The proposed second amended complaint does not remedy any of the deficiencies addressed in the defendants' motion. In fact, the newly asserted fraud claim is based on allegations similar to those included in the fraudulent misrepresentation claim of the operative complaint; i.e. that Yale University's Committee on Honors and Academic Standing does not exist. Therefore, the plaintiff's proposed amendments are futile. Permitting the plaintiff to amend his complaint at this point will further delay this action because it will require additional briefing from the parties, as the defendants will have to file a supplemental motion to dismiss addressing the new allegations and newly asserted fraud claim, the plaintiff will likely file an objection, which may require a reply from the defendants.

For the all of these reasons, and those stated in the defendants' June 25, 2020 opposition memorandum, the plaintiff's motion for leave to file a second amended complaint should be denied.

                                              THE DEFENDANTS,

                                              YALE UNIVERSITY, MARVIN CHUN, MARK SCHENKER, PETER SALOVEY AND JESSIE ROYCE HILL

                                          By: /s/
                                              PATRICK M. NOONAN – CT00189
                                              COLLEEN NOONAN DAVIS – CT27773
                                              DONAHUE, DURHAM & NOONAN, P.C.
                                              Concept Park
                                              741 Boston Post Road, Suite 306
                                              Guilford, CT  06437
                                              Telephone:  (203) 458-9168
                                              Fax:  (203) 458-4424
                                              Email:  pnoonan@ddnctlaw.com

## CERTIFICATION

      I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                    /s/
                                        Patrick M. Noonan