IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAKUB MADEJ | § | Civil Action No. 20cv133 (JCH) |
| Plaintiff, | § | |
| vs. | § | JURY TRIAL DEMANDED |
| | § | |
| YALE UNIVERSITY et al., | § | NOVEMBER 9, 2020 |
| Defendants. | § | |

## NOTICE OF COMPLIANCE WITH COURT ORDER

Plaintiff Jakub Madej hereby give notice of his compliance with the Court's October 26, 2020 order requiring that he amend the responses to defendants' requests for admission numbered 1, 2, 5, 6, 7, 8, 10, 13, 15, 16, 17, 18, 19 and 20. (DE 174, p. 16-22). Amended responses have been uploaded to the "drop box" that defendants previously created upon this Court's request. (DE 177-1).

Respectfully submitted,

By: /s/ Jakub Madej
    Jakub J. Madej
    THE LAWSHEET CORPORATION
    415 Boston Post Rd Ste 3-1102
    Milford, CT 06460
    T: (203) 928-8486
    F: (203) 902-0070
    E: j.madej@lawsheet.com