UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAKUB MADEJ<br><br>           PLAINTIFF<br><br>v.<br><br>YALE UNIVERSITY, MARVIN CHUN,<br>MARK SCHENKER, PETER SALOVEY AND<br>JESSIE ROYCE HILL<br><br>           DEFENDANTS | :<br>:<br>:   CIVIL ACTION NO.<br>:   3:20-cv-00133-JCH<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:   DECEMBER 2, 2020 |

**WITHDRAWAL OF DEFENDANTS' MOTION
FOR ORDER OF COMPLIANCE WITH COURT ORDER**

On October 26, 2020, the Court granted the defendant's motion to compel the plaintiff "to produce to the defendants a damage analysis that sets forth the basis for, and calculation of, his compensatory damages, past wage loss, and future wage loss, and to produce any documents that support these calculations" within 14 days.  (ECF No. 174, p. 21.)  On November 9, 2020, the plaintiff uploaded to the designated drop box a Word document labeled "damages-analysis-nov-9.docx."  When defense counsel attempted to open the document, he received an error message, indicating that the format in which the document had been created by the plaintiff could not be opened.  After defense counsel sent repeated e-mails to the plaintiff requesting that the plaintiff supply the subject document in PDF format (the format used by the plaintiff for all other documents sent to the Sharefile established by the defendants in compliance with the Court's prior order), the plaintiff finally provided the damages calculation in PDF form to defense counsel, which was a readable form.  Therefore, the defendants withdraw their Motion for Order of Compliance with Court Order, ECF No. 183.  Given that the damages analysis fails to comply with the Court's prior

order as to the content of the damages calculation, the defendants have now moved to strike plaintiff's claims for damages, which is being filed simultaneously herewith.

        THE DEFENDANTS,

        YALE UNIVERSITY, MARVIN CHUN, MARK SCHENKER, PETER SALOVEY AND JESSIE ROYCE HILL

    By:_____/s/_____
        PATRICK M. NOONAN – CT00189
        COLLEEN NOONAN DAVIS – CT27773
        DONAHUE, DURHAM & NOONAN, P.C.
        Concept Park
        741 Boston Post Road, Suite 306
        Guilford, CT  06437
        Telephone:  (203) 458-9168
        Fax:  (203) 458-4424
        Email:  pnoonan@ddnctlaw.com

## **CERTIFICATION**

    I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

                _____/s/_____
                      Patrick M. Noonan