UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAKUB MADEJ : | |
| : | CIVIL ACTION NO. |
| PLAINTIFF : | 3:20-cv-00133-JCH |
| : | |
| v. : | |
| : | |
| YALE UNIVERSITY, MARVIN CHUN, : | |
| MARK SCHENKER, PETER SALOVEY AND : | |
| JESSIE ROYCE HILL : | |
| : | |
| DEFENDANTS : | |
| : | DECEMBER 7, 2020 |

**MOTION TO QUASH AND MOTION FOR ORDER REGARDING DEPOSITIONS**

The defendants hereby move to quash the November 30, 2020 and December 2, 2020 Notices of Deposition for the depositions of Mark Schenker, Sarah Insley, and a representative of Yale University. The defendants further move for an order prohibiting the taking of any depositions prior to the Court's ruling on the defendants' motion to dismiss. The accompanying memorandum of law supports this motion.

THE DEFENDANTS,

YALE UNIVERSITY, MARVIN CHUN, MARK SCHENKER, PETER SALOVEY AND JESSIE ROYCE HILL

By: /s/
PATRICK M. NOONAN – CT00189
COLLEEN NOONAN DAVIS – CT27773
DONAHUE, DURHAM & NOONAN, P.C.
Concept Park
741 Boston Post Road, Suite 306
Guilford, CT  06437
Telephone:  (203) 458-9168
Fax:  (203) 458-4424
Email:  pnoonan@ddnctlaw.com

## **CERTIFICATION**

I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

_____/s/_____
Patrick M. Noonan