**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| JAKUB MADEJ | : | CIVIL ACTION NO. |
| | : | 3:20-cv-00133-JCH |
| PLAINTIFF | : | |
| v. | : | |
| YALE UNIVERSITY, MARVIN CHUN, MARK SCHENKER, PETER SALOVEY AND JESSIE ROYCE HILL | : | |
| DEFENDANTS | : | DECEMBER 7, 2020 |

## NOTICE OF APPEARANCE

Please enter the appearance of Patrick M. Noonan, as attorney for the non-party witness, Sarah Insley, in the above-entitled matter.

        **THE NON-PARTY WITNESS,**

        **SARAH INSLEY**

        By: /s/
        PATRICK M. NOONAN – CT00189
        DONAHUE, DURHAM & NOONAN, P.C.
        Concept Park
        741 Boston Post Road, Suite 306
        Guilford, CT  06437
        Telephone:  (203) 458-9168
        Fax:  (203) 458-4424
        Email:  pnoonan@ddnctlaw.com

**CERTIFICATION**

     I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                                                   /s/_____
                                                                              Patrick M. Noonan