**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| JAKUB MADEJ | : | CIVIL ACTION NO. |
| | : | 3:20-cv-00133-JCH |
| PLAINTIFF | : | |
| v. | : | |
| YALE UNIVERSITY, MARVIN CHUN, MARK SCHENKER, PETER SALOVEY AND JESSIE ROYCE HILL | : | |
| DEFENDANTS | : | DECEMBER 7, 2020 |

## MOTION TO QUASH

The non-party witness, Sarah Insley, hereby moves to quash the November 30, 2020 and December 2, 2020 Notices of Deposition for her deposition for the reasons stated in the defendants' Memorandum of Law in Support of Motion to Quash and Motion for Order Regarding Depositions. Dean Insley hereby incorporates and adopts the arguments set forth in Section I of the defendants' memorandum of law in support of this motion to quash her deposition noticed for December 16, 2020. See, ECF No. 192-1, p. 1-5.

**DONAHUE, DURHAM & NOONAN, P.C.**
CONCEPT PARK • 741 BOSTON POST ROAD
GUILFORD, CONNECTICUT 06437
TEL: (203) 458-9168 • FAX: (203) 458-4424
JURIS NO. 415438

THE NON-PARTY WITNESS,

SARAH INSLEY

By: _____/s/_____
PATRICK M. NOONAN – CT00189
DONAHUE, DURHAM & NOONAN, P.C.
Concept Park
741 Boston Post Road, Suite 306
Guilford, CT  06437
Telephone:  (203) 458-9168
Fax:  (203) 458-4424
Email:  pnoonan@ddnctlaw.com

## CERTIFICATION

I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

_____/s/_____
Patrick M. Noonan