# FACTSABOUTYALE.COM

NEW YORK   NEW HAVEN   LONG BEACH   MILFORD

_____

**Jakub J. Madej**

LAWSHEET
415 Boston Post Rd Ste 3-1102
Milford, CT 06460
T: (203) 928-8486
j.madej@lawsheet.com

**VIA EMAIL**                                                                                                                 November 30, 2020

Patrick M. Noonan, Esq.
DONAHUE, DURHAM & NOONAN PC
741 Boston Post Road, Suite 306
Guilford, CT 06437
Email: PNoonan@ddnctlaw.com
Telephone: (203) 458-9168

   RE: **Rule 30(b)(6) Deposition of Mark Schenker**
     <u>Madej v. Yale University et al.</u>, Case No. 3:20-cv-00133-JCH (D. Conn.)

Dear Counsel:

  I am writing to finalize the logistics of Mark Schenker's deposition. As indicated in the attached notice, the deposition is currently noticed for <u>December 14, 2020 (Monday) at 9:00 am</u>, to be held over the Zoom platform. Details will follow.

  If Mr. Schenker is not available on December 14, please respond with three dates that are open for the deponent on December 13 or earlier. The deposition will concern matters involving Mr. Schenker's November 16, 2020 production of documents. I reserve the right to file a motion to compel production based on Mr. Schenker's testimony.

  Once we agree on the time and location, I will send you an amended notice of deposition. The discovery cut-off date has technically passed, and it is paramount that we proceed with discovery swiftly to avoid unnecessary delays.

  If you have any questions regarding this timeline, please feel free to contact the undersigned at your convenience.

                  Sincerely,

                  *Jakub Madej*

cc: --

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAKUB MADEJ,<br>  Plaintiff,<br><br>  v.<br><br>YALE UNIVERSITY *et al.*<br>  Defendants. | Civil Action No.<br>3:20-cv-00133 (JCH)<br><br>JURY TRIAL DEMANDED<br><br>NOVEMBER 30, 2020 |

### NOTICE OF VIDEOTAPED DEPOSITION OF MARK SCHENKER

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff Jakub Madej ("Madej") will take the deposition of defendant Mark Schenker ("Schenker") on December 14 at 9:00 am over the Zoom platform, or at a time and place mutually agreeable to the parties, before an officer duly authorized by law to administer oaths. You are invited to attend and cross-examine. Pursuant to Rule 30(b)(3) of the Federal Rules of Civil Procedure, Plaintiff reserves the right to record the deposition testimony by videotape and instant visual display. Plaintiff reserves the right to use the videotape deposition at the time of trial.

Dated:   November 30, 2020

Respectfully submitted,

By: /s/ Jakub Madej
Jakub J. Madej
LAWSHEET
415 Boston Post Rd Ste 3-1102
Milford, CT 06460
T: (203) 928-8486
F: (203) 902-0070
E: j.madej@lawsheet.com

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAKUB MADEJ, <br> Plaintiff, <br><br> v. <br><br> YALE UNIVERSITY *et al.* <br> Defendants. | Civil Action No. <br> 3:20-cv-00133 (JCH) <br><br> JURY TRIAL DEMANDED <br><br> NOVEMBER 30, 2020 |

### CERTIFICATE OF SERVICE

I, Jakub Madej, hereby certify that on November 30, 2020, I sent a true copy of the foregoing *Notice of Videotaped Deposition of Mark Schenker* with all attachments and exhibits via electronic mail to the following attorneys of record:

> Patrick M. Noonan, Esq.
> DONAHUE, DURHAM & NOONAN PC
> 741 Boston Post Road, Suite 306
> Guilford, CT 06437
> Telephone: (203) 458-9168
> Fax: (203) 458-4424
> Email: PNoonan@ddnctlaw.com

I further certify that the *Notice of Videotaped Deposition of Mark Schenker* was uploaded to the file sharing platform ShareFile, created by the defendants following the Court's order dated October 26, 2020.

/s/ Jakub Madej