# FACTSABOUTYALE.COM

NEW YORK   NEW HAVEN   LONG BEACH   MILFORD

_____

**Jakub J. Madej**

LAWSHEET
415 Boston Post Rd Ste 3-1102
Milford, CT 06460
T: (203) 928-8486
j.madej@lawsheet.com

**VIA EMAIL**                                                                                November 30, 2020

Patrick M. Noonan, Esq.
DONAHUE, DURHAM & NOONAN PC
741 Boston Post Road, Suite 306
Guilford, CT 06437
Email: PNoonan@ddnctlaw.com
Telephone: (203) 458-9168

      RE:   **Rule 30(b)(6) Deposition of Yale University**
             <u>Madej v. Yale University et al.</u>, Case No. 3:20-cv-00133-JCH (D. Conn.)

Dear Counsel:

    I am writing to finalize the logistics of Yale University's Rule 30(b)(6) deposition. As indicated in the attached notice, the deposition is currently noticed for <u>December 18, 2020 (Friday) at 9:00 am</u>, to be held over the Zoom platform. Details will follow.

    If Yale's representatives are not available on December 18, please respond with three dates in the weeks of September 14 or September 21 that work best for your clients. Once we agree on the time and location, I will send you an amended notice of deposition. The discovery cut-off date has technically passed, and I wish to proceed with discovery swiftly to avoid unnecessary delays.

    If you have any questions regarding this timeline, please feel free to contact the undersigned at your convenience.

                                          Sincerely,

                                          *Jakub Madej*

cc:   --

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAKUB MADEJ,<br>    Plaintiff,<br><br>    v.<br><br>YALE UNIVERSITY *et al.*<br>    Defendants. | Civil Action No.<br>3:20-cv-00133 (JCH)<br><br>JURY TRIAL DEMANDED<br><br>NOVEMBER 30, 2020 |

### NOTICE OF RULE 30(b)(6) DEPOSITION OF YALE UNIVERSITY

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Plaintiff Jakub Madej ("Madej") will take the deposition of Yale University ("Yale") on December 18 at 9:00 am over the Zoom platform, or at a time and place mutually agreeable to the parties. You are invited to attend and cross-examine.

Yale is to designate the person or persons most knowledgeable and prepared to testify on behalf of Yale about the subject matter described in Exhibit A. If necessary, each deposition will be adjourned until completed. The deposition will be taken before an officer, notary public, or other person duly authorized to administer oaths. ~~This notice is accompanied by the attached Request for Production of Documents under Rule 34 of the Federal Rules of Civil Procedure, which requires Yale to bring the documents and material listed in the Request for Production with it to the deposition.~~

Jakub reserves the right to seek relief from the court in the event that the designated deponent is not properly prepared to testify on behalf of Yale University about each identified topic. Jakub requests that Yale provide written notice at least five (5) business days before the deposition of the name(s) and employment position(s) of the individual(s) designated to testify on the Yale's behalf. Pursuant to Rule 30(b)(3) of the Federal Rules of Civil Procedure, Plaintiff reserve the right to record the deposition testimony by videotape and instant visual display. Plaintiff reserves the right to use the videotape deposition at the time of trial.

| | |
|---|---|
| Dated:   November 30, 2020 | Respectfully submitted, |
| | By: /s/ Jakub Madej |
| | Jakub J. Madej |
| | LAWSHEET |
| | 415 Boston Post Rd Ste 3-1102 |
| | Milford, CT 06460 |
| | T: (203) 928-8486 |
| | F: (203) 902-0070 |
| | E: j.madej@lawsheet.com |

# EXHIBIT A

In accordance with Fed. R. Civ. P. 30(b)(6), Yale University shall identify, designate, and produce for deposition one or more officers, directors, managing agents or other person(s) most knowledgeable to testify on its behalf regarding the subject matter of the following categories:

**TOPIC NO. 1**

Yale's policies, procedures, and practices related to voluntary and involuntary withdrawals of undergraduate students from Yale College from 2013 to the present.

**TOPIC NO. 2**

Yale College's 2015 reforms of withdrawal and reinstatement policies, procedures, and practices.

**TOPIC NO. 3**

The administrative oversight over Committee on Honors and Academic Standing at Yale College.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAKUB MADEJ,<br>    Plaintiff,<br><br>    v.<br><br>YALE UNIVERSITY *et al.*<br>    Defendants. | Civil Action No.<br>3:20-cv-00133 (JCH)<br><br>JURY TRIAL DEMANDED<br><br>NOVEMBER 30, 2020 |

## **CERTIFICATE OF SERVICE**

I, Jakub Madej, hereby certify that on November 30, 2020, I sent a true copy of the foregoing *Notice of Rule 30(b)(6) Deposition* with all attachments and exhibits via electronic mail to the following attorneys of record:

Patrick M. Noonan, Esq.
DONAHUE, DURHAM & NOONAN PC
741 Boston Post Road, Suite 306
Guilford, CT 06437
Telephone: (203) 458-9168
Fax: (203) 458-4424
Email: PNoonan@ddnctlaw.com

I further certify that the *Notice of Rule 30(b)(6) Depositon* was uploaded to the file sharing platform ShareFile, created by the defendants following the Court's order dated October 26, 2020.

/s/ Jakub Madej