IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAKUB MADEJ, | : | |
|     Plaintiff, | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 3:20-cv-133 (JCH) (SALM) |
| YALE UNIVERSITY ET AL., | : | |
|     Defendants. | : | DECEMBER 14, 2020 |

**PLAINTIFF'S NOTICE RE: COURT'S ORDER [DE 203]**

The court reporting agency is Falzarano Court Reporters, 4 Somerset Lane Simsbury, CT 06070. The agency's phone number is (860) 651-0258.

Dated: December 14, 2020.

Respectfully submitted,

By: /s/ Jakub Madej
Jakub J. Madej
415 Boston Post Rd Ste 3-1102
Milford, CT 06460
T: (203) 928-8486
F: (203) 902-0070
E: j.madej@lawsheet.com