UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAKUB MADEJ | : |
| | : |
| | : CIVIL ACTION NO. |
| PLAINTIFF | : 3:20-cv-00133-JCH |
| | : |
| v. | : |
| | : |
| YALE UNIVERSITY, MARVIN CHUN, | : |
| MARK SCHENKER, PETER SALOVEY AND | : |
| JESSIE ROYCE HILL | : |
| | : |
| DEFENDANTS | : |
| | : DECEMBER 14, 2020 |

## DEFENDANTS' RESPONSE TO PLAINTIFF'S NOTICE RE: COURT'S ORDER AND MOTION FOR ORDER

In response to the Court's December 14, 2020 order requiring the plaintiff to file a notice identifying the name, business address, and telephone number of the court reporter whom the plaintiff had engaged for the depositions of Mark Schenker and Sarah Insley, the plaintiff identified Falzarano Court Reporters, 4 Somerset Lane, Simsbury, CT 06070, 860-651-0258. Had the plaintiff actually engaged Falzarano Court Reporters, the defendants would have no objection. However, a conversation with Dolores Falzarano revealed that Falzarano Court Reporters has not been engaged to provide court reporting services for any depositions in this case.

As explained in the attached affidavit, Colleen Davis, an associate employed at Donahue, Durham & Noonan, P.C., spoke with Dolores Falzarano of Falzarano Court Reporters, LLC after receiving the Plaintiff's Notice Re: Court Order. Ms. Falzarano informed Attorney Davis that she had not been engaged to provide court reporting services for any depositions in the above-captioned action. In fact, had the plaintiff asked to engage Ms. Falzarano for court reporting services for depositions in this action, Ms. Falzarano would have declined because he has not paid

for services rendered in or about June, 2020. Ms. Falzarano explained that the plaintiff had requested a copy of the transcript of an October, 2015 oral argument in Bagley v. Yale University.[1] Although the 83 page transcript was e-mailed to him, the plaintiff claimed to never have received it and stated that he no longer needed it. The plaintiff refused to pay for the services rendered. Ms. Falzarano also shared that a male, who did not identify himself, had called her during the week of December 7, 2020 to inquire about court reporting services for the week of December 14, 2020. Ms. Falzarano told the individual that she was unavailable the week of December 14, 2020.

Given that the plaintiff has lied to the Court and has not engaged Falzarano Court Reporters to provide court reporting services for the depositions of Dean Schenker and Dean Insley, the defendants' motion to quash the depositions of Dean Schenker, Dean Insley, and a representative of Yale University should be granted.

Moreover, in the event that the plaintiff attempt to re-notice the depositions, the defendants request that the Court enter the following orders:

1) The plaintiff shall identify the court reporter's name, business address, and telephone number in the notice of deposition;

2) The plaintiff shall provide defense counsel with written confirmation from the court reporter indicating that the court reporter has agreed to provide court reporting services for the depositions; and

3) Judge Merriam will supervise the depositions.

While defense counsel has never sought such orders over the course of his forty-year career as an attorney, it is apparent that such orders are necessary to prevent further motion practice regarding the noticing and taking of depositions in this case. In addition, defense counsel fully

---

[1] Significantly, the undersigned also represented the defendant in Bagley v. Yale University. The plaintiff issued discovery requests in this action seeking production of the discovery requests propounded and the responses received in Bagley v. Yale University.

expects that, without Court supervision, conducting depositions in this case will lead to motion practice concerning the scope of the depositions and the conduct of the parties and counsel during the depositions.

        THE DEFENDANTS,

        YALE UNIVERSITY, MARVIN CHUN, MARK SCHENKER, PETER SALOVEY AND JESSIE ROYCE HILL

By: _____/s/_____
        PATRICK M. NOONAN – CT00189
        COLLEEN NOONAN DAVIS – CT27773
        DONAHUE, DURHAM & NOONAN, P.C.
        Concept Park
        741 Boston Post Road, Suite 306
        Guilford, CT  06437
        Telephone:  (203) 458-9168
        Fax:  (203) 458-4424
        Email:  pnoonan@ddnctlaw.com

**CERTIFICATION**

    I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

_____/s/_____
Patrick M. Noonan

3