**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| JAKUB MADEJ | : | CIVIL ACTION NO. |
| | : | 3:20-cv-00133-JCH |
| PLAINTIFF | : | |
| v. | : | |
| YALE UNIVERSITY, MARVIN CHUN, MARK SCHENKER, PETER SALOVEY AND JESSIE ROYCE HILL | : | |
| DEFENDANTS | : | DECEMBER 14, 2020 |

**RESPONSE TO PLAINTIFF'S NOTICE RE: COURT'S ORDER AND MOTION FOR ORDER**

The non-party witness, Sarah Insley, hereby joins in, incorporates, and adopts the arguments set forth in the Defendants' Response to Plaintiff's Notice Re: Court's Order and Motion for Order.  See, ECF No. 205.

                     **THE NON-PARTY WITNESS,**

                     **SARAH INSLEY**

By: /s/
PATRICK M. NOONAN – CT00189
DONAHUE, DURHAM & NOONAN, P.C.
Concept Park
741 Boston Post Road, Suite 306
Guilford, CT  06437
Telephone:  (203) 458-9168
Fax:  (203) 458-4424
Email:  pnoonan@ddnctlaw.com

**DONAHUE, DURHAM & NOONAN, P.C.**
CONCEPT PARK  •  741 BOSTON POST ROAD
GUILFORD, CONNECTICUT 06437
TEL:  (203) 458-9168  •  FAX:  (203) 458-4424
JURIS NO. 415438

**CERTIFICATION**

      I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

                                                                            /s/
                                                       Patrick M. Noonan