# LAWSHEET

Jakub Madej <j.madej@lawsheet.com>

## Deposition in 3:20-cv-133: Exhibits and collateral issues

**Jakub Madej** <j.madej@lawsheet.com>  Tue, Dec 8, 2020 at 6:46 PM
To: Pat Noonan <PNoonan@ddnctlaw.com>

Hi Pat,

I hope your Tuesday is going well.

*First*, I notice that you filed several motions seeking to stay the depositions scheduled for next week. Having carefully read your submissions, I cannot discern any issues that might require briefing. The Court has already held that discovery will proceed pending Yale's motion to dismiss. I construe these motions as an attempt to re-litigate issues that have been conclusively decided.

I note, however, that I have no intention of presenting *any* deposition testimony in opposition to Yale's motion to dismiss. Doing so will be proper at summary judgment or trial. Given the backlog of jury trials in this District, what is Yale's position on having a bench trial, assuming that Judge Hall would agree to presiding over such a trial? I am also open to discuss a trial before a Magistrate Judge. The latter option would be helpful to the Court, too. I surmise that other available USMJ has not conducted many trials before, and the Court would gladly entertain such an opportunity. In any case, let me know what your clients' position is.

*Second*, I am marking exhibits for the depositions. Would you like to receive paper copies before the actual depositions? If so, what address should I send them to? As a matter of courtesy, I am happy to cover all costs associated with this.

*Third*, If you are concerned about how the manner in which the depositions will proceed, we may enter into an appropriate stipulation. I took the liberty of drafting one, please find it attached. But any negotiations as to the language of the stipulation is without prejudice to depositions proceeding at the time and manner as noticed.

Regards,
Jakub

--
Jakub Madej
415 Boston Post Rd 3-1102 | Milford, CT 06460
Phone: (203) 928-8486 | Fax: (203) 902-0070
Email: j.madej@lawsheet.com | Website: www.lawsheet.com
Click to schedule a meet-and-confer

This email may contain confidential or privileged information that are legally protected from Hi disclosure. If you are not the intended recipient of this message or their agent, you must not use, disseminate, copy, or store this message or its attachments.


**Remote Deposition Stipulated Protocol and Proposed Order.pdf**
673K