# LAWSHEET

Jakub Madej <j.madej@lawsheet.com>

## Remote Deposition Protocol Stipulation
1 message

**Jakub Madej** <j.madej@lawsheet.com>  Wed, Dec 16, 2020 at 10:10 AM
To: Pat Noonan <PNoonan@ddnctlaw.com>

Pat,

I am trying to get this to you for the third time now. You again expressed some doubts over the protocol for remote depositions in your recent findings. Please confirm by the end of the day today whether the attached stipulation is fine with you. If so, please return it signed, and I will file it on the docket. If you wish to change the language, kindly indicate so.

Regards,
Jakub

--
Jakub Madej
415 Boston Post Rd 3-1102 | Milford, CT 06460
Phone: (203) 928-8486 | Fax: (203) 902-0070
Email: j.madej@lawsheet.com | Website: www.lawsheet.com

This email may contain confidential or privileged information that are legally protected from disclosure. If you are not the intended recipient of this message or their agent, you must not use, disseminate, copy, or store this message or its attachments.

---

📄 **Remote Deposition Stipulated Protocol and Proposed Order 133.pdf**
109K