LAWSHEET

Jakub Madej <j.madej@lawsheet.com>

## Depos in 133 -- renewed notices

**Jakub Madej** <j.madej@lawsheet.com>  Wed, Dec 16, 2020 at 9:31 PM
To: Pat Noonan <PNoonan@ddnctlaw.com>

Pat,

I read your motion. I am disquieted that you did not confer with me to discuss any issues you may have. Above, I asked what dates work for your clients, hoping to accommodate them. I also sought your input on this issue three separate times. I construe your refusal to respond - while arguing the issues of inconvenient timing to the Court - only as a bad faith attempt to delay

As stated above, you will receive the identity of the court reporter at a later date. I also sent you a proposed order setting forth the basic rules and procedures, which should preserve the interests of both parties. I construe your lack of response or any statement as a lack of genuine interest in holding depositions under the Federal Rules.

Finally, I regret that you filed a charged motion, impugning the character of my client. Rest assured -- I have no interest in or intent to respond in kind.

--
Jakub Madej
415 Boston Post Rd 3-1102 | Milford, CT 06460
Phone: (203) 928-8486 | Fax: (203) 902-0070
Email: j.madej@lawsheet.com | Website: www.lawsheet.com
Click to schedule a meet-and-confer

This email may contain confidential or privileged information that are legally protected from disclosure. If you are not the intended recipient of this message or their agent, you must not use, disseminate, copy, or store this message or its attachments.

[Quoted text hidden]