IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAKUB MADEJ, : | |
| Plaintiff, : | |
| v. : | CIVIL ACTION NO. |
| : | 3:20-cv-133 (JCH) |
| YALE UNIVERSITY ET AL., : | |
| Defendants. : | DECEMBER 23, 2020 |

**PLAINTIFF'S RESPONSE TO DEFENDANTS'**
**MOTION TO STRIKE PLAINTIFF'S CLAIMS FOR DAMAGES [DE 190]**

On December 2, 2020, Defendants Yale University and several of its administrators (collectively "Yale Defendants") moved to strike Plaintiff Jakub Madej's ("Madej") claims for damages. DE 190. Posturing as enforcers of the Court's orders, Defendants advance no argument but one: that "the damages analysis wholly fails to comply with the Court's order". Id. at 1. Their request should be denied.

Madej provided Defendants with a calculation of damages, which states in plain language what damages Madej claims, and what grounds exists for these damages. DE 190-1. Yale Defendants assert, without much effort, that "[t]here should be documents supporting the claimed damages for … medical expenses, future medical expenses, loss of earnings, past lost wages, and attorney's fees and costs". Id. at 2. To the extent there "should be" some documents, Defendants repeatedly declined to state what "documents" they seek, or what further information they wish to obtain with regards to damages. See Exhibit A at 1, 3, 5. In other words, Yale does not ask how Madej has been damaged, or how Madej has calculated his damages. They were provided with that information. Rather, Defendants merely seek to deny Madej a right to claim damages, vaguely arguing there should be some "documents" attached. Their motion is

improper, and only seeks to unnecessarily protract this suit. Defendants' motion is also premature, as the Court is not asked to rule on merits of this case, including damages, at this stage. Yale's request must therefore be denied.

| | |
|---|---|
| Dated: December 23, 2020. | Respectfully submitted, |
| | By: /s/ Jakub Madej |
| | Jakub J. Madej |
| | The Lawsheet Corporation |
| | 415 Boston Post Rd Ste 3-1102 |
| | Milford, CT 06460 |
| | T: (203) 928-8486 |
| | F: (203) 902-0070 |
| | E: j.madej@lawsheet.com |