IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAKUB MADEJ, | : | |
|     Plaintiff, | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 3:20-cv-133 (JCH) (SALM) |
| YALE UNIVERSITY ET AL., | : | |
|     Defendants. | : | JANUARY 5, 2021 |

## PLAINTIFF'S DEPOSITION NOTICES

On January 3, 2021, Plaintiff Jakub Madej ("Madej") issued two notices of deposition and one deposition subpoena. The Court has discussed these three depositions at length in its 13-page-long written opinion, filed December 23, 2020. See Docket Entry ("DE") 218. The Court earlier ruled that "[a]ny party issuing a notice of deposition must also file a copy of that Notice on the docket … for the Court's review". DE 215. As ordered, Madej attaches the notices issued to this docket entry. See Exhibits A-C.

Dated: January 5, 2021.   Respectfully submitted,

By: /s/ Jakub Madej
Jakub J. Madej
415 Boston Post Rd Ste 3-1102
Milford, CT 06460
T: (203) 928-8486
F: (203) 902-0070
E: j.madej@lawsheet.com