## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAKUB MADEJ | § | Civil Action No. 3:20cv133 (JCH) |
| Plaintiff, | § | |
| vs. | § | JURY TRIAL DEMANDED |
| | § | |
| YALE UNIVERSITY et al., | § | JANUARY 3, 2021 |
| Defendants. | § | Scheduled for: *January 21, 2021* |

### NOTICE OF VIDEOTAPED DEPOSITION OF MARK SCHENKER

TO: CLERK OF THE COURT
COUNSEL FOR DEFENDANTS
Patrick M. Noonan, Esq.
741 Boston Post Road, Suite 306
Guilford, CT 06437
Email: PNoonan@ddnctlaw.com

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 30 and LR 30, Plaintiff Jakub Madej will take the deposition of Mark Schenker upon oral examination, to be recorded by video and audio. The deposition will be held remotely over Zoom. The deposition shall commence on January 21, 2020, at 9:30 am Eastern Prevailing Time. If necessary, the deposition will be adjourned until completed.

**TO APPEAR BY VIDEO CONFERENCE,**
**PARTIES SHOULD USE THE FOLLOWING INFORMATION:**
**JOIN ZOOM HEARING:** [redacted]
**Meeting ID:** [redacted] **; Password:** [redacted]

Dated: January 3, 2021.

Respectfully submitted,

By: /s/ Jakub Madej
    Jakub J. Madej
    415 Boston Post Rd Ste 3-1102
    Milford, CT 06460
    T: (203) 928-8486

F: (203) 902-0070
E: j.madej@lawsheet.com

cc: Mikolaj T. Noga
NOTARY REPORTING MORAN
100 Pearl St
Hartford, CT 06103
(203) 493-4624

## CERTIFICATE OF SERVICE

I, Jakub Madej, certify that on January 3, 2021, I sent a true copy of the foregoing *Notice of Deposition* with all attachments and exhibits via electronic mail to the following attorneys of record:

Patrick M. Noonan, Esq.
DONAHUE, DURHAM & NOONAN PC
741 Boston Post Road, Suite 306
Guilford, CT 06437
Telephone: (203) 458-9168
Fax: (203) 458-4424
Email: PNoonan@ddnctlaw.com

I further certify that the *Notice of Deposition* was uploaded to the file sharing platform ShareFile, created by the defendants following the Court's order dated October 26, 2020.

                                                                                */s/ Jakub Madej*