IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAKUB MADEJ | § | Civil Action No. 3:20cv133 (JCH) |
| Plaintiff, | § | |
| vs. | § | JURY TRIAL DEMANDED |
| | § | |
| YALE UNIVERSITY et al., | § | JANUARY 3, 2021 |
| Defendants. | § | Scheduled for: *January 25, 2021* |

### NOTICE OF 30(b)(6) VIDEOTAPED DEPOSITION OF YALE UNIVERSITY

TO:    CLERK OF THE COURT
        COUNSEL FOR DEFENDANTS
        Patrick M. Noonan, Esq.
        741 Boston Post Road, Suite 306
        Guilford, CT 06437
        Email: PNoonan@ddnctlaw.com

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 30(b)(6) and LR, Plaintiff Jakub Madej will take the deposition of Yale University upon oral examination, to be recorded by video and audio. The deposition will be held remotely over Zoom. The deposition shall commence on January 25, 2021, at 9:30 am Eastern Prevailing Time. If necessary, the deposition will be adjourned until completed.

**PLEASE TAKE FURTHER NOTICE** that Yale is requested to designate the person or persons most knowledgeable and prepared to testify on behalf of Yale concerning the subject matter described in Attachment A hereto. If necessary, each deposition will be adjourned until completed.

| TO APPEAR BY VIDEO CONFERENCE, |
|---|
| PARTIES SHOULD USE THE FOLLOWING INFORMATION: |
| **JOIN ZOOM HEARING:** ▇▇▇▇▇▇▇▇ |
| **Meeting ID:** ▇▇▇▇▇▇ ; **Password:** ▇▇▇▇ |

Dated:   January 3, 2021.                          Respectfully submitted,

By: /s/ Jakub Madej
Jakub J. Madej
415 Boston Post Rd Ste 3-1102
Milford, CT 06460
T: (203) 928-8486
F: (203) 902-0070
E: j.madej@lawsheet.com


cc:   Mikolaj T. Noga
      NOTARY REPORTING MORAN
      100 Pearl St
      Hartford, CT 06103
      (203) 493-4624

# ATTACHMENT A

In accordance with Fed. R. Civ. P. 30(b)(6), Yale University shall identify, designate, and produce for deposition one or more officers, directors, managing agents or other person(s) most knowledgeable to testify on its behalf regarding the subject matter of the following categories:

**TOPIC NO. 1**

Yale's policies, procedures, and practices related to voluntary and involuntary withdrawals of undergraduate students from Yale College from 2013 to the present.

**TOPIC NO. 2**

Yale College's 2015 reforms of withdrawal and reinstatement policies, procedures, and practices.

**TOPIC NO. 3**

The administrative oversight over Committee on Honors and Academic Standing at Yale College.

## CERTIFICATE OF SERVICE

I, Jakub Madej, certify that on January 3, 2021, I sent a true copy of the foregoing *Notice of Videotaped Rule 30(b)(6) Deposition* with all attachments and exhibits via electronic mail to the following attorneys of record:

    Patrick M. Noonan, Esq.
    DONAHUE, DURHAM & NOONAN PC
    741 Boston Post Road, Suite 306
    Guilford, CT 06437
    Telephone: (203) 458-9168
    Fax: (203) 458-4424
    Email: PNoonan@ddnctlaw.com

I further certify that the *Notice of Rule 30(b)(6) Deposition* was uploaded to the file sharing platform ShareFile, created by the defendants following the Court's order dated October 26, 2020.

                                                            */s/ Jakub Madej*