UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAKUB MADEJ : | |
| : | CIVIL ACTION NO. |
| PLAINTIFF : | 3:20-cv-00133-JCH |
| : | |
| v. : | |
| : | |
| YALE UNIVERSITY, MARVIN CHUN, : | |
| MARK SCHENKER, PETER SALOVEY AND : | |
| JESSIE ROYCE HILL : | |
| : | |
| DEFENDANTS : | |
| : | JANUARY 7, 2021 |

## RE-NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, the defendants will take the deposition of the plaintiff, **Jakub Madej**, before Del Vecchio Reporting Services, LLC, 117 Randi Drive, Madison, CT 06443, 203-245-9583. Said deposition will be taken on **Tuesday, February 16, 2021, at 9:30 a.m.**, remotely via Zoom videoconferencing. The defendants have retained Court Reporter Vicki Hennessey, through Del Vecchio Reporting Services, LLC, to serve as the officer at the deposition, administer the oath, and record the deposition stenographically. Del Vecchio Reporting Services, LLC has confirmed that it will provide the foregoing services for the February 16, 2021 deposition of the plaintiff, Jakub Madej.

You are invited to attend and cross-examine. All participants will be sent the Zoom link and information prior to the deposition.

THE DEFENDANTS,

YALE UNIVERSITY, MARVIN CHUN, MARK SCHENKER, PETER SALOVEY AND JESSIE ROYCE HILL

By: _____/s/_____
PATRICK M. NOONAN – CT00189
COLLEEN NOONAN DAVIS – CT27773
DONAHUE, DURHAM & NOONAN, P.C.
Concept Park
741 Boston Post Road, Suite 306
Guilford, CT  06437
Telephone: (203) 458-9168
Fax: (203) 458-4424
Email:  pnoonan@ddnctlaw.com

## **CERTIFICATION**

I hereby certify that, on the above-written date, a copy of the foregoing was sent via email to:

Jakub Madej
j.madej@lawsheet.com

Del Vecchio Reporting Services, LLC
delvecchiorptg@aol.com

_____/s/_____
Patrick M. Noonan