IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAKUB MADEJ, | : | |
|     Plaintiff, | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 3:20-cv-133 (JCH) (SALM) |
| YALE UNIVERSITY ET AL., | : | |
|     Defendants. | : | JANUARY 8, 2021 |

**PLAINTIFF'S MOTION TO MODIFY SCHEDULING ORDER [DE 57]**

Plaintiff Jakub Madej ("Madej") respectfully requests that the Court narrowly modify the outstanding scheduling order [DE 57] to allow additional depositions to be noticed (and taken) by no later than March 12, 2021. Plaintiff submits that good cause exists to grant the extension, and that all discovery will be pursued in good faith.

**I.   THE COURT EXPRESSLY DID NOT ADDRESS IN THE RECENT DISCOVERY RULING WHETHER ADDITIONAL DEPOSITIONS CAN BE NOTIED**

The Court addressed discovery in this case in the December 23, 2020 order. [DE 218]. The Court observed that plaintiff "did not have a meaningful opportunity to conduct depositions in the time allotted by the Scheduling Order" because of intermittently entered case management orders, and permitted parties to conduct four depositions between January 19, 2021, and March 12, 2021. Id. at *9. The Court expressly did not reach the question whether other depositions may take place in this timeframe. Id., n.1. ("The question of whether plaintiff may notice other depositions during this timeframe is not before the Court and the Court does not consider it."). This motion seeks the permission to notice such depositions.

**II.   THE COURT MAY EXTEND DISCOVERY TIMEFRAME FOR GOOD CAUSE**

The Court may modify the schedule governing discovery for good cause. See Local Rule 16(b), Fed. R. Civ. P. 16(b)(4). The movant needs to show that "discovery was commenced promptly and pursued with due diligence in a good faith effort to comply with the deadline established by [the scheduling] order". Scheduling Order, ECF #57, at *3.

### III.   GOOD CAUSE EXISTS FOR GRANTING THE REQUESTED EXTENSION

Good cause exists for granting this motion. The record demonstrates that, to date, Plaintiff vigorously pursued discovery. As this Court noted, "plaintiff did not have a meaningful opportunity to conduct depositions in the time allotted by the Scheduling Order". No depositions were taken in this case yet. Deposition testimony should resolve most factual disputes between the parties, and substantially contribute to an expeditious disposition of this case.

### IV.   CONCLUSION

For the foregoing reasons, this extension should be granted.

Dated:  January 8, 2021.

Respectfully submitted,

By: /s/ Jakub Madej
Jakub J. Madej
415 Boston Post Rd Ste 3-1102
Milford, CT 06460
T: (203) 928-8486
F: (203) 902-0070
E: j.madej@lawsheet.com