UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JAKUB MADEJ

v.

YALE UNIVERSITY, MARVIN CHUN,
MARK SCHENKER, PETER SALOVEY,
JESSIE ROYCE HILL

CIVIL ACTION NO.:
3:20CV133 (JCH)

## JUDGMENT

This matter came on before the Honorable Janet C. Hall, United States District Judge as a result of the defendants' Motion to Dismiss.

The Court has considered all of the papers filed in conjunction with the Motion and on January 15, 2021, entered a Ruling, granting defendants' Motion, dismissing plaintiff's Second Amended Complaint in it's entirety, with prejudice.

Therefore, it is ORDERED, ADJUDGED and DECREED that judgment is entered for the defendants, against the plaintiff, all in accordance with the court's Ruling, and the case is closed.

Dated at New Haven, Connecticut, this 15th day of January 2021

ROBIN D. TABORA, Clerk

Entered on Docket  01/15/2021

By /s/ Diahann Lewis
    Deputy Clerk