IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAKUB MADEJ,<br>    Plaintiff,<br><br>    v.<br><br>YALE UNIVERSITY et al.,<br>    Defendants. | Civil Action No.<br>3:20-cv-133 (JCH)<br><br>JURY TRIAL DEMANDED<br><br>January 15, 2021 |

## NOTICE OF APPEAL

The Plaintiff Jakub Madej hereby gives notice that he appeals to the United States Court of Appeals for the Second Circuit the January 15, 2021 decision of the Court granting Defendants' motion to dismiss. (Doc. No. 185).

A check covering the filing fee will be sent to the Clerk of Court via first-class mail at once.

Dated: January 15, 2020

**THE PLAINTIFF,
JAKUB MADEJ**

By: /s/ Jakub J. Madej
    Jakub Madej
    415 Boston Post Rd Ste 3-1102
    Milford, CT 06460
    T: (203) 928-8486
    F: (203) 902-0070
    E: j.madej@lawsheet.com