# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAKUB MADEJ,<br>    Plaintiff,<br><br>v.<br><br>YALE UNIVERSITY et al.,<br>    Defendants. | Civil Action No.<br>3:20-cv-133 (JCH)<br><br>JURY TRIAL DEMANDED<br><br>February 16, 2021 |

## NOTICE OF APPEAL

The Plaintiff Jakub Madej hereby gives notice that he appeals to the United States Court of Appeals for the Second Circuit the January 15, 2021 decision of the Court granting Defendants' motion to dismiss. (Doc. No. 185).

Dated: February 16, 2021.

**THE PLAINTIFF,**
**JAKUB MADEJ**

By: /s/ Jakub J. Madej
    Jakub Madej
    415 Boston Post Rd Ste 3-1102
    Milford, CT 06460
    T: (203) 928-8486
    F: (203) 902-0070
    E: j.madej@lawsheet.com