IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAKUB MADEJ, | : | |
|     Plaintiff, | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 3:20-cv-133 (JCH) |
| YALE UNIVERSITY ET AL., | : | |
|     Defendants. | : | APRIL 11, 2021 |

### PLAINTIFF'S MOTION FOR CLARIFICATION

Mr. Madej seeks clarification on one issue related to the Court's ruling [231]: under what rule or authority and for what reasons was the dismissal <u>with prejudice</u>?

Respectfully submitted,

DATED: April 11, 2021.

By: <u>/s/ Jakub Madej</u>
Jakub J. Madej
415 Boston Post Rd, Ste 3-1102
Milford, CT 06460
T: (203) 928-8486
F: (203) 902-0070
E: <u>j.madej@lawsheet.com</u>